# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ROWVAUGHN WELLS, Individually and as Administatrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:23-cv-02224-MSN-atc |
| CITY OF MEMPHIS, a municipality, CHIEF CERELYN DAVIS in her official capacity, EMITT MARTIN III in his individual capacity, DEMETRIUS HALEY in his individual capacity, JUSTIN SMITH in his individual capacity, DESMOND MILLS, Jr. in his individual capacity, TADARRIUS BEAN in his individual capacity, PRESTON HEMPHILL in his individual capacity, ROBERT LONG in his individual capacity, JAMICHAEL SANDRIDGE in his individual capacity, MICHELLE WHITAKER in her individual capacity, and DEWAYNE SMITH in his individual capacity and as an agent of the City of Memphis, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Before the Court by order of reference[1] is the unopposed Motion of Defendant Emmitt Martin for Extension of Time to File a Responsive Pleading, filed on June 10, 2023. (ECF No. 53.)

---

[1] Pursuant to Administrative Order No. 2023-18, this motion has been referred to the United States Magistrate Judge for determination.

For good cause shown, the Court GRANTS the Motion. Martin shall have up to and including June 16, 2023, to respond to Plaintiff's Complaint.

SO ORDERED this xxth day of June, 2023.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE