A.G. FILE # BD0415

No. __23 00241__

## STATE OF TENNESSEE

V.

TADARRIUS BEAN
DEMETRIUS HALEY
EMMIT MARTIN
DESMOND MILLS, JR.
JUSTIN SMITH

Indictment for

MURDER SECOND DEGREE
AGGRAVATED ASSAULT - ACTING IN CONCERT
AGGRAVATED KIDNAPPING
OFFICIAL MISCONDUCT (2 COUNTS)
OFFICIAL OPPRESSION

| T.C.A. 39-13-210 | SCATS CODE - 21016 |
| T.C.A. 39-13-102 | SCATS CODE - 30046 |
| T.C.A. 39-13-304 | SCATS CODE - 21020 |
| T.C.A. 39-13-304 | SCATS CODE - 21020 |
| T.C.A. 39-16-402 | SCATS CODE - 21132 |
| T.C.A. 39-16-403 | SCATS CODE - 21133 |

Witnesses:

Summon for the State

| C. BAKER | TENNESSEE BUREAU OF INVESTIGATION |
| N. ELLISON | TBI |

C. BAKER
Prosecutor

**A True Bill** ✓

_Maerne Bunard_
Foreperson of the Grand Jury

Date Indictment Returned: __1/26/23__

| STATE OF TENNESSEE | ) | CRIMINAL COURT OF SHELBY COUNTY |
|---|---|---|
|  | ) |  |
| SHELBY COUNTY | ) | JANUARY TERM, 2023 |

Count 1

THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:

TADARRIUS BEAN<br>
DEMETRIUS HALEY<br>
EMMIT MARTIN<br>
DESMOND MILLS, JR.<br>
JUSTIN SMITH

between January 06, 2023 and January 11, 2023 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly kill TYRE NICHOLS, in violation of T.C.A. 39-13-210, against the peace and dignity of the State of Tennessee.

*Steve Mulroy*
Steve Mulroy
District Attorney General
30th Judicial District

| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | CRIMINAL COURT OF SHELBY COUNTY |
| | ) | |
| SHELBY COUNTY | ) | JANUARY TERM, 2023 |

Count 2

THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:

TADARRIUS BEAN<br>
DEMETRIUS HALEY<br>
EMMIT MARTIN<br>
DESMOND MILLS, JR.<br>
JUSTIN SMITH

between January 06, 2023 and January 11, 2023 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully, knowingly and while acting in concert with each other, commit an assault on TYRE NICHOLS and cause serious bodily injury to the said TYRE NICHOLS, in violation of T.C.A. 39-13-102, against the peace and dignity of the State of Tennessee.

Steve Mulroy
District Attorney General
30th Judicial District

| STATE OF TENNESSEE | ) | CRIMINAL COURT OF SHELBY COUNTY |
|---|---|---|
| | ) | |
| SHELBY COUNTY | ) | JANUARY TERM, 2023 |

Count 3

THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:

TADARRIUS BEAN<br>
DEMETRIUS HALEY<br>
EMMIT MARTIN<br>
DESMOND MILLS, JR.<br>
JUSTIN SMITH

between January 06, 2023 and January 11, 2023 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly remove or confine TYRE NICHOLS so as to substantially interfere with the liberty of the said TYRE NICHOLS, and the said TYRE NICHOLS did suffer bodily injury, in violation of T.C.A. 39-13-304, against the peace and dignity of the State of Tennessee.

*Steve Mulroy*
Steve Mulroy
District Attorney General
30th Judicial District

| STATE OF TENNESSEE | ) | CRIMINAL COURT OF SHELBY COUNTY |
|---|---|---|
|  | ) |  |
| SHELBY COUNTY | ) | JANUARY TERM, 2023 |

Count 4

THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:

TADARRIUS BEAN
DEMETRIUS HALEY
EMMIT MARTIN
DESMOND MILLS, JR.
JUSTIN SMITH

between January 06, 2023 and January 11, 2023 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly remove or confine TYRE NICHOLS so as to substantially interfere with the liberty of the said TYRE NICHOLS, and the said TADARRIUS BEAN, DEMETRIUS HALEY, EMMIT MARTIN, DESMOND MILLS, JR. AND JUSTIN SMITH possessed or threatened the use of a deadly weapon, in violation of T.C.A. 39-13-304, against the peace and dignity of the State of Tennessee.

Steve Mulroy
District Attorney General
30th Judicial District

| STATE OF TENNESSEE | ) | CRIMINAL COURT OF SHELBY COUNTY |
|---|---|---|
| | ) | |
| SHELBY COUNTY | ) | JANUARY TERM, 2023 |

Count 5

THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:

TADARRIUS BEAN
DEMETRIUS HALEY
EMMIT MARTIN
DESMOND MILLS, JR.
JUSTIN SMITH

between January 06, 2023 and January 11, 2023 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully and intentionally or knowingly, while acting as public servants, commit an act relating to TADARRIUS BEAN, DEMETRIUS HALEY, EMMIT MARTIN, DESMOND MILLS, JR. AND JUSTIN SMITH'S office or employment that constituted an unauthorized exercise of official power, the said TADARRIUS BEAN, DEMETRIUS HALEY, EMMIT MARTIN, DESMOND MILLS, JR. AND JUSTIN SMITH acting with the intent to obtain a benefit or harm another, in violation of T.C.A. 39-16-402, against the peace and dignity of the State of Tennessee.

*Steve Mulroy*
Steve Mulroy
District Attorney General
30th Judicial District

| STATE OF TENNESSEE | ) | CRIMINAL COURT OF SHELBY COUNTY |
|---|---|---|
| | ) | |
| SHELBY COUNTY | ) | JANUARY TERM, 2023 |

Count 6

THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:

TADARRIUS BEAN
DEMETRIUS HALEY
EMMIT MARTIN
DESMOND MILLS, JR.
JUSTIN SMITH

between January 06, 2023 and January 11, 2023 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully and intentionally or knowingly, while acting as public servants, refrain from performing a duty that was imposed by law or that was clearly inherent in the nature of the office or employment, the said TADARRIUS BEAN, DEMETRIUS HALEY, EMMIT MARTIN, DESMOND MILLS, JR. AND JUSTIN SMITH acting with the intent to obtain a benefit or harm another, in violation of T.C.A. 39-16-402, against the peace and dignity of the State of Tennessee.

*Steve Mulroy*
Steve Mulroy
District Attorney General
30th Judicial District

| STATE OF TENNESSEE | ) | CRIMINAL COURT OF SHELBY COUNTY |
|---|---|---|
| | ) | |
| SHELBY COUNTY | ) | JANUARY TERM, 2023 |

Count 7

THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:

TADARRIUS BEAN
DEMETRIUS HALEY
EMMIT MARTIN
DESMOND MILLS, JR.
JUSTIN SMITH

between January 06, 2023 and January 11, 2023 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully and intentionally subject another to mistreatment or to arrest, detention, stop, frisk, halt, search, seizure, dispossession, assessment, or lien that the said TADARRIUS BEAN, DEMETRIUS HALEY, EMMIT MARTIN, DESMOND MILLS, JR. AND JUSTIN SMITH knew was unlawful, the said TADARRIUS BEAN, DEMETRIUS HALEY, EMMIT MARTIN, DESMOND MILLS, JR. AND JUSTIN SMITH being public servants acting under color of office or employment, in violation of T.C.A. 39-16-403, against the peace and dignity of the State of Tennessee.

Steve Mulroy
District Attorney General
30th Judicial District