# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**ROWVAUGHN WELLS, Individually**
**and as Administratrix Ad Litem of the**
**Estate of Tyre Deandre Nichols, deceased,**

    Plaintiff,

VS.                                                 2:23-cv-02224-MSN-atc

**CITY OF MEMPHIS, a municipality,**
**CHIEF CERELYN DAVIS in her**
**official capacity,**
**EMITT MARTIN III in his individual capacity,**
**DEMETRIUS HALEY in his individual capacity,**
**JUSTIN SMITH in his individual capacity,**
**DESMOND MILLS, Jr. in his individual capacity,**
**TADARRIUS BEAN in his individual capacity,**
**PRESTON HEMPHILL in his individual capacity,**
**ROBERT LONG in his individual capacity,**
**JAMICHAEL SANDRIDGE in his individual capacity,**
**MICHELLE WHITAKER in her individual capacity, and**
**DEWAYNE SMITH in his individual capacity and as**
**an agent of the City of Memphis,**

    Defendants.

---

### MOTION OF DEFENDANT, EMMITT MARTIN'S MOTION TO STAY CIVIL PROCEEDINGS UNTIL CRIMINAL PROCEEDINGS ARE RESOLVED

---

    COMES NOW, Emmitt Martin, III with his Motion to Stay All Civil Proceedings in this cause as it relates to Defendant, Martin pending the outcome of the current criminal proceedings in Memphis Shelby County Tennessee. In support of this Motion, Defendant Martin herein files this Motion, accompanying Memorandum of Law in Support and a Certificate of Consultation under Local Rule 7.2 (B).

    A proposed order will be sent to the Court's chambers for consideration and the

convenience of the Court.

          RESPECTFULLY SUBMITTED,

          /s/ Florence M. Johnson
          Florence M. Johnson (#015499)
          Johnson and Johnson, P.C.
          1407 Union Avenue, Suite 1002
          Memphis, Tn 38104
          (901) 725-7520 Telephone
          fjohnson@johnsonandjohnsonattys.com

          Attorney for Defendant, EMMITT MARTIN, III

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the listed counsel of record via the Court's ECF electronic filing data base on this the 16th day of June, 2023:

Antonio Romanucci
Bhavani Raveendran
Bryce Thomas Hensley
Sarah M. Raisch
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654

David Louis Mendelson
Mendelson Law Firm
799 Estate Place
Memphis, TN 38187-0235

Bruce McMullen
Freeman B. Foster
Jennie Vee Silk
Baker, Donelson, Bearman, Caldwell & Beerkowitz, P.C.
165 Madison Ave., Ste 2000
Memphis, TN 38103

Florence M. Johnson

Johnson and Johnson, PC
1407 Union Avenue, Suite 1002
Memphis, Tennessee 38104


Deborah Godwin
Mary Elizabeth McKinney
Godwin, Morris, Laurenzi & Bloomfield, P.C.
50 N. Front Street, Suite 800
Memphis, TN 38103
P.O. Box 3290,
Memphis, TN 38173-0290

Darrell J. O'Neal
Law Office of Darrell J. O'Neal
2129 Winchester Road
Memphis, TN 38116

Laura Elizabeth Smittick
Smittick Law Firm
242 Poplar Avenue
Memphis, TN 38103

Robert L. J. Spence, Jr.
Jarrett Spence
65 Union Avenue, Suite 900
Memphis, TN 38103


/s/ Florence M. Johnson