IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROW VAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, <br><br>  Plaintiffs, <br><br> v. <br><br> THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILL, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, <br><br>  Defendants. | CASE NO. 2:23-CV-02224 <br> JURY DEMAND |

**UNOPPOSED MOTION OF DEFENDANTS, THE CITY OF MEMPHIS AND CHIEF CERELYN DAVIS IN HER OFFICIAL CAPACITY, FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, the City of Memphis ("the City") and Chief Cerelyn Davis in her Official Capacity ("Chief Davis"), by and through counsel, hereby file this Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint and state as follows:

1

4879-1499-1723

1. Plaintiffs' Complaint was filed on April 19, 2023.

2. The summons and Complaint were issued to the City on or about April 21, 2023.

3. The summons and Complaint were issued to Chief Davis on or about April 21, 2023.

4. Both the City and Chief Davis waived service of process on April 24, 2023. Their responses to the Complaint are thus due on June 23, 2023.

5. Counsel needs additional time to adequately investigate Plaintiff's causes of action and to prepare a response to the Complaint in this matter.

6. Counsel requests an extension up to and including July 7, 2023, in order to respond to Plaintiff's Complaint.

7. This Motion is made in good faith and not for the purpose of delay.

8. Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants, the City of Memphis and Chief Davis in her Official Capacity, respectfully request that the Court grant their Motion for an extension of time through July 7, 2023, within which to file a response to Plaintiff's Complaint.

**Respectfully submitted,**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce McMullen (#18126)
Freeman B. Foster (#23265)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com

2

4879-1499-1723

jsilk@bakerdonelson.com
ffoster@bakerdonelson.com

*Attorneys for Defendant City of Memphis,
Chief Cerelyn Davis in her Official Capacity*

**CERTIFICATE OF CONSULTATION**

I, Bruce McMullen, hereby certify that I contacted Plaintiff's counsel via email on June 16, 2023, regarding this Motion. On June 16, 2023, counsel for Plaintiff, Antonio Romanucci, responded that Plaintiff does not oppose this Motion.

*s/ Bruce McMullen*
Bruce McMullen

**CERTIFICATE OF SERVICE**

I, Bruce McMullen, hereby certify that on June 22, 2023 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bruce McMullen*
Bruce McMullen

4879-1499-1723