IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased.

    Plaintiff,

v().

THE CITY OF MEMPHIS, a municipality;
CHIEF CERELYN DAVIS, in Her Official
Capacity; EMMITT MARTIN III, in His
Individual Capacity; DEMETRIUS HALEY,
in His Individual Capacity; JUSTIN SMITH,
in His Individual Capacity; DESMOND MILLS,
JR., in His Individual Capacity; TADARRIUS
BEAN, in His Individual Capacity; PRESTON
HEMPHILL, in His Individual Capacity;
ROBERT LONG, in His Individual Capacity;
JAMICHAEL SANDRIDGE, in His Individual
Capacity; MICHELLE WHITAKER, in Her
Individual Capacity; and DEWAYNE SMITH,
in His Individual Capacity and as an Agent of the
City of Memphis,

    Defendants.

Case No. 2:23-cv-02224-MSN-atc
JURY DEMAND

---

# ORDER GRANTING LEAVE TO FILE REPLY
---

Before the Court is Defendants Preston Hemphill and Dewayne Smith's ("Defendants") Motion for Leave to File Reply in Support of Defendants Preston Hemphill and Dewayne Smith's Motion for a Stay in the Civil Case Pending Resolution of Criminal Proceedings (ECF No. 80, "Motion"). The Motion is well-taken and, further, unopposed. Accordingly, the Court **GRANTS** the Motion. Defendants shall file their reply brief **within seven days of the date of this Order**.

**IT IS SO ORDERED**, this 10th day of July, 2023.

>  *s/ Mark S. Norris*
> MARK S. NORRIS
> UNITED STATES DISTRICT JUDGE