**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased.

    Plaintiff,

v.

THE CITY OF MEMPHIS, a municipality;
CHIEF CERELYN DAVIS, in Her Official
Capacity; EMMITT MARTIN III, in His
Individual Capacity; DEMETRIUS HALEY,
in His Individual Capacity; JUSTIN SMITH,
in His Individual Capacity; DESMOND MILLS,
JR., in His Individual Capacity; TADARRIUS
BEAN, in His Individual Capacity; PRESTON
HEMPHILL, in His Individual Capacity;
ROBERT LONG, in His Individual Capacity;
JAMICHAEL SANDRIDGE, in His Individual
Capacity; MICHELLE WHITAKER, in Her
Individual Capacity; and DEWAYNE SMITH,
in His Individual Capacity and as an Agent of the
City of Memphis,

    Defendants.

Case No. 2:23-cv-02224-MSN-atc
JURY DEMAND

---

### ORDER REFERRING MOTION TO STRIKE ALLEGATIONS FROM COMPLAINT
---

Before the Court is Defendants City of Memphis, Chief Cerelyn Davis, and Dewayne Smith's Motion to Strike Allegations from Complaint, filed July 7, 2023. ("Motion," ECF No. 82.) This Motion is hereby **REFERRED** to the United States Magistrate Judge for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 10th day of July, 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE