IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROW VAUGHN WELLS, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF TYRE
DEANDRE NICHOLS, DECEASED

    Plaintiff

VS.                                            CAUSE NO.: 2:23-CV-02224-MSN-atc

THE CITY OF MEMPHIS, a Municipality;
CHIEF CERELYN DAVIS, in her official capacity;
EMMITT MARTIN, III, in his individual capacity;
DEMETRIUS HALEY, in his individual capacity;
JUSTIN SMITH, in his individual capacity;
DESMOND MILLS, JR., in his individual capacity;
TADARRIUS BEAN, in his individual capacity;
PRESTON HEMPHILL, in his individual capacity;
ROBERT LONG, in his individual capacity;
JAMICHAEL SANDRIDGE, in his individual capacity;
MICHELLE WHITAKER, in her individual capacity;
DEWAYNE SMITH, in his individual capacity and as an
agent of the City of Memphis

    Defendants

---

**DEFENDANT, JUSTIN SMITH'S, JOINDER TO DEFENDANTS, PRESTON HEMPHILL AND DEWAYNE SMITH'S, REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS, PRESTON HEMPHILL AND DEWAYNE SMITH'S, INDIVIDUALLY TO STAY CIVIL CASE PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**

---

COMES NOW the Defendant, Justin Smith (hereinafter "Smith") by and through his counsel of record, Martin Zummach, and files this his Notice of Joinder and would state as follows:

    1.    As far as the arguments made in Defendants, Preston Hemphill and DeWayne Smith's, Reply Memorandum in Support of Defendants, Preston Hemphill and DeWayne

Smith's, Individually, to Stay Civil Case Pending Resolution of Criminal Proceedings filed on July 17, 2023 [Doc. No.: 85], Smith files his Notice to join in same and adopts same as if copied verbatim herein.

2. Counsel for Smith reserves the right to provide oral argument or respond to the Court's questions on such day as this matter is called on for hearing.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

*S/Martin Zummach*
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38671
662-349-6900
martin@sparkman-zummach.com

Certificate of Service

The undersigned certifies that on the 18th day of July, 2023, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*

2