IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ROW VAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224 JURY DEMAND |
| THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILL, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION DISMISS AND MOTION TO STRIKE ALLEGATIONS FROM COMPLAINT**

1

Plaintiff, by and through her attorneys, hereby files this Unopposed Motion for an Extension of Time to Respond to Defendant City of Memphis and Defendant Chief Cerelyn Davis' Motion to Dismiss and Motion to Strike. In support, Plaintiff states as follows:

1. Plaintiffs' Complaint against Defendant City of Memphis, Defendant Chief Cerelyn Davis, and other Defendants was filed on April 19, 2023. ECF Dkt. 1.

2. Defendant City of Memphis and Defendant Chief Cerelyn Davis filed a Motion to Dismiss on July 7, 2023. ECF Dkt. 81.

3. Defendant City of Memphis and Defendant Chief Cerelyn Davis filed a Motion to Strike Allegations from Complaint on July 7, 2023. ECF Dkt. 82.

4. Plaintiffs' Counsel requires additional time to adequately respond to Defendants' two motions.

5. Plaintiffs' Counsel requests an extension up to and including August 11, 2023 to respond to both Defendants' Motion to Dismiss and Motion to Strike.

6. This Motion is made in good faith and not for the purpose of delay.

7. Defendant City of Memphis and Defendant Chief Cerelyn Davis do not oppose this Motion and the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for an extension of time through August 11, 2023 to file a response to Defendant City of Memphis and Defendant Chief Cerelyn Davis' Motion to Dismiss and Motion to Strike.

**Dated: July 19, 2023**               **Respectfully Submitted,**

/s/ Sarah Raisch
**ROMANUCCI & BLANDIN, LLC**
Antonio Romanucci (*pro hac vice*)
(Illinois ARDC No. 6190290)
Bhavani Raveendran (*pro hac vice*)
(Illinois ARDC No. 6309968)

Bryce Hensley
(Illinois ARDC/WDTN No. 6327025)
Sarah Raisch (*pro hac vice)*
(Illinois ARDC No. 6305374)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: b.raveendran@rblaw.net
E-mail: bhensley@rblaw.net
Email: sraisch@rblaw.net

**MENDELSON LAW FIRM**
David Mendelson
(Tennessee Bar No. 016812)
Benjamin Wachtel
(Tennessee Bar No. 037986)
799 Estate Place
Memphis, Tennessee 38187
Tel: (901) 763-2500 ext. 103
Fax: (901) 763-2525
Email: dm@mendelsonfirm.com
Email: bwachtel@mendelsonfirm.com

**BEN CRUMP LAW**
Ben Crump (*pro hac vice pending*)
(Washington, D.C. Bar No. 1552623)
(Tennessee Bar No. 038054)
Chris O'Neal (*pro hac vice pending)*
(Florida Bar No. 910201)
Brooke Cluse
(Texas Bar No. 24123034)
717 D Street N.W., Suite 310
Washington, D.C. 20004
Email: ben@bencrump.com
Email: chris@bencrump.com
Email: brooke@bencrump.com

**COUNCIL & ASSOCIATES, LLC**
Lashonda Council Rogers
(Georgia Bar No. 190276)
50 Hunt Plaza, SE Suite 740
Atlanta, Georgia 30303
Tel: (404) 526-8857
Fax: (404) 478-8423
Email: lrogers@thecouncilfirm.com

3

**EARNESTINE HUNT DORSE**
Earnestine Hunt Dorse
(Tennessee Bar No. 012126)
3268 N Waynoka Circle
Memphis, Tennessee 38111-3616
Tel: (901) 604-8866
Email: ehdorse@gmail.com

## CERTIFICATE OF CONSULTATION

I, Sarah Raisch, hereby certify that my office contacted counsel for Defendant City of Memphis and Defendant Chief Cerelyn Davis via email on July 10 2023, regarding this Motion. On July 11, 2023, counsel for both Defendants, Bruce McMullen, responded that the Defendants do not oppose this Motion.

*s/ Sarah Raisch*
Sarah Raisch

## CERTIFICATE OF SERVICE

I, Sarah Raisch, hereby certify that on July 19, 2023 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Sarah Raisch*
Sarah Raisch