IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.<br><br>                Plaintiff,<br><br>vs.<br><br>The City of Memphis, a municipality;<br>Chief Cerelyn Davis, in her official capacity;<br>Emmitt Martin III, in his individual capacity;<br>Demetrius Haley, in his individual capacity;<br>Justin Smith, in his individual capacity;<br>Desmond Mills, Jr., in his individual capacity;<br>Tadarrius Bean, in his individual capacity;<br>Preston Hemphill, in his individual capacity;<br>Robert Long, in his individual capacity;<br>JaMichael Sandridge, in his individual capacity;<br>Michelle Whitaker, in her individual capacity;<br>DeWayne Smith, in his individual capacity and as an agent of the City of Memphis.<br><br>                Defendants. | Case No. 2:23-CV-02224<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A JOINT RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND STRIKE** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE A JOINT RESPONSE TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT [ECF Dkt. 81] and MOTION TO STRIKE ALLEGATIONS
FROM PLAINTIFF'S COMPLAINT [ECF Dkt. 82]**

Plaintiff, by and through her attorneys, hereby files this Unopposed Motion for Leave to File a Joint Response to Defendants' Motion to Dismiss Plaintiff's Complaint [ECF Dkt. 81] and Motion to Strike Plaintiff's Complaint [ECF Dkt. 82]. In support thereof, Plaintiff states as follows:

1. Plaintiff's Complaint against Defendant City of Memphis, Defendant Chief Cerelyn Davis, and other Defendants was filed on April 19, 2023. ECF Dkt. 1.

2. Defendant The City of Memphis and Defendant Chief Cerelyn Davis filed a Motion to Dismiss on July 7, 2023. ECF Dkt. 81.

3. Defendant City of Memphis and Defendant Chief Cerelyn Davis filed a Motion to Strike Allegations from Plaintiff's Complaint on July 7, 2023. ECF Dkt. 82.

4. Pursuant to Western District of Tennessee Local Rules 7.2(e) and 12.1(b), both responses are permitted a maximum of 20-pages, individually.

5. There is significant overlap in the supporting factual allegations and legal arguments between the two motions such that a combined response is in the interests of efficiency and judicial economy.

6. Plaintiff's Counsel seeks leave to file a single Response to both of Defendants' motions in the form of a Joint Response with a limit of 40 pages, which does not exceed the amount of pages both Motions would be afforded individually.

7. Plaintiff's Counsel met and conferred with Counsel for Defendants' City of Memphis and Chief Cerelyn Davis and there is no objection from either Defendant. *See* Certification of Consultation *infra*.

8. This Motion is made in good faith and in the interest of judicial efficiency.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion for Leave to File a Joint Response to Defendants' Motion to Dismiss Plaintiff's Complaint and Motion to Strike Allegations from Plaintiff's Complaint.

Dated:  August 3, 2023                    Respectfully Submitted,

/s/ Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
Antonio Romanucci (*pro hac vice*)
(Illinois ARDC No. 6190290)
Bhavani Raveendran (*pro hac vice*)

(Illinois ARDC No. 6309968)
Bryce Hensley
(Illinois ARDC/WDTN No. 6327025)
Sarah Raisch (*pro hac vice)*
(Illinois ARDC No. 6305374)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: b.raveendran@rblaw.net
Email: bhensley@rblaw.net
Email: sraisch@rblaw.net

**MENDELSON LAW FIRM**
David Mendelson
(Tennessee Bar No. 016812)
Benjamin Wachtel
(Tennessee Bar No. 037986)
799 Estate Place
Memphis, Tennessee 38187
Tel: (901) 763-2500 ext. 103
Fax: (901) 763-2525
Email: dm@mendelsonfirm.com
Email: bwachtel@mendelsonfirm.com

**BEN CRUMP LAW**
Ben Crump (*pro hac vice pending*)
(Washington, D.C. Bar No. 1552623)
(Tennessee Bar No. 038054)
Chris O'Neal (*pro hac vice pending)*
(Florida Bar No. 910201)
Brooke Cluse
(Texas Bar No. 24123034)
717 D Street N.W., Suite 310
Washington, D.C. 20004
Email: ben@bencrump.com
Email: chris@bencrump.com
Email: brooke@bencrump.com

**COUNCIL & ASSOCIATES, LLC**
Lashonda Council Rogers
(Georgia Bar No. 190276)
50 Hunt Plaza, SE Suite 740
Atlanta, Georgia 30303
Tel: (404) 526-8857

Fax: (404) 478-8423  
Email: lrogers@thecouncilfirm.com

**EARNESTINE HUNT DORSE**
Earnestine Hunt Dorse
(Tennessee Bar No. 012126)
3268 N Waynoka Circle
Memphis, Tennessee 38111-3616
Tel: (901) 604-8866
Email: ehdorse@gmail.com

## CERTIFICATE OF CONSULTATION

I, Bryce T. Hensley, hereby certify that my office contacted counsel for Defendant City of Memphis and Defendant Chief Cerelyn Davis via email on July 31, 2023, regarding this Motion. On August 1, 2023, counsel for both Defendants, Jennie Vee Silk, responded that the Defendants do not have any objection this Motion.

<i>s/ Bryce T. Hensley</i>  
Bryce T. Hensley

## CERTIFICATE OF SERVICE

I, Bryce Thomas Hensley, hereby certify that on August 3, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

<i>s/ Bryce T. Hensley</i>  
Bryce T. Hensley