# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.<br><br>                Plaintiff,<br><br>vs.<br><br>The City of Memphis, a municipality; Chief Cerelyn Davis, in her official capacity; Emmitt Martin III, in his individual capacity; Demetrius Haley, in his individual capacity; Justin Smith, in his individual capacity; Desmond Mills, Jr., in his individual capacity; Tadarrius Bean, in his individual capacity; Preston Hemphill, in his individual capacity; Robert Long, in his individual capacity; JaMichael Sandridge, in his individual capacity; Michelle Whitaker, in her individual capacity; DeWayne Smith, in his individual capacity and as an agent of the City of Memphis.<br><br>                Defendants. | Case No. 2:23-CV-02224<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF LIMIT SET BY LOCAL RULE 12.1(b)** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF LIMIT SET BY LOCAL RULE 12.1(b)**

Plaintiff, RowVaughn Wells, individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, by and through her attorneys, hereby moves for leave to file Plaintiffs' Response in Opposition to Defendants City of Memphis, Chief Cerelyn Davis (in her official capacity), and DeWayne Smith (as Agent of the City of Memphis) ("City Defendants") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (ECF Dkt.. 81) in excess of the page limits set by Local Rule 12.1(b). City Defendants, through counsel, has indicated that it does not oppose the relief requested by this motion. In support, Plaintiff states as follows:

1

1. Plaintiff's Complaint against Defendant City of Memphis, Defendant Chief Cerelyn Davis, and other Defendants was filed on April 19, 2023. ECF Dkt. 1.

2. Defendant The City of Memphis and Defendant Chief Cerelyn Davis filed a Motion to Dismiss on July 7, 2023. ECF Dkt. 81.

3. The Defendants' Motion to Dismiss is 20 pages in length and challenges all four of Plaintiffs' distinct federal claims against the City, as well as three distinct state law claims against an individual Defendant and the naming of the Chief of Police. ECF Dkt. 81.

4. Western District of Tennessee Local Rule 12.1(b) provides that memoranda in opposition to motions to dismiss shall not exceed 20 pages without prior Court approval.

5. Given the nature of the case, the variety of complex arguments asserted by the Defendants in its Motion and the relevant case law, additional pages are necessary to adequately address each argument in Defendant's motion.

6. Accordingly, Plaintiffs seek leave to file a 30-page brief in opposition to the City Defendants' motion to dismiss to adequately address each argument.

7. Plaintiff's Counsel met and conferred with Counsel for Defendants and there is no objection in the relief being sought. *See* Certification of Consultation *infra*.

WHEREFORE, Plaintiffs respectfully request leave to file her Response in Opposition to the Motion to Dismiss in excess of the page limits provided by Local Rule 12.1(b) and be afforded 30 pages to respond.

Dated:  August 8, 2023                    Respectfully Submitted,

/s/ Bryce T. Hensley_____
**ROMANUCCI & BLANDIN, LLC**
Antonio Romanucci (*pro hac vice*)
(Illinois ARDC No. 6190290)
Bhavani Raveendran (*pro hac vice*)
(Illinois ARDC No. 6309968)

2

Bryce Hensley
(Illinois ARDC/WDTN No. 6327025)
Sarah Raisch (*pro hac vice)*
(Illinois ARDC No. 6305374)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: b.raveendran@rblaw.net
Email: bhensley@rblaw.net
Email: sraisch@rblaw.net

**MENDELSON LAW FIRM**
David Mendelson
(Tennessee Bar No. 016812)
Benjamin Wachtel
(Tennessee Bar No. 037986)
799 Estate Place
Memphis, Tennessee 38187
Tel: (901) 763-2500 ext. 103
Fax: (901) 763-2525
Email: dm@mendelsonfirm.com
Email: bwachtel@mendelsonfirm.com

**BEN CRUMP LAW**
Ben Crump (*pro hac vice pending*)
(Washington, D.C. Bar No. 1552623)
(Tennessee Bar No. 038054)
Chris O'Neal (*pro hac vice pending)*
(Florida Bar No. 910201)
Brooke Cluse
(Texas Bar No. 24123034)
717 D Street N.W., Suite 310
Washington, D.C. 20004
Email: ben@bencrump.com
Email: chris@bencrump.com
Email: brooke@bencrump.com

**COUNCIL & ASSOCIATES, LLC**
Lashonda Council Rogers
(Georgia Bar No. 190276)
50 Hunt Plaza, SE Suite 740
Atlanta, Georgia 30303
Tel: (404) 526-8857
Fax: (404) 478-8423

3

Email: lrogers@thecouncilfirm.com

**EARNESTINE HUNT DORSE**
Earnestine Hunt Dorse
(Tennessee Bar No. 012126)
3268 N Waynoka Circle
Memphis, Tennessee 38111-3616
Tel: (901) 604-8866
Email: ehdorse@gmail.com

## CERTIFICATE OF CONSULTATION

I, Bryce T. Hensley, hereby certify that my office contacted counsel for Defendant City of Memphis and Defendant Chief Cerelyn Davis via email on August 7, 2023, regarding this Motion. On August 7, 2023, counsel for both Defendants, Jennie Vee Silk, responded that the Defendants do not have any objection this Motion.

*s/ Bryce T. Hensley*
Bryce T. Hensley

## CERTIFICATE OF SERVICE

I, Bryce Thomas Hensley, hereby certify that on August 8, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bryce T. Hensley*
Bryce T. Hensley

4