IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROW VAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, <br><br>   Plaintiffs, <br><br> v. <br><br> THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILL, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, <br><br>   Defendants. | CASE NO. 2:23-CV-02224 <br> JURY DEMAND |

**CITY DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY BRIEF IN EXCESS OF LIMIT SET BY LOCAL RULE 12.1(c)**

Defendants, the City of Memphis ("the City"), Chief Cerelyn Davis in her Official Capacity ("Chief Davis") and Dewayne Smith as Agent of the City of Memphis ("Lt. Smith") (collectively, "the City Defendants"), by and through counsel, hereby request leave to file the City Defendants'

4894-3226-8410

Reply in Support of their Motion to Dismiss Plaintiff's Complaint (ECF No. 81) in excess of the page limit set by Local Rule 12.1(c). Plaintiff, through counsel, has indicated that she does not oppose the relief requested by this Motion. In support, the City Defendants state as follows:

1. Plaintiff's Complaint was filed on April 19, 2023. (ECF No. 1.)

2. The City Defendants filed a Motion to Dismiss pursuant to Rule 12(b)(6) on July 7, 2023. (ECF No. 81.)

3. On August 8, 2023, Plaintiff sought leave from the Court to file a response in opposition to the Motion to Dismiss in excess of the limit outlined in the Local Rules. (ECF No. 91.)

4. On August 10, 2023, the Court granted Plaintiff's motion for leave, permitting Plaintiff thirty (30) pages in which to respond to the Motion to Dismiss. (ECF No. 92.)

5. Local Rule 12.1(c) provides that reply memoranda in support of motions to dismiss shall not exceed 10 pages without prior Court approval.

6. The City Defendants seek leave to file a 20-page reply brief in support of their Motion to Dismiss.

7. Good cause exists to support this Motion. The nature of this case, including the complex arguments from each party and the relevant case law, support the need for additional pages so that the City Defendants may adequately address each argument in Plaintiff's response.

8. Plaintiff and the City Defendants consulted through counsel regarding the relief being sought, and Plaintiff does not oppose this Motion.

The City Defendants seek permission to file a reply brief in support of their Motion to Dismiss in excess of the page limits provided by Local Rule 12.1(c), and that they be afforded twenty (20) pages in which to respond.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


*s/ Bruce McMullen*
Bruce McMullen (#18126)
Freeman B. Foster (#23265)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
ffoster@bakerdonelson.com

*Attorneys for Defendant City of Memphis,
Chief Cerelyn Davis in her Official Capacity*

4894-3226-8410

## CERTIFICATE OF CONSULTATION

I, Bruce McMullen, hereby certify that counsel for City Defendants, Jennie Silk, contacted Plaintiff's counsel, Bryce Hensley, via email on August 23, 2023, regarding the relief sought in this Motion. Mr. Hensley responded that Plaintiff does not oppose this Motion.

*s/ Bruce McMullen*
Bruce McMullen

## CERTIFICATE OF SERVICE

I, Bruce McMullen, hereby certify that on August 23, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bruce McMullen*
Bruce McMullen

4894-3226-8410