# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY and as ADMINISTRATRIX AD LITEM of the ESTATE of TYRE DEANDRE NICHOLS, deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>The CITY of MEMPHIS, a MUNICIPALITY; et.al.,<br><br>　　Defendant. | CIVIL ACTION<br>NO. 2:23-cv-2224 |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE:

　　Please enter the undersigned, Clyde W. Keenan as attorney of record for Defendant, Desmond Mills, Jr.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　05370ck/71<hiciv
　　　　　　　　　　　　　　　　　　　s/Clyde W. Keenan

　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Clyde W. Keenan, #5370
　　　　　　　　　　　　　　　　　　　KEENAN LAW & CONSULTING
　　　　　　　　　　　　　　　　　　　6465 N. Quail Hollow, #200
　　　　　　　　　　　　　　　　　　　Memphis, TN  38120
　　　　　　　　　　　　　　　　　　　(901) 767-1842

## CERTIFICATE OF SERVICE

I, Clyde W. Keenan, hereby certify that on August 29, 2023 I filed a copy of the foregoing with the Court via the Court's ECF system, and that upon filing, a copy will be sent via the Court's ECF system to all registered parties in this case.

05370ck/71<hiciv
s/Clyde W. Keenan

Clyde W. Keenan