IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY and as ADMINISTRATRIX AD LITEM of the ESTATE of TYRE DEANDRE NICHOLS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>The CITY of MEMPHIS, a MUNICIPALITY; et.al.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 2:23-cv-2224 |

**JOINDER TO MOTIONS OF DEFENDANTS DEMETRIUS HALEY, EMMIT MARTIN, PRESTON HEMPHILL, AND DEWAYNE SMITH, INDIVIDUALLY, TO STAY CIVIL CASE AND MEMORANDUMS IN SUPPORT**

COMES NOW Defendant, Desmond Mill, Jr. individually, by and through his counsel, Clyde W. Keenan, and does join in the Motions of Defendants Demetrius Haley, Emmitt Martin, Preston Hemphill, and Dewayne Smith, individually, to Stay Civil Case and Memorandums in Support.  In support thereof, Defendant Desmond Mills, Jr. would incorporate by reference those arguments of Defendant Demetrius Haley as set forth in his motion at Docket Entry Number 57, those arguments of Defendant Emmitt Martin as set forth in his motion at Docket Entry Number 60, and, those arguments of Defendants Preston Hemphill and Dewayne Smith as set forth in their motion at Docket Entry Number 62. Defendant Mills would further state that he, just as other Defendants, has also been indicted in the Criminal Court of Shelby County, Tennessee, for the 30th Judicial District, alleging

criminal responsibility for the death of Tyree Nichols.  Said case is being actively litigated.  Additionally, Defendant Mills also anticipates a federal indictment.

Thus, Defendant Mills joins in the Defendants Haley, Martin, Hemphill, and Smith motions requesting a stay of the proceedings in this matter until a resolution of the criminal proceedings and the memorandums in support of said motions.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842

## CERTIFICATE OF SERVICE

I, Clyde W. Keenan, hereby certify that on August 29, 2023 I filed a copy of the foregoing with the Court via the Court's ECF system, and that upon filing, a copy will be sent via the Court's ECF system to all registered parties in this case.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842