# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased.

    Plaintiff,

v.

THE CITY OF MEMPHIS, a municipality;
CHIEF CERELYN DAVIS, in Her Official
Capacity; EMMITT MARTIN III, in His
Individual Capacity; DEMETRIUS HALEY,
in His Individual Capacity; JUSTIN SMITH,
in His Individual Capacity; DESMOND MILLS,
JR., in His Individual Capacity; TADARRIUS
BEAN, in His Individual Capacity; PRESTON
HEMPHILL, in His Individual Capacity;
ROBERT LONG, in His Individual Capacity;
JAMICHAEL SANDRIDGE, in His Individual
Capacity; MICHELLE WHITAKER, in Her
Individual Capacity; and DEWAYNE SMITH,
in His Individual Capacity and as an Agent of the
City of Memphis,

    Defendants.

Case No. 2:23-cv-02224-MSN-atc
JURY DEMAND

---

## ORDER REGARDING BROADCASTING, TELEVISING, RECORDING OR PHOTOGRAPHING COURTROOM PROCEEDINGS

---

Pursuant to Local Rule 83.2 and Federal Judicial Conference Policy, any broadcasting, televising, recording, or photographing of the proceedings in this case is strictly prohibited.

A conference on September 15, 2023 at 9:30 a.m. will be conducted as a video proceeding via TEAMS. Public access will be available. If the public and/or media wish to attend the video proceeding, please use the following link to request access information:

https://www.tnwd.uscourts.gov/videohearings.  The access information will be delivered via email to the email address from which the request originated.

Any broadcasting, televising, recording, or photographing of the proceedings in violation of this Order will constitute contempt of Court and will be adjudicated accordingly.

**IT IS SO ORDERED**, this 15th day of September, 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE