IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY and as ADMINISTRATRIX AD LITEM of the ESTATE of TYRE DEANDRE NICHOLS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>The CITY of MEMPHIS, a MUNICIPALITY; et.al.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 2:23-cv-2224 |

### DEFENDANT, DESMOND MILLS, JR.'S, STATUS REPORT

COMES NOW Defendant, Desmond Mills, Jr. individually, by and through his counsel, Clyde W. Keenan, and states as follows:

1. On September 21, 2023 the Court granted a stay as to the Defendant, Desmond Mills, Jr. and ordered counsel to submit a status report on or before November 1, 2023.

2. Counsel has been in contact with Blake Ballin who is the attorney representing Defendant, Desmond Mills, Jr., in the on-going criminal proceedings.

3. There has been no change in the status of this matter since the Courts issuance of the Order regarding the stays.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____
Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842

## CERTIFICATE OF SERVICE

I, Clyde W. Keenan, hereby certify that on November 1, 2023 I filed a copy of the foregoing with the Court via the Court's ECF system, and that upon filing, a copy will be sent via the Court's ECF system to all registered parties in this case.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____
Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842