UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased,**

    Plaintiff,

VS.                                    2:23-cv-02224-MSN-atc

**CITY OF MEMPHIS, a municipality,
CHIEF CERELYN DAVIS in her
official capacity,
EMITT MARTIN III in his individual capacity,
DEMETRIUS HALEY in his individual capacity,
JUSTIN SMITH in his individual capacity,
DESMOND MILLS, Jr. in his individual capacity,
TADARRIUS BEAN in his individual capacity,
PRESTON HEMPHILL in his individual capacity,
ROBERT LONG in his individual capacity,
JAMICHAEL SANDRIDGE in his individual capacity,
MICHELLE WHITAKER in her individual capacity, and
DEWAYNE SMITH in his individual capacity and as
an agent of the City of Memphis,**

    Defendants.

---

### STATUS REPORT OF DEFENDANT DEMETRIUS HALEY
---

    COMES NOW, Defendant Demetrius Haley, individually, through Counsel, and files this status report for the Court:

    1.    Since the proceedings in this case were stayed as to Demetrius Haley, a federal criminal indictment has issued.

    2.    Counsel for Demetrius Haley in this case has been monitoring the criminal

proceedings and has regularly discussed the criminal case with Mr. Haley's counsel in both the state and federal criminal proceedings.

           Respectfully submitted,
           LAW OFFICE OF STEPHEN R. LEFFLER, P.C.

           s/Stephen R. Leffler    #11038
           Attorney for Defendant
           1519 Union Ave., Box 212
           Memphis, Tennessee 38104
           (901) 527-8830
           Stephen@Lefflerlaw.com

**Certificate of Service**

I hereby certify that the foregoing upon has been served upon for following counsel via ECF:

    Antonio Romanucci
    Bhavani Raveendran
    Bryce Thomas Hensley
    Sarah M. Raisch
    Romanucci & Blandin, LLC
    321 North Clark Street, Suite 900
    Chicago, IL 60654

    David Louis Mendelson
    Mendelson Law Firm
    799 Estate Place
    Memphis, TN 38187-0235

    Bruce McMullen
    Freeman B. Foster
    Jennie Vee Silk
    Baker, Donelson, Bearman, Caldwell & Beerkowitz, P.C.
    165 Madison Ave., Ste 2000
    Memphis, TN 38103

Florence M. Johnson
Johnson and Johnson, PC
1407 Union Avenue, Suite 1002
Memphis, Tennessee 38104

Deborah Godwin
Mary Elizabeth McKinney
Godwin, Morris, Laurenzi & Bloomfield, P.C.
50 N. Front Street, Suite 800
Memphis, TN 38103
P.O. Box 3290,
Memphis, TN 38173-0290

Darrell J. O'Neal
Law Office of Darrell J. O'Neal
2129 Winchester Road
Memphis, TN 38116

Laura Elizabeth Smittick
Smittick Law Firm
242 Poplar Avenue
Memphis, TN 38103

Robert L. J. Spence , Jr
65 Union Avenue, Suite 900
Memphis, TN 38103


this 1st day of November, 2023.


                s/Stephen R. Leffler