# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.<br><br>Plaintiff,<br><br>vs.<br><br>The City of Memphis, a municipality; Chief Cerelyn Davis, in her official capacity; Emmitt Martin III, in his individual capacity; Demetrius Haley, in his individual capacity; Justin Smith, in his individual capacity; Desmond Mills, Jr., in his individual capacity; Tadarrius Bean, in his individual capacity; Preston Hemphill, in his individual capacity; Robert Long, in his individual capacity; JaMichael Sandridge, in his individual capacity; Michelle Whitaker, in her individual capacity; DeWayne Smith, in his individual capacity and as an agent of the City of Memphis.<br><br>Defendants. | Case No. 2:23-cv 2224<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## STATUS REPORT OF EMMITT MARTIN, III

COMES NOW, Defendant Emmitt Matin III, by and through his counsel of record, and files this Notice with the Court regarding the status of the state court matters and federal court matters in which he is involved pursuant to the Court's Order of September 21, 2023. (See, Dkt. Ent. 110). The Defendant, Martin, is still involved as a party in the pending state court criminal case that is not resolved nor set for trial. Defendant Martin is as well indicted in the Western District of Tennessee, Western District at Memphis and currently that matter is set for trial in May 2024 on

1

information and belief.

There are no further dates or other matters set of which Defendant Martin is aware at this filing.

RESPECTFULLY SUBMITTED,

/s/ Florence M. Johnson
Florence M. Johnson (#015499)
Johnson and Johnson, P.C.
1407 Union Avenue, Suite 1002
Memphis, Tn 38104
(901) 725-7520 Telephone
fjohnson@johnsonandjohnsonattys.com

Attorneys for Defendant, EMMITT MARTIN, III

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's ECF electronic filing data base on November 1, 2023:

/s/ Florence M. Johnson