# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**RowVaughn Wells, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.**

    Plaintiff,

v.

**The City of Memphis, a municipality;**
**Chief Cerelyn Davis, in her official capacity;**
**Emmitt Martin III, in his individual capacity;**
**Demetrius Haley, in his individual capacity;**
**Justin Smith, in his individual capacity;**
**Desmond Mills, Jr., in his individual capacity;**
**Tadarrius Bean, in his individual capacity;**
**Preston Hemphill, in his individual capacity**
**Robert Long, in his individual capacity;**
**JaMichael Sandridge, in his individual capacity;**
**Michelle Whitaker, in her individual capacity;**
**DeWayne Smith, in his individual capacity and as an agent of the City of Memphis,**

    Defendants.

Case No.: 2:23-cv-2224

JURY DEMANDED

## NOTICE OF SERVICE OF DEFENDANT MICHELLE WHITAKER'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**COMES NOW** Defendant, Michelle Whitaker, by and through undersigned counsel of record, and hereby gives Notice of the Service of her Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, on November 2, 2023.

        Respectfully submitted,

        SPENCE PARTNERS

By:    /s/ Andrew M. Horvath
        Robert L. J. Spence, Jr. (BPR #12256)
        Andrew M. Horvath (BPR #33862)
        Jarrett M.D. Spence (BPR #34577)
        Alexxas J. Johnson (BPR#40938)
        65 Union Avenue, Suite 900
        Memphis, Tennessee 38103
        Office: (901) 312-9160
        Facsimile: (901) 521-9550
        rspence@spencepartnerslaw.com
        ahorvath@spencepartnerslaw.com
        jspence@spencepartnerslaw.com
        ajohnson@spencepartnerslaw.com

*Attorneys for Defendant Michelle Whitaker*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2023, I electronically filed the foregoing document with the Clerk of Court by using the Court's electronic filing system, which sent notification of filing to all counsel of record.

        /s/ Andrew M. Horvath