FILED FOR ENTRY

NOV 02 2023

EDDIE JONES, JR., CLERK

## IN THE PROBATE COURT OF SHELBY COUNTY, TENNESSEE

IN RE: )
)
)
ESTATE OF )
TYRE DEANDRE NICHOLS, )   No. PR-25326
)
Deceased. )

### ORDER ALLOWING LIMITED
### BREAKING OF SEAL
### AND DISCLOSURE OF DOCUMENT
### FILED REDACTED AND UNDER SEAL

THIS CAUSE came before the Court on Wednesday, November 1, 2023 upon counsel's request to allow Petitioner to break the Court's seal in this matter for a limited purpose before the Honorable Judge Joe Townsend, Judge of Division II of the Probate Court of Shelby County, Tennessee; and it appearing to the Court based upon the statements of Counsel in Open Court, the entire Record in this cause and for good cause shown, that the request is well-taken and that the relief prayed for shall be GRANTED.

The Court further finds as follows:

1.      That on March 29, 2023, this Court entered an Order Appointing Administratrix Ad Litem, which appointed Tyre Deandre Nichols' ("Decedent") mother, RowVaughn Wells, as Administratrix Ad Litem over Decedent's estate for the purpose of pursuing litigation on behalf of Decedent's minor son who is Decedent's sole heir, next of kin and Wrongful Death beneficiary. The Court entered said Order upon RowVaughn Wells' testimony, an Affidavit and Declaration of Decedent's minor son's mother and statements of counsel in Open Court.

2.      That in the Court's March 29, 2023 Order, the Court ruled that "due to the high-profile and sensitive nature of this matter, the Petition, this Order and all other pleadings and filings herein shall be filed under seal."

3.      That because there now appears to be limited assets belonging to Decedent's Estate, on November 1, 2023, Petitioner filed a Petition To Convert Administratrix Ad Litem To Administratrix And To Open Estate Of Tyre Nichols along with an updated Affidavit and Declaration of Decedent's minor child's mother and legal guardian.

4.      That based on statements of counsel in Open Court, Petitioner needs to disclose Decedent's minor son's mother's Affidavits and Declarations to show that Decedent's Wrongful Death beneficiary and Next of Kin joins and consents to Decedent's mother, RowVaughn Wells, in her capacity as Administratrix Ad Litem or as Administratrix over Decedent's Estate, to serve as the Plaintiff in any and all litigation on behalf of Decedent's minor son.

       **IT IS THEREFORE ORDERED, ADJUDGED and DECREED:**

1.  That Petitioner and Petitioner's counsel may disclose a redacted copy of the Affidavits and Declarations filed herein, and thus break the seal entered in this matter for the limited purpose of showing that Tyre Deandre Nichols' Wrongful Death beneficiary and Next of Kin joins and consents to Tyre Deandre Nichols' mother, RowVaughn Wells, in her capacity as Administratrix Ad Litem or as Administratrix over Tyre Deandre Nichols' Estate, to serve as the Plaintiff in any

and all litigation on behalf of Tyre Deandre Nichols' minor son.

*[Signature]*
JUDGE JOE TOWNSEND    November 2, 2023

Submitted by and Approved for Entry:

*[Signature]*

David L. Mendelson (BPR# 16812)
Benjamin I. Wachtel (BPR# 37986)
**MENDELSON LAW FIRM**
Attorneys for Petitioner
PO Box 17235
799 Estate Place
Memphis, Tennessee 38187-0235
901-763-2500
dm@mendelsonfirm.com
bwachtel@mendelsonfirm.com

A TRUE COPY ATTEST
EDDIE S. JONES, JR., CLERK
BY _____ D.C.

*[Seal: Probate Court of Shelby, Tenn.]*

3