FILED FOR ENTRY

NOV 08 2023

EDDIE S. JONES, JR., CLERK

## IN THE PROBATE COURT OF SHELBY COUNTY, TENNESSEE

IN RE: )
)
ESTATE OF )
TYRE DEANDRE NICHOLS, )   No. PR-25326
)
Deceased. )

### ORDER CONVERTING ADMINISTRATRIX AD LITEM TO ADMINISTRATRIX AND OPENING THE ESTATE OF TYRE DEANDRE NICHOLS

THIS CAUSE came on to be heard on November 8, 2023, upon the sworn Petition To Convert Administratrix Ad Litem To Administratrix And To Open The Estate Of Tyre Nichols ("Petition") of RowVaughn Wells ("Petitioner"), before the Honorable Judge Joe Townsend, Judge of Division II of the Probate Court of Shelby County, Tennessee; and it appearing to the Court based upon the Pleadings, Petitioner's sworn testimony at the November 8, 2023 hearing herein, the statements of Counsel in Open Court, the entire Record in this cause and for good cause shown, that the Petition is well-taken and that the relief prayed for in the Petition shall be GRANTED.

The Court further finds as follows:

1. That Petitioner is a resident of Shelby County, Tennessee and Petitioner is Tyre Deandre Nichols' ("Decedent") mother.

2. That at the age of twenty-nine (29), on January 10, 2023, Decedent died in Shelby County, Tennessee. At the time of his death, Decedent was a resident of Shelby County, Tennessee.

3. That Decedent was not enrolled in TennCare.

4. That Petitioner and Petitioner's family performed a diligent search and inquiry of Decedent's important papers and no Will or other testamentary document was located. Further, Petitioner does not believe that the Decedent executed a Will or other testamentary document. In light of the foregoing, the Court finds that the Decedent died intestate.

5. That the Decedent was not married at the time of his death and never married throughout his life. Decedent's heir-at-law and next-of-kin is Decedent's minor son:



a.

Date of Birth:

6. Pursuant to T.C.A. § 31-2-104, the next of kin for intestate succession is Decedent's minor son.

7. That on March 29, 2023, this Court appointed Petitioner as the Administratrix Ad Litem over Decedent's estate so that Petitioner could pursue wrongful death and other lawsuits on behalf of Decedent's next of kin and heir.

8. In March 2023, Decedent's minor son's mother and legal Guardian executed a waiver approving of Petitioner's appointment as Administratrix Ad Litem.

9. In October 2023, Decedent's minor son's mother and legal Guardian executed an Affidavit and Declaration Re Joinder, Declination To Serve, Ratification and Waiver ("October 2023 Affidavit"), which, among other things, joined and supported the Petition and asked the Court to waive any requirements of Bond, Inventory and Accountings. In addition, in the October 2023 Affidavit, Decedent's minor son's mother and Guardian, expressly confirmed under Oath that she declined to serve and waived any right to pursue any and all litigation, in any and all courts, on behalf of her son as Decedent's next of kin or otherwise and confirmed under

Oath that Decedent's mother, as either Administratrix Ad Litem or Administratrix over Decedent's Estate, shall have the right to represent and pursue any and all litigation, for wrongful death, Civil Rights violations, or otherwise.

10. That certain limited assets have been located which belonged to Decedent and which may require administration:

   a. A vehicle and/or proceeds from the sale thereof; and
   b. Artwork, photographs and paintings which Decedent created and/or proceeds from the sale thereof.

11. That at the time of his death Decedent was not over the age of fifty-five (55) years and that Decedent was not enrolled in the TennCare program in Tennessee.

12. That Petitioner, RowVaughn Wells, is a resident of Shelby County, Tennessee, is over the age of eighteen (18) years old, has not been convicted of a felony nor served a sentence of imprisonment in a penitentiary and is otherwise competent and willing to serve as Administratrix.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** by the Court:

1. That RowVaughn Wells be, and hereby is, appointed and converted to Administratrix of the intestate Estate of Tyre Deandre Nichols, Deceased.
2. The estate of Tyre Deandre Nichols is opened as an intestate estate.
3. The Clerk shall issue Letters of Administration to RowVaughn Wells as Administratrix.
4. The Clerk shall publish Notice to Creditors as required by statute.
5. The requirements of Bond, Inventory and Accountings are hereby waived.

6. RowVaughn Wells as Administratrix may continue to serve and pursue any and all litigation, for Wrongful Death or otherwise, on behalf of Decedent's next of kin and heir and manage, sell and/or license Decedent's artwork and rights related to Decedent's name, likeness and image.

7. Due to the high-profile and sensitive nature of this matter, the Petition, this Order and all other pleadings and filings shall continue to be filed redacted and under seal.

JUDGE JOE TOWNSEND

DATE: NOV 0 8 2023

APPROVED FOR ENTRY:

David L. Mendelson (BPR# 16812)
Benjamin I. Wachtel (BPR# 37986)
**MENDELSON LAW FIRM**
Attorneys for Petitioner
PO Box 17235
799 Estate Place
Memphis, Tennessee 38187-0235
901-763-2500
dm@mendelsonfirm.com
bwachtel@mendelsonfirm.com



A TRUE COPY ATTEST
EDDIE S. JONES, JR., CLERK
BY_____ D.C.