IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>The City of Memphis, a municipality; Chief Cerelyn Davis, in her official capacity; Emmitt Martin III, in his individual capacity; Demetrius Haley, in his individual capacity; Justin Smith, in his individual capacity; Desmond Mills, Jr., in his individual capacity; Tadarrius Bean, in his individual capacity; Preston Hemphill, in his individual capacity; Robert Long, in his individual capacity; JaMichael Sandridge, in his individual capacity; Michelle Whitaker, in her individual capacity; DeWayne Smith, in his individual capacity and as an agent of the City of Memphis.<br><br>        Defendants. | Cause No.: 2:23-CV-02224 |

## **STIPULATION OF MEDIATOR SELECTION**

Plaintiff RowVaughn Wells, Individually and as Administratix Ad Litem of the Estate of Tyre Deandre Nichols, hereby gives notice that Defendant City of Memphis, Defendant Preston Hemphill, Defendant DeWayne Smith, Defendant Robert Long, Defendant JaMichael Sandridge, Defendant Michele Whitaker, and the Plaintiff have agreed to use Judge Bernice Donald for the Court-required ADR in this case, which is currently set to take place on February 9, 2024.

Defendant Emmitt Martin III, Defendant Demetrius Haley, Defendant Justin Smith, Defendant Desmond Mills, Jr., and Defendant Tadarrius Bean have not affirmed or denied their intent to participate in the ADR.

Respectfully submitted,

/s/ Bryce T. Hensley
**Romanucci & Blandin, LLC**
Antonio Romanucci (*pro hac vice*, IL ARDC No. 6190290)
Bhavani Raveendran (*pro hac vice*, IL ARDC No. 6309968)
Bryce Hensley, WDTN No. 6327025
Sarah Raisch (*pro hac vice*, IL ARDC No. 6305374)
321 N. Clark St., Ste. 900, Chicago, Illinois 60654
T: 312.458.1000
F: 312.458.1004
E: aromanucci@rblaw.net
E: b.raveendran@rblaw.net
E: bhensley@rblaw.net
E: sraisch@rblaw.net

**Mendelson Law Firm**
David Mendelson (Tennessee Bar No. 016812)
Benjamin Wachtel (Tennessee Bar No. 037986)
799 Estate Place, Memphis, Tennessee 38187
T: (901) 763-2500 ext. 103
F: (901) 763-2525
E: dm@mendelsonfirm.com
El: bwachtel@mendelsonfirm.com


**BEN CRUMP LAW**
Ben Crump (*pro hac vice pending*) (Washington, D.C. Bar No. 1552623) (Tennessee Bar No. 038054)
Chris O'Neal (*pro hac vice pending)* (Florida Bar No. 910201)
Brooke Cluse (Texas Bar No. 24123034)
717 D Street N.W., Suite 310, Washington, D.C. 20004
E: ben@bencrump.com
E: chris@bencrump.com
E: brooke@bencrump.com


**COUNCIL & ASSOCIATES, LLC**
Lashonda Council Rogers (Georgia Bar No. 190276)
50 Hunt Plaza, SE Suite 740, Atlanta, Georgia 30303
T: (404) 526-8857
F: (404) 478-8423
E: lrogers@thecouncilfirm.com

**EARNESTINE HUNT DORSE**
Earnestine Hunt Dorse (Tennessee Bar No. 012126)
3268 N Waynoka Circle, Memphis, Tennessee 38111-3616
T: (901) 604-8866
E: ehdorse@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Bryce Thomas Hensley, hereby certify that on December 22, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

                                                                   *s/ Bryce T. Hensley*
                                                                   Bryce T. Hensley