IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROW VAUGHN WELLS, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF TYRE
DEANDRE NICHOLS, DECEASED

    Plaintiff

VS.                                      CAUSE NO.: 2:23-CV-02224-MSN-atc

THE CITY OF MEMPHIS, a Municipality;
CHIEF CERELYN DAVIS, in her official capacity;
EMMITT MARTIN, III, in his individual capacity;
DEMETRIUS HALEY, in his individual capacity;
JUSTIN SMITH, in his individual capacity;
DESMOND MILLS, JR., in his individual capacity;
TADARRIUS BEAN, in his individual capacity;
PRESTON HEMPHILL, in his individual capacity;
ROBERT LONG, in his individual capacity;
JAMICHAEL SANDRIDGE, in his individual capacity;
MICHELLE WHITAKER, in her individual capacity;
DEWAYNE SMITH, in his individual capacity and as an
agent of the City of Memphis

    Defendants

---

## DEFENDANT, JUSTIN SMITH'S, STATUS REPORT

---

    COMES NOW, Defendant, Justin Smith, by and through counsel of record, and files this status report with the Court and would state as follows:

    1.    On September 21, 2023, this Court granted a stay as to the Defendant, Justin Smith, and ordered counsel for Defendant to submit a status report on or before November 1, 2023, and every sixty (60) days thereafter.

    2.    The undersigned counsel represents the Defendant, Justin Smith, in the on-going state and federal criminal proceedings.

3.      There has been no change in the status of this matter since Defendant's last status report of November 1, 2023.

Respectfully submitted this the 1st day of December, 2023.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

*S/Martin Zummach*
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
7125 Getwell Road, Ste. 201
Southaven, MS 38671
662-349-6900
martin@sparkman-zummach.com

Certificate of Service

The undersigned certifies that on the 1st day of December, 2023, a copy of the foregoing document was electronically filed with court clerk using the ECF System, and that upon filing, a copy will be sent via the Court's ECF System to all registered parties in this case.

*S/Martin Zummach*