IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY and as ADMINISTRATRIX AD LITEM of the ESTATE of TYRE DEANDRE NICHOLS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>The CITY of MEMPHIS, a MUNICIPALITY; et.al.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 2:23-cv-2224 |

**DEFENDANT, DESMOND MILLS, JR.'S, STATUS REPORT**

COMES NOW Defendant, Desmond Mills, Jr. individually, by and through his counsel, Clyde W. Keenan, and states as follows:

1. On September 21, 2023 the Court granted a stay as to the Defendant, Desmond Mills, Jr. and ordered counsel to submit a status report on or before November 1, 2023 and every sixty (60) days thereafter.

2. Counsel has been in contact with Blake Ballin who is the attorney representing Defendant, Desmond Mills, Jr., in the on-going criminal proceedings.

3. There has been no change in the status of this matter since the Courts issuance of the Order regarding the stays.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842

## CERTIFICATE OF SERVICE

I, Clyde W. Keenan, hereby certify that on December 27, 2023 I filed a copy of the foregoing with the Court via the Court's ECF system, and that upon filing, a copy will be sent via the Court's ECF system to all registered parties in this case.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842