IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**RowVaughn Wells, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.**

    **Plaintiff,**

v.

**The City of Memphis, a municipality;**
**Chief Cerelyn Davis, in her official capacity;**
**Emmitt Martin III, in his individual capacity;**
**Demetrius Haley, in his individual capacity;**
**Justin Smith, in his individual capacity;**
**Desmond Mills, Jr., in his individual capacity;**
**Tadarrius Bean, in his individual capacity;**
**Preston Hemphill, in his individual capacity**
**Robert Long, in his individual capacity;**
**JaMichael Sandridge, in his individual capacity;**
**Michelle Whitaker, in her individual capacity;**
**DeWayne Smith, in his individual capacity and as an agent of the City of Memphis,**

    **Defendants.**

**Case No.: 2:23-cv-2224**

**JURY DEMANDED**

---

**NOTICE OF SERVICE OF DEFENDANT MICHELLE WHITAKER'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF, SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF, AND SECOND SET OF INTERROGATORIES TO PLAINTIFF**

---

I hereby certify that on January 29, 2024, a copy of Defendant Michelle Whitaker's First Set of Requests for Admission to Plaintiff were served, via email, on every attorney of record in the above referenced matter. In addition, on January 30, 2024, a copy of Defendant Michelle Whitaker's Second Set of Interrogatories to Plaintiff and Second Set of Requests for Production to Plaintiff were served, via email, on every attorney of record in the above referenced matter.

                    Respectfully submitted,

                    SPENCE PARTNERS

By:    /s/ Jarrett M.D. Spence
        Robert L. J. Spence, Jr. (BPR #12256)
        Andrew M. Horvath (BPR #33862)
        Jarrett M.D. Spence (BPR #34577)
        65 Union Avenue, Suite 900
        Memphis, Tennessee 38103
        Office: (901) 312-9160
        Facsimile: (901) 521-9550
        rspence@spencepartnerslaw.com
        jspence@spencepartnerslaw.com

        *Attorneys for Defendant Michelle Whitaker*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of Court by using the Court's electronic filing system, which sent notification of filing to all counsel of record.

                    /s/ Jarrett M.D. Spence