# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased,**

    Plaintiff,

VS.                                        2:23-cv-02224-MSN-atc

**CITY OF MEMPHIS, a municipality,
CHIEF CERELYN DAVIS in her
official capacity,
EMITT MARTIN III in his individual capacity,
DEMETRIUS HALEY in his individual capacity,
JUSTIN SMITH in his individual capacity,
DESMOND MILLS, Jr. in his individual capacity,
TADARRIUS BEAN in his individual capacity,
PRESTON HEMPHILL in his individual capacity,
ROBERT LONG in his individual capacity,
JAMICHAEL SANDRIDGE in his individual capacity,
MICHELLE WHITAKER in her individual capacity, and
DEWAYNE SMITH in his individual capacity and as
an agent of the City of Memphis,**

    Defendants.

---

## STATUS REPORT OF DEFENDANT DEMETRIUS HALEY

---

    COMES NOW Defendant Demetrius Haley, individually, by and through Counsel, and files this status report to the Court and states as follows:

    1. On September 21, 2023, this Court granted a stay as to the Defendant, Demetrius Haley and ordered counsel for Defendant to submit as status report on or before November 1, 2023, and every sixty (60) days thereafter.

1

2. Counsel represents Defendant in on-going state and federal criminal proceedings.

3. The federal criminal trial, which was scheduled for May 6, 2024 has been continued. The trial is now scheduled for September 9, 2024.

>Respectfully submitted,
>LAW OFFICE OF STEPHEN R.
>LEFFLER, P.C.
>
>s/Stephen R. Leffler    #11038
>Attorney for Defendant
>2670 Union Ave. Extended, Suite 819
>Memphis, Tennessee 38112
>(901) 527-8830
>Stephen@Lefflerlaw.com