## Javier Rodriguez

| | |
|---|---|
| **From:** | Jarrett Spence <jspence@spencepartnerslaw.com> |
| **Sent:** | Monday, March 11, 2024 8:54 AM |
| **To:** | Javier Rodriguez; Silk, Jennie; Bhavani Raveendran; Office; Laura Smittick; Florence Johnson; Deborah Godwin; McMullen, Bruce; Foster, Freeman; jkp@perrygriffin.com; stephenrleffler@yahoo.com; Curtis Johnson, Jr.; keenandl@aol.com; Betsy McKinney; Robert Spence; Andrew Horvath; Antonio Romanucci; Sarah Raisch; Sam Harton; Mirena Fontana; Amanda Marini; Kaitlyn Boelter-Eberhardt; Eva Dickey; support@smitticklaw.com |
| **Subject:** | RE: Regarding: Nichols, Tyre: Request for a "Meet and Confer" attendant to discovery and depositions. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Javier,

Good morning.  Defendant Michelle Whitaker does not oppose the Motion for Leave.

-Jarrett

1