# Javier Rodriguez

| | |
|---|---|
| **From:** | Office <domemphislaw@darrelloneal.com> |
| **Sent:** | Wednesday, February 28, 2024 4:46 PM |
| **To:** | Javier Rodriguez; Laura Smittick; Silk, Jennie; Florence Johnson; Deborah Godwin; Jarrett Spence; McMullen, Bruce; Foster, Freeman; jkp@perrygriffin.com; stephenrleffler@yahoo.com; Curtis Johnson, Jr.; keenandl@aol.com; Betsy McKinney; Robert Spence; Andrew Horvath; Antonio Romanucci; Bhavani Raveendran; Sarah Raisch; Sam Harton; Mirena Fontana; Amanda Marini; Kaitlyn Boelter-Eberhardt; Eva Dickey; support@smitticklaw.com |
| **Cc:** | Office |
| **Subject:** | RE: Regarding: Nichols, Tyre: Request for a "Meet and Confer" attendant to discovery and depositions. |
| **Follow Up Flag:** | Follow Up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Javier:

I am in receipt of the below email. My office can be available for depositions on the following dates:

April 1-3, 8-10
May 6-8

I object to deposing my client for more than 7 hours.

I will wait and respond on all of other issues that need my attention.

Darrell