**Javier Rodriguez**

| | |
|---|---|
| **From:** | Silk, Jennie <jsilk@bakerdonelson.com> |
| **Sent:** | Friday, March 1, 2024 12:04 PM |
| **To:** | Javier Rodriguez; Office; Laura Smittick; Florence Johnson; Deborah Godwin; Jarrett Spence; McMullen, Bruce; Foster, Freeman; jkp@perrygriffin.com; stephenrleffler@yahoo.com; Curtis Johnson, Jr.; keenandl@aol.com; Betsy McKinney; Robert Spence; Andrew Horvath; Antonio Romanucci; Bhavani Raveendran; Sarah Raisch; Sam Harton; Mirena Fontana; Amanda Marini; Kaitlyn Boelter-Eberhardt; Eva Dickey; support@smtticklaw.com |
| **Subject:** | RE: Regarding: Nichols, Tyre: Request for a "Meet and Confer" attendant to discovery and depositions. |
| **Attachments:** | 4867-1549-5850 v.1 Redline -  (Wells) - Proposed Protective Order (BTH Edits 2023.11.28).pdf; 4885-4423-5415 v.3 Wells v. City of Memphis - Proposed Agreed Protective Order.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Javier,

Thank you for the follow up email.

1. Number of depositions

The City Defendants (City of Memphis, Chief Davis in her Official Capacity, and Dewayne Smith as an Agent of the City of Memphis) do not object to the enlargement of the number depositions in excess of the ten allowed under the rules. The request for 35 depositions, however, is excessive. We are happy to confer with you again on narrowing your proposed list.

2. Length of depositions

The City Defendants object to an enlargement of time for each individual deposition. Seven hours should be sufficient absent some exceptional circumstance.

Regarding 30(b)(6), we need to see the notice to determine the witnesses for each topic. At first blush, we will likely oppose any request to have Chief Davis sit for 35 hours, if she is designated as a 30(b)(6) witness, as that is an entire week. We similarly oppose your request to have 14 hours for each topic.

3. Protective Order

Attached is a draft of the Protective Order incorporating the changes we discussed last week. Attached is a clean version and a redline. Please feel free to edit in redline and recirculate.

4. Deposition Availability

Assuming that the issues of the number of depositions and the length of the depositions is resolved **before** the first deposition, counsel for City Defendants is tentatively available on the following dates:

April 1

April 2

April 3

April 11

April 19

April 22

April 23

May 6

May 7

May 8

May 14

May 20

We of course, need to coordinate with each witness. We have our own list of deponents that will need to be scheduled, as well.

Thanks,

**Jennie Vee Silk**
Phone  901.577.8212