# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased.

    Plaintiff,

v.

THE CITY OF MEMPHIS, a municipality;
CHIEF CERELYN DAVIS, in Her Official
Capacity; EMMITT MARTIN III, in His
Individual Capacity; DEMETRIUS HALEY,
in His Individual Capacity; JUSTIN SMITH,
in His Individual Capacity; DESMOND MILLS,
JR., in His Individual Capacity; TADARRIUS
BEAN, in His Individual Capacity; PRESTON
HEMPHILL, in His Individual Capacity;
ROBERT LONG, in His Individual Capacity;
JAMICHAEL SANDRIDGE, in His Individual
Capacity; MICHELLE WHITAKER, in Her
Individual Capacity; and DEWAYNE SMITH,
in His Individual Capacity and as an Agent of the
City of Memphis,

    Defendants.

Case No. 2:23-cv-02224-MSN-atc
JURY DEMAND

---

## ORDER OF REFERENCE

---

Before the Court is Plaintiff's Motion for Leave (1) to Take a Maximum of Thirty-Five Depositions and (2) to Conduct Certain Depositions Over the Permitted Seven Hours, filed March 14, 2024. ("Motion," ECF No. 163.) This Motion is hereby **REFERRED** to the United States Magistrate Judge for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 21st day of March, 2024.

                                                    *s/ Mark S. Norris*
                                                    MARK S. NORRIS
                                                    UNITED STATES DISTRICT JUDGE