# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased.

    Plaintiff,

v.

THE CITY OF MEMPHIS, a municipality;
CHIEF CERELYN DAVIS, in Her Official
Capacity; EMMITT MARTIN III, in His
Individual Capacity; DEMETRIUS HALEY,
in His Individual Capacity; JUSTIN SMITH,
in His Individual Capacity; DESMOND MILLS,
JR., in His Individual Capacity; TADARRIUS
BEAN, in His Individual Capacity; PRESTON
HEMPHILL, in His Individual Capacity;
ROBERT LONG, in His Individual Capacity;
JAMICHAEL SANDRIDGE, in His Individual
Capacity; MICHELLE WHITAKER, in Her
Individual Capacity; and DEWAYNE SMITH,
in His Individual Capacity and as an Agent of the
City of Memphis,

    Defendants.

Case No. 2:23-cv-02224-MSN-atc
JURY DEMAND

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR MODIFIED SCHEDULING ORDER; SECOND AMENDED SCHEDULING ORDER

---

Before the Court is Plaintiff's Unopposed Motion for Modified Scheduling Order. (ECF No. 175, "Motion"). Plaintiff seeks an extension of most of the dates in the First Amended Scheduling Order, (ECF No. 151), to include the trial-related dates, because of the volume of discovery in this case and Plaintiff's current inability to depose the Defendant Officers in light of other pending cases involving those Defendants. (ECF No. 175 at PageID 1359.)

For the reasons Plaintiff provides, and because Plaintiff's Motion is unopposed, the Court finds it well-taken.  Accordingly, the following dates are established as the final deadlines for:

**COMPLETING ALL DISCOVERY**:  August 30, 2024

    (a)  **DOCUMENT PRODUCTION AND INTERROGATORIES:** July 2, 2024

    (b)  **DEPOSITIONS:** August 30, 2024

    (c)  **REQUESTS FOR ADMISSIONS:** July 2, 2024

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

    (a)  **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**:  September 2, 2024

    (b)  **DISCLOSURE OF DEFENDANT'S (OR OPPOSING PARTY) RULE 26(a)(2) EXPERT INFORMATION**:  October 1, 2024

    (c)  **EXPERT WITNESS DEPOSITIONS**:  November 1, 2024

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: December 2, 2024

**SUPPLEMENTATION UNDER RULE 26(e)(1)**:  October 4, 2024

**FILING DISPOSITIVE MOTIONS**: October 28, 2024

**JOINT PROPOSED PRETRIAL ORDER DUE**: Friday, March 7, 2025
(E-mail Joint Proposed Pretrial Order in Word format to: ECF_Judge_Norris@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE**: Friday, March 14, 2025 at 11:00 a.m.

**JURY TRIAL**: Monday, March 24, 2025 at 9:30 a.m.  Trial is anticipated to last approximately 15 days.

    **IT IS SO ORDERED**, this 26th day of April, 2024.

                                          *s/ Mark S. Norris*
                                          MARK S. NORRIS
                                          UNITED STATES DISTRICT JUDGE