# EXHIBIT 1

| | |
|---|---|
| **From:** | Silk, Jennie |
| **To:** | Sarah Raisch; McMullen, Bruce; Reagan, Ian |
| **Cc:** | Antonio Romanucci; Bhavani Raveendran; Sam Harton; Javier Rodriguez; Mirena Fontana; Amanda Marini; Kaitlyn Boelter-Eberhardt; Eva Dickey |
| **Subject:** | RE: Deposition Availability |
| **Date:** | Thursday, April 4, 2024 11:24:44 AM |
| **Attachments:** | image001.png |

Thanks, Sarah. I am unavailable the last week of July. We are currently open July 8-12, 15-19, and 22-25 for travel to ███████.

Thanks,

**Jennie Vee Silk**
Phone  901.577.8212

> **From:** Sarah Raisch <sraisch@rblaw.net>
> **Sent:** Thursday, April 4, 2024 11:10 AM
> **To:** Silk, Jennie <jsilk@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
> **Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Bhavani Raveendran <b.raveendran@rblaw.net>; Sam Harton <sharton@rblaw.net>; Javier Rodriguez <JRodriguez@rblaw.net>; Mirena Fontana <MFontana@rblaw.net>; Amanda Marini <AMarini@rblaw.net>; Kaitlyn Boelter-Eberhardt <kboelter@rblaw.net>; Eva Dickey <edickey@rblaw.net>
> **Subject:** Re: Deposition Availability
>
> Hi Bruce and Jennie- ███████ is available to be deposed on July 30. As we previously noted, we will accept her notice/subpoena.
>
> Sarah M. Raisch
> Senior Attorney
> **Romanucci & Blandin, LLC**
> 321 N. Clark Street, Suite 900
> Chicago, Illinois 60654
> Phone: 312-458-1000
> Direct: 312-253-8802
> Fax: (312) 458-1004
> Email: sraisch@rblaw.net
> http: www.rblaw.net



🌲 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Date:** Tuesday, April 2, 2024 at 3:52 PM
**To:** Sarah Raisch <sraisch@rblaw.net>, McMullen, Bruce <bmcmullen@bakerdonelson.com>, Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>, Bhavani Raveendran <b.raveendran@rblaw.net>, Sam Harton <sharton@rblaw.net>, Javier Rodriguez <JRodriguez@rblaw.net>, Mirena Fontana <MFontana@rblaw.net>, Amanda Marini <AMarini@rblaw.net>, Kaitlyn Boelter-Eberhardt <kboelter@rblaw.net>, Eva Dickey <edickey@rblaw.net>
**Subject:** RE: Deposition Availability

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Sarah and Tony,

Thanks for the response and for accepting service of the subpoena. I am in trial those days in June, and those dates unfortunately will not work. Please provide some available dates in July, preferably the 2nd or 3rd week of July.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas,

Virginia and Washington, D.C.

**From:** Sarah Raisch <sraisch@rblaw.net>
**Sent:** Tuesday, April 2, 2024 3:43 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Bhavani Raveendran <b.raveendran@rblaw.net>; Sam Harton <sharton@rblaw.net>; Javier Rodriguez <JRodriguez@rblaw.net>; Mirena Fontana <MFontana@rblaw.net>; Amanda Marini <AMarini@rblaw.net>; Kaitlyn Boelter-Eberhardt <kboelter@rblaw.net>; Eva Dickey <edickey@rblaw.net>
**Subject:** Deposition Availability

Hi Bruce – I am sending this on Tony's behalf.

You had requested deposition dates for ▓▓▓▓▓▓▓▓. She has availability on June 5 or 6 and the 21st of June. She resides in the county of ▓▓▓▓▓▓▓▓. We will accept her notice/subpoena. Let me know which dates work.

Sent from my iPhone

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.