## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

ROWVAUGHN WELLS,
INDIVIDUALLY
and as ADMINISTRATRIX AD LITEM of
the ESTATE of TYRE DEANDRE
NICHOLS, deceased,

      Plaintiff,

v.

The CITY of MEMPHIS, a
MUNICIPALITY; et.al.,

      Defendant.

CIVIL ACTION
NO. 2:23-cv-2224

---

### DEFENDANT, DESMOND MILLS, JR.'S, STATUS REPORT

---

COMES NOW Defendant, Desmond Mills, Jr. individually, by and through his counsel, Clyde W. Keenan, and states as follows:

1. On September 21, 2023 the Court granted a stay as to the Defendant, Desmond Mills, Jr. and ordered counsel to submit a status report on or before November 1, 2023 and every sixty (60) days thereafter.

2. The State has accepted Defendant's plea agreement in the Federal Criminal proceedings and the State of Tennessee has agreed to honor the same in the State proceedings however sentencing has not taken place yet.

3. There is not a scheduled sentencing hearing for Defendant, Mills, Jr., at this time.

4. The trial date for the other stayed Defendants at this time is September 9, 2024.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842

## CERTIFICATE OF SERVICE

I, Clyde W. Keenan, hereby certify that on July 2,  2024 I filed a copy of the foregoing with the Court via the Court's ECF system, and that upon filing, a copy will be sent via the Court's ECF system to all registered parties in this case.

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842