# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>The City of Memphis, a municipality;<br>Chief Cerelyn Davis, in her official capacity;<br>Emmitt Martin III, in his individual capacity;<br>Demetrius Haley, in his individual capacity;<br>Justin Smith, in his individual capacity;<br>Desmond Mills, Jr., in his individual capacity;<br>Tadarrius Bean, in his individual capacity;<br>Preston Hemphill, in his individual capacity;<br>Robert Long, in his individual capacity;<br>JaMichael Sandridge, in his individual capacity;<br>Michelle Whitaker, in her individual capacity;<br>DeWayne Smith, in his individual capacity and as an agent of the City of Memphis.<br><br>　　　　　　　Defendants. | Case No. 2:23-CV-02224-MSN-atc<br><br>**JOINT MOTION TO EXTEND TIME TO PROVIDE NOTICE OF PROPOSAL(S) FOR GUARDIAN AD LITEM TO AUGUST 23, 2024** |

**PLAINTIFF ROWVAUGHN WELLS AND DEFENDANT CITY OF MEMPHIS'S JOINT MOTION TO EXTEND TIME TO PROVIDE NOTICE OF PROPOSAL(S) FOR GUARDIAN AD LITEM**

Plaintiff RowVaughn Wells, together with Defendant City of Memphis (collectively, the "Parties"), by and through undersigned counsel, hereby move this Court to Extend Time to Provide Notice of Proposal(s) for Guardian *ad Litem* to August 23, 2024. In support of this Motion, the Parties state as follows:

1

1. Defendant City of Memphis filed its Motion to Appoint Guardian *ad Litem* with this Court on April 5, 2024. ECF No. 177.

2. On April 19, 2024, Plaintiff RowVaughn Wells filed her Response in Opposition to Defendant City of Memphis' Motion to Appoint Guardian *ad Litem*. ECF No. 181.

3. Defendant City of Memphis filed its Reply on May 16, 2024. ECF No. 194.

4. On August 2, 2024 this Honorable Court granted Defendant City's Motion and ordered the parties to consult regarding potential guardian ad litem candidates and file a notice by August 16, 2024 identifying any agreed-upon candidates or, if no agreement is reached, up to three candidates proposed by Wells and up to three candidates proposed by Defendant City. ECF. No. 202 at p. 8.

5. The parties have exchanged their proposed candidates and held a conference on August 15, 2024.

6. During this conference, the Parties agreed that it would be to their benefit to meet again regarding each party's candidates to attempt to reach an agreement on a candidate.

7. The Parties have scheduled an additional conference for Wednesday, August 21, 2024 to discuss the proposed candidates.

8. This request for a 7-day extension is made in good faith and is not made for the purposes of delay or other dilatory purpose.

Based on the foregoing, Plaintiff RowVaughn Wells and Defendant City of Memphis respectfully request that this court grant this Joint Motion to Extend Time to Provide Notice of Proposal(s) for Guardian *ad Litem* to August, 23, 2024.

Dated: August 16, 2024

**Respectfully submitted,**

/s/ Sarah Raisch
**ROMANUCCI & BLANDIN, LLC**
Antonio Romanucci (*pro hac vice*)
(Illinois ARDC No. 6190290)
Bhavani Raveendran (*pro hac vice*)
(Illinois ARDC No. 6309968)
Sarah Raisch (*pro hac vice*)
(Illinois ARDC No. 6305374)
Sam Harton
(Illinois Bar No. 6342112) (*pro hac vice*)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sraisch@rblaw.net
sharton@rblaw.net

/s/ Jennie Vee Silk
**BAKER DONELSON BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Freeman B. Foster (#23265)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Tel: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
ffoster@bakerdonelson.com

*Attorneys for Defendant,*
*City of Memphis*

**MENDELSON LAW FIRM**
David Mendelson
(Tennessee Bar No. 016812)
Benjamin Wachtel
(Tennessee Bar No. 037986)
799 Estate Place
Memphis, Tennessee 38187
Tel: (901) 763-2500 ext. 103
Fax: (901) 763-2525
dm@mendelsonfirm.com
bwachtel@mendelsonfirm.com

**BEN CRUMP LAW**
Ben Crump (*pro hac vice pending*)
(Washington, D.C. Bar No. 1552623)
(Tennessee Bar No. 038054)
Chris O'Neal (*pro hac vice pending*)
(Florida Bar No. 910201)
Brooke Cluse
(Texas Bar No. 24123034)
717 D Street N.W., Suite 310
Washington, D.C. 20004
ben@bencrump.com

chris@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff,*
*RowVaughn Wells Individually and as*
*Administratrix Ad Litem of the Estate of*
*Tyre Deandre Nichols, deceased.*