IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROW VAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILLS, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, )<br><br>Defendants. | CASE NO. 2:23-CV-02224<br>JURY DEMAND |

**JOINT MOTION TO EXTEND TIME TO PROVIDE NOTICE OF PROPOSAL(S) FOR GUARDIAN AD LITEM**

Defendant City of Memphis ("City"), together with Plaintiff RowVaughn Wells (collectively, the "Parties"), by and through undersigned counsel, hereby move this Court to

1

Extend Time to Provide Notice of Proposal(s) for Guardian ad Litem to September 13, 2024. In support of this Motion, the Parties state as follows:

1. The City filed its Motion to Appoint Guardian ad Litem on April 5, 2024. (ECF No. 177.)

2. Plaintiff filed her Response in Opposition to Defendant City of Memphis' Motion to Appoint Guardian ad Litem on April 19, 2024. (ECF No. 181.)

3. The City filed its Reply in Support of its Motion to Appoint Guardian ad Litem on May 16, 2024. (ECF No. 194.)

4. This Court granted the City's Motion on August 2, 2024. (ECF No. 202.) Additionally, this Court ordered the Parties to consult regarding potential guardian ad litem candidates and file a notice by August 16, 2024, identifying any agreed-upon candidates, or, if no agreement is reached, up to three candidates proposed by Plaintiff and up to three proposed by the City. (*Id.* at p. 8.)

5. The Parties exchanged proposed candidates and held a conference on August 15, 2024.

6. During this conference, the Parties agreed that it would be to their benefit to meet again regarding each party's candidates to attempt to reach an agreement on a candidate and filed a Motion to Extend Time to Provide Notice of Proposal(s) for Guardian ad Litem to August 23, 2024. (ECF No. 205.)

7. On August 23, 2024, the Court granted the Parties' Motion and extended the time to provide notice to August 23, 2024. (ECF No. 206.)

8. The Parties held an additional conference on August 21, 2024 in an attempt to reach an agreement on a candidate.

Case 2:23-cv-02224-MSN-atc   Document 207   Filed 08/23/24   Page 3 of 5   PageID 1547

9. During this conference, the Parties did not come to an agreement, but they agreed that it would be beneficial to meet again regarding each Parties' candidates in an effort to reach an agreement.

10. The Parties respectfully request a modest three-week extension, until and through September 13, 2024, to provide notice of proposals for guardian ad litem in this case.

11. The Parties endeavor to narrow the list of candidates for the Court's consideration, and the additional time will allow the Parties to continue their consultation.

12. This request for an extension is made in good faith and is not made for the purposes of delay or other dilatory purpose.

13. Based on the foregoing, Defendant City of Memphis and Plaintiff RowVaughn Wells respectfully request that this Court grant this Joint Motion to Extend Time to Provide Notice of Proposal(s) for Guardian ad Litem to September 13, 2024.

Dated: August 23, 2024

Respectfully submitted,

| ROMANUCCI & BLANDIN, LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. |
|---|---|
| s/ *Sarah Raisch* | s/ *Bruce McMullen* |
| Antonio M. Romanucci (Ill. Bar No. 6190290) (*pro hac vice*) | Bruce McMullen (#18126) |
| Bhavani K. Raveendran (Ill. Bar No. 6309968) (*pro hac vice*) | Jennie Vee Silk (#35319) |
| Sarah Raisch (Ill. Bar No. 6305374) (*pro hac vice*) | Freeman B. Foster (#23265) |
| Sam Harton (Ill. Bar No. 6342112) (*pro hac vice*) | 165 Madison Avenue, Suite 2000 |
| 321 N. Clark St., Ste. 900 | Memphis, Tennessee 38103 |
| Chicago, IL 60654 | Telephone: (901) 526-2000 |
| +1 (312) 458-1000, Main | bmcmullen@bakerdonelson.com |
| +1 (312) 458-1004, Facsimile | jsilk@bakerdonelson.com |
| aromanucci@rblaw.net | ffoster@bakerdonelson.com |
| b.raveendran@rblaw.net | |
| sraisch@rblaw.net | *Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Official Capacity, and Dewayne Smith* |

sharton@rblaw.net *as Agent of the City of Memphis*

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bwachtel@mendelsonfirm.com

Ben Crump (Wash., D.C. Bar No. 1552623; Tennessee Bar No. 038054)
Chris O'Neal (Fla. Bar No. 910201) (*pro hac vice pending*)
Brooke Cluse (Tex. Bar No. 24123034) (*pro hac vice pending*)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
ben@bencrump.com
chris@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff, RowVaughn Wells, individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased*

**CERTIFICATE OF SERVICE**

I, Bruce McMullen, hereby certify that on August 23, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bruce A. McMullen*
Bruce A. McMullen