# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, individually and as Administratrix Ad Litem of the Estate of TYRE DEANDRE NICHOLS, deceased, ) ) ) ) Plaintiff, ) ) v. ) ) THE CITY OF MEMPHIS, a municipality, *et al.*, ) ) ) ) Defendants. ) | No. 2:23-cv-02224-MSN-atc |

## ORDER APPOINTING GUARDIAN AD LITEM

On August 2, 2024, the Court granted Defendant City of Memphis's motion for the appointment of a guardian ad litem for the minor child of Tyre Nichols ("Minor Child"). (ECF No. 202.) The Court ordered the parties to consult and identify any agreed-upon candidates. (*Id.* at 8.) On September 13, 2024, the parties filed a joint notice identifying Chasity Sharp Grice as their agreed-upon candidate. (ECF No. 209.) Based on the parties' submissions, the Court finds Ms. Grice qualified to serve as guardian ad litem for Minor Child and appoints her as such for the duration of this litigation pursuant to Federal Rule of Civil Procedure 17.

The Clerk is directed to add Ms. Grice's name to the docket in this matter as guardian ad litem for Minor Child. The parties are directed to provide a copy of this Order to Ms. Grice.

SO ORDERED this 16th day of September, 2024.

                                                 s/Annie T. Christoff
                                                 ANNIE T. CHRISTOFF
                                                 UNITED STATES MAGISTRATE JUDGE