# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROW VAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   CASE NO. 2:23-CV-02224<br>)   JURY DEMAND |
| THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILLS, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION TO STAY DEFENDANT CITY OF MEMPHIS'S MOTION TO COMPEL AND/OR CERTIFY PLAINTIFF'S RESPONSES TO CITY'S FIRST SET OF INTERROGATORY REQUESTS AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendant the City of Memphis (the "City") and Plaintiff RowVaughn Wells (collectively, the "Parties"), by and through undersigned counsel, hereby move this Court to stay the City's

Motion to Compel and/or Certify Plaintiff's Responses to City's First Set of Interrogatory Requests and First Set of Requests for Production of Documents ("Motion to Compel"). (ECF No. 217.) In support of this Motion, the Parties state as follows:

1. The City filed its Motion to Compel and Memorandum in Support on October 9, 2024. (ECF No. 217 and 217-1.)

2. On October 10, 2024, Plaintiff communicated to the City via email that Plaintiff believes that many, if not all, issues raised in the Motion to Compel likely can be resolved by the Parties without Court intervention.

3. On October 14, 2024, Plaintiff and the City engaged in a meet and confer and, among other topics, discussed the pending Motion to Compel and possible resolution short of Court intervention. The Parties agreed that the Motion to Compel should be stayed pending additional conversations between the Parties.

4. Thereafter, the Parties scheduled two additional meet and confers for October 18, 2024 and October 28, 2024.

5. The Motion to Compel does not require additional motion practice or court intervention at this time.

6. The Parties will work expeditiously to resolve the issues raised in the City's Motion to Compel. Upon reaching resolution of all issues or impasse, the Parties will notify the Court.

7. Based on the foregoing, Defendant the City of Memphis and Plaintiff respectfully request that this Court grant this motion to stay the City's Motion to Compel and/or Certify Plaintiff's Responses to City's First Set of Interrogatory Requests and First Set of Requests for Production of Documents.

Dated: October 21, 2024

                                                Respectfully submitted,

| | |
|---|---|
| **ROMANUCCI & BLANDIN, LLC** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
| /s/ *Sarah M. Raisch* | /s/ *Bruce A. McMullen* |
| Antonio M. Romanucci (Ill. Bar No. 6190290) (*pro hac vice*) | Bruce McMullen (#18126) |
| Bhavani K. Raveendran (Ill. Bar No. 6309968) (*pro hac vice*) | Jennie Vee Silk (#35319) |
| Sarah Raisch (Ill. Bar No. 6305374) (*pro hac vice*) | Freeman B. Foster (#23265) |
| Joshua M. Levin (Ill. Bar No. 6320993) (*pro hac vice*) | 165 Madison Avenue, Suite 2000 |
| Sam Harton (Ill. Bar No. 6342112) (*pro hac vice*) | Memphis, Tennessee 38103 |
| **ROMANUCCI & BLANDIN, LLC** | Telephone: (901) 526-2000 |
| 321 N. Clark St., Ste. 900 | bmcmullen@bakerdonelson.com |
| Chicago, IL 60654 | jsilk@bakerdonelson.com |
| +1 (312) 458-1000, Main | ffoster@bakerdonelson.com |
| +1 (312) 458-1004, Facsimile | |
| aromanucci@rblaw.net | *Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Official Capacity, and Dewayne Smith as Agent of the City of Memphis* |
| b.raveendran@rblaw.net | |
| sraisch@rblaw.net | |
| jlevin@rblaw.net | |
| sharton@rblaw.net | |

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bwachtel@mendelsonfirm.com

Ben Crump (Wash., D.C. Bar No. 1552623; Tennessee Bar No. 038054)
Chris O'Neal (Fla. Bar No. 910201) (*pro hac vice pending*)
Brooke Cluse (Tex. Bar No. 24123034) (*pro hac vice pending*)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310

3

Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
ben@bencrump.com
chris@bencrump.com
brooke@bencrump.com

LaShonda Council Rogers (Ga. Bar No. 190276)
(*pro hac vice pending*)
**COUNCIL & ASSOCIATES, LLC**
50 Hunt Plaza, SE Suite 740
Atlanta, GA 30303
+1 (404) 526-8857, Telephone
+1 (404) 478-8423, Facsimile
lrogers@thecouncilfirm.com

Earnestine Hunt Dorse (Tenn. Bar No. 012126)
**EARNESTINE HUNT DORSE**
3268 N Waynoka Circle
Memphis, TN 38111-3616
+1 (901) 604-8866, Telephone
ehdorse@gmail.com

*Attorneys for Plaintiff, RowVaughn Wells,
individually and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased*

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned hereby certifies that on October 14 and October 16, 2024, counsel for the Plaintiff consulted with counsel for the City via videoconference and email, respectively. Counsel for the City and Counsel for Plaintiff have agreed on the relief requested in this motion.

*s/ Sarah M. Raisch*
Sarah M. Raisch

**CERTIFICATE OF SERVICE**

I, Sarah Raisch, hereby certify that on October 21, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Sarah M. Raisch*
Sarah M. Raisch