# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 2:23-CV-02224  JURY DEMAND |
| THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILLS, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**JOINT STATUS REPORT**

Plaintiff RowVaughn Wells and Defendant City of Memphis (the "City") (collectively, the "Parties"), by and through their undersigned counsel, jointly submit the following status report regarding their consultations concerning the City's Motion to Compel and/or Certify Plaintiff's

1

Responses to City's First Set of Interrogatory Requests and First Set of Requests for Production of Documents ("Motion to Compel") (ECF No. 217).

1. On October 9, 2024, the City filed its Motion to Compel and Memorandum in Support. (ECF No. 217 and 217-1.)

2. On October 21, 2024, the Parties filed a joint Motion to Stay the City's Motion to Compel to allow the Parties an opportunity to resolve the issues raised in the City's Motion without Court intervention. (ECF No. 220.)

3. The Court granted the Parties' Motion to Stay and ordered the Parties to file a status update on the results of their consultations by November 11, 2024.

4. Since the City filed its Motion to Compel, the Parties have conferred via videoconference and written correspondence on multiple occasions. As a result of these efforts, the Parties have resolved many of the issues raised in the City's Motion to Compel and are continuing to discuss others.

5. To the extent the City believes that any issues raised in its Motion to Compel have not been resolved and the parties have reached impasse, the City intends to file an amended motion to compel by November 18, 2024 addressing such issues.

Dated: November 11, 2024

Respectfully submitted,

| **ROMANUCCI & BLANDIN, LLC** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
|---|---|
| /s/ *Joshua M. Levin* | /s/ *Bruce McMullen* |
| Antonio M. Romanucci (Ill. Bar No. 6190290) (*pro hac vice*) | Bruce McMullen (#18126) |
| Bhavani K. Raveendran (Ill. Bar No. 6309968) (*pro | Jennie Vee Silk (#35319) |

*hac vice*)
Sarah Raisch (Ill. Bar No. 6305374) (*pro hac vice*)
Joshua M. Levin (Ill. Bar No. 6320993) (*pro hac vice*)
Sam Harton (Ill. Bar No. 6342112) (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
+1 (312) 458-1000, Main
+1 (312) 458-1004, Facsimile
aromanucci@rblaw.net
b.raveendran@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sharton@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bwachtel@mendelsonfirm.com

Ben Crump (Wash., D.C. Bar No. 1552623; Tennessee Bar No. 038054)
Chris O'Neal (Fla. Bar No. 910201) (*pro hac vice pending*)
Brooke Cluse (Tex. Bar No. 24123034) (*pro hac vice pending*)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
ben@bencrump.com
chris@bencrump.com
brooke@bencrump.com

LaShonda Council Rogers (Ga. Bar No. 190276) (*pro hac vice pending*)
**COUNCIL & ASSOCIATES, LLC**
50 Hunt Plaza, SE Suite 740
Atlanta, GA 30303
+1 (404) 526-8857, Telephone

Freeman B. Foster (#23265)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
ffoster@bakerdonelson.com

*Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Official Capacity, and Dewayne Smith as Agent of the City of Memphis*

3

+1 (404) 478-8423, Facsimile
lrogers@thecouncilfirm.com

Earnestine Hunt Dorse (Tenn. Bar No. 012126)
**EARNESTINE HUNT DORSE**
3268 N Waynoka Circle
Memphis, TN 38111-3616
+1 (901) 604-8866, Telephone
ehdorse@gmail.com

*Attorneys for Plaintiff, RowVaughn Wells,
individually and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased*

## CERTIFICATE OF SERVICE

I, Joshua M. Levin, hereby certify that on November 11, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

/s/ *Joshua M. Levin*
Joshua M. Levin