IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| ROWVAUGHN WELLS, individually and ) <br> as Administratrix Ad Litem of the Estate of ) <br> TYRE DEANDRE NICHOLS, deceased, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF MEMPHIS, a municipality, ) <br> *et al.*, ) <br> ) <br>     Defendants. ) | No. 2:23-cv-02224-MSN-atc |

_____

### ORDER REGARDING GUARDIAN AD LITEM
_____

Before the Court is Guardian ad Litem Chasity Grice's motion for a status conference to discuss the scope of her appointment in this case, filed on October 16, 2024. (ECF No. 219.) On October 29, 2024, District Judge Mark S. Norris referred the motion to the undersigned for determination or report and recommendation as appropriate. (ECF No. 222.) A status conference was held on November 12, 2024.

In her motion, Ms. Grice requests the Court's guidance on the scope of her appointment in four particular areas. As discussed at the status conference, the following parameters are established in each of those areas:

1. Participation in settlement negotiations. Ms. Grice shall participate in settlement negotiations and advocate on behalf of the Minor Child in pursuit of the Minor Child's best interests.

2. Representation in court proceedings. Ms. Grice shall participate in court and litigation proceedings to the extent necessary to further the Minor Child's interests

but need not participate if she determines that Minor Child's interests are adequately represented by Plaintiffs.

3. Reporting and communication. Ms. Grice is not subject to any reporting requirements to the Court. The parties shall keep Ms. Grice apprised of any proceedings, events, or communications impacting her advocacy on behalf of the Minor Child.

4. Billing for services. Ms. Grice's compensation shall be paid at the conclusion of this case. Plaintiff RowVaughn Wells and Defendant City of Memphis shall meet and confer regarding the apportionment of Ms. Grice's fees and file a notice indicating the results of that discussion by November 26, 2024.

SO ORDERED this 13th day of November, 2024.

                                                s/Annie T. Christoff
                                                ANNIE T. CHRISTOFF
                                                UNITED STATES MAGISTRATE JUDGE