# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **ROWVAUGHN WELLS, individually and as Administratrix Ad Litem of the Estate of TYRE DEANDRE NICHOLS, deceased,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**THE CITY OF MEMPHIS, a municipality,** *et al.*, )<br>)<br>)<br>**Defendants.** ) | No. 2:23-cv-02224-MSN-atc |

## ORDER DENYING MOTION TO COMPEL AS MOOT

Before the Court by order of reference[1] is Defendant City of Memphis's ("the City") Motion to Compel and/or Certify Plaintiff's Response to City's First Set of Interrogatory Requests and First Set of Requests for Production of Documents.  (ECF No. 217.)  On October 21, 2024, the City and Plaintiff RowVaughn Wells filed a joint motion to stay the Motion while the parties worked to resolve the issues raised therein (ECF No. 220, at 2), which was granted (ECF No. 221).  On November 11, 2024, the parties filed a Joint Status Report indicating that they have resolved many of the issues raised in the Motion and that the City will file an amended motion if the parties are unable to resolve any of the remaining issues.  (ECF No. 228.)  The City's Motion is therefore DENIED as moot.

SO ORDERED this 15th day of November, 2024.

s/Annie T. Christoff<br>
ANNIE T. CHRISTOFF<br>
UNITED STATES MAGISTRATE JUDGE

---

[1] On October 10, 2024, District Judge Mark S. Norris referred this motion to the undersigned for determination or for proposed findings and recommendations as appropriate.  (ECF No. 218.)