**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| RowVaughn Wells, | |
| Plaintiff, | |
| | Case No. 2:23-CV-02224 |
| v. | |
| | JURY DEMAND |
| The City of Memphis, *et al.*, | |
| Defendants. | |

# EXHIBIT A

| | |
|---|---|
| **From:** | Sarah Raisch |
| **To:** | Office; Silk, Jennie; Antonio Romanucci; brooke@bencrump.com; Joshua Levin; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; stephenrleffler@yahoo.com; martin@sparkman-zummach.com; keenandl@aol.com; jkp@perrygriffin.com; dgodwin@gmlblaw.com; bmckinney@gmlblaw.com; support@smitticklaw.com; Robert Spence; jspence@spencepartnerslaw.com; Alexis Johnson; cgrice; ge@perrygriffin.com; lgross@perrygriffin.com; mcollins@gmlblaw.com; Stephen Weil; tnorman@gmlblaw.com; Mistie Wynn; slynch@alalawfirm.com |
| **Cc:** | McMullen, Bruce; Reagan, Ian; Foster, Freeman; McKinney, Kelsey |
| **Subject:** | RE: Wells, et al. v. City of Memphis, et al., - Consultation on Motion for Leave to File Supplemental Response in Opposition to Motion for Protective Order |
| **Date:** | Friday, November 15, 2024 2:36:00 PM |
| **Attachments:** | image002.png |
| | image003.png |

Hi Jennie,

We will not oppose your motion for leave if the City will agree not to oppose our motion for leave to file a reply brief (should the Court grant your motion for leave) and note the agreement in the Certificate of Consultation. Please let me know your position on that.

Thanks,

Sarah

## Sarah Raisch
*Senior Associate*
**321 N. Clark St., Suite 900**
**Chicago, IL 60654**
**Cell:** (651) 247-2988
**Office:** (312) 253-8802
**Email:** sraisch@rblaw.net
www.rblaw.net



**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Office <domemphislaw@darrelloneal.com>
**Sent:** Friday, November 15, 2024 1:55 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; Joshua Levin <JLevin@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; stephenrleffler@yahoo.com;

martin@sparkman-zummach.com; keenandl@aol.com; jkp@perrygriffin.com;
dgodwin@gmlblaw.com; bmckinney@gmlblaw.com; support@smitticklaw.com; Robert Spence
<rspence@spencepartnerslaw.com>; jspence@spencepartnerslaw.com; Alexis Johnson
<AJohnson@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com;
lgross@perrygriffin.com; mcollins@gmlblaw.com; Mirena Fontana <MFontana@rblaw.net>;
Stephen Weil <SWeil@rblaw.net>; tnorman@gmlblaw.com; Mistie Wynn <Mistie@sparkman-
zummach.com>; slynch@alalawfirm.com
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian
<ireagan@bakerdonelson.com>; Foster, Freeman <ffoster@bakerdonelson.com>; McKinney, Kelsey
<kmckinney@bakerdonelson.com>; Office <domemphislaw@darrelloneal.com>
**Subject:** RE: Wells, et al. v. City of Memphis, et al., - Consultation on Motion for Leave to File
Supplemental Response in Opposition to Motion for Protective Order

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and
know the content is safe.

No opposition.

Darrell

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Friday, November 15, 2024 1:53 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; Joshua Levin
<JLevin@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; dm@mendelsonfirm.com;
fjohnson@johnsonandjohnsonattys.com; stephenrleffler@yahoo.com; martin@sparkman-
zummach.com; keenandl@aol.com; jkp@perrygriffin.com; dgodwin@gmlblaw.com;
bmckinney@gmlblaw.com; Office <domemphislaw@darrelloneal.com>; support@smitticklaw.com;
Robert Spence <rspence@spencepartnerslaw.com>; jspence@spencepartnerslaw.com; Alexis
Johnson <AJohnson@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com;
lgross@perrygriffin.com; mcollins@gmlblaw.com; Mirena Fontana <MFontana@rblaw.net>;
Stephen Weil <SWeil@rblaw.net>; tnorman@gmlblaw.com; Mistie Wynn <Mistie@sparkman-
zummach.com>; slynch@alalawfirm.com
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian
<ireagan@bakerdonelson.com>; Foster, Freeman <ffoster@bakerdonelson.com>; McKinney, Kelsey
<kmckinney@bakerdonelson.com>
**Subject:** Wells, et al. v. City of Memphis, et al., - Consultation on Motion for Leave to File
Supplemental Response in Opposition to Motion for Protective Order

Counsel,

The City is filing a motion for leave to file a supplemental response in opposition to Plaintiff's Motion
for Protective Order (ECF No. 211). We intend to file the motion this evening.

For purposes of consultation, please let us know if you will oppose the City's Motion.

Thanks,

**Jennie Vee Silk**
Phone 901.577.8212



stephenrleffler@yahoo.com <stephenrleffler@yahoo.com>; martin@sparkman-

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]