*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before Judge Annie T. Christoff, United States Magistrate Judge

November 26, 2024

RE:   2:23-cv-02224-MSN-atc
      *Wells v. City of Memphis et al.*

Dear Sir/Madam:

A hearing on ECF No. 242, Motion for Order Setting Comprehensive Briefing Schedule, has been set before Magistrate Judge Annie T. Christoff on **WEDNESDAY, DECEMBER 4, 2024, at 2:00 p.m.** via Microsoft Teams video conference.

The parties should be prepared to discuss any procedural matters impacting resolution of ECF No. 211, including whether additional consultation or briefing is necessary to resolve ECF Nos. 234, 238, and 239.  The Court does not anticipate hearing argument on the substantive issues raised in the motions.

The Court will send an invitation for the conference to each party via email.  Parties shall consult the Microsoft Teams webpage (https://support.microsoft.com/en-us/teams) for instructions on using Microsoft Teams.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
   BY:  *s/Vallonda Pettway*,
   Courtroom Deputy to Judge Annie T. Christoff
   901-495-1254
   vallonda_pettway@tnwd.uscourts.gov