*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

## Case Title

| | |
|---|---|
| Plaintiff<br>RowVaughn Wells, Individually and as Administratix Ad Litem of the Estate of Tyre Deandre Nichols, deceased | |

| Defendant<br>The City of Memphis, et. al. | |

| Case Number<br>2:23-cv-2224 | Judge<br>Mark S. Norris |

I, Colton Johnson Taylor _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
RowVaughn Wells, Individually and as Administratix Ad Litem of the Estate of Tyre Deandre Nichols, deceased  by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Illinois | 11/6/24 |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Johnson Taylor | Colton | M |

| Applicant's Firm Name |
|---|
| Romanucci & Blandin, LLC |

| Applicant's Address | Room/Suite Number |
|---|---|
| 321 N. Clark Street | Suite 900 |

| City Chicago | State IL | Zip Code 60654 |
|---|---|---|

| Applicant's Email Address |
|---|
| cjohnson@rblaw.net |

| Applicant's Phone Number(s) (651) 395-8539 |
|---|

Certificate of Consultation

Mr. Johnson Taylor emailed the attorneys for all Defendants on December 3, 2024, and opposing counsels did not oppose this motion.

Mr. Johnson Taylor has no other knowledge of other opposing counsel at this time.

| Date | Electronic Signature of Applicant |
|---|---|
| December 4, 2024 | S/ *Colton M. Johnson Taylor* |



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
11/13/2024

Re: Colton M. Johnson Taylor
Attorney No. 6349356

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that
Colton M. Johnson Taylor was admitted to practice law in Illinois on 11/6/2024; is currently
registered on the master roll of attorneys entitled to practice law in this state; has never been
disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____

Andrew Oliva
Registrar