IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, individually and as Administratrix Ad Litem of the Estate of TYRE DEANDRE NICHOLS, deceased,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY OF MEMPHIS, a municipality, *et al.*,<br><br>  Defendants. | No. 2:23-cv-02224-MSN-atc |

## ORDER FOLLOWING HEARING

Before the Court is Plaintiff RowVaughn Wells's Motion for Protective Order, filed on September 25, 2024. (ECF No. 211.) The Motion for Protective Order was referred to the undersigned by United States District Judge Mark S. Norris on September 26, 2024. (ECF No. 212.) Wells and Defendant City of Memphis ("the City") have subsequently filed multiple motions directly related to the Motion for Protective Order that are also pending:

- Wells's Motion to Seal Portions of the City's Filing (ECF No. 230) that Risk Harming the Minor Child ("Motion to Seal"), filed on November 17, 2024 (ECF Nos. 234, 235);

- The City's Motion to Strike Wells's Response in Opposition to the City's Motion to Supplement and Request for Relief to Cure Prejudice, filed on November 18, 2024 (ECF No. 238);

- The City's Motion for Extension of Time to File Supplemental Response in Opposition to Plaintiff's Motion for Protective Order, filed on November 21, 2024 (ECF No. 239); and

- Wells's Motion for Order Setting Comprehensive Briefing Schedule, filed on November 22, 2024 (EC F No. 242).

A status hearing on the motions was held on December 4, 2024.  For the reasons discussed at the hearing, the Court ORDERS as follows:

The City filed its Supplemental Response in Opposition to Wells's Motion for Protective Order on November 22, 2024.  (ECF No. 243.)  As such, the City's Motion for Extension of Time to File the Supplemental Response (ECF No. 239) is DENIED AS MOOT, and the City's Supplemental Response is deemed timely filed.  Wells is GRANTED leave to file a Reply to the City's November 22nd Supplemental Response by January 3, 2025.

The City's Motion to Strike Plaintiff's Response in Opposition to the City's Motion to Supplement and Request for Relief to Cure Prejudice (ECF No. 238) is DENIED.

With respect to Wells's Motion to Seal (ECF Nos. 234, 235), the parties are ORDERED to consult as to what portions of the filings relating to the Motion for Protective Order (ECF No. 211) should be or remain sealed, redacted, or released to the public.  The parties shall file a joint notice setting out their agreement and disagreement on these issues by December 18, 2024.  The parties are granted leave to file supplemental argumentative briefing on these issues, to the extent necessary and not repetitive, by December 18, 2024.  The parties' joint notice and any supplemental briefing on these issues shall be filed under seal.

In light of the December 4th hearing and the schedule set forth herein, Wells's Motion for Order Setting Comprehensive Briefing Schedule (ECF NO. 242) is GRANTED IN PART.

SO ORDERED this 6th day of December, 2024.

                                              s/Annie T. Christoff
                                              ANNIE T. CHRISTOFF
                                              UNITED STATES MAGISTRATE JUDGE