**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILLS, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS,<br><br>Defendants. | ) | CASE NO. 2:23-CV-02224<br>JURY DEMAND |

**DEFENDANTS JOINT STATUS REPORT**

The Defendants to this action, by and through their undersigned counsel, jointly submit the following status report regarding their respective positions as to the propriety of sealing information and filings related to Plaintiff's Motion for Protective Order (ECF No. 211). While this was initially intended to be a status report from all parties, Plaintiff failed to timely respond to

the agreed upon deadline for the Parties to submit their respective positions in the Joint Status Report. Plaintiff's counsel has indicated their intention to file a separate status report. As such, Plaintiff is excluded from this report.

In the charts below, the Defendants provide their positions for each filing (by ECF No.), including whether the filing should be sealed, whether the filing should contain redactions or anonymization, and any other notes a Party wishes to the Court to consider.[1] All cells without information are intentionally left blank.

**Plaintiff's Motion for Protective Order (ECF No. 211)**

| Party | Position | | |
|---|---|---|---|
| | Sealed? | Redactions or Anonymizations? | Other Notes |
| The City Defendants | No | None | |
| Emmitt Martin | No | None | |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | |
| DeWayne Smith | No | None | |
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |
| Michelle Whitaker | No | None | |
| Guardian Ad Litem | | | |

**City's Response in Opposition to Plaintiff's Motion for Protective Order (ECF No. 216)**

| Party | Position | | |
|---|---|---|---|
| | Sealed? | Redactions or Anonymizations? | Other Notes |
| The City Defendants | No | None | |
| Emmitt Martin | No | None | |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |

[1] Counsel for Defendants Haley and Mills and the Guardian Ad Litem did not provide positions as to the issues herein.

| | | | |
|---|---|---|---|
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | |
| DeWayne Smith | No | None | |
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |
| Michelle Whitaker | No | None | |
| Guardian Ad Litem | | | |

**City's Motion for Leave to File Supplemental Response in Opposition to Plaintiff's Motion for Protective Order (ECF No. 230)**

| Party | Position | | |
|---|---|---|---|
| | **Sealed?** | **Redactions or Anonymizations?** | **Other Notes** |
| The City Defendants | No | None | |
| Emmitt Martin | No | None | |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | |
| DeWayne Smith | No | None | |
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |
| Michelle Whitaker | Yes | Unnecessary if entire pleading is sealed | *See* ECF 213 – Protective Order |
| Guardian Ad Litem | | | |

**Plaintiff's Response in Opposition to City's Motion for Supplemental Response and Request for Relief to Cure Prejudice (ECF Nos. 232 & 233 [filed under seal])**

| Party | Position | | |
|---|---|---|---|
| | **Sealed?** | **Redactions or Anonymizations?** | **Other Notes** |
| The City Defendants | No | None | |
| Emmitt Martin | No | None | |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | |
| DeWayne Smith | No | None | |
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |

| | | | |
|---|---|---|---|
| Michelle Whitaker | ECF 232 - Yes ECF 233 - Not available for review (filed under seal) | Unnecessary if entire pleading is sealed | *See* ECF 213 – Protective Order |
| Guardian Ad Litem | | | |

**Plaintiff's Motion to Seal Portions of City's Filing That Risk Harming Minor Child (ECF Nos. 234 & 235 [filed under seal])**

| Party | Position | | |
|---|---|---|---|
| | Sealed? | Redactions or Anonymizations? | Other Notes |
| The City Defendants | No | None | |
| Emmitt Martin | No | None | |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | |
| DeWayne Smith | No | None | |
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |
| Michelle Whitaker | ECF 234 - Yes ECF 235 - Not available for review (filed under seal) | Unnecessary if entire pleading is sealed | *See* ECF 213 – Protective Order |
| Guardian Ad Litem | | | |

**Plaintiff's Supplemental Response in Opposition to City's Motion to Supplement (ECF No. 236)**

| Party | Position | | |
|---|---|---|---|
| | Sealed? | Redactions or Anonymizations? | Other Notes |
| The City Defendants | No | None | |
| Emmitt Martin | No | None | |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | |
| DeWayne Smith | No | None | |
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |
| Michelle Whitaker | No | None | |
| Guardian Ad Litem | | | |

**City's Response in Opposition to Plaintiff's Motion to Seal Portion of City's Filing (ECF No. 237)**

| Party | Position | | |
|---|---|---|---|
| | Sealed? | Redactions or Anonymizations? | Other Notes |
| The City Defendants | No | None | The City chose to anonymize the names of the Volkers and Morgan Jackson out of an abundance of caution, but the City asserts that these names should <u>not</u> be anonymized or redacted in any filing going forward. |
| Emmitt Martin | | | Defendant Martin objects to the anonymizing or redaction of the names of witnesses and/or parties, namely the Volkers and Morgan Jackson. |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | Defendant joins in City's position as outlined above. |
| DeWayne Smith | No | None | Defendant joins in City's position as outlined above. |

| | | | |
|---|---|---|---|
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |
| Michelle Whitaker | No | None | |
| Guardian Ad Litem | | | |

**City's Supplemental Response in Opposition to Plaintiff's Motion for Protective Order (ECF No. 243)**

| Party | Position | | |
|---|---|---|---|
| | **Sealed?** | **Redactions or Anonymizations?** | **Other Notes** |
| The City Defendants | No | None | The City chose to anonymize the names of the Volkers and Morgan Jackson out of an abundance of caution, but the City asserts that these names should not be anonymized or sealed in any filing going forward. |
| Emmitt Martin | | | Defendant Martin objects to the anonymizing or redaction of the names of witnesses and/or parties, namely the Volkers and Morgan Jackson. |
| Demetrius Haley | | | |
| Justin Smith | No | None | |
| Desmond Mills | | | |
| Tadarrius Bean | No | None | |
| Preston Hemphill | No | None | Defendant joins in City's position as outlined above. |
| DeWayne Smith | No | None | Defendant joins in City's position as outlined above. |
| Robert Long | No | None | |
| Jamichael Sandridge | No | None | |
| Michelle Whitaker | Yes | Unnecessary if entire pleading is sealed. | *See* ECF 213 – Protective Order |
| Guardian Ad Litem | | | |

Dated: November 18, 2024

Respectfully submitted,

**GODWIN, MORRIS, LAURENZI & BLOOMFIELD, P.C.**

*/s/ Mary Elizabeth McKinney*

Deborah Godwin, Bar No. 9972
Mary Elizabeth McKinney, Bar No. 21597
50 North Front Street, Suite 800
Memphis, TN 38103
Telephone: (901) 528-1702
Facsimile: (901) 528-0246
dgodwin@gmlblaw.com
bmckinney@gmlblaw.com

*Attorneys for Defendants Dewayne Smith and Preston Hemphill, Individually*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Bruce McMullen*

Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Freeman B. Foster (#23265)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
ffoster@bakerdonelson.com

*Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Official Capacity, and Dewayne Smith as Agent of the City of Memphis*

**LAW OFFICE OF DARRELL J. O'NEAL**

*/s/ Darrell J. O'Neal*

Darrell J. O'Neal (BPR #20927)
2129 Winchester Road
Memphis, Tennessee 38116
(901) 345-8009 telephone
(901) 345-8014 facsimile
domemphislaw@darrelloneal.com

*Attorney for Robert Long*

**JOHNSON AND JOHNSON, P.C.**

*/s/ Florence M. Johnson*

Florence M. Johnson (#015499)
1407 Union Avenue, Suite 1002
Memphis, TN 38104
(901) 725-7520 Telephone
fjohnson@johnsonandjohnsonattys.com

*Attorneys for Defendant, Emmitt Martin, III*

**PERRY GRIFFIN, P.C.**

*/s/ John Keith Perry, Jr.*
John Keith Perry, Jr. , (024283)
5699 Getwell Road, Building G, Suite 5
Southaven, MS 38672
Tele: (662) 536-6868
Email: JKP@PerryGriffin.com

*Attorney for Defendant Tadarrius Bean*

**SPARKMAN-ZUMMACH, P.C.**

*/s/ Martin Zummach*
Martin Zummach, #16352
7125 Getwell Road, Ste. 201
Southaven, MS 38671
662-349-6900
martin@sparkman-zummach.com

*Attorney for Defendant Justin Smith*

**SPENCE PARTNERS**

*/s/ Robert L. J. Spence, Jr.*
Robert L.J. Spence, Jr. (BPR #12256)
Jarrett M.D. Spence (BPR#34577)
65 Union Avenue, Suite 900
Memphis, Tennessee 38103
Office: (901) 312-9160
Facsimile: (901) 521-9550
rspence@spencepartnerslaw.com
jspence@spencepartnerslaw.com

*Attorneys for Defendant Michelle Whitaker*

**SMITTICK LAW FIRM**

*/s/ Laura E. Smittick*
Laura E. Smittick #32374
242 Poplar Avenue
Memphis, TN 38103
Phone: (901) 338-0404
Fax: (888) 338-1208
support@smitticklaw.com

*Attorney for Defendant JaMichael Sandridge*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 18, 2024**,** the foregoing document was served upon all counsel of record via the Court's CM/ECF system.

*/s/ Bruce McMullen*
Bruce McMullen