IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually and
as Administratrix Ad Litem of the Estate of
Tyre Deandre Nichols, deceased,

    Plaintiff,

v.                                                                                        Case No. 2:23-cv-02224-MSN-atc
                                                                                      JURY DEMAND

THE CITY OF MEMPHIS, a municipality,
*et al.*,

    Defendants.

---

## ORDER SETTING STATUS CONFERENCE
---

Before the Court is Plaintiff RowVaughn Wells' Unopposed Motion for Hearing on Case Scheduling Order (ECF No. 267, "Motion"). Plaintiff seeks a status hearing to address the parties' competing proposed case schedules and obtain guidance from the Court regarding the entry of a new scheduling order. The Court finds the Motion is well-taken and should be **GRANTED**.

Accordingly, an in-person Status Conference is hereby **SET** for **Friday, January 3, 2025, at 2:00 p.m.** in Courtroom 4 at the Odell Horton Federal Building, 167 N. Main Street, Memphis, Tennessee 38103.

All attorneys of record shall be present and prepared to discuss the proposed case schedules (ECF Nos. 246 and 247), as well as any other issues related to the progression of this case.

**IT IS SO ORDERED**, this 28th day of December 2024.

                                          *s/ Mark S. Norris*
                                          MARK S. NORRIS
                                          UNITED STATES DISTRICT JUDGE