IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually
and as Administratrix Ad Litem of the
Estate of Tyre Deandre Nichols, deceased.

     Plaintiff,

v.

THE CITY OF MEMPHIS, a municipality,
*et al.,*

     Defendants.

Case No. 2:23-cv-02224-MSN-atc
JURY DEMAND

---

**THIRD AMENDED SCHEDULING ORDER**

---

Before the Court is the Joint Motion to Modify the Second Amended Scheduling Order (ECF No. 201), Defendant City of Memphis's Motion to Modify the Second Amended Scheduling Order (ECF No. 246), Plaintiff's Response in Opposition to Motion Defendant City of Memphis to Enter a Scheduling Order (ECF No. 247), Defendant Michell Whitaker's Response in Opposition to Defendant City of Memphis'[s] Motion to Modify the Second Amended Scheduling Order (ECF No. 254), and Plaintiff's Motion for Hearing on Scheduling Order (ECF No. 267). The Court held a status conference on January 3, 2025, to address the pending motions and discuss the progress of the case. For the reasons stated in the parties' motions and as discussed during the status conference, the Court finds the proposed modifications to the Second Amended Scheduling Order well-taken and warranted.

Accordingly, the following dates are established as the final deadlines for:

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a) ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** March 28, 2025
Mediator must file Mediation Certification Form:
https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

    **(b) SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

    **STIPULATION FILING DATE:** February 18, 2025[1]

**COMPLETING ALL DISCOVERY**: August 29, 2025

    (a) **DOCUMENT PRODUCTION AND INTERROGATORIES:** July 12, 2025

    (b) **DEPOSITIONS:** August 29, 2025

    (c) **REQUESTS FOR ADMISSIONS:** July 12, 2025

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

    (a) **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**: September 19, 2025

    (b) **DISCLOSURE OF DEFENDANT'S (OR OPPOSING PARTY) RULE 26(a)(2) EXPERT INFORMATION**: October 10, 2025

    (c) **EXPERT WITNESS DEPOSITIONS**: November 7, 2025

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: December 19, 2025

**SUPPLEMENTATION UNDER RULE 26(e)(1)**: September 29, 2025

**FILING DISPOSITIVE MOTIONS**: December 19, 2025

**RESPONSES TO DISPOSITIVE MOTIONS**: January 19, 2026.

**REPLIES TO DISPOSITIVE MOTIONS**: February 9, 2026

**JOINT PROPOSED PRETRIAL ORDER DUE**: Friday, June 19, 2026
(E-mail Joint Proposed Pretrial Order in Word format to:
ECF_Judge_Norris@tnwd.uscourts.gov)

---

[1] If the parties fail to agree upon a Mediator by this deadline, the Court shall select a Mediator for the case from the Court's Mediator list and shall issue an Order notifying the parties of the Mediator's identity.

**PRETRIAL CONFERENCE DATE**: Friday, June 26, 2026, at 9:30 a.m.

**JURY TRIAL**: Monday, July 13, 2026, at 9:30 a.m.  Trial is anticipated to last approximately 15 days.

**IT IS SO ORDERED**, this 3rd day of January, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE