Outlook

---

**RE: Wells v. City of Memphis - Pl.'s Supp. Rule 37 Letter to City**

---

**From**  Silk, Jennie <jsilk@bakerdonelson.com>

**Date**  Mon 11/18/2024 7:05 PM

**To**  Stephen Weil <SWeil@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Foster, Freeman <ffoster@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>

**Cc**  Antonio Romanucci <aromanucci@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>

---

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Steve,

Thanks for the reminder. I am booked in depositions this week, much like we all were last week. Can we meet and confer after Thanksgiving? I think it will be more productive than trying to rush something this week. Please let me know your thoughts.

Thanks,

**Jennie Vee Silk**
Phone  901.577.8212

---

> **From:** Stephen Weil <SWeil@rblaw.net>
> **Sent:** Monday, November 18, 2024 5:52 PM
> **To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Foster, Freeman <ffoster@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
> **Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>
> **Subject:** Re: Wells v. City of Memphis - Pl.'s Supp. Rule 37 Letter to City
>
> Counsel,
>
> We still have not heard from you regarding our request for a Rule 37 conference.
>
> We are reiterating our request for a conference.  Josh's letter proposes multiple dates and times.  If you have other dates and times that would work better for you, we invite you to propose them.
>
> If we do not hear from you by COB tomorrow we are going to proceed on the assumption that you are declining to meet and confer.
>
> Thanks and best regards,
>
> - Steve

**From:** Stephen Weil
**Sent:** Friday, November 15, 2024 5:46 PM
**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; Bruce Anthony McMullen
Esq. <bmcmullen@bakerdonelson.com>; Foster, Freeman <ffoster@bakerdonelson.com>; McKinney,
Kelsey <kmckinney@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>
**Subject:** RE: Wells v. City of Memphis - Pl.'s Supp. Rule 37 Letter to City

Counsel,

In the letter Josh sent Wednesday we ask for a Rule 37 conference next week (the week
of Nov. 18) and identify several times that we are available.

I do not believe we have received a response from you.

Do any of the times listed in Josh's letter work for you?  Are there any others that would
work?

We are currently holding those times open and would appreciate the courtesy of a
response.

Thanks and best regards,

Steve

---

**From:** Joshua Levin
**Sent:** Wednesday, November 13, 2024 3:25 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Bruce Anthony McMullen Esq.
<bmcmullen@bakerdonelson.com>; Foster, Freeman <ffoster@bakerdonelson.com>; McKinney, Kelsey
<kmckinney@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Stephen Weil
<SWeil@rblaw.net>
**Subject:** Wells v. City of Memphis - Pl.'s Supp. Rule 37 Letter to City

Counsel: Please see the attached correspondence.

Thanks,
Josh


Joshua M. Levin
*Senior Attorney*
**Romanucci & Blandin, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Direct Phone #: 312-253-8623
General Phone #: 312-458-1000
Fax: 312-458-1004 (Attn: Joshua Levin)
Email: jlevin@rblaw.net
https://rblaw.net/

**ROMANUCCI BLANDIN** | LAW

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.