# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The City of Memphis *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-CV-02224<br><br>JURY DEMAND |

### PLAINTIFF'S NOTICE OF CORRECTED FILING REGARDING PLAINTIFF'S MOTION TO COMPEL (ECF 279).

Plaintiff RowVaughn Wells, through her undersigned counsel, respectfully notifies this Court that the January 10, 2025, filing of Plaintiff's Motion to Compel (ECF 279) inadvertently included a drafting note in Plaintiff's Motion. Plaintiff has re-filed its Motion to Compel and accompanying exhibits as ECF 281. Plaintiff therefore respectfully asks this Court to accept this Notice of Corrected Filing.

　　　　　　　　　　　　　　　　　　　　*/s/ Stephen H. Weil*
　　　　　　　　　　　　　　　　　　　　Stephen H. Weil (Ill. Bar No. 6291026)
　　　　　　　　　　　　　　　　　　　　Antonio M. Romanucci
　　　　　　　　　　　　　　　　　　　　Bhavani K. Raveendran
　　　　　　　　　　　　　　　　　　　　Sarah Raisch
　　　　　　　　　　　　　　　　　　　　Joshua M. Levin
　　　　　　　　　　　　　　　　　　　　Sam Harton
　　　　　　　　　　　　　　　　　　　　**ROMANUCCI & BLANDIN, LLC**
　　　　　　　　　　　　　　　　　　　　321 N. Clark St., Ste. 900
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　P: (312) 458-1000
　　　　　　　　　　　　　　　　　　　　aromanucci@rblaw.net
　　　　　　　　　　　　　　　　　　　　b.raveendran@rblaw.net
　　　　　　　　　　　　　　　　　　　　sraisch@rblaw.net
　　　　　　　　　　　　　　　　　　　　jlevin@rblaw.net
　　　　　　　　　　　　　　　　　　　　sweil@rblaw.net
　　　　　　　　　　　　　　　　　　　　sharton@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com

Brooke Cluse (Tex. Bar No. 24123034) (*pro hac vice*)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
brooke@bencrump.com

***Attorneys for Plaintiff***