IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, | |
| Plaintiff, | Case No. 2:23-CV-02224 |
| v. | JURY DEMAND |
| The City of Memphis *et al.*, | |
| Defendants. | |

## STIPULATION OF MEDIATOR SELECTION

Pursuant to the Court's February 22, 2025 Order Relating to Mediator Selection (ECF 320), the parties, by and through their undersigned counsel, apprise the Court that they have agreed to request Magistrate Judge Jon York (W.D. Tenn., Eastern Division) as the mediator for this case, provided that Judge York is agreeable to this course of action. The parties respectfully request the Court's guidance as to whether the parties should proceed with contacting Judge York's chambers directly to coordinate the mediation or whether the Court would prefer to formally refer the case to Judge York for judicially conducted ADR pursuant to the Court's Alternative Dispute Resolution Plan Rule 5.4(d).

Dated: February 25, 2025

Respectfully submitted,

| | |
|---|---|
| **ROMANUCCI & BLANDIN, LLC** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
| /s/ *Antonio Romanucci* | /s/ *Bruce McMullen* |
| Antonio M. Romanucci (Ill. Bar No. 6190290) | Bruce McMullen (#18126) |
| Bhavani K. Raveendran (Ill. Bar No. 6309968) | Jennie Vee Silk (#35319) |
| | Freeman B. Foster (#23265) |
| | 165 Madison Avenue, Suite 2000 |

1

Sarah Raisch (Ill. Bar No. 6305374)
Joshua M. Levin (Ill. Bar No. 6320993)
Stephen H. Weil (Ill. Bar No. 6291026)
Sam Harton (Ill. Bar No. 6342112)
Colton Johnson Taylor (Ill. Bar No. 6349356)
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
aromanucci@rblaw.net
b.raveendran@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com

Brooke Cluse (Tex. Bar No. 24123034) (*pro hac vice pending*)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
brooke@bencrump.com

*Attorneys for Plaintiff*

Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
ffoster@bakerdonelson.com

*Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Official Capacity, and Dewayne Smith as Agent of the City of Memphis*

**GODWIN, MORRIS, LAURENZI & BLOOMFIELD, P.C.**

*/s/ Mary Elizabeth McKinney*
Deborah Godwin, Bar No. 9972
Mary Elizabeth Mckinney, Bar No. 21597
50 North Front Street, Suite 800
Memphis, TN 38103
Telephone: (901) 528-1702
Facsimile: (901) 528-0246
dgodwin@gmlblaw.com
bmckinney@gmlblaw.com

*Attorneys for Defendants Dewayne Smith and Preston Hemphill, Individually*

*Attorney for Defendant Justin Smith*
**SMITTICK LAW FIRM**

*/s/ Laura Smittick*
Laura E. Smittick #32374
242 Poplar Avenue
Memphis, TN 38103
Phone: (901) 338-0404
Fax: (888) 338-1208
support@smitticklaw.com

*Attorney for Defendant JaMichael Sandridge*

2

| | |
|---|---|
| **SPENCE PARTNERS** | **JOHNSON AND JOHNSON, P.C.** |
| */s/ Jarrett Spence* | */s/ Florence Johnson* |
| Robert L.J. Spence, Jr. (BPR #12256) | Florence M. Johnson (#015499) |
| Jarrett M.D. Spence (BPR#34577) | 1407 Union Avenue, Suite 1002 |
| 65 Union Avenue, Suite 900 | Memphis, TN 38104 |
| Memphis, Tennessee 38103 | (901) 725-7520 Telephone |
| Office: (901) 312-9160 | fjohnson@johnsonandjohnsonattys.com |
| Facsimile: (901) 521-9550 | |
| rspence@spencepartnerslaw.com | *Attorneys for Defendant, Emmitt Martin, III* |
| jspence@spencepartnerslaw.com | |

*Attorneys for Defendant Michelle Whitaker*

### CERTIFICATE OF CONSULTATION

I, Bruce McMullen, hereby certify that the parties consulted via email regarding the foregoing stipulation on February 25 and 26, 2025 via email. As of the time of this filing, counsel for Defendants Desmond Mills, Jr., Justin Smith, Robert Long, Tadarrius Bean, and Demetrius Haley did not respond or otherwise provide a position on the issue.

*/s/ Bruce McMullen*
Bruce McMullen