IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS,

    Plaintiff,

v.                                              Case No. 2:23-cv-02224-MSN-atc
                                                    JURY DEMAND

THE CITY OF MEMPHIS, *et al.,*

    Defendants.

---

**ORDER REFERRING CASE TO MAGISTRATE JUDGE JON A. YORK
FOR THE PURPOSE OF JUDICIALLY CONDUCTED ADR**

---

Before the Court is the parties' Stipulation of Mediator Selection (ECF No. 321), in which the parties jointly request that this matter be referred to United States Magistrate Judge Jon A. York for judicially conducted alternative dispute resolution ("ADR") pursuant to Rule 5.4(d) of the Court's Alternative Dispute Resolution Plan.

Pursuant to the Rule 5.4(d), the Court **GRANTS** the parties' request and **REFERS** this case to Magistrate Judge York for the purpose of conducting ADR. This referral is limited to ADR proceedings.

**IT IS SO ORDERED**, this 3rd day of March 2025.

                                                            *s/ Mark S. Norris*
                                                            MARK S. NORRIS
                                                           UNITED STATES DISTRICT JUDGE