, 1sxzIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ROWVAUGHN WELLS, individually and as Administratrix Ad Litem of the Estate of TYRE DEANDRE NICHOLS, deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | No. 2:23-cv-02224-MSN-atc |
| **THE CITY OF MEMPHIS, a municipality, et al.,** ) ) ) | |
| **Defendants.** ) | |

## ORDER SETTING STATUS CONFERENCE

Before the Court by Order of Reference is Plaintiff RowVaughn Wells's Motion to Compel, filed initially on January 10, 2025 (ECF No. 279), and again as a corrected version on January 14, 2025 (ECF No. 281). Defendant City of Memphis filed its Response to the Motion on February 14, 2025, contending that "the parties are not at an impasse on any of the [issues raised in the Motion], and they are actively working toward mutually agreeable solutions. Accordingly, judicial resolution of these issues is not necessary at this time." (ECF No. 299, at 8.) With leave of Court, Wells filed a Reply to the City's Response on March 5, 2025, contending that discovery consultation discussions between the parties have broken down completely and requesting that the Court intervene to require the City to resume consultation discussions. (ECF No. 326.)

The Court will hold a status conference on the status of the parties' discovery consultation discussions on Wednesday, March 12, 2025, at 2:00 p.m. via Microsoft Teams.

During the status conference, the Court will also discuss future hearing dates for argument on the merits of Wells's Motion to Compel, Wells's Motion for Protective Order (ECF No. 211), and the City's Motion to Vacate Plaintiff's Confidentiality Designations (ECF No. 286).[1]  The merits of these Motions will not be addressed at the status conference set for March 12th.  That status conference will only address the status of the parties' discovery consultation discussions and the scheduling of future hearing dates for argument on the Motions.

      SO ORDERED this 7th day of March, 2025.

                                              s/Annie T. Christoff
                                              ANNIE T. CHRISTOFF
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Wells also filed a second Motion to Compel on March 4, 2025.  (ECF No. 324.)  That Motion has not yet been fully briefed, and it has not yet been referred to the undersigned.