# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224 |
| THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILL, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT JAMICHAEL SANDRIDGE'S MOTION TO BE EXCUSED FROM STATUS CONFERENCE SCHEDULED FOR MARCH 19, 2025 BEFORE MAGISTRATE JUDGE CHRISTOFF

1

**COMES NOW**, Defendant JaMichael Sandridge ("Mr. Sandridge") by and through his attorney of record, and submits this, his Motion to be excused from Status Conference scheduled for March 19, 2025.  In support thereof, Defendant Sandridge states as follows:

1. On March 11, 2025 this Honorable Court changed the date of a status conference scheduled for March 12, 2025 to March 19, 2025.

2. Counsel for Defendant Sandridge has a two (2) day trial in Nashville, Tennessee scheduled to begin on March 19, 2025.

3. Defendant Sandridge submits that the subject of the scheduled status conference will primarily involve the Plaintiff and City of Memphis.

4. As a result, Defendant Sandridge respectfully requests that this Honorable Court allow his counsel to be excused from the March 19, 2025 status conference.

Respectfully Submitted,

/s/Laura E. Smittick
Laura E. Smittick #32374
2448 W. 81st Street
Suite 5900
Tulsa, OK  74137
(918) 494-6868

**CERTIFICATE OF CONSULTATION**

I, Laura E. Smittick, do hereby certify that on March 11, 2025 I emailed a copy of the foregoing Motion to all counsel of record in an attempt to consult on this matter.  As of the date of filing this Motion, no party has objected.

/s/Laura E. Smittick
_____
Laura E. Smittick

## **CERTIFICATE OF SERVICE**

I, Laura E. Smittick, do hereby certify that I have forwarded a copy of the foregoing document through the ECF/ECM system on this 12th day of March 2025 to all parties in this case.

/s/Laura E. Smittick

_____

Laura E. Smittick