# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ROWVAUGHN WELLS,

    Plaintiff,

v.                                                Case No. 2:23-cv-02224-MSN-atc
                                                       JURY DEMAND

THE CITY OF MEMPHIS, *et al.,*

    Defendants.

## ORDER REFERRING MOTION

Before the Court is The City's Sealed Motion to Modify the Third Amended Scheduling Order Regarding Deadline for Mediation (ECF No. 338, "Motion"), filed March 17, 2025. This Motion is hereby **REFERRED** to the United States Magistrate Judge Annie T. Christoff for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 17th day of March, 2025.

                                                       *s/ Mark S. Norris*
                                                       MARK S. NORRIS
                                                       UNITED STATES DISTRICT JUDGE