IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RowVaughn Wells,

                Plaintiff,

v.                                              Case No. 2:23-CV-02224

The City of Memphis *et al.*,

                Defendants.

**PLAINTIFF'S MOTION FOR LEAVE AND EXTENSION OF TIME TO FILE OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, through her undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A), submits this motion for leave and extension of time to file an omnibus response to Defendants' five Motions to Dismiss Plaintiff's First Amended Complaint. In support of her motion, Plaintiff states as follows:

1. On January 3, 2025, Plaintiff filed her First Amended Complaint. ECF 277. The defendants in this case have filed separate and joint motions to dismiss, resulting in the following response deadlines:

   - On February 15, Defendant Long filed his Motion to Dismiss. ECF 300. Plaintiff's response is due March 17.

   - On February 17, Defendant City of Memphis filed its Motion to Dismiss. ECF 303. Plaintiff's response is due March 17.

   - On February 18, Defendant Whitaker and Defendant Sandridge filed individual Motions to Dismiss. ECF 307, 308. Plaintiff's responses are due March 18.

1

- On February 20, Defendant Hemphill and Defendant Smith filed a joint Motion to Dismiss. ECF 314. Plaintiff's response is due March 20.

2. Given the substantial overlap in the issues raised in Defendants' five motions to dismiss, Plaintiff submits that the most efficient and streamlined approach is to consolidate her arguments into a single omnibus brief addressing all of Defendants' motions. A single consolidated response brief will serve the interests of judicial economy and economize the parties' time.

3. Due to the length, complexity, and large number of motions to dismiss that Plaintiff's omnibus brief will address, Plaintiff requests that her consolidated brief be due on the date that the final response is due (March 20). This entails extending the deadline to respond to the motions that are currently due on March 17-18 by 2-3 days, respectively.

4. Plaintiff conferred via e-mail with Defendants regarding the relief requested in this motion. Defendants Hemphill and DeWayne Smith responded that they have no objection. The remaining defendants have not responded as of this filing.

5. Plaintiff respectfully submits that, for the foregoing reasons, good cause supports her request to file an omnibus response brief by March 20, 2025.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an order granting Plaintiff leave to file one omnibus response in opposition to Defendants' motions to dismiss (ECF 300, 303, 307, 308 and 314) on or before March 20, 2025.

Dated: March 17, 2025                    Respectfully submitted,

                                         /s/ Stephen H. Weil
                                         Antonio M. Romanucci* (Ill. Bar No. 6190290)
                                         Sarah Raisch* (Ill. Bar No. 6305374)
                                         Joshua M. Levin* (Ill. Bar No. 6320993)
                                         Stephen H. Weil* (Ill. Bar No. 6291026)

Sam Harton* (Ill. Bar No. 6342112)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
brooke@bencrump.com

*Attorneys for Plaintiff*

* Admission *pro hac vice*

## CERTIFICATE OF CONSULTATION

Plaintiff conferred via e-mail with Defendants regarding the relief requested in the foregoing motion. Defendants Hemphill and DeWayne Smith responded that they have no objection. The remaining defendants have not responded as of this filing.

*s/Stephen H. Weil*