# EXHIBIT 1

| | |
|---|---|
| **From:** | Bhavani Raveendran |
| **To:** | Silk, Jennie; Reagan, Ian |
| **Cc:** | Sarah Raisch; Eva Dickey |
| **Subject:** | Re: Nichols, Tyre - Proposed ESI Protocol |
| **Date:** | Tuesday, May 7, 2024 11:50:14 AM |
| **Attachments:** | image001.png<br>ESI Protocol 4.11.24-76067.docx |

Good Morning Jennie,

Please find attached the proposed ESI protocol and let us know if you have any concerns or edits. Addendum B is the list of custodians we have agreed to. I have also added an addendum for agreed search terms pending receipt of the terms you are proposing for email searches.

Please let us know once you have had a moment to review.

Thanks,

Bhavani Raveendran
*Partner*
**Romanucci & Blandin, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 60654
Direct Phone #: 312-253-8606
General Phone #: 312-458-1000
Fax: 312-458-1004
Email: braveendran@rblaw.net
https://rblaw.net/



 Go Green - Please don't print this e-mail unnecessarily.

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.