IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| ROWVAUGHN WELLS, individually and as Administratrix Ad Litem of the Estate of TYRE DEANDRE NICHOLS, deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE CITY OF MEMPHIS, a municipality, *et al.*,  )<br>)<br>)<br>Defendants.  )  | No. 2:23-cv-02224-MSN-atc |

---

**ORDER FOLLOWING HEARING**

---

Before the Court by Orders of Reference are Plaintiff RowVaughn Wells's First Motion to Compel, filed initially on January 10, 2025 (ECF No. 279), and again as a corrected version on January 14, 2025 (ECF No. 281) ("First Motion to Compel"); Wells's Motion to Compel and for Court Case Management, filed on March 5, 2025 (ECF No. 324) ("Second Motion to Compel"); and Defendant the City of Memphis's Motion to Modify the Third Amended Scheduling Order Regarding Deadline for Mediation, filed on March 17, 2025 (ECF No. 338) ("Motion to Extend the ADR Deadline").[1]

A status conference on the Motions was held on March 19, 2025. (ECF No. 344.) For the reasons discussed at the hearing, the Court ORDERS as follows:

---

[1] United States District Judge Mark S. Norris referred these Motions to the undersigned for determination on January 11, 2025, March 10, 2025, and March 17, 2025, respectively. (ECF Nos. 280, 332, 339.)

The City's Motion to Extend the ADR Deadline (ECF No. 338) is GRANTED. The parties' new deadline to complete ADR with United States Magistrate Judge Jon A. York is now June 15, 2025.

With respect to Wells's First and Second Motions to Compel (ECF Nos. 281, 324), the parties are ORDERED to meet and confer in good faith as to any unresolved discovery issues raised in the Motions. On or before April 9, 2025, the parties shall file a Joint Notice that either (a) indicates that all issues raised in the First and Second Motions to Compel have been resolved or (b) identifies the precise discovery requests that are still at issue, along with a summary of each party's position on the dispute. Should the Joint Notice indicate the persistence of a dispute as to the issues raised in the First or Second Motions to Compel, the Court will hold a hearing on the merits of those issues on April 11, 2025, at 2:00 p.m. via Microsoft Teams.

SO ORDERED this 20th day of March, 2025.

    s/Annie T. Christoff
    ANNIE T. CHRISTOFF
    UNITED STATES MAGISTRATE JUDGE