| | |
|---|---|
| **From:** | Brock Willis |
| **To:** | McMullen, Bruce; Stephen Weil; Cgrice@memphisprobatelaw.com; Joshua Levin; Antonio Romanucci; bmckinney@gmlblaw.com; brooke@bencrump.com; bwachtel@mendelsonfirm.com; Colton Johnson Taylor; dgodwin@gmlblaw.com; dm@mendelsonfirm.com; domemphislaw@darrelloneal.com; Foster, Freeman; fjohnson@johnsonandjohnsonattys.com; jkp_perrygriffin.com; Silk, Jennie; jspence@spencepartnerslaw.com; keenandl@aol.com; martin@sparkman-zummach.com; Robert Spence; Sam Harton; Sarah Raisch; stephenrleffler@yahoo.com; support@smitticklaw.com |
| **Cc:** | Cindy Migliore; Zandra Frazier |
| **Subject:** | RE: 23-cv-02224-MSN-atc Wells v. CITY OF MEMPHIS et al |
| **Date:** | Monday, March 24, 2025 10:10:40 AM |
| **Attachments:** | image002.png image003.png image004.png image005.png image006.png |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Mr. Weil and Mr. McMullen,

Thank you both for your emails. If any party seeks relief, please file a motion. Likewise, any party opposing such relief should file a response.

Please address these matters on the record rather than by email.

Best,

**Brock Willis**

Law Clerk to the Honorable Mark S. Norris

United States District Court for the Western District of Tennessee

Odell Horton Federal Building

167 N. Main Street, Ste. 907

Memphis, TN 38103

901-495-1379





**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Monday, March 24, 2025 9:50 AM
**To:** Stephen Weil <SWeil@rblaw.net>; Brock Willis <Brock_Willis@tnwd.uscourts.gov>; Cgrice@memphisprobatelaw.com; Joshua Levin <JLevin@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; bmckinney@gmlblaw.com; brooke@bencrump.com;

bwachtel@mendelsonfirm.com; Colton Johnson Taylor <cjohnson@rblaw.net>;
dgodwin@gmlblaw.com; dm@mendelsonfirm.com; domemphislaw@darrelloneal.com; Foster,
Freeman <ffoster@bakerdonelson.com>; fjohnson@johnsonandjohnsonattys.com;
jkp_perrygriffin.com <JKP@perrygriffin.com>; Silk, Jennie <jsilk@bakerdonelson.com>;
jspence@spencepartnerslaw.com; keenandl@aol.com; martin@sparkman-zummach.com; Robert
Spence <rspence@spencepartnerslaw.com>; Sam Harton <sharton@rblaw.net>; Sarah Raisch
<sraisch@rblaw.net>; stephenrleffler@yahoo.com; support@smitticklaw.com
**Cc:** Cindy Migliore <Cindy_Migliore@tnwd.uscourts.gov>; Zandra Frazier
<Zandra_Frazier@tnwd.uscourts.gov>
**Subject:** Re: 23-cv-02224-MSN-atc Wells v. CITY OF MEMPHIS et al

<mark>**CAUTION - EXTERNAL:**</mark>


Mr Weil,

I can't tell from the wording of your email, but are you saying your firm is just seeing the
order today?  I find that hard to believe. Or are you saying just that "you only"are just
seeing the order? For the record, I oppose any motion for extension of time.

**Bruce A. McMullen**

Office Managing Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz
First Tennessee Building
165 Madison Avenue - Suite 2000
Memphis, TN 38103
Direct Dial:  901.577.2356
Direct Fax:  901.577.4262
Email: bmcmullen@bakerdonelson.com

Firm Website: www.bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi,
South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Stephen Weil <SWeil@rblaw.net>
**Sent:** Monday, March 24, 2025 9:40:11 AM
**To:** Brock Willis <Brock_Willis@tnwd.uscourts.gov>; Cgrice@memphisprobatelaw.com
<Cgrice@memphisprobatelaw.com>; Joshua Levin <JLevin@rblaw.net>; Antonio Romanucci
<aromanucci@rblaw.net>; bmckinney@gmlblaw.com <bmckinney@gmlblaw.com>; McMullen,
Bruce <bmcmullen@bakerdonelson.com>; brooke@bencrump.com <brooke@bencrump.com>;
bwachtel@mendelsonfirm.com <bwachtel@mendelsonfirm.com>; Colton Johnson Taylor
<cjohnson@rblaw.net>; dgodwin@gmlblaw.com <dgodwin@gmlblaw.com>;
dm@mendelsonfirm.com <dm@mendelsonfirm.com>; domemphislaw@darrelloneal.com
<domemphislaw@darrelloneal.com>; Foster, Freeman <ffoster@bakerdonelson.com>;
fjohnson@johnsonandjohnsonattys.com <fjohnson@johnsonandjohnsonattys.com>;
jkp_perrygriffin.com <JKP@perrygriffin.com>; Silk, Jennie <jsilk@bakerdonelson.com>;

jspence@spencepartnerslaw.com <jspence@spencepartnerslaw.com>; keenandl@aol.com
<keenandl@aol.com>; martin@sparkman-zummach.com <martin@sparkman-zummach.com>;
Robert Spence <rspence@spencepartnerslaw.com>; Sam Harton <sharton@rblaw.net>; Sarah
Raisch <sraisch@rblaw.net>; stephenrleffler@yahoo.com <stephenrleffler@yahoo.com>;
support@smitticklaw.com <support@smitticklaw.com>
**Cc:** Cindy Migliore <Cindy_Migliore@tnwd.uscourts.gov>; Zandra Frazier
<Zandra_Frazier@tnwd.uscourts.gov>
**Subject:** RE: 23-cv-02224-MSN-atc Wells v. CITY OF MEMPHIS et al

Dear Mr. Willis and Counsel,

Please accept our apologies for what appears to have been an electronics problem.

I am responsible for handling this matter. I received ECF 352 on Friday and attempted to
open it. I was unable to do so, and called chambers. Chambers informed me that they
were aware of the problem and were working on it.  I attempted to open the link again
later Friday evening and was still unable to do so.

I attempted to open the link again this morning, and still was unable to do so.  My
paralegal, however, informs me that she is able to open the link, and she transmitted a
copy of the order to me a few moments ago.

I suspect this may be a problem created by "cookies" with my computer, resulting from
my previous attempts to open the order link.

I have been preparing a declaration.  We are working to ensure we have all relevant
communications on the topic to attach to the declaration, which concerns several
communications between paralegal staff in our office and the Court Clerk's office.

I would respectfully request until 12:00 p.m. Central today to submit the declaration so
that we can be sure to have gathered all responsive communications for the declaration.

We are happy to file a motion seeking that relief should the Court desire.

Respectfully,

Stephen H. Weil

**Stephen H. Weil**
Senior Attorney

**e:** sweil@rblaw.net
**p:** (312) 253-8592
**f:** (312) 458-1004

 ROMANUCCI BLANDINI | LAW

**a:** 321 N Clark St, Ste
900, Chicago, IL 60654

**www.rblaw.net**

   

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Brock Willis <Brock_Willis@tnwd.uscourts.gov>
**Sent:** Monday, March 24, 2025 9:22 AM
**To:** Cgrice@memphisprobatelaw.com; Joshua Levin <JLevin@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; bmckinney@gmlblaw.com; bmcmullen@bakerdonelson.com; brooke@bencrump.com; bwachtel@mendelsonfirm.com; Colton Johnson Taylor <cjohnson@rblaw.net>; dgodwin@gmlblaw.com; dm@mendelsonfirm.com; domemphislaw@darrelloneal.com; ffoster@bakerdonelson.com; fjohnson@johnsonandjohnsonattys.com; jkp_perrygriffin.com <JKP@perrygriffin.com>; jsilk@bakerdonelson.com; jspence@spencepartnerslaw.com; keenandl@aol.com; martin@sparkman-zummach.com; rspence@spencepartnerslaw.com; Sam Harton <sharton@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; stephenrleffler@yahoo.com; support@smitticklaw.com; Stephen Weil <SWeil@rblaw.net>
**Cc:** Cindy Migliore <Cindy_Migliore@tnwd.uscourts.gov>; Zandra Frazier <Zandra_Frazier@tnwd.uscourts.gov>
**Subject:** 23-cv-02224-MSN-atc Wells v. CITY OF MEMPHIS et al

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Counsel,

As you know, on **March 21, 2025**, the Court entered a Sealed Order (ECF No. 352) ordering the Plaintiff to file a sealed declaration by Monday, March 24, 2025, at 9:00 a.m.

There is no record of such a filing on the docket, and the deadline has now passed.

The Clerk's Office has confirmed that all attorneys of record have access to the sealed order and that access was granted on March 21, 2025.

Judge Norris expects the Plaintiff to file the declaration without delay.

Best,
**Brock Willis**
Law Clerk to the Honorable Mark S. Norris
United States District Court for the Western District of Tennessee
Odell Horton Federal Building
167 N. Main Street, Ste. 907
Memphis, TN 38103
901-495-1379



NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.