IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS,

    Plaintiff,

v.                                                                                   Case No. 2:23-cv-02224-MSN-atc
                                                                                     JURY DEMAND

THE CITY OF MEMPHIS, *et al.*,

    Defendants.

---

**ORDER DENYING MOTION FOR DISCOVERY AS MOOT
AND GRANTING MOTION FOR EXTENSION OF TIME**

---

Before the Court are Defendant City of Memphis's Motion for Permission to Take Discovery with Regard to Plaintiff's Possession of Sealed Documents (ECF No. 349) and Plaintiff's Motion for Extension of Time to File Declaration (ECF No. 356).

Plaintiff has now filed the Declaration (ECF No. 355) required by this Court's March 21, 2025 Sealed Order (ECF No. 352), and the Court has entered a separate Sealed Order (ECF No. 357) addressing the possession and handling of sealed exhibits. In light of these developments, the City's Motion for Permission to Take Discovery (ECF No. 349) is **DENIED AS MOOT**. The Court acknowledges Defendant City of Memphis for bringing this matter to the Court's attention, which allowed for prompt remedial action regarding the sealed exhibits.

Plaintiff's Motion for Extension of Time (ECF No. 356) is **GRANTED NUNC PRO TUNC**. The Declaration was filed later than the deadline set in the Court's March 21, 2025 Order. While the filing was untimely, the Court will accept it and take no further action on the delay at

this time; however, the Court cautions Plaintiff's counsel that compliance with deadlines is expected. Counsel must exercise diligence in accessing docket entries and must proactively seek clarification from the Court if issues arise.

The Court also reminds all counsel of their obligation to conduct themselves with civility and professional courtesy, as required by Appendix C of the Local Rules, Local Rule 83.4(h), or otherwise applicable rules, policies, or standards of professional conduct.

**IT IS SO ORDERED**, this 25th day of March, 2025.

                                              *s/ Mark S. Norris*
                                              MARK S. NORRIS
                                              UNITED STATES DISTRICT JUDGE