# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ROWVAUGHN WELLS,

    Plaintiff,

v.                                                      Case No. 2:23-cv-02224-MSN-atc
                                                                            JURY DEMAND

THE CITY OF MEMPHIS, *et al.,*

    Defendants.

## ORDER REFERRING DISCOVERY DISPUTE

    Before the Court is a discovery dispute concerning Federal Rule of Civil Procedure 34, which has arisen between the parties. This issue is hereby **REFERRED** to the United States Magistrate Judge Annie T. Christoff for determination or for proposed findings and recommendation, as appropriate.

    **IT IS SO ORDERED**, this 3rd day of April, 2025.

                                                        *s/ Mark S. Norris*
                                                         MARK S. NORRIS
                                                         UNITED STATES DISTRICT JUDGE