IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS, individually and  )
as Administratrix Ad Litem of the Estate of  )
TYRE DEANDRE NICHOLS, deceased,  )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )     No. 2:23-cv-02224-MSN-atc
                                   )
THE CITY OF MEMPHIS, a municipality,  )
*et al.*,                          )
                                   )
    Defendants.                    )

---

## ORDER FOLLOWING HEARING

---

Before the Court by Order of Reference is Defendant City of Memphis's request for Court intervention regarding a Rule 34 discovery dispute relating to the inspection of items located in the vehicle of Tyre Nichols, specifically seven journals.[1] A hearing on the request for Court intervention was held on April 3, 2025. (ECF No. 375.)

Based on the arguments of counsel, the Court ORDERED that the seven journals discussed at the hearing be produced for Rule 34 inspection yesterday, April 3rd. The Court takes no position on the relevancy, confidentiality, or admissibility of any information contained in the journals at this time.

SO ORDERED this 4th day of April, 2025.

                                                  s/Annie T. Christoff
                                                ANNIE T. CHRISTOFF
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] United States District Judge Mark S. Norris referred this request to the undersigned for determination on April 3, 2025. (ECF No. 373.)