# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

ROWVAUGHN WELLS,

     Plaintiff,

v.                                                                  Case No. 2:23-cv-02224-MSN-atc
                                                                    JURY DEMAND

THE CITY OF MEMPHIS, *et al.,*

     Defendants.

_____

## ORDER REFERRING MOTION
_____

     Before the Court is The City's Sealed Motion to Compel Production of Documents (ECF No. 383, "Motion"), filed April 10, 2025.  This Motion is hereby **REFERRED** to the United States Magistrate Judge Annie T. Christoff for determination or for proposed findings and recommendation, as appropriate.

     **IT IS SO ORDERED**, this 11th day of April, 2025.


*s/ Mark S. Norris*
_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE