```
CASENO:    2:23cv02224
DOCUMENT:  398
```

Martin Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671-026

**RECEIVED**

MAY 20 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

RETURNED MAIL

ELECTRONIC FILING AND NOTIFICATION ARE NOW MANDATORY IN
THE WESTERN DISTRICT OF TENNESSEE. PLEASE VISIT
http://www.tnwd.uscourts.gov/ FOR INFORMATION ON SIGNING
UP FOR ELECTRONIC FILING AND NOTIFICATION.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
### *Eastern Division*
### *Office of the Clerk*

Wendy R. Oliver, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-In-Charge
U.S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF SETTING
### Before Judge Jon A. York, United States Magistrate Judge

April 24, 2025

RE:   2:23-cv-02224-MSN-atc
       *Wells v. CITY OF MEMPHIS et al*

Dear Sir/Madam:

**A SETTLEMENT CONFERENCE** has been **SET** for **Wednesday, June 18, 2025 at 10 A.M. CT**. in Courtroom 6, 3rd Floor, Odell Horton Federal Building, 167 N,. Main St., Memphis, TN.

**Party statements are due by 4 PM, May 23, 2025.**

**Please see attached instructions and note that any attorney participating in the Settlement Conference MUST file a notice of appearance with the Court.**

If you have any questions, please contact Andrew Shulman, Case Manager to Judge York, at the number below.

Sincerely,

WENDY R. OLIVER, CLERK

BY:   **s/ Andrew Shulman**
       Case manager to Judge Jon A. York
       andrew_shulman@tnwd.uscourts.gov
       731-421-9275

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

# INSTRUCTIONS FOR
# SETTLEMENT CONFERENCES BEFORE
# MAGISTRATE JUDGE JON A. YORK

The lead attorney who will try the case for each party shall appear, and it is expected that counsel will be fully authorized to accomplish settlement of this case and prepared to engage in effective settlement negotiations. In addition, the parties, or representatives of corporate parties, must be present **in person with full settlement authority** at the conference. If any part of the potential liability of a party is insured, or subject to indemnity, a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits, must be present **in person** at the conference. Requests for a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits to appear by telephone must be made **no less than five (5) days prior to the scheduled settlement conference.**

All participants should allocate adequate time for the settlement conference. Although the settlement conference may conclude in the early afternoon, all participants should clear their calendars for the entire day. Judge York's commitment is to work with the parties for as long as necessary.

Counsel shall submit to Magistrate Judge York's ECF inbox (ECF_Judge_York@tnwd.uscourts.gov), **NO LATER THAN MAY 23, 2025,** (pro-se parties, if unable to email, may submit their statements via U.S. mail to Judge York's Chambers, 111 South Highland Avenue, Jackson, TN, 38301), an **in camera** statement as well as any supporting documents counsel wishes to be reviewed, setting forth the following:

1. **Case Summary**: state the basic facts and history of the case, including the claims and defenses of the parties.

2. **Liability and Damages**: state whether liability is disputed, and, if so, attach any relevant documents (accident reports, etc.). State the type and amount of damages sought. The plaintiff(s) shall include an itemized list of damages sought, the basis for seeking each item, and any relevant support for seeking such damages. The defendant(s) shall set forth any factors that may mitigate the damages sought, along with relevant support.

3. **Expert Opinions**: list the names of all experts that you anticipate will testify at trial, along with a brief summary of their opinions.

4. **Points of Law**: If the case contains significant or unusual points of law, please include a brief description, attaching relevant authorities cited to or relied on.

5. **Strengths and Weaknesses**: list the strengths and weaknesses of both your case and your opposing party's case.

6. **Costs of Trial**: list the estimated costs you will incur if the case is not resolved in this settlement conference and goes to trial.

7. **History of Settlement Negotiations**: describe the parties' attempts to resolve the case to date, including the latest offers made. Describe why the parties have not been able to resolve the case. If you are waiting on additional information to properly evaluate the case, describe what additional information you need and what steps you have taken to get that information.

The statement you prepare is for Judge York's review only, will not be filed with the court, and will be used solely for the settlement conference.

**Failure to timely submit the private statement may result in sanctions.**

Counsel will be expected to have discussed the prospect of settlement with their client(s) before the conference. It is further expected that after such discussions, the parties will make at least one settlement offer and counter-proposal in good faith.

Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Western District of Tennessee

**Notice of Electronic Filing**

The following transaction was entered on 4/24/2025 at 11:52 AM CDT and filed on 4/24/2025

| | |
|---|---|
| **Case Name:** | Wells v. CITY OF MEMPHIS et al |
| **Case Number:** | 2:23-cv-02224-MSN-atc |
| **Filer:** | |
| **Document Number:** | 398 |

**Docket Text:**
**SEALED SETTING LETTER. Signed by Magistrate Judge Jon A. York on 4/24/2025. (ars)**

**2:23-cv-02224-MSN-atc Notice has been electronically mailed to:**
Deborah E. Godwin    dgodwin@gmlblaw.com, mcollins@gmlblaw.com, tnorman@gmlblaw.com
Stephen R. Leffler    stephenrleffler@yahoo.com
Robert L. J. Spence, Jr    rspence@spencepartnerslaw.com
Florence M. Johnson    fjohnson@johnsonandjohnsonattys.com
Martin W. Zummach    martin@sparkman-zummach.com
Clyde W. Keenan    keenandl@aol.com
Bruce McMullen    bmcmullen@bakerdonelson.com, agriffin@bakerdonelson.com
John Keith Perry, Jr    jkp@perrygriffin.com, ge@perrygriffin.com, lgross@perrygriffin.com
Darrell J. O'Neal    domemphislaw@darrelloneal.com
Mary Elizabeth McKinney    bmckinney@gmlblaw.com, mcollins@gmlblaw.com, tnorman@gmlblaw.com
Freeman B. Foster    ffoster@bakerdonelson.com, proberts@bakerdonelson.com
Jarrett Michael Dean Spence    jspence@spencepartnerslaw.com, ahenderson@spencepartnerslaw.com, ipeoples@spencepartnerslaw.com
Jennie Vee Silk    jsilk@bakerdonelson.com, bbutler@bakerdonelson.com, tthompson@bakerdonelson.com
Laura Elizabeth Smittick    support@smitticklaw.com
Chasity S Grice    Cgrice@memphisprobatelaw.com

David Louis Mendelson, I    dm@mendelsonfirm.com
Benjamin I Wachtel    bwachtel@mendelsonfirm.com
Antonio Romanucci    aromanucci@rblaw.net, dkondos@rblaw.net
Sarah M. Raisch    sraisch@rblaw.net, ajohnson@rblaw.net, kboelter@rblaw.net
Brooke Cluse    brooke@bencrump.com
Sam Harton    sharton@rblaw.net, dkelly@rblaw.net
Joshua Levin    JLevin@rblaw.net, dkondos@rblaw.net, hward@rblaw.net
Stephen H. Weil    sweil@rblaw.net, ajohnson@rblaw.net
Colton Johnson Taylor    cjohnson@rblaw.net, ajohnson@rblaw.net
**2:23-cv-02224-MSN-atc Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction: