STATES DISTRICT COURT
N DISTRICT OF TENNESSEE
DERAL BLDG., 167 N. MAIN
MEMPHIS, TN 38103

OFFICIAL BUSINESS



FIRST-CLASS MAIL
IMI
$001.77
04/17/2025 ZIP 38103
043M31122927

**RECEIVED**

MAY 2 0 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

R.T.S.
Release

NIXIE        400    6E  1          02205/13/25
       RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 38103181699    2047N132213-00605