# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

ROWVAUGHN WELLS,

    Plaintiff,

v.                                                        Case No. 2:23-cv-02224-MSN-atc
                                                                JURY DEMAND

THE CITY OF MEMPHIS, *et al.,*

    Defendants.

---

## ORDER REFERRING POTENTIAL DEPOSITION DISPUTES

---

A deposition in this matter is scheduled for May 22, 2025, at 9:30 a.m. In the event that any disputes arise during this deposition that require adjudication by the Court, those disputes are hereby **REFERRED** to United States Magistrate Judge Annie T. Christoff for determination or for proposed findings and recommendation, as appropriate.

Counsel are reminded of their professional obligation to conduct all discovery with civility and in good faith.

**IT IS SO ORDERED**, this 21st day of May, 2025.

                                                               *s/ Mark S. Norris*
                                                              MARK S. NORRIS
                                                              UNITED STATES DISTRICT JUDGE