IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; Robert Long; JaMichael Sandridge; Michelle Whitaker; DeWayne Smith, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CASE NO. 2:23-CV-02224-MSN-atc <br> ) JURY DEMAND <br> ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF KELSEY W. MCKINNEY

Kelsey W. McKinney of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. enters an appearance as co-counsel, along with Bruce McMullen and Jennie Silk, on behalf of Defendants the City of Memphis, Chief Cerelyn Davis, in Her Individual Capacity and Dewayne Smith as Agent of the City of Memphis in the above-styled and numbered cause.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Kelsey W. McKinney*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000

Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Individual Capacity, and Dewayne Smith as Agent of the City of Memphis*

### CERTIFICATE OF SERVICE

I, Kelsey W. McKinney, hereby certify that on May 29, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Kelsey W. McKinney*
Kelsey W. McKinney