# EXHIBIT 1



**U.S. Department of Justice**

Civil Rights Division

---

HKD:AMW:JG:AD
DJ 207-72-5

*Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington DC 20530*

May 21, 2025

*Via email* Michael.Fletcher@memphistn.gov
Tannera George Gibson, Esq.
Chief Legal Officer
City of Memphis
125 North Main Street
Room 644
Memphis, TN 38103

re: Investigation of the City of Memphis and the Memphis Police Department

Dear Ms. Gibson:

I am writing regarding the Justice Department's December 4, 2024 findings report with respect to the City of Memphis (City) and the Memphis Police Department (MPD). The current Justice Department does not have faith in the previously reported findings in this case. Accordingly, the findings report is withdrawn in its entirety.

We understand that the City and MPD have already begun a series of reforms to it local law enforcement and MPD's community interactions. We commend the City and MPD to complete any voluntary reforms that the City and MPD deem necessary without mandated federal intervention. To the extent that technical assistance to MPD could support this effort, we suggest that you seek voluntary technical assistance through the Justice Department's Community Oriented Policing Services (COPS) Office. Information on collaborative reforms from COPS Office is available at https://cops.usdoj.gov/collaborativereform.

Sincerely,

Harmeet K. Dhillon
Assistant Attorney General