# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ROWVAUGHN WELLS,

    Plaintiff,

v.                                                                      Case No. 2:23-cv-02224-MSN-atc
                                                                      JURY DEMAND

THE CITY OF MEMPHIS, *et al.,*

    Defendants.

## ORDER REFERRING MOTION

Before the Court is the Defendant City of Memphis' Motion for Protective Order (ECF No. 422, "Motion"), filed June 2, 2025. This Motion is hereby **REFERRED** to the United States Magistrate Judge Annie T. Christoff for determination or for proposed findings and recommendation, as appropriate.

**IT IS SO ORDERED**, this 3rd day of June, 2025.

                                                            *s/ Mark S. Norris*
                                                            MARK S. NORRIS
                                                            UNITED STATES DISTRICT JUDGE