# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ROWVAUGHN WELLS,

    Plaintiff,

v.                                                              Case No. 2:23-cv-02224-MSN-atc
                                                                   JURY DEMAND

THE CITY OF MEMPHIS, *et al.,*

    Defendants.

## ORDER TRANSFERRING CASE

The undersigned Court requests that this case be reassigned to the Honorable Judge Sheryl H. Lipman. Accordingly, the Clerk is directed to reassign this case to Chief United States District Judge Sheryl H. Lipman.

**IT IS SO ORDERED**, this 26th day of June, 2025.

                                                                                   *s/ Mark S. Norris*
                                                                                    MARK S. NORRIS
                                                                                    UNITED STATES DISTRICT JUDGE