Case: **2:23−cv−02224**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **6/26/2025**
Description: **Wells v. CITY OF MEMPHIS et al**