*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*                                                    *Deputy-in-Charge*
*242 Federal Building*                                          *U.S. Courthouse, Room 262*
*167 N. Main Street*                                         *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                   *Jackson, Tennessee 38301*
*(901) 495-1200*                                                        *(731) 421-9200*

---

## NOTICE OF SETTING
### Before Chief Judge Sheryl H. Lipman, United States District Judge

---

July 11, 2025

RE:   **2:23-cv-02224-SHL**
      **RowVaughn Wells & Chasity Grace Sharp (Guardian Ad Litem) v. City of
      Memphis, et al.**

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** before **Chief Judge Sheryl H. Lipman** for
**WEDNESDAY, JULY 23, 2025** at **1:30 P.M.** in **Courtroom No. 1, 11th floor of the Federal
Building, Memphis, Tennessee.**

**Counsel should be prepared to discuss all pending motions.**

If you have any questions, please contact the case manager at the telephone number or
email address provided below.

                          Sincerely,
                          WENDY R. OLIVER, CLERK
                          BY:   *s/Joseph P. Warren*,
                                Case Manager Supervisor
                                901-495-1242
                                joseph_warren@tnwd.uscourts.gov