UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South. Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF RE-SETTING
Before Chief Sheryl H. Lipman, United States District Judge

July 21, 2025

RE:   2:23-cv-2224-SHL
      RowVaughn Wells & Chasity Grace Sharp (Guardian Ad Litem) v. City of Memphis, et al.

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **RESET** before **Chief Judge Sheryl H. Lipman** from WEDNESDAY, JULY 23, 2025 at 1:30 P.M. to **MONDAY, AUGUST 11, 2025** at **1:30 P.M.** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

**Counsel should be prepared to discuss all pending motions.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Joseph P. Warren*,
      Case Manager Supervisor
      901-495-1242
      joseph_warren@tnwd.uscourts.gov