IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, <br><br> Plaintiff, <br><br> v. <br><br> The City of Memphis *et al.*, <br><br> Defendants. | Case No. 2:23-CV-02224 |

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT ECF 447**

Plaintiff, through her undersigned counsel, submits this motion for leave to supplement her motion to amend the scheduling order in this case, ECF 447, with relevant information that Plaintiff has uncovered in the last week. Plaintiff's proposed supplement is attached hereto as **Exhibit 1**.[1]

Plaintiff's motion to amend the scheduling order in this case explains at length that her efforts to gather *Monell* evidence in this case have been hindered by the City's delays in responding to Plaintiff's RFP 133. *See* ECF 447 at 4-5. Based on the City's representations, however, Plaintiff presumed that the City's production in response to RFP 133 was complete. *Id.* at 9.

On August 5, however, the City conceded that its production in response to RFP 133 was incomplete: it had omitted from its production documents showing the full supervisory review for

---

[1] Plaintiff requests leave to file the proposed supplement under seal pursuant to the Court's Protective Order (ECF 213) because the proposed supplement contains descriptions of recent deposition testimony, prior to the expiration of the Protective Order's allotted period for parties to make confidentiality designations. Additionally, the supplement describes and attaches a document that the City marked confidential pursuant to the Protective Order. In the event that no party designates the relevant deposition testimony as confidential, the supplement should then be unsealed.

1

the hundreds of use of force incidents and police encounters that it produced in response to RFP 133.

The proposed supplement discusses this failure, the impact it is having on Plaintiff's ability to gather *Monell* evidence in a timely manner, and the reasons it further supports Plaintiff's request for an extension of fact discovery. Plaintiff respectfully submits this information will assist the Court in adjudicating Plaintiff's request to amend the scheduling order.

**WHEREFORE**, Plaintiff respectfully requests leave to file the supplement attached hereto as Exhibit 1.

Dated: August 8, 2025                                        Respectfully submitted,

*/s/ Joshua M. Levin*
Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
(312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
(901) 763-2500 (ext. 103)
dm@mendelsonfirm.com

bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
(337) 501-8356
court@bencrump.com
brooke@bencrump.com

* Admission *pro hac vice*

3

## CERTIFICATION OF CONSULATION

I certify that on August 8, 2025, I conferred with counsel for the defendants via email regarding this motion. Counsel for Defendants Michelle Whitaker and Robert Long responded that they do not object. Counsel for the remaining defendants did not respond as of the time of this filing.

<u>/s/ Stephen H. Weil</u>
Counsel for Plaintiff