# EXHIBIT 1

Plaintiff's Proposed Supplement – Filed Under Seal