# **EXHIBIT A**

Exhibit to Proposed Supplement – Filed Under Seal