IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ROWVAUGHN WELLS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) ) ) | |
| Defendants. | ) | |

**AMENDED SCHEDULING ORDER**

On August 11, 2025, the Court held a Status Conference in which it set the following amended deadlines:

**DEADLINE FOR COMPLETION OF DOCUMENT PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSION FOR NON-STAYED DEFENDANTS:** December 14, 2025

**DEADLINE FOR COMPLETION OF DOCUMENT PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSION FOR STAYED DEFENDANTS**: January 9, 2026[1]

**COMPLETION OF DEPOSITIONS/ALL DISCOVERY**: February 6, 2026

**RULE 26(e)(1) SUPPLEMENTATION DEADLINE**: February 13, 2026

**EXPERT WITNESS DISCLOSURES (Rule 26):**

    **(1)   DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** March 6, 2026

    **(2)   DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION:** March 27, 2026

    **(3)   EXPERT WITNESS DEPOSITIONS:** April 27, 2026

---

[1] The deadlines for completing document production, interrogatories, and requests for admission, as well as the completion of depositions/all discovery, are only applicable to the stayed Defendants to the extent the stay is lifted before the dates laid out herein.

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** June 8, 2026

**FILING DISPOSITIVE MOTIONS:** June 8, 2026

**RESPONSES TO DISPOSITIVE MOTIONS**: July 13, 2026

**REPLIES TO DISPOSITIVE MOTIONS**: July 31, 2026

**MOTIONS IN LIMINE**: October 1, 2026

**RESPONSES TO MOTIONS IN LIMINE**: October 15, 2026

**JOINT PROPOSED PRETRIAL ORDER DUE:** October 19, 2026
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to: ECF_Judge_Lipman@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** October 26, 2026 at 9:30 a.m.
(All counsel participating in the trial must be present in person at the pretrial conference.)

**JURY TRIAL:** November 9, 2026 at 9:30 a.m.  Trial is anticipated to last approximately four weeks.

*This order has been entered after consultation with the parties.  Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**IT IS SO ORDERED,** this 11th day of August, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE