IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, <br><br>    Plaintiff, <br><br> v. <br><br> THE CITY OF MEMPHIS, TENNESSEE; CHIEF CERELYN DAVIS; EMMITT MARTIN III; DEMETRIUS HALEY; JUSTIN SMITH; DESMOND MILLS, JR.; TADARRIUS BEAN; PRESTON HEMPHILL; ROBERT LONG; JAMICHAEL SANDRIDGE; MICHELLE WHITAKER; AND DEWAYNE SMITH, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br> CASE NO. 2:23-CV-02224-SHL-atc <br> JURY DEMAND |

**MOTION FOR SUMMARY JUDGMENT OF THE CITY OF MEMPHIS AND DEWAYNE SMITH AS AN AGENT OF THE CITY**

Defendants the City of Memphis (the "City") and DeWayne Smith, as an agent of the City of Memphis ("Lt. Smith") (collectively, the "City Defendants"), by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, respectfully move the Court for summary judgment as to Plaintiff RowVaughn Wells's individual claims brought in Counts XXVII, XXVIII, and XXIX of the First Amended Complaint (ECF No. 277).

In support of this Motion, the City Defendants state that there are no material facts in dispute as to Counts XXVII, XXVIII, and XXIX of the First Amended Complaint and that they

1

are entitled to judgment as a matter of law. The City Defendants rely on their Memorandum of Law, Statement of Undisputed Material Facts submitted pursuant to Local Rule 56.1, and the entire record in this cause.

The City Defendants, therefore, respectfully move the Court for summary judgment as to Counts XXVII, XXVIII, and XXIX of the First Amended Complaint (ECF No. 277) and for all such other relief the Court deems proper.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis,*
*Chief Cerelyn Davis in her Individual*
*Capacity, and Dewayne Smith as Agent of*
*the City of Memphis*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2025 the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, and that upon filing, all counsel in this cause were served via electronic notification through the Court's CM/ECF system.

*s/ Bruce A. McMullen*

4935-5847-9950