# EXHIBIT 1
# VIDEO – FILED CONVENTIONALLY