# EXHIBIT 2

City of Memphis
Police Division, Inspectional Services Bureau
Case Notes I2023-001
Body Worn Camera Transcript
Camera: Desmond Mills
Location: 6743 Castlegate Lane (Lt. Smith Speaking with Family)

Printed On: 1/27/23

20:57:43 (Walking down the street)
Smith: See if they know him...see what he taking.

20:59:13 (Arrived at the residence)
Smith: [knocked on door]
Mills: Yea. Memphis Police! The window (inaudible) Yea he can't see nothing.
Smith: Hey how are you doing? Alright, I'm Lt. Smith with the Memphis Police Department and this is Det. Mills.
Smith: Um, you familiar with a Tyre Nichols?
(Male Voice): ...No sir.
Smith: Okay, you mind me asking how long you've been living here?
(Male Voice): Uh, about 5 years.
Smith: Ah. Okay. Alright. The reason I'm asking we got this guy in-in custody and uh he is showed to have this address. I guess he lived here before you did.
(Male Voice): Tyre Nichols? What is he in custody for?
Smith: Uhhhhm...
Mills: DUI.
Smith: DUI. Do you know him?
Male/Mother Voice: Yea/Yes.
Smith: Ah okay I thought you said that you didn't know him.
Male Voice: DUI.
Mother: DUI?
Smith: Yall his parents? Who are yall?
Mother: I am the mother.
Smith: What's your name ma'am?
Mother: Rowvaugh.
Smith: How you spell it?
Mother: R-O-W-V-A-U-G-H... Last Name Wells.
Smith: Can I get your date of birth?
Mother: ▮▮▮▮
Smith: And a phone number?
Mother: ▮▮▮▮▮▮▮
Smith: Okay, when was the last time you saw or spoke to him?
Mother: About one o'clock today, he left...
Smith: Ah ok. How did he leave here?
Mother: His car?
Smith: What kind of car is he in?
Mother: (Inaudible)
Smith: Ah ok
Mother: Why? What's happening?

Page 1 of 2

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
COM_0014606

## City of Memphis
Police Division, Inspectional Services Bureau
Case Notes I2023-001
Body Worn Camera Transcript
Camera: Desmond Mills
Location: 6743 Castlegate Lane (Lt. Smith Speaking with Family)

Printed On: 1/27/23

Smith: Um…he was intoxicated
Mother: Ok so what's going on? And what you doing here?
Smith: Well, we was just…. I Well I'm here to try, Um I'm trying to find out if if if you know him to take any kind of uh… uh drugs um or narcotics or anything …
Mother: Nah
Smith: Okay… okay cause he appeared to be on something else other than something eh other than alcohol that's why I'm asking.
Mother: Nah like I said he left here around one o'clock today I don't know…
Smith: We got the paramedics tending to him and um and we can't and we can't get much um much understanding out of him., that's why I trying to locate somebody that might know some kind history on him.
Mother: Nah I mean he smoke a little marijuana but you now that (inaudible)…paramedics I don't think…
Smith: Well nah he on something else than marijuana.
Mother: Well sir I don't know.
Smith: Okay than alright well um I appreciate it and um…
Mother: Where is he at?
Smith: Huh?
Mother: Where is he at?
Smith: Ah he's with the paramedics now. They treating him.
Mother: Where is the paramedics at sir?
Smith: They got him a little ways from here.
Mother: What's a little ways?
Smith: Well he down..
(Radio Traffic)
Mother: Excuse me…
Smith: Say it again?
Mother: No what did you say? Where is my son?
Smith: He's…he's in the neighborhood.
Mother: Oh..in the neighborhood. Okay
Smith: Yes ma'am
Mother: So… I guess what I need to know is he is finna go to jail?
Smith: Yes ma'am he gonna go to jail after he get uh treated he gets some medical treatment.
Mother: Okay and then I can go from there?
Smith: Yes ma'am.
Mother: Okay sir.
Smith: Alright thank you yall have a good night. [21:02:59]

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    COM_0014607