# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROW VAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILL, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS,<br><br>    Defendants. | CASE NO. 2:23-CV-02224<br>JURY DEMAND |

## SUPPLEMENTAL RESPONSES
## OF PLAINTIFF ROWVAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX AD LITEM OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, TO DEFENDANT CITY OF MEMPHIS' INTERROGATORIES

**COMES NOW** Plaintiff RowVaughn Wells Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols ("Plaintiff"), by and through her attorneys, and propounds the following supplemental responses to Defendant City of Memphis' Interrogatories:

**INTERROGATORY NO. 7:** Please identify all social media websites that You and Mr. Nichols have used or maintained at any time within the last ten (10) years. This includes, but is not limited to, Facebook, LinkedIn, Twitter, Instagram, Tik Tok, SnapChat, X, or any other similar social media applications. Please identify the "url" for any such pages, as well as the username and password for each account.

   **SUPPLEMENTAL RESPONSE:**
   **Facebook**
   **Tyre Nichols: Ty CaliforniaKidd Nichols**
   *NOTE: This response is based on information obtained through counsel's investigation and is provided upon information and belief.*

   **Instagram**
   **RowVaughn Wells: msrwells**

**INTERROGATORY NO. 21:** Identify all health care providers of any kind, including, but not limited to, hospitals, clinics, rehabilitation/recovery facilities (whether in-patient or out-patient), doctors, chiropractors, mental health professionals, or other health care providers that You saw in the past ten (10) years, including but not limited to, any individual or provider seen for injuries allegedly related to the subject incident, and provide a brief description of the treatment received from each provider and the approximate dates of treatment.

   **SUPPLEMENTAL RESPONSE:**

**Dr. Riley Jones – Orthopedic Physician**
**Plaintiff was treated by Dr. Jones for back pain she has suffered relating to nerve damage and trauma she experienced as a result of Mr. Nichols' death.**


Dated:  May 15, 2025

                                                               Respectfully submitted,

                                                               */s/ Sarah M. Raisch*

                                                               Antonio M. Romanucci* (Ill. Bar No. 6190290)
                                                               Sarah Raisch* (Ill. Bar No. 6305374)
                                                               Joshua M. Levin* (Ill. Bar No. 6320993)
                                                               Stephen H. Weil* (Ill. Bar No. 6291026)
                                                               Sam Harton* (Ill. Bar No. 6342112)
                                                               Colton Johnson Taylor* (Ill. Bar No. 6349356)
                                                               **ROMANUCCI & BLANDIN, LLC**
                                                               321 N. Clark St., Ste. 900
                                                              Chicago, IL 60654
                                                              P: (312) 458-1000
                                                              aromanucci@rblaw.net
                                                              sraisch@rblaw.net
                                                              jlevin@rblaw.net
                                                              sweil@rblaw.net

sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
brooke@bencrump.com

*Attorneys for Plaintiff*

  * Admission *pro hac vice*

## **CERTIFICATE OF SERVICE**

    I, Sarah M. Raisch, hereby certify that on May 15, 2025, I served all Counsel of Record listed on the ECF System for this action via email.

                                           *s/ Sarah M. Raisch*
                                           Sarah M. Raisch

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Supplemental Responses to the City of Memphis's Interrogatories Nos. 7 and 21 are true and correct, except for those matters stated upon information and belief, which I believe to be true to the best of my knowledge.

Date: May 17, 2025

*RowVaughn Wells*
RowVaughn Wells (May 17, 2025 12:42 CDT)

RowVaughn Wells