# EXHIBIT 5

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF TENNESSEE
 3                      WESTERN DIVISION
 4    _____
 5    ROWVAUGHN WELLS, Individually
 6    and as Administratrix of the
 7    Estate of TYRE DEANDRE NICHOLS,
 8    Deceased,
 9           Plaintiff,
10       v.                                     Case No.
11    THE CITY OF MEMPHIS, TENNESSEE;            2:23-cv-02224
12    CHIEF CERELYN DAVIS; EMMITT
13    MARTIN III; DEMETRIUS HALEY;
14    JUSTIN SMITH; DESMOND MILLS,
15    JR.; TADARRIUS BEAN; PRESTON
16    HEMPHILL; ROBERT LONG;
17    JAMICHAEL SANDRIDGE; MICHELLE
18    WHITAKER; DEWAYNE SMITH,
19           Defendants.
20    _____
21
22
23
24
                                                    Page 1
```

```
 1          VIDEOTAPED DEPOSITION OF ROWVAUGHN WELLS
 2   DATE:            Thursday, May 22, 2025
 3   TIME:            9:44 a.m.
 4   LOCATION:        Baker, Donelson, Bearman, Caldwell &
 5                    Berkowitz, P.C.
 6                    165 Madison Avenue, Suite 2000
 7                    Memphis, TN 38103
 8   REPORTED BY:     Robin Luttrell
 9   JOB NO.:         7339403
10
11   PAGES 31, 33-34, 40-46, 65-69, 71-74, 82-85, 89-90,
12   118-119, 122, 124, 129, 134, 136, 138-139, 142-143,
13   146-153, 164, 182, 187-188, 227, 232, 237, 279-286,
14   289, 299, 322 ARE CONFIDENTIAL
15
16
17
18
19
20
21
22
23
24
```

```
 1   Reagan for the City of Memphis.
 2                THE REPORTER:  Okay.  Hearing no
 3   objection, I'll now swear in the witness.
 4                Please raise your right hand.
 5   WHEREUPON,
 6                     ROWVAUGHN WELLS,
 7   called as a witness and having been first duly sworn
 8   to tell the truth, the whole truth, and nothing but
 9   the truth, was examined and testified as follows:
10                THE REPORTER:  All right.  You may
11   begin.
12                        EXAMINATION
13   BY MR. MCMULLEN:
14       Q    Ms. Wells, my name is Bruce McMullen, and as
15   you've heard, I represent the City of Memphis.  And we
16   met before; is that correct?
17       A    Correct.
18       Q    Okay.  And have you ever been in a
19   deposition before?
20       A    No.
21       Q    Okay.  Here are some ground rules.  All
22   right.  You've sworn an oath, and you've sworn that
23   your testimony will be true to that oath today.  You
24   understand that?
```

Page 16

```
 1   evidence that supports those charges.  And if it's
 2   there, great.  But if it's not there, Josh, we need to
 3   sort it through today.  Do you understand?  And we've
 4   seen a video, and we have a transcript of the video.
 5                 And things have been accused of my
 6   client that never happened, and it's time to make it
 7   right.  There's a lot of things that need to be made
 8   right in this case on both sides, and so to continue
 9   to perpetuate a falsehood, it's not right.
10                 THE WITNESS:  So where did I hear it?
11   BY MS. B. MCKINNEY:
12        Q    I don't know.  I'm sure you spoke to a lot
13   of people.  I'm just --
14        A    I only spoke to two police officers, ma'am.
15   I'm sorry, but I wouldn't have known that.  Nobody's
16   going to come to my door, and I'm not going to accuse
17   nobody of saying that if I didn't hear it.  Somebody
18   told me that, and somebody told me that I couldn't go
19   to the hospital because he was arrested.
20             Somebody told me that.  I didn't make it up.
21        Q    I'm not -- certainly do not believe you made
22   it up.
23        A    Somebody told me that, ma'am.
24        Q    I know.
```

Page 221

```
 1   My body went into complete shock.  And then I believe
 2   him, because after the verdict of the state trial, my
 3   body went into shock again.
 4           My body haven't stopped hurting since that
 5   state trial.
 6      Q    During Mr. McMullen's questioning, you said
 7   that Dr. Baddour didn't treat you for anything related
 8   to the incident, or at least that's how I heard your
 9   testimony.
10      A    Well, I had to go to my doctor, doctor.
11   She's my primary doctor.
12      Q    Okay.  So let me just ask you a question
13   about that.  So could you clarify, did Dr. Baddour,
14   your primary care doctor, treat you for anything
15   related to the incident?
16      A    No.  I mean, she took my blood pressure.
17   She took -- you know, she did the normal things, but
18   like she said, "I can't help you with this.  You need
19   to see a therapist," at the time, 'cause mentally, I
20   was just all over the place.
21      Q    So she referred you to specialists?
22      A    Yes.  She's referred me to the specialist,
23   and then when I saw her again, 'cause I was having all
24   this pain and everything, just pain, pain everywhere,
```

Page 276

```
 1        Q    Okay.  When you were at the hospital with
 2   your son, you were told -- I think you described that
 3   TBI was going to be investigating the incident, and
 4   all the police officers left.
 5        A    Correct.
 6        Q    So the case was no longer in the hands of
 7   MPD?
 8        A    Correct.
 9        Q    Any supervisor, any administrator with the
10   MPD?
11        A    Correct.
12        Q    It was in the hands of the TBI?
13        A    Correct.
14        Q    Okay.  After that point, Lieutenant Smith
15   wouldn't have had any ability to investigate anything;
16   correct?
17             MR. LEVIN:  Objection, form.
18   BY MS. B. MCKINNEY:
19        Q    Once the TBI took it over?
20        A    Correct.
21             MS. B. MCKINNEY:  Okay.  I don't think
22   I have any other questions.  Thank you.
23             THE WITNESS:  Thank you.
24             MS. B. MCKINNEY:  Appreciate your time.
```

Page 318

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, ROBIN LUTTRELL, the officer before whom
 3    the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn;
 6    that the proceedings were recorded by me and
 7    thereafter reduced to typewriting by a qualified
 8    transcriptionist; that said digital audio recording of
 9    said proceedings are a true and accurate record to the
10    best of my knowledge, skills, and ability; that I am
11    neither counsel for, related to, nor employed by any
12    of the parties to the action in which this was taken;
13    and, further, that I am not a relative or employee of
14    any counsel or attorney employed by the parties
15    hereto, nor financially or otherwise interested in the
16    outcome of this action.

17                                          ROBIN LUTTRELL
18                              Certified Reporter in and for the
19                                          State of Tennessee
20
21
22
23
24
                                                  Page 324
```

```
 1                CERTIFICATE OF TRANSCRIBER
 2            I, AUDREY FRANKLIN, do hereby certify that
 3    this transcript was prepared from the digital audio
 4    recording of the foregoing proceeding, that said
 5    transcript is a true and accurate record of the
 6    proceedings to the best of my knowledge, skills, and
 7    ability; that I am neither counsel for, related to,
 8    nor employed by any of the parties to the action in
 9    which this was taken; and, further, that I am not a
10    relative or employee of any counsel or attorney
11    employed by the parties hereto, nor financially or
12    otherwise interested in the outcome of this action.
13
14                                    [signature: Audrey Franklin]
15                                    AUDREY FRANKLIN
16
17
18
19
20
21
22
23
24
                                              Page 325
```