# EXHIBIT 10



**Note:**

Please find attached updated Notary for mutual patient.

| | | |
|---|---|---|
| **To:** | **From:** | CMH MAIN |
| | | Compassion Mental Health |
| | | 7556 US Hwy 70 |
| | | Memphis |
| | | TN          38133 |

| | | |
|---|---|---|
| **Phone:** | **Phone:** | |
| **Fax:** +19015772303 | **Fax:** +15746359228 | |

**Date:** 09/05/2025

**Pages:** 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

ROWVAUGHN WELLS, Individually and as )
Administratrix Ad Litem of the Estate of Tyre )
Deandre Nichols, Deceased, )
)
    Plaintiff, )   No. 2:23-cv-02224-SHL-atc
)
v. )
)
The City of Memphis, *et al.* )
)
    Defendants. )

## AFFIDAVIT OF CUSTODIAN OF RECORDS

**STATE OF TENNESSEE**

**COUNTY OF ~~KNOX~~ Shelby**

I, Katri Leigh, being duly sworn, states as follows:

1. I am over the age of 18, and I am competent to testify to the matters contained herein.

2. I am the custodian of records for Compassion Mental Health, and I have personal knowledge of their record keeping practices.

3. I hereby affirm that the documents produced herewith are true and correct copies of records kept in the ordinary course of the business of Compassion Mental Health, and represent all documents in the possession, custody, or control of Compassion Mental Health that are responsive to the request for records issued by the Defendant in the above-referenced matter.

4. The documents produced herewith were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of and a business duty to record or transmit those matters, were kept in the course of

the regularly conducted activity, and were made by the regularly conducted activity as a regular practice.

FURTHER AFFIANT SAITH NOT.

_____
(Signature of Custodian)

Katri Kish
(Print Name)

SWORN TO AND SUBSCRIBED before me this 3rd day of SEPTEMBER 2024.

_____
NOTARY PUBLIC

My commission expires 06/28/27

[Notary Seal: ROBERTA HULLERMANN, STATE OF TENNESSEE, NOTARY PUBLIC, SHELBY COUNTY]

2

CONFIDENTIAL                                                                                              COMPASSION_0000061