# EXHIBIT 11

**AFFIDAVIT OF CUSTODIAN OF RECORDS**

Records Pertain To:  **ROWVAUGHN WELLS**

Date of Birth: **07/11/1961**

Reference No.: **2:23-CV-02224**

I, the undersigned, being the duly authorized custodian of records for:

**ORTHOSOUTH**

And or other qualified witness in the employ of the above named business with personal knowledge of the facts set forth below, and having authority to certify said records from any and all dates, do hereby attest to the following:

All the original records described below and or on attachment of the Subpeona or Authorization with which I was served have been provided to **BAKER DONELSON** for the purpose of copying.

The records were prepared in the ordinary course of business, by personnel of said business for which I act as an agent* of the custodian of records, at or near the time of acts, conditions, or events referenced therein.

*MediCopy, an MRO Corporation, is a business associate providing release of information services to __ORTHOSOUTH__. For questions regarding records provided in response to this request, or for any court appearance needs, please contact the HIM Department of __ORTHOSOUTH__ directly at the address above.

---

**DESCRIPTION OF THE RECORDS PROVIDED**

[✔] Medical     [✔] Billing     [ ] X-Rays / Films     [ ] Other

Please provide explanations for items that could not be provided:

MediCopy only has access to imaging reports. Images on CD will be sent separately by the facility.

I hereby declare under penalty of perjury under the laws of the State of Tennessee, that the foregoing is true and correct.

Dated this __03__ day of __09__, 20 __25__.

__ALEXANDRA MEDEIROS__     Signed  _(signature)_
Print Name                                    Signature of Custodian of Records

Subscribed and sworn to before this _3RD_ day of _SEPTEMBER_, 20_25_ in Davidson County, Tennessee.

_(signature)_                                              __11/8/2027__
Notary Public                                              My Commission Expires

_(Notary seal: SEIRA MATLOCK, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, My Commission Expires on 11/08/2027)_