# EXHIBIT 12

| | |
|---|---|
| **From:** | Joshua Levin |
| **To:** | Silk, Jennie |
| **Cc:** | Florence Johnson; Betsy McKinney; Stephen Leffler; Deborah Godwin; Sarah Raisch; McKinney, Kelsey; Morris, Angela; ahenderson@spencepartnerslaw.com; Alexxas Johnson; Antonio Romanucci; Brooke@bencrump.com; bwachtel@mendelsonfirm.com; cgrice; Clyde W. Keenan; Colton Johnson Taylor; Dana Kondos; Darrell J. O"Neal; David Louis Mendelson, I; ge@perrygriffin.com; Houston Ward; ipeoples@spencepartnerslaw.com; Jarrett Michael Dean Spence; John Keith Perry, Jr.; Laura Elizabeth Smittick; lgross@perrygriffin.com; Martin Zummach; Mary Collins; Natalie Jackson; Robert Spence; Sam Harton; Stephen Weil; Terri Norman; McMullen, Bruce; McKinney, Kelsey; Reagan, Ian |
| **Subject:** | RE: Wells v. City of Memphis et al. - Stipulation Regarding Subpoenaed Documents |
| **Date:** | Thursday, September 4, 2025 5:36:52 PM |

Hi Jennie,

Plaintiff agrees to stipulate to the authenticity of documents produced in response to third-party subpoenas, with all other objections expressly reserved as you note in your email below.

Thank you,
Josh

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Wednesday, September 3, 2025 1:42 PM
**To:** Joshua Levin <JLevin@rblaw.net>
**Cc:** Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Betsy McKinney <bwalton@gmlblaw.com>; Stephen Leffler <stephenrleffler@yahoo.com>; Deborah Godwin <DGodwin@gmlblaw.com>; Sarah Raisch <sraisch@rblaw.net>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; ahenderson@spencepartnerslaw.com; Alexxas Johnson <ajohnson@spencepartnerslaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Brooke@bencrump.com; bwachtel@mendelsonfirm.com; cgrice <cgrice@eflawgroup.com>; Clyde W. Keenan <keenandl@aol.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Darrell J. O'Neal <domemphislaw@darrelloneal.com>; David Louis Mendelson, I <dm@mendelsonfirm.com>; ge@perrygriffin.com; Houston Ward <HWard@rblaw.net>; ipeoples@spencepartnerslaw.com; Jarrett Michael Dean Spence <jspence@spencepartnerslaw.com>; John Keith Perry, Jr. <jkp@perrygriffin.com>; Laura Elizabeth Smittick <support@smitticklaw.com>; lgross@perrygriffin.com; Martin Zummach <martin@sparkman-zummach.com>; Mary Collins <MCollins@gmlblaw.com>; Natalie Jackson <natalie@bencrump.com>; Robert Spence <rspence@spencepartnerslaw.com>; Sam Harton <sharton@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Terri Norman <TNorman@gmlblaw.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Subject:** Wells v. City of Memphis et al. - Stipulation Regarding Subpoenaed Documents

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and

know the content is safe.

Counsel,

We are preparing for trial and dispositive motions in this case. As you know, various parties in the case have subpoenaed documents from various entities including but not limited to the following:

<u>The City's Subpoenas</u>:
- Shelby County District Attorney
- NMS Labs
- T-Mobile
- Verizon
- Meta Platforms
- Snap, Inc.,
- OrthoSouth
- Compassion Mental Health
- Yolo County
- Douglas County
- FedEx Supply Chain

<u>Plaintiff's Subpoenas</u>
- Dr. Marco Ross
- St. Francis Hospital
- City of Atlanta

<u>Other Parties' Subpoenas</u>
- First Horizon

It appears that many of the records were produced without affidavits from the custodian of records affirming that the documents that were produced are true and correct copies of records kept in the ordinary course of the business.  In an effort to streamline the process for obtaining the necessary authentication from each entity, either through affidavit or deposition testimony, we are inquiring if the parties will agree to stipulate to the authenticity of the documents produced in response to the above-listed subpoenas. Any party will have the right to challenge the documents on any other legal ground such as relevance, etc.

Please let us know by COB tomorrow, September 4, if you will agree to such a

stipulation.

Thanks,
**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.