# EXHIBIT 13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224-SHL-atc JURY DEMAND |
| The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; Robert Long; JaMichael Sandridge; Michelle Whitaker; DeWayne Smith, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF ANGELA R. MORRIS IN SUPPORT OF
## THE CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Angela R. Morris, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.     I am over twenty-one (21) years of age. The matters stated herein are of my own personal knowledge.

2.     I am a paralegal with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), which is counsel for Defendants the City of Memphis (the "City") and Lt. DeWayne Smith ("Lt. Smith") as an agent of the City (collectively, the "City Defendants") in this case.

3.     I have been assisting the City Defendants' counsel throughout this litigation.

1

4.      I conduct the initial processing of all documents produced by Plaintiff

RowVaughn Wells ("Plaintiff") pursuant to Federal Rule of Civil Procedure 34 in this case.

5.      Plaintiff has produced approximately 1,000 documents during discovery in this

case.

6.      None of these documents are medical records from Plaintiff's general physician,

Kelly M. Badura, PA-C.

7.      I declare under penalty of perjury that the foregoing is true and correct. I am aware

that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

Dated: September 18, 2025

Respectfully submitted,

Angela R. Morris