IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually and as
ADMINISTRATRIX AD LITEM of the Estate of
TYRE DEANDRE NICHOLS, Deceased,

    Plaintiff,

v.   No. 2:23-cv-02224-SHL-atc

CITY OF MEMPHIS, a municipality,
CHIEF CERELYN DAVIS, in her official capacity,
EMMITT MARTIN III, in his individual capacity,
DEMETRIUS HALEY, in his individual capacity,
JUSTIN SMITH, in his individual capacity,
DESMOND MILLS, JR., in his individual capacity,
TADARRIUS BEAN, in his individual capacity,
PRESTON HEMPHILL, in his individual capacity,
ROBERT LONG, in his individual capacity,
JAMICHAEL SANDRIDGE, in his individual capacity,
MICHELLE WHITAKER, in her individual capacity,
DEWAYNE SMITH, in his individual capacity, and
as an agent of the City of Memphis,

    Defendants.

---

**UNOPPOSED MOTION OF DEFENDANTS PRESTON HEMPHILL AND
DEWAYNE SMITH FOR AN EXTENSION OF TIME TO FILE
ANSWERS TO THE AMENDED COMPLAINT**

---

Come now Defendants, Preston Hemphill and Dewayne Smith, individually through Counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.2 move this Court for an additional 14 days or up to and including October 28, 2025 in which to file Answers to the Amended Complaint. In support of this Motion, Defendants would state:

    1.    On September 30, 2025, the Court entered its Order Granting in Part and Denying in Part Defendants' Motions to Dismiss.  (DE 484, Order, Page ID 7050-7058).

2. Counsel, Mary Elizabeth McKinney was out of the office on September 30 and October 1, 2025, as the result of a chronic illness.

3. Counsel, Mary Elizabeth McKinney was previously scheduled to be out of town from October 10 through October 14, 2025.

4. Counsels' current caseload and schedules prevent them from meeting with their clients, Defendant Preston Hemphill and Defendant Dewayne Smith prior to the October 14, 2025 deadline for filing their Answers pursuant to Federal Rule 12(a)(4)(a).

5. Counsel will require significant time with their clients, Defendant Preston Hemphill and Defendant Dewayne Smith to prepare Answers to the Amended Complaint which is quite voluminous, totaling 143 pages, and containing 911 separately numbered allegations.

6. This extension request is not made for purposes of delay and should not affect any other deadlines in this matter.

7. The current deadline for filing Answers to the Amended Complaint is set for October 14, 2025, and therefore has not passed.

8. Plaintiff's Counsel Antonio Romanucci was consulted and indicated that he would consent to the requested relief of an additional fourteen (14) days in which to file the Answers to the Amended Complaint.

9. Counsel is requesting an additional fourteen (14) days, or up to and including October 28, 2025, in which to file Answers to the Amended Complaint on behalf of Defendant Preston Hemphill and Defendant Dewayne Smith.

    Respectfully submitted,

    /s/Mary Elizabeth McKinney
    MARY ELIZABETH MCKINNEY, Bar No. 021597

2

DEBORAH GODWIN, Bar No. 9972
Attorneys for Defendants Hemphill and Smith
Godwin, Morris, Laurenzi & Bloomfield, P.C.
80 Monroe Avenue, Suite 315
Memphis, Tennessee 38103
Telephone:  901-528-1702
Facsimile:  901-528-0246
Email: bmckinney@gmlblaw.com
Email: dgodwin@gmlblaw.com

CERTIFICATE OF CONSULTATION

    I, Mary Elizabeth McKinney, counsel to Defendants Preston Hemphill and Dewayne Smith hereby certify that on October 2, 2025 I contacted Plaintiffs' Counsel, Antonio Romanuci, via email regarding this Motion and the relief requested. Plaintiffs' Counsel indicated that he would consent to the requested relief.

/s/ Mary Elizabeth McKinney
MARY ELIZABETH McKINNEY

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing such system will serve a copy of the forgoing upon every CM/ECF registered party in this case.

I also hereby certify that there are no non-registered CM/ECF parties requiring service by other means.

/s/ Mary Elizabeth McKinney
MARY ELIZABETH McKINNEY