# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ROWVAUGHN WELLS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-02224-SHL-atc |
| | ) | |
| THE CITY OF MEMPHIS, et al., | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFFS PRESTON HEMPHILL AND DEWAYNE SMITH'S MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Before the Court is the Unopposed Motion of Defendants Preston Hemphill and Dewayne Smith for an Extension of Time to File Answers to the Amended Complaint, filed October 3, 2025. (ECF No. 485.) In the Motion, Hemphill and Smith seek a two-week extension, until October 28, 2025, in which to file an answer to Plaintiff RowVaughn Wells' amended complaint. According to the Motion, several issues warrant granting the extension, including a chronic illness that recently kept Hemphill and Smith's counsel out of the office, an upcoming out-of-town trip for the same counsel, and the fact that preparing an answer to the 143-page complaint will require a significant amount of time and coordination between counsel and her clients.

For good cause shown, the Motion is **GRANTED**. Hemphill and Smith shall have until October 28, 2025, in which to answer the amended complaint.

**IT IS SO ORDERED,** this 3rd day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE