IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF MEMPHIS, TENNESSEE; CHIEF CERELYN DAVIS; EMMITT MARTIN III; DEMETRIUS HALEY; JUSTIN SMITH; DESMOND MILLS, JR.; TADARRIUS BEAN; PRESTON HEMPHILL; ROBERT LONG; JAMICHAEL SANDRIDGE; MICHELLE WHITAKER; AND DEWAYNE SMITH,<br><br>    Defendants. | CASE NO. 2:23-CV-02224-SHL-atc<br>JURY DEMAND |

**CITY DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants City of Memphis (the "City") and Chief C.J. Davis ("Chief Davis") (collectively, the "City Defendants"), by and through undersigned counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.2 move this Court for an additional twenty-one days, up to and including **November 4, 2025**, to file their Answer to the First Amended Complaint. In support of this Motion, the City Defendants state as follows:

1. Plaintiff's First Amended Complaint was filed on January 3, 2025. (ECF No. 277.) On February 17, 2025, the City Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 303.)

1

2. On September 30, 2025, the Court entered its Order Granting in Part and Denying in Part Defendants' Motions to Dismiss. (ECF No. 484.)

3. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the City Defendants' Answer to Plaintiff's First Amended Complaint is currently due on or before October 14, 2025. As of the date of the filing of this Motion, the City Defendants' deadline has not passed.

4. Due to the complexity and length of Plaintiff's First Amended Complaint—143 pages, including 911 separately numbered paragraphs—counsel needs additional time to respond to the First Amended Complaint.

5. Moreover, counsel for Defendants have had significant conflicts this week that have kept them out of the office. Undersigned counsel has been out of town due to a death in his family. Additionally, counsel for Defendants, Jennie Silk and Kelsey McKinney, have been out of the office this week on personal matters.

6. This request for an extension is sought in good faith and not for any dilatory or improper purpose.

7. The City Defendants respectfully request an additional twenty-one days to file their Answer, through and including November 4, 2025.

8. Counsel for Plaintiff, Stephen Weil, indicated that Plaintiff opposes the Motion unless the City Defendants will agree to plead affirmative defenses by October 14, 2025. The City Defendants do not wish to piecemeal an Answer to the Amended Complaint.

9. Plaintiff did not oppose an extension for Defendants Hemphill and Smith to respond to the Amended Complaint, and the Court granted that extension. (*See* Order, ECF No. 486.)

10. The City Defendants respectfully request an additional 21 days to provide a complete response to all 911 separately numbered paragraphs in addition to the affirmative defenses of the City and Chief Davis.

Dated: October 9, 2025.

    Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Individual Capacity*

4898-4872-9968

**CERTIFICATE OF CONSULTATION**

I, Bruce McMullen, certify that on October 8, 2025 counsel for the City Defendants, conferred with all parties via email regarding the relief requested in this Motion. A chart detailing the parties' positions is below:

| Party | Responding Counsel | Opposition? |
|---|---|---|
| Plaintiff | Stephen Weil | Opposes the Motion |
| Hemphill | | No response |
| D. Smith | | No response |
| Haley | | No response |
| Bean | | No response |
| Martin III | | No response |
| Mills, Jr. | | No response |
| J. Smith | | No response |

*s/ Bruce McMullen*
Bruce McMullen

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 9, 2025, the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, and that upon filing, all counsel and the Guardian Ad Litem in this cause were served via electronic notification through the Court's CM/ECF system.

*s/ Bruce McMullen*
Bruce McMullen

4898-4872-9968