IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; Robert Long; JaMichael Sandridge; Michelle Whitaker; DeWayne Smith,<br><br>    Defendants. | CASE NO. 2:23-CV-02224-SHL-atc<br>JURY DEMAND |

**CITY OF MEMPHIS'S RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON
SEALING DISPUTES**

Defendant City of Memphis (the "City") hereby submits its Response in Opposition to Plaintiff's Motion for Extension of Time to File Brief on Sealing Disputes. (ECF No. 494.) An extension of time is unwarranted in this instance for the following reasons:

    1.    The Court provided Plaintiff with four weeks to prepare her brief related to the sealing disputes, an issue that has remained consistently and heavily contested for a year. (ECF No. 483, PageID 6959.)

    2.    Despite Plaintiff's representations that her counsel "requires additional time to finish conferring with the City," Plaintiff's counsel actually cancelled a scheduled meet-and-

1

confer with the City on this issue, instead stating she intends to request an extension over the City's objection. (ECF No. 494, PageID 7338.)

3. The analysis under *Shane Group* and *Grae* as to what should remain under seal in this case is not complex, as there are very limited categories of information that are permitted to be filed outside of the public's view.

4. Plaintiff's continued misuse of sealed filings has resulted in, and continues to result in, substantial prejudice to the public, and Plaintiff's counsel should not be afforded the opportunity to continue obfuscating the public's presumptive right of access to judicial records.

5. For these reasons, the Court should deny Plaintiff's motion for extension and order Plaintiff to file her brief on the sealing disputes immediately. The City stands ready to file its position on this issue.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*

Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Individual Capacity, and Dewayne Smith as Agent of the City of Memphis*

4912-9474-4181

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon all counsel of record and the Guardian Ad Litem via the Court's e-filing system on October 27, 2025.

s/ *Bruce A. McMullen*

4912-9474-4181