IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROWVAUGHN WELLS, Individually and as
ADMINISTRATRIX AD LITEM of the Estate of
TYRE DEANDRE NICHOLS, Deceased,

    Plaintiff,

v.     No. 2:23-cv-02224-SHL-atc

CITY OF MEMPHIS, a municipality,
CHIEF CERELYN DAVIS, in her official capacity,
EMMITT MARTIN III, in his individual capacity,
DEMETRIUS HALEY, in his individual capacity,
JUSTIN SMITH, in his individual capacity,
DESMOND MILLS, JR., in his individual capacity,
TADARRIUS BEAN, in his individual capacity,
PRESTON HEMPHILL, in his individual capacity,
ROBERT LONG, in his individual capacity,
JAMICHAEL SANDRIDGE, in his individual capacity,
MICHELLE WHITAKER, in her individual capacity,
DEWAYNE SMITH, in his individual capacity, and
as an agent of the City of Memphis,

    Defendants.

---

### UNOPPOSED MOTION OF DEFENDANTS PRESTON HEMPHILL AND DEWAYNE SMITH FOR A ONE DAY EXTENSION OF TIME TO FILE ANSWERS TO THE AMENDED COMPLAINT

---

Come now Defendants, Preston Hemphill and Dewayne Smith, individually through Counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.2 move this Court for an additional day or up to and including October 29, 2025 in which to file Answers to the Amended Complaint. In support of this Motion, Defendants would state:

    1.    Previously, Counsel, Mary Elizabeth McKinney had requested a 14-day extension to file Answers to Plaintiff's Amended Complaint based upon health issues and deposition

schedules, which was granted by the Court making the Answers due October 28, 2025.

2. Therefore, the current deadline for filing Answers has not passed.

3. We are now experiencing technical issues that are preventing counsel from finalizing the Answers for Defendants Dewayne Smith and Preston Hemphill by today's deadline.

4. Counsel is requesting one additional day, to October 29, 2025, to resolve the technical issues and file the Defendants' Answers.

5. This extension request is not made for purposes of delay and should not affect any other deadlines in this matter.

6. Plaintiff's Counsel Joshua Levin was consulted and indicated that he would consent to the requested relief of an additional day in which to file the Answers to the Amended Complaint.

7. Counsel is requesting one additional day, or up to and including October 29, 2025, in which to file Answers to the Amended Complaint on behalf of Defendant Preston Hemphill and Defendant Dewayne Smith.

                              Respectfully submitted,

                              /s/Mary Elizabeth McKinney
                              MARY ELIZABETH MCKINNEY, Bar No. 021597
                              DEBORAH GODWIN, Bar No. 9972
                              Attorneys for Defendants Hemphill and Smith
                              Godwin, Morris, Laurenzi & Bloomfield, P.C.
                              80 Monroe Avenue, Suite 315
                              Memphis, Tennessee 38103
                              Telephone:  901-528-1702
                              Facsimile:  901-528-0246
                              Email: bmckinney@gmlblaw.com
                              Email: dgodwin@gmlblaw.com

## CERTIFICATE OF CONSULTATION

      I, Mary Elizabeth McKinney, counsel to Defendants Preston Hemphill and Dewayne Smith hereby certify that on October 28, 2025 I contacted Plaintiffs' Counsel, Joshua Levin, via email regarding this Motion and the relief requested. Plaintiffs' Counsel indicated that he would consent to the requested relief.

                              /s/ Mary Elizabeth McKinney_____
                              MARY ELIZABETH McKINNEY

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing such system will serve a copy of the forgoing upon every CM/ECF registered party in this case.

I also hereby certify that there are no non-registered CM/ECF parties requiring service by other means.

                              /s/ Mary Elizabeth McKinney_____
                              MARY ELIZABETH McKINNEY