## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| ROWVAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224-SHL-atc JURY DEMAND |
| THE CITY OF MEMPHIS, TENNESSEE; CHIEF CERELYN DAVIS; EMMITT MARTIN III; DEMETRIUS HALEY; JUSTIN SMITH; DESMOND MILLS, JR.; TADARRIUS BEAN; PRESTON HEMPHILL; AND DEWAYNE SMITH, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT DEWAYNE SMITH'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT

Comes now Defendant, Dewayne Smith, individually and hereby files this Answer to the First Amended Complaint ("Complaint") filed by Plaintiff RowVaughn Wells ("Plaintiff"). Defendant Smith denies each and every allegation of the Complaint not expressly admitted below.

Using the same headings and paragraph numbers for convenience, Defendant Smith answers as follows:

## PRELIMINARY STATEMENT

The section of the Complaint titled "PRELIMINARY STATEMENT" contains narrative

assertions, characterizations of Plaintiff's Complaint, and/or legal conclusions which are not set

forth in enumerated paragraphs and to which no responsive pleading is required. To the extent

that a response is required, Defendant Dewayne Smith denies any allegations in the Preliminary

Statement, including Plaintiff's characterizations of her claims and/or legal conclusions, that are

inaccurate to facts currently known.

## JURISDICTION AND VENUE

1.      Defendant Dewayne Smith admits that this Court would have jurisdiction over

Plaintiff's claims as alleged, however Defendant Dewayne Smith denies Plaintiff has any such

cause of action against him.

2.      Defendant Dewayne Smith admits that venue would be technically proper given

Plaintiff's claims as alleged, however Defendant Dewayne Smith denies Plaintiff has any such

cause of action against him.

3.      Defendant Dewayne Smith admits that venue would be technically proper given

Plaintiff's claims as alleged, however Defendant Dewayne Smith denies Plaintiff has any such

cause of action against him.

## PARTIES

4.      Upon information and belief, the allegations as set forth in Paragraph 4 of the

Amended Complaint are admitted.

5.      Upon information and belief, the allegations as set forth in Paragraph 5 of the

Amended Complaint are admitted.

6.      Upon information and belief, the allegations as set forth in Paragraph 6 of

Plaintiff's Amended Complaint are admitted.

7.      Upon information and belief, Defendant admits Tyre Nichols is survived by next of kin, a minor son.  Any remaining allegations as set forth in Paragraph 7 of the Amended Complaint are denied.

8.      Upon information and belief, the allegations as set forth in Paragraph 8 of the Amended Complaint are admitted.

9.      Admitted.

10.     Upon information and belief, the allegations in Paragraph 10 are admitted, including subparts (a) through (e).

11.     Defendant lacks sufficient knowledge or information to either admit or deny the allegations as set forth in Paragraph 11 and therefore they are denied.

12.     Upon information and belief, the allegations as set forth in Paragraph 12 of the Amended Complaint are denied.

13.     Defendant lacks sufficient knowledge or information to either admit or deny where Defendant Chief Davis lives and therefore denies the allegations in Paragraph 13.

14.     Admitted.

15.     Defendant lacks sufficient knowledge or information to either admit or deny where Defendant Martin lives and therefore denies the allegations in Paragraph 155.

16.     Admitted.

17.     Defendant lacks sufficient knowledge or information to either admit or deny where Defendant Haley lives and therefore denies the allegations in Paragraph 17.

18.     Admitted.

19.     Defendant lacks sufficient knowledge or information to either admit or deny where Defendant Justin Smith lives and therefore denies the allegations in Paragraph 19.

20.    Admitted.

21.    Defendant lacks sufficient knowledge or information to either admit or deny where Defendant Mills lives and therefore denies the allegations as set forth in Paragraph 21.

22.    Admitted.

23.    Defendant lacks sufficient knowledge or information to either admit or deny where Defendant Bean lives and therefore denies the allegations as set forth in Paragraph 23.

24.    Admitted.

25.    Upon information and belief, Defendant Hemphill lives in Bartlett, Tennessee, the remaining allegations in Paragraph 25 are admitted.

26.    Admitted.

27.    Paragraph 27 addresses a Defendant that has been dismissed from this action. (ECF No. 484.) Accordingly, a response from this Defendant is not required.  To the extent that a response is required, Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 27 and therefore they are denied.

28.    Paragraph 28 addresses a Defendant that has been dismissed from this action. (ECF No. 484.) Accordingly, a response from this Defendant is not required.  To the extent that a response is required, Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 288 and therefore they are denied.

29.    Paragraph 29 addresses a Defendant that has been dismissed from this action. (ECF No. 484.) Accordingly, a response from this Defendant is not required.  To the extent that a response is required, Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 299 and therefore they are  denied.

30.    Paragraph 30 addresses a Defendant that has been dismissed from this action. (ECF No. 484.) Accordingly, a response from this Defendant is not required.  To the extent that a response is required, Defendant lacks sufficient knowledge or information to either admit or deny the allegations in 30 and therefore they are denied.

31.    Paragraph 31 addresses a Defendant that has been dismissed from this action. (ECF No. 484.) Accordingly, a response from this Defendant is not required. To the extent that a response is required, Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 31 and therefore they are denied.

32.    Paragraph 32 addresses a Defendant that has been dismissed from this action. (ECF No. 484.) Accordingly, a response from this Defendant is not required.  To the extent that response is required, Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 32 and therefore they are denied.

33.    Admitted.

34.    Admitted.

## FACTUAL ALLEGATIONS

35.    Upon information and belief, Defendant admits Tyre Nichols was a son, father, brother and friend. The remaining allegations in Paragraph 35 are denied.

36.    Defendant admits Tyre Nichols was a father to a minor child.  Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 36 and therefore they are denied.

37.    Upon information and belief, Defendant admits Tyre Nichols was an employee of FedEx.  Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 37 and therefore they are denied.

38.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 38 and therefore they are denied.

39.    Defendant admits that the Defendant Officers were members of MPD's Scorpion Unit Team 1 on January 7, 2023, supervised by Defendant Lieutenant Dewayne Smith.  The remaining allegations in Paragraph 39 are denied.

40.    Denied.

41.    Denied.

42.    Denied.

43.    Denied.

44.    Denied.

## I.    The widespread practices within the Memphis Police Department.[1]

### A.    The MPD has a longstanding custom of brutalizing civilians without justification.[2]

45.    Denied.

46.    Denied.

47.    Denied.

48.    Denied.

49.    Denied.

50.    Denied.

---

[1] The headings in the "FACTUAL ALLEGATIONS" section of the Complaint contain Plaintiff's characterization of her claims and/or legal conclusions to which no response is required. To the extent a response is deemed required, Defendants D. Smith and P. Hemphill join with Defendant City of Memphis and deny any suggestions, implications, or allegations imbedded within headings I through VIII, including all subheadings. Additionally, Defendants D. Smith and P. Hemphill deny any suggestions, implications, or allegations imbedded within the images or descriptions of images on pages 4, 39, 44, 46, 49, 50, and 52 of the Amended Complaint.

[2] *See supra* n.1.

51.    Denied.

52.    Denied.

53.    Denied.

54.    Denied.

**B.    The MPD's custom of brutalizing civilians has been enabled by a code of silence.[3]**

55.    Admitted.

56.    Denied.

57.    Denied.

58.    Denied.

59.    Denied.

60.    Denied.

61.    Denied.

62.    Denied.

63.    Denied.

**C.    The MPD's code of silence was enabled by inadequate supervision, oversight, and accountability systems.[4]**

64.    Denied.

65.    Denied.

66.    Denied.

67.    Denied.

68.    Denied.

69.    Denied.

_____

[3] *See supra* n.1.
[4] *See supra* n.1.

70.    Denied.

71.    Denied.

72.    Denied.

73.    Denied.

74.    Denied.

75.    Denied.

76.    Denied.

**D.    MPD's custom of excessive force and inadequate supervision was compounded in its "tactical" units such as SCORPION.[5]**

77.    Denied.

78.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 78 and therefore they are denied.

79.    Denied.

80.    Denied.

81.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 81 and therefore they are denied.

82.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 82 and therefore they are denied.

83.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 83 and therefore they are denied.

84.    Denied.

85.    Denied.

86.    Denied.

---

[5] *See supra* n.1.

8

87.    Denied.

88.    Denied.

89.    Denied.

90.    Denied.

91.    Denied.

92.    Denied.

93.    Denied.

94.    Denied.

95.    Defendant admits that Scorpion Unit officers' MPD-issued vehicles included unmarked Dodge Chargers. Defendant denies the remaining allegations in Paragraph 95.

96.    Denied.

97.    Denied.

98.    Denied.

99.    Denied.

## II.    The City's widespread practices have resulted in numerous instances of police brutality.[6]

100.    Denied.

a.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph a and subparts i-vi and therefore they are denied.

b.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph b and subparts i-vii and therefore they are denied.

c.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph c and subparts i-v and therefore they are denied.

---

[6] *See supra* n.1.

d.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph d and subparts i-vi and therefore they are denied.

e.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph e and subparts i-vii and therefore they are denied.

f.  Upon information and belief, Defendant admits that Scorpion officers pursued a vehicle with three occupants suspected of carjacking and that the three bailed from the vehicle and attempted to flee.  Defendant admits that one minor was taken into custody and while in custody was slapped by an officer.  That officer was disciplined for excessive force.  Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph f and subparts i-iv and therefore they are denied.

g.  Defendant officer lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph g and subparts i-iv and therefore they are denied.

h.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph h and subparts i-v and therefore they are denied.

i.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph i and subparts i-vii and therefore they are denied.

j.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph j and subparts i-v and therefore they are denied.

k.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph K and subparts i-viii and therefore they are denied.

l.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph l and subparts i-viii and therefore they are denied.

m. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph m and subparts i-v and therefore they are denied.

n. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph n and subparts i-v and therefore they are denied.

o. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph o and subparts i-v and therefore they are denied.

p. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph p and subparts i-xi therefore they are denied.

q. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph q and subparts i-ii and therefore they are denied.

r. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph r and subparts i-v and therefore they are denied.

s. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph s and subparts i-vi and therefore they are denied.

t. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph t and subparts i-iii and therefore they are denied.

u. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph u and subparts i-xi and therefore they are denied.

**III.    The baseless stop: consistent with MPD's widespread practices, the SCPRPION [sic] Unit stops Tyre Nichols without justification.[7]**

101.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 101, and therefore they are denied.

---

[7] *See supra* n.1.

102.    Defendant lacks sufficient knowledge or information sufficient to either admit or deny the allegations in Paragraph 102 and therefore they are denied.

103.    Defendant admits that MPD Officers Emmitt Martin III, Demetrius Haley, and Preston Hemphill, members of Scorpion Unit Team 1, were on patrol in unmarked squad cars on the night of January 7, 2023. Defendant lacks sufficient knowledge or information to either admit or deny the allegations Paragraph 103 and therefore they are denied.

104.    Denied.

105.    Defendant admits that he was the supervising Lieutenant over Scorpion Unit Team 1 on January 7, 2023, and that he discussed productivity with Justin Smith and directed him to go out and get the team started.  Defendant lacks specific knowledge or information to either admit or deny the remaining allegations in Paragraph 105 and therefore they are denied.

106.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1066 and therefore they are denied.

107.    Denied.

108.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1088 and therefore they are denied.

109.    Denied.

110.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations Paragraph 110110 and therefore they are denied.

111.    Denied.

112.    Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 1122 and therefore they are denied.

113.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1133 and therefore they are denied.

114.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 114 and therefore they are denied.

115.    Denied.

116.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 116 and therefore they are denied.

117.    Defendant lack sufficient knowledge or information to either admit or deny the allegations in Paragraph 117 and therefore they are denied.

118.    Defendant lacks sufficient knowledge or information sufficient to either admit or deny the allegations in Paragraph 118 and therefore they are denied.

119.    Denied.

120.    Denied.

121.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1211 and therefore they are denied.[8]

122.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 122 and therefore they are denied.

123.    Denied.

124.    Denied.

125.    Denied.

126.    Denied.

---

[8] To the extent that allegations related to the incident in question were recorded by officers' body-worn cameras, Defendant submits such videos would speak for themselves.  Any allegations that specifically conflict with videos of the incident in question they are denied.

127.    Defendant admits that Defendant Hemphill exited his vehicle with his gun drawn sideways.  The remaining allegations in Paragraph 127 are denied.[9]

128.    Denied.[10]

129.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 129 and therefore they are denied.

130.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 13030 and therefore they are denied.

131.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 131 and therefore they are denied.

132.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 132 and therefore they are denied.

133.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 133 and therefore they are denied.

134.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1344 and therefore they are denied.

135.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 135 and therefore they are denied.

136.    Denied.

---

[9] The image depicted after Paragraph 127 of the Complaint is followed by text that purports to describe the image: "*Officer Hemphill immediately pulls out and points his gun at Tyre as he approaches his fellow SCORPION Officers on scene.*" To the extent that this description conflicts with the video recording in its full context, it is denied.

[10] The image depicted after Paragraph 128 of the Complaint is followed by text that purports to describe the image: "*Tyre looking up at Officers terrified and confused as to why he was pulled from the car.*" To the extent that this description conflicts with the video recording in its full context, it is denied,.

137.    Denied.

138.    Denied.

139.    Defendant admits Officer Haley deployed pepper spray.  Any remaining allegations in Paragraph 139 are denied.

140.    Denied.

141.    Denied.

142.    Denied.

143.    Defendant admits Tyre Nichols was able to loosen himself from the officers' grip.  Any remaining allegations in Paragraph 143 are denied.

144.    Denied.

145.    Denied.

146.    Denied.

147.    Denied.

148.    Denied.

149.    Defendant admits the Wells' home was close by.  Any remaining allegations in Paragraph 149 are denied.

150.    Defendant admits Officers Martin and Haley ran after Tyre Nichols.  The remaining allegations in Paragraph 150 are denied.

151.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1511 and therefore they are denied.

152.    Admitted.

153.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1533 and therefore they are denied.

15

IV.    **The Capture and the Retaliation: The Gang of SCORPION Unit Officers Beat Tyre Within an Inch of His Life.**[11]

154.    Admitted.

155.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1555 and therefore they are denied.

156.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 1566 and therefore they are denied.

157.    Admitted that there was a SkyCop camera at the intersection in question.  All remaining allegations in Paragraph 157 are admitted.

158.    Denied.

159.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 15959 and therefore they denied.

160.    a. Denied. b. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 16060 b and therefore they are denied. c. Denied. d. Denied. e. Denied. f. Denied. g. Denied. h. Denied. i. Denied.

161.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 161 and therefore they are denied.

162.    Admitted.

163.    Denied.

164.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 164 and therefore they are denied.

---

[11] *See supra* n.1.

165.    Defendant admits Officer Martin arrived on the scene.  Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 165 and therefore they are denied.

166.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 166 and therefore they are denied.

167.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 167 and therefore they are denied.[12]

168.    Defendant admits Officer Mills struck Tyre Nichols with a police asp.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 168 and therefore they are denied.

169.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 169 and therefore they are denied.

170.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 170 and therefore they are denied.

171.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 171 and therefore they are denied.

172.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 172 and therefore they are denied.

---

[12] The image depicted after Paragraph 167 of the Complaint is followed by text that purports to describe the image: "*Officer Mills sprays Tyre directly in his face with pepper spray, despite already being on the ground, while another SCORPION officer restrains Tyre.*" To the extent that this description conflicts with the video recording in its full context, it is denied.

173.    Defendant admits Tyre Nichols is heard on video calling out for his mother. Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 173 and therefore they are denied.

174.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 174 and therefore they are denied.

175.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 175 and therefore they are denied.

176.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 176 and therefore they are denied.

177.    Upon information and belief admitted.

178.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 178 and therefore they are denied.[13]

179.    a.  Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph a. and therefore they are denied. b. Denied. c. Denied. d. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph d. and therefore they are denied. e. Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph e and therefore they are denied. f. Denied. g. Denied. h. Denied. i. Denied.

180.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 180 and therefore they are denied.

---

[13] The image depicted after Paragraph 178 of the Complaint, which is a still image of the SkyCop camera video, is followed by text that purports to describe the image: "*The five SCORPION Officers (Emmitt Martin, Demetrius Haley, Justin Smith, Desmond Mills, and Tadarrius Bean) ruthlessly beating Tyre Nichols to death.*" To the extent that this description conflicts with the video recording in its full context, it is denied.

181.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 181 and therefore they are denied.

182.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 182 and therefore they are denied.

183.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 183 and therefore they are denied.

184.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 184 and therefore they are denied.

185.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 185 and therefore they are denied.

186.    Denied.

V.    **The Aftermath: The Indifference of SCORPION Unit Officers, MPD Officers, MFD Agents, and Others Contribute to Tyre's Death.**[14]

187.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 187 and therefore they are denied.

188.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 188 and therefore they are denied.

189.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 189 and therefore they are denied.

190.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 190 and therefore they are denied.

191.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 191 and therefore they are denied.

---

[14] *See supra* n.1.

192.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 192 and therefore they are denied.

193.    Admitted.

194.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 194 and therefore they are denied.

195.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 195 and therefore they are denied.

196.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 196 and therefore they are denied.

197.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 197 and therefore they are denied.

198.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 198 and therefore they are denied.

199.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 199 and therefore they are denied.

200.    Defendant admits that Defendant Haley took a picture of Tyre Nichols on his cell phone.  Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 200 and therefore they are denied.

201.    Defendant admits that Haley sent that picture to at least one person.  Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 201 and therefore they are denied.

202.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 202 and therefore they are denied.

203.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 203 and therefore they are denied.

204.    Defendant admits that three emergency medical technicians / employees of the Memphis Fire Department arrived on the scene. Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 204 and therefore they are denied.

205.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 205 and therefore they are denied.

206.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 206 and therefore they are denied.

207.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 207 and therefore they are denied.

208.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 208 and therefore they are denied.

209.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 209 and therefore they are denied.

210.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 210 and therefore they are denied.[15]

---

[15] The image depicted after Paragraph 210 of the Complaint, which is a still image of body-worn camera video, is followed by text that purports to describe the image: "*EMT Sandridge declines to use his blood pressure cuff to evaluate Tyre.*" This image and description involve a Defendant that has been dismissed from this action, and as such, no response by the City Defendants is required. If a response is deemed required, the City Defendants state that to the extent this description conflicts with the video recording in its full context, it is denied.

211.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 211 and therefore they are denied.

212.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 212 and therefore they are denied.

213.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 213 and therefore they are denied.

214.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 214 and therefore they are denied.

215.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 215(a-i) and therefore they are denied.

216.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 216 and therefore they are denied.

217.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 217 and therefore they are denied.

218.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 218 and therefore they are denied.

219.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 219 and therefore they are denied.

220.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 220 and therefore they are denied.

221.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 221 and therefore they are denied.

222.    Denied.

223.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 223 and therefore they are denied.

224.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 224 and therefore they are denied.

225.    Upon information and belief admitted.

226.    Upon information and belief admitted.

VI.    **The Late Arrival of Lieutenant DeWayne Smith and the Misrepresentations and Lies to RowVaughn Wells.**[16]

227.    Defendant admits that he was supervisor over Scorpion Unit Team 1 and that he arrived on scene after Tyre Nichols' encounter with MPD Officers as two EMTs were providing medical treatment to Mr. Nichols.  Any remaining allegations in Paragraph 2277 are denied.

228.    Denied.

229.    Denied.

230.    Admitted.

231.    Admitted.

232.    Denied.

233.    Denied.

234.    Defendant admits he asked the Scorpion officers if they were alright.  Any Admitted remaining allegations in Paragraph 234 are denied.

235.    Defendant admits that he knelt down and asked Mr. Nichols what had he taken. Defendant lacks sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 235 and therefore they are denied.

236.    Upon information and belief the allegations in Paragraph 2366 are admitted.

---

[16] *See supra* n.1.

237.    Denied.

238.    Denied.

239.    Denied.

240.    Denied.

241.    Upon information and belief the allegations in Paragraph 241are admitted.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Denied.

246.    Denied.

247.    Denied.

248.    Defendant lacks sufficient knowledge or information to either admit or deny the

allegations in Paragraph 248 and therefore they are denied.

249.    Admitted.

250.    Admitted.

251.    Denied.

252.    Denied as Mr. Nichols was receiving treatment prior to Defendant's arrival on the

scene.

253.    Denied.

254.    Denied.

255.    Denied.

256.    Denied.

257.    Denied.

24

258.    Denied.

259.    Denied.

260.    Denied.

## VII.    MPD's coverup of Tyre's beating begins.[17]

261.    Denied.

262.    Denied.

263.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 263 and therefore they are denied.

264.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 264 and therefore they are denied.

265.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 265 and therefore they are denied.

266.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 266 and therefore they are denied.

267.    Denied.

268.    Denied as stated. Defendant was not able to complete his supervisory review, and provide a final official report. Any remaining allegations in Paragraph 2688 are denied.

269.    Denied.

270.    Denied.

---

[17] *See supra* n.1.

VIII.    **The SCORPION Unit Officers' Use of Excessive Force and Failure to Intervene in the Use of Excessive Force Contributes to Tyre's Death.**[18]

271.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 271 and therefore they are denied.

272.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 272 and therefore they are denied.

273.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 273 and therefore they are denied.

274.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 274 and therefore they are denied.

275.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 275 and therefore they are denied.

276.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 276 and therefore they are denied.

277.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 277 and therefore they are denied.

278.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations in Paragraph 278 and therefore they are denied.

**CAUSES OF ACTION**

**COUNT I – Fourth Amendment**
*Plaintiff v. City of Memphis*

279.    Defendant incorporates by reference each of his answers to the foregoing paragraphs as if stated herein.

---

[18] *See supra* n.1.

280.     The allegations in Paragraph 280 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

281.     The allegations in Paragraph 281 (a-c) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

282.     The allegations in Paragraph 282 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

283.     The allegations in Paragraph 283 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

284.     The allegations in Paragraph 284 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

285.     The allegations in Paragraph 285 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

286.     The allegations in Paragraph 286 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

287.    The allegations in Paragraph 287 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT II – Fourth Amendment
*Plaintiff v. Chief Cerelyn Davis, in her individual capacity.*

288.    Defendant incorporates by reference each of his answers to the foregoing paragraphs as if stated herein.

289.    The allegations in Paragraph 289 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

290.    The allegations in Paragraph 290 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

291.    The allegations in Paragraph 291 (a-c) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

292.    The allegations in Paragraph 292 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

293.    The allegations in Paragraph 293 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

294.    The allegations in Paragraph 294 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

295.    The allegations in Paragraph 295 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

296.    The allegations in Paragraph 296 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

297.    The allegations in Paragraph 297 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT III – Fourth Amendment: Unreasonable Stop
*Plaintiff v. Emmitt Martin III, in his individual capacity*

298.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

299.    The allegations in Paragraph 299 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

300.    The allegations in Paragraph 300 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

301.     The allegations in Paragraph 301 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

302.     The allegations in Paragraph 302 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

303.     The allegations in Paragraph 303 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

304.     The allegations in Paragraph 304 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

305.     The allegations in Paragraph 305 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

306.     The allegations in Paragraph 306 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

307.     The allegations in Paragraph 307 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

308.    The allegations in Paragraph 308 (a-c) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

309.    The allegations in Paragraph 309 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

310.    The allegations in Paragraph 310 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

311.    The allegations in Paragraph 311 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

312.    The allegations in Paragraph 312 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

313.    The allegations in Paragraph 313 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

314.    The allegations in Paragraph 314 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

315.    The allegations in Paragraph 315 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

316.    The allegations in Paragraph 316 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

317.    The allegations in Paragraph 317 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

318.    The allegations in Paragraph 318 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

319.    The allegations in Paragraph 319 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

320.    The allegations in Paragraph 320 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT IV – Fourth Amendment: Excessive Force and Conspiracy to Use Excessive Force**
*Plaintiff v. Emmitt Martin III, in his individual capacity*

321.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

322.    The allegations in Paragraph 322 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

323.    The allegations in Paragraph 323 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

324.    The allegations in Paragraph 324 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

325.    The allegations in Paragraph 325 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

326.    The allegations in Paragraph 326 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

327.    The allegations in Paragraph 327 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

328.    The allegations in Paragraph 328 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

329.    The allegations in Paragraph 329 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

330.    The allegations in Paragraph 330 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

331.     The allegations in Paragraph 331 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

332.    The allegations in Paragraph 332 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

333.    The allegations in Paragraph 333 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

334.    The allegations in Paragraph 334 (a-i) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

335.    The allegations in Paragraph 335 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

336.     The allegations in Paragraph 336 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

337.     The allegations in Paragraph 337 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

338.     The allegations in Paragraph 338 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

339.     The allegations in Paragraph 339 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

340.     The allegations in Paragraph 340 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

341.     The allegations in Paragraph 341 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

342.     The allegations in Paragraph 342 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

343.    The allegations in Paragraph 343 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

344.    The allegations in Paragraph 344 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

345.    The allegations in Paragraph 345 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

346.    The allegations in Paragraph 346 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT V – Fourth Amendment: Failure to Intervene to Prevent Excessive Force
*Plaintiff v. Emmitt Martin III, in his individual capacity*

347.    Defendant incorporates by reference his answers to the foregoing paragraphs with the same force and effect as if they had been fully stated herein.

348.    The allegations in Paragraph 348 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

349.    The allegations in Paragraph 349 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

350.    The allegations in Paragraph 350 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

351.    The allegations in Paragraph 351 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

352.    The allegations in Paragraph 352 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

353.    The allegations in Paragraph 353 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

354.    The allegations in Paragraph 354 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

355.    The allegations in Paragraph 355 (a-d) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

356.    The allegations in Paragraph 356 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

357.     The allegations in Paragraph 357 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

358.     The allegations in Paragraph 358 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

359.     The allegations in Paragraph 359 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

360.     The allegations in Paragraph 360 are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

361.     The allegations in Paragraph 361 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

362.     The allegations in Paragraph 362 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

363.     The allegations in Paragraph 363 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

364.    The allegations in Paragraph 364 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

365.    The allegations in Paragraph 365 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

366.    The allegations in Paragraph 366 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

367.    The allegations in Paragraph 367 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

368.    The allegations in Paragraph 368 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

369.    The allegations in Paragraph 369 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

370.    The allegations in Paragraph 370 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

371.    The allegations in Paragraph 371 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

372.    The allegations in Paragraph 372 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT VI – Fourteenth Amendment: Deliberate Indifference to Serious Medical Needs
*Plaintiff v. Emmitt Martin III, in his individual capacity*

373.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

374.    The allegations in Paragraph 374 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

375.    The allegations in Paragraph 375 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

376.    The allegations in Paragraph 376 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

377.    The allegations in Paragraph 377 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

378.    The allegations in Paragraph 378 (a-f) are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

379.    The allegations in Paragraph 379 are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

380.    The allegations in Paragraph 380 are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

381.    The allegations in Paragraph 381 are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

382.    The allegations in Paragraph 382 are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

383.    The allegations in Paragraph 383 are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

384.    The allegations in Paragraph 384 are not directed to this Defendant and therefore no response is required from this Defendant. To the extent that a response is required, the allegations are denied.

385.     The allegations in Paragraph 385 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

386.     The allegations in Paragraph 386 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

387.     The allegations in Paragraph 387 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

388.     The allegations in Paragraph 388 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

389.     The allegations in Paragraph 389 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

390.     The allegations in Paragraph 390 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

391.     The allegations in Paragraph 391 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

392.    The allegations in Paragraph 392 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT VII – Fourth Amendment: Unreasonable Stop
*Plaintiff v. Demetrius Haley, in his individual capacity*

393.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

394.    The allegations in Paragraph 394 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

395.    The allegations in Paragraph 395 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

396.    The allegations in Paragraph 396 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

397.    The allegations in Paragraph 397 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

398.    The allegations in Paragraph 398 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

399.    The allegations in Paragraph 399 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

400.    The allegations in Paragraph 400 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

401.    The allegations in Paragraph 401 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

402.    The allegations in Paragraph 402 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

403.    The allegations in Paragraph 403 (a-c) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

404.    The allegations in Paragraph 404 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

405.    The allegations in Paragraph 405 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

406.    The allegations in Paragraph 406 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

407.    The allegations in Paragraph 407 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

408.    The allegations in Paragraph 408 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

409.    The allegations in Paragraph 409 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

410.    The allegations in Paragraph 410 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

411.    The allegations in Paragraph 411 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

412.    The allegations in Paragraph 412 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

413.     The allegations in Paragraph 413 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

414.     The allegations in Paragraph 414 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

415.     The allegations in Paragraph 415 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT VIII – Fourth Amendment: Excessive Force
*Plaintiff v. Demetrius Haley, in his individual capacity*

416.     Defendant incorporates by reference his answers to the foregoing paragraphs with as if they had been fully stated herein.

417.     The allegations in Paragraph 417 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

418.     The allegations in Paragraph 418 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

419.     The allegations in Paragraph 419 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

420.    The allegations in Paragraph 420 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

421.    The allegations in Paragraph 421 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

422.    The allegations in Paragraph 422 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

423.    The allegations in Paragraph 423 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

424.    The allegations in Paragraph 424 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

425.    The allegations in Paragraph 425 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

426.    The allegations in Paragraph 426 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

427.    The allegations in Paragraph 427 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

428.    The allegations in Paragraph 428 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

429.    The allegations in Paragraph 429 (a-i) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

430.    The allegations in Paragraph 430 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

431.    The allegations in Paragraph 431 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

432.    The allegations in Paragraph 432 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

433.    The allegations in Paragraph 433 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

434.    The allegations in Paragraph 434 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

435.    The allegations in Paragraph 435 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

436.    The allegations in Paragraph 436 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

437.    The allegations in Paragraph 437 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

438.    The allegations in Paragraph 438 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

439.    The allegations in Paragraph 439 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

440.    The allegations in Paragraph 440 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

441.    The allegations in Paragraph 441 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

### COUNT IX – Fourth Amendment: Failure to Intervene to Prevent Excessive Force
*Plaintiff v. Demetrius Haley, in his individual capacity*

442.    Defendant incorporates by reference his answers to the foregoing paragraphs with as if they had been fully stated herein.

443.    The allegations in Paragraph 443 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

444.    The allegations in Paragraph 444 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

445.    The allegations in Paragraph 445 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

446.    The allegations in Paragraph 446 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

447.    The allegations in Paragraph 447 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

448.    The allegations in Paragraph 448 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

449.    The allegations in Paragraph 449 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

450.    The allegations in Paragraph 450 (a-d) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

451.    The allegations in Paragraph 451 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

452.    The allegations in Paragraph 452 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

453.    The allegations in Paragraph 453 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

454.    The allegations in Paragraph 454 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

455.    The allegations in Paragraph 455 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

456.    The allegations in Paragraph 456 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

457.    The allegations in Paragraph 457 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

458.    The allegations in Paragraph 458 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

459.    The allegations in Paragraph 459 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

460.    The allegations in Paragraph 460 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

461.    The allegations in Paragraph 461 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

462.    The allegations in Paragraph 462 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

463.    The allegations in Paragraph 463 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

464.    The allegations in Paragraph 464 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

465.    The allegations in Paragraph 465 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

466.    The allegations in Paragraph 466 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT X – Fourteenth Amendment: Deliberate Indifference to Serious Medical Needs**
*Plaintiff v. Demetrius Haley, in his individual capacity*

467.    Defendant incorporates by reference his answers to the foregoing paragraphs with as if they had been fully stated herein.

468.    The allegations in Paragraph 468 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

469.     The allegations in Paragraph 469 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

470.     The allegations in Paragraph 470 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

471.     The allegations in Paragraph 471 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

472.     The allegations in Paragraph 472 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

473.     The allegations in Paragraph 473 (a-f) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

474.     The allegations in Paragraph 474 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

475.     The allegations in Paragraph 475 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

476.    The allegations in Paragraph 476 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

477.    The allegations in Paragraph 477 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

478.    The allegations in Paragraph 478 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

479.    The allegations in Paragraph 479 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

480.    The allegations in Paragraph 480 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

481.    The allegations in Paragraph 481 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

482.    The allegations in Paragraph 482 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

483.    The allegations in Paragraph 483 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

484.    The allegations in Paragraph 484 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

485.    The allegations in Paragraph 485 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

486.    The allegations in Paragraph 486 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

487.    The allegations in Paragraph 487 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT XI – Fourth Amendment: Excessive Force
*Plaintiff v. Justin Smith, in his individual capacity*

488.    Defendant incorporates by reference his answers as if they had been fully stated herein.

489.    The allegations in Paragraph 489 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

490.    The allegations in Paragraph 490 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

491.    The allegations in Paragraph 491 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

492.    The allegations in Paragraph 492 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

493.    The allegations in Paragraph 493 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

494.    The allegations in Paragraph 494 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

495.    The allegations in Paragraph 495 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

496.    The allegations in Paragraph 496 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

497.    The allegations in Paragraph 497 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

498.    The allegations in Paragraph 498 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

499.    The allegations in Paragraph 499 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

500.    The allegations in Paragraph 500 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

501.    The allegations in Paragraph 501 (a-i) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

502.    The allegations in Paragraph 502 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

503.    The allegations in Paragraph 503 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

504.    The allegations in Paragraph 504 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

505.    The allegations in Paragraph 505 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

506.    The allegations in Paragraph 506 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

507.    The allegations in Paragraph 507 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

508.    The allegations in Paragraph 508 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

509.    The allegations in Paragraph 509 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

510.    The allegations in Paragraph 510 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

511.    The allegations in Paragraph 511 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

512.    The allegations in Paragraph 512 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

513.    The allegations in Paragraph 513 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

514.    The allegations in Paragraph 514 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

515.    The allegations in Paragraph 515 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT XII – Fourth Amendment: Failure to Intervene to Prevent Excessive Force**
*Plaintiff v. Justin Smith, in his individual capacity*

516.    Defendant incorporates by reference his answers to the foregoing paragraphs with as if they had been fully stated herein.

517.    The allegations in Paragraph 517 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

518.    The allegations in Paragraph 518 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

519.    The allegations in Paragraph 519 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

520.    The allegations in Paragraph 520 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

521.    The allegations in Paragraph 521 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

522.    The allegations in Paragraph 522 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

523.    The allegations in Paragraph 523 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

524.    The allegations in Paragraph 524 (a-d) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

525.    The allegations in Paragraph 525 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

526.    The allegations in Paragraph 526 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

527.    The allegations in Paragraph 527 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

528.    The allegations in Paragraph 528 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

529.    The allegations in Paragraph 529 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

530.    The allegations in Paragraph 530 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

531.    The allegations in Paragraph 531 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

532.    The allegations in Paragraph 532 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

533.    The allegations in Paragraph 533 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

534.    The allegations in Paragraph 534 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

535.    The allegations in Paragraph 535 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

536.    The allegations in Paragraph 536 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

537.    The allegations in Paragraph 537 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

538.    The allegations in Paragraph 538 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

539.    The allegations in Paragraph 539 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

540.    The allegations in Paragraph 540 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

541.    The allegations in Paragraph 541 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

## COUNT XIII – Fourteenth Amendment: Deliberate Indifference to Serious Medical Needs
*Plaintiff v. Justin Smith, in his individual capacity*

542.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

543.    The allegations in Paragraph 543 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

544.    The allegations in Paragraph 544 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

545.    The allegations in Paragraph 545 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

546.     The allegations in Paragraph 546 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

547.     The allegations in Paragraph 547 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

548.     The allegations in Paragraph 548 (a-f) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

549.     The allegations in Paragraph 549 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

550.     The allegations in Paragraph 550 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

551.     The allegations in Paragraph 551 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

552.     The allegations in Paragraph 552 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

553.     The allegations in Paragraph 553 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

554.     The allegations in Paragraph 554 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

555.     The allegations in Paragraph 555 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

556.     The allegations in Paragraph 556 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

557.     The allegations in Paragraph 557 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

558.     The allegations in Paragraph 558 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

559.     The allegations in Paragraph 559 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

560.     The allegations in Paragraph 560 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

561.     The allegations in Paragraph 561 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

562.     The allegations in Paragraph 562 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT XIV – Fourth Amendment: Excessive Force**
*Plaintiff v. Desmond Mills, Jr., in his individual capacity*

563.     Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

564.     The allegations in Paragraph 564 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

565.     The allegations in Paragraph 565 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

566.     The allegations in Paragraph 566 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

567.    The allegations in Paragraph 567 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

568.    The allegations in Paragraph 568 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

569.    The allegations in Paragraph 569 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

570.    The allegations in Paragraph 570 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

571.    The allegations in Paragraph 571 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

572.    The allegations in Paragraph 572 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

573.    The allegations in Paragraph 573 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

574.    The allegations in Paragraph 574 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

575.    The allegations in Paragraph 575 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

576.    The allegations in Paragraph 576 (a-i) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

577.    The allegations in Paragraph 577 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

578.    The allegations in Paragraph 578 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

579.    The allegations in Paragraph 579 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

580.    The allegations in Paragraph 580 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

581.    The allegations in Paragraph 581 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

582.    The allegations in Paragraph 582 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

583.    The allegations in Paragraph 583 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

584.    The allegations in Paragraph 584 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

585.    The allegations in Paragraph 585 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

586.    The allegations in Paragraph 586 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

587.    The allegations in Paragraph 587 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

588.    The allegations in Paragraph 588 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

589.    The allegations in Paragraph 589 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

590.    The allegations in Paragraph 590 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT XV – Fourth Amendment: Failure to Intervene to Prevent Excessive Force**
*Plaintiff v. Desmond Mills, Jr., in his individual capacity*

591.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

592.    The allegations in Paragraph 592 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

593.    The allegations in Paragraph 593 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

594.    The allegations in Paragraph 594 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

595.    The allegations in Paragraph 595 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

596.    The allegations in Paragraph 596 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

597.    The allegations in Paragraph 597 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

598.    The allegations in Paragraph 598 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

599.    The allegations in Paragraph 599 (a-d) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

600.    The allegations in Paragraph 600 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

601.    The allegations in Paragraph 601 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

602.    The allegations in Paragraph 602 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

603.    The allegations in Paragraph 603 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

604.    The allegations in Paragraph 604 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

605.    The allegations in Paragraph 605 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

606.    The allegations in Paragraph 606 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

607.    The allegations in Paragraph 607 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

608.    The allegations in Paragraph 608 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

609.    The allegations in Paragraph 609 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

610.    The allegations in Paragraph 610 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

611.    The allegations in Paragraph 611 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

612.    The allegations in Paragraph 612 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

613.    The allegations in Paragraph 613 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

614.    The allegations in Paragraph 614 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

615.    The allegations in Paragraph 615 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT XVI – Fourteenth Amendment: Deliberate Indifference to Serious Medical Needs**
*Plaintiff v. Desmond Mills, Jr., in his individual capacity*

616.    Defendant incorporates by reference his answers as if they had been fully stated herein.

617.    The allegations in Paragraph 617 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

618.    The allegations in Paragraph 618 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

619.    The allegations in Paragraph 619 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

620.    The allegations in Paragraph 620 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

621.    The allegations in Paragraph 621 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

622.    The allegations in Paragraph 622 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

623.    The allegations in Paragraph 623 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

624.     The allegations in Paragraph 624 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

625.     The allegations in Paragraph 625 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

626.     The allegations in Paragraph 626 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

627.     The allegations in Paragraph 627 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

628.     The allegations in Paragraph 628 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

629.     The allegations in Paragraph 629 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

630.     The allegations in Paragraph 630 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

631.     The allegations in Paragraph 631 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

632.     The allegations in Paragraph 632 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

633.     The allegations in Paragraph 633 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

634.     The allegations in Paragraph 634 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

635.     The allegations in Paragraph 635 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

636.     The allegations in Paragraph 636 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

### COUNT XVII – Fourth Amendment: Excessive Force
*Plaintiff v. Tadarrius Bean, in his individual capacity*

637.     Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

638.    The allegations in Paragraph 638 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

639.    The allegations in Paragraph 639 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

640.    The allegations in Paragraph 640 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

641.    The allegations in Paragraph 641 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

642.    The allegations in Paragraph 642 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

643.    The allegations in Paragraph 643 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

644.    The allegations in Paragraph 644 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

645.    The allegations in Paragraph 645 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

646.    The allegations in Paragraph 646 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

647.    The allegations in Paragraph 647 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

648.    The allegations in Paragraph 648 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

649.    The allegations in Paragraph 649 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

650.    The allegations in Paragraph 650 (a-i) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

651.    The allegations in Paragraph 651 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

652.    The allegations in Paragraph 652 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

653.    The allegations in Paragraph 653 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

654.    The allegations in Paragraph 654 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

655.    The allegations in Paragraph 655 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

656.    The allegations in Paragraph 656 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

657.    The allegations in Paragraph 657 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

658.    The allegations in Paragraph 658 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

659.     The allegations in Paragraph 659 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

660.     The allegations in Paragraph 660 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

661.     The allegations in Paragraph 661 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

662.     The allegations in Paragraph 662 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

663.     The allegations in Paragraph 663 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

664.     The allegations in Paragraph 664 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

### COUNT XVIII – Fourth Amendment: Failure to Intervene to Prevent Excessive Force
*Plaintiff v. Tadarrius Bean, in his individual capacity*

665.     Defendant incorporates by reference his answers to the foregoing paragraphs with the same force and effect as if they had been fully stated herein. To the extent any further response is required, the City Defendants deny any remaining allegations in Paragraph 6655.

666.     The allegations in Paragraph 666 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

667.     The allegations in Paragraph 667 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

668.     The allegations in Paragraph 668 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

669.     The allegations in Paragraph 669 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

670.     The allegations in Paragraph 670 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

671.     The allegations in Paragraph 671 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

672.     The allegations in Paragraph 672 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

673.     The allegations in Paragraph 673 (a-d) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

674.     The allegations in Paragraph 674 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

675.     The allegations in Paragraph 675 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

676.     The allegations in Paragraph 676 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

677.     The allegations in Paragraph 677 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

678.     The allegations in Paragraph 678 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

679.     The allegations in Paragraph 679 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

680.    The allegations in Paragraph 680 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

681.    The allegations in Paragraph 681 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

682.    The allegations in Paragraph 682 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

683.    The allegations in Paragraph 683 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

684.    The allegations in Paragraph 684 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

685.    The allegations in Paragraph 685 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

686.    The allegations in Paragraph 686 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

687.    The allegations in Paragraph 687 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

688.    The allegations in Paragraph 688 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

689.    The allegations in Paragraph 689 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

690.    The allegations in Paragraph 690 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT XIX – Fourteenth Amendment: Deliberate Indifference to Serious Medical Needs**
*Plaintiff v. Desmond Mills, Jr., in his individual capacity*

691.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

692.    The allegations in Paragraph 692 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

693.    The allegations in Paragraph 693 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

694.    The allegations in Paragraph 694 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

695.    The allegations in Paragraph 695 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

696.    The allegations in Paragraph 696 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

697.    The allegations in Paragraph 697 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

698.    The allegations in Paragraph 698 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

699.    The allegations in Paragraph 699 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

700.    The allegations in Paragraph 700 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

701.     The allegations in Paragraph 701 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

702.     The allegations in Paragraph 702 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

703.     The allegations in Paragraph 703 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

704.     The allegations in Paragraph 704 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

705.     The allegations in Paragraph 705 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

706.     The allegations in Paragraph 706 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

707.     The allegations in Paragraph 707 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

708.     The allegations in Paragraph 708 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

709.     The allegations in Paragraph 709 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

710.     The allegations in Paragraph 710 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

<b><u>COUNT XX – Fourth Amendment: Unreasonable Stop</u></b>
<i>Plaintiff v. Preston Hemphill, in his individual capacity</i>

711.     Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

712.     The allegations in Paragraph 712 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

713.     The allegations in Paragraph 713 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

714.     The allegations in Paragraph 714 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

715.    The allegations in Paragraph 715 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

716.    The allegations in Paragraph 716 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

717.    The allegations in Paragraph 717 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

718.    The allegations in Paragraph 718 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

719.    The allegations in Paragraph 719 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

720.    The allegations in Paragraph 720 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

721.    The allegations in Paragraph 721 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

722.    The allegations in Paragraph 722 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

723.    The allegations in Paragraph 723 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

724.    The allegations in Paragraph 724 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

725.    The allegations in Paragraph 725 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

726.    The allegations in Paragraph 726 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

727.    The allegations in Paragraph 727 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

728.    The allegations in Paragraph 728 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

729.    The allegations in Paragraph 729 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

730.    The allegations in Paragraph 730 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

731.    The allegations in Paragraph 731 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

732.    The allegations in Paragraph 732 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

733.    The allegations in Paragraph 733 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

### COUNT XXI – Fourth Amendment: Excessive Force
*Plaintiff v. Preston Hemphill, in his individual capacity*

734.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

735.    The allegations in Paragraph 735 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

736.    The allegations in Paragraph 736 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

737.    The allegations in Paragraph 737 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

738.    The allegations in Paragraph 738 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

739.    The allegations in Paragraph 739 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

740.    The allegations in Paragraph 740 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

741.    The allegations in Paragraph 741 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

742.    The allegations in Paragraph 742 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

743.    The allegations in Paragraph 743 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

744.    The allegations in Paragraph 744 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

745.    The allegations in Paragraph 745 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

746.    The allegations in Paragraph 746 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

747.    The allegations in Paragraph 747 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

748.    The allegations in Paragraph 748 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

749.    The allegations in Paragraph 749 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

750.    The allegations in Paragraph 750 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

751.    The allegations in Paragraph 751 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

752.    The allegations in Paragraph 752 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

753.    The allegations in Paragraph 753 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

754.    The allegations in Paragraph 754 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

755.    The allegations in Paragraph 755 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

756.    The allegations in Paragraph 756 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

757.    The allegations in Paragraph 757 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

758.    The allegations in Paragraph 758 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

759.    The allegations in Paragraph 759 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

760.    The allegations in Paragraph 760 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

761.    The allegations in Paragraph 761 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

**COUNT XXII – Fourth Amendment: Failure to Intervene to Prevent Excessive Force**
*Plaintiff v. Preston Hemphill, in his individual capacity*

762.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

763.    The allegations in Paragraph 763 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

764.    The allegations in Paragraph 764 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

765.    The allegations in Paragraph 765 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

766.    The allegations in Paragraph 766 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

767.    The allegations in Paragraph 767 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

768.    The allegations in Paragraph 768 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

769.    The allegations in Paragraph 769 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

770.    The allegations in Paragraph 770 (a-d) are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

771.    The allegations in Paragraph 771 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

772.    The allegations in Paragraph 772 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

773.    The allegations in Paragraph 773 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

774.    The allegations in Paragraph 774 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

775.    The allegations in Paragraph 775 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

776.    The allegations in Paragraph 776 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

777.    The allegations in Paragraph 777 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

778.    The allegations in Paragraph 778 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

779.    The allegations in Paragraph 779 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

780.    The allegations in Paragraph 780 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

781.    The allegations in Paragraph 781 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

782.    The allegations in Paragraph 782 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

783.    The allegations in Paragraph 783 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

784.    The allegations in Paragraph 784 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

785.    The allegations in Paragraph 785 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

786.    The allegations in Paragraph 786 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

787.    The allegations in Paragraph 787 are not directed to this Defendant and therefore no response is required from this Defendant.  To the extent that a response is required, the allegations are denied.

788.

## COUNT XXIII – Fourteenth Amendment: Deliberate Indifference to Serious Medical Needs
*Plaintiff v. DeWayne Smith, in his individual capacity*

789.    Defendants incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

790.    Denied.

791.    Denied.

792.    Admitted.

793.    The allegations in Paragraph 793 (a-e) are denied.

794.    Denied.

795.    Denied.

796.    Denied.

797.    Denied.

798.    Denied.

799.    Denied.

800.    Denied.

801.    Denied.

802.    Denied.

803.    Denied.

804.    Denied.

805.    Denied.

806.    Denied.

## COUNT XXIV – 42 U.S.C. § 1983 – Fourteenth Amendment Violation of Deliberate Indifference to Serious Medical Needs
*Plaintiff v. Robert Long, in his individual capacity*

807.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

808.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 808 are denied.

809.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 809 are denied.

810.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 810 are denied.

811.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 811 are denied.

812.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 812 are denied.

813.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 813 (a-e) are denied.

814.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 814 are denied.

815.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 815 are denied.

816.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this

Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 816 are denied.

817.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 817 are denied.

818.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 818 are denied.

819.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 819 are denied.

820.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 820 are denied.

821.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 821 are denied.

822.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 822 are denied.

823.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 823 are denied.

824.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 824 are denied.

825.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 825 are denied.

826.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 826 are denied.

827.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this

Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 827 are denied.

828.    Count XXIV of the Complaint has been dismissed (ECF No. 484), thus no response by Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant and thus no response by Defendant is required. To the extent that a response is required, the allegations in Paragraph 828 are denied.

**COUNT XXV – 42 U.S.C. § 1983 – Fourteenth Amendment Violations of Deliberate Indifference to Serious Medical Needs**
*Plaintiff v. JaMichael Sandridge, in his individual capacity*

829.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

830.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83030 are denied.

831.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83131 are denied

832.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83231 are denied.

833.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this

Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83333 are denied.

834.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83434 are denied.

835.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83535 (a-e) are denied.

836.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83636 are denied.

837.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83737 are denied.

838.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83838 are denied.

839.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 83939 are denied.

840.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84040 are denied.

841.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84141 are denied.

842.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84242 are denied.

843.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84343 are denied.

844.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this

Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84444 are denied.

845.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 845 are denied.

846.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 846846 are denied.

847.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84747 are denied.

848.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84848 are denied.

849.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 84949 are denied.

850.    Count XXV of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 85050 are denied.

## COUNT XXVI – 42 U.S.C. § 1983 – Fourteenth Amendment Violation of Deliberate Indifference to Serious Medical Needs
*Plaintiff v. Michelle Whitaker, in her individual capacity*

851.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

852.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 852 are denied.

853.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 853 are denied.

854.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 854 are denied.

855.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 855 are denied.

856.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 856 are denied.

857.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 857 (a-e) are denied.

858.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 858 are denied.

859.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 859 are denied.

860.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 860 are denied.

861.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this

Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 861 are denied.

862.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 862 are denied.

863.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 863 are denied.

864.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 864 are denied.

865.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 865 are denied.

866.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 866 are denied.

867.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 867 are denied.

868.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 868 are denied.

869.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 869 are denied.

870.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 870 are denied.

871.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 871 are denied.

872.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this

Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 872 are denied.

873.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 873 are denied.

874.    Count XXVI of the Complaint has been dismissed (ECF No. 484), thus no response by this Defendant is required. Likewise, Plaintiff does not bring this claim against this Defendant, and thus no response by the Defendant is required. To the extent that a response is required, the allegations in Paragraph 874 are denied.

<u>**COUNT XXVII – Intentional Infliction of Emotional Distress**</u>
*Plaintiff v. DeWayne Smith, Individually and as Agent of the City of Memphis*

875.    Defendant incorporates by reference his answers as if they had been fully stated herein.

876.    Denied.

877.    Denied.

878.    Denied.

879.    Denied.

880.    Denied.

881.    Denied.

882.    Denied.

883.    Denied.

884.    Denied.

885.    Denied.

**COUNT XXVIII – Negligent Infliction of Emotional Distress**
*Plaintiff v. DeWayne Smith, Individually and as Agent of the City of Memphis*[19]

886.    Defendant incorporates by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

887.    Admitted.

888.    Admitted.

889.    Admitted.

890.    The allegations in Paragraph 890 (a-g) are denied.

891.    Denied.

892.    Denied.

893.    Denied.

894.    Denied.

895.    Denied.

896.    Denied.

897.    Denied.

898.    Denied.

**COUNT XXIX – Fraudulent Misrepresentation**
*Plaintiff v. DeWayne Smith, Individually and as Agent of the City of Memphis*

899.    Defendant incorporated by reference his answers to the foregoing paragraphs as if they had been fully stated herein.

900.    The allegations in Paragraph 900 (a) admitted.  (b) admitted. (c) denied. (d) denied. (e) denied. (f) denied. (g) admitted. (h) admitted. (i) denied. (j) denied.

901.    Denied.

---

[19] To the extent that Count XXVIII alleges vicarious liability, such a claim is barred from this action.

902.    Denied.

903.    Denied.

904.    Denied.

905.    Denied.

906.    Denied.

907.    Denied.

908.    Denied.

909.    Denied.

910.    Denied.

911.    Denied.

912.    Any and all allegations in Plaintiff's Amended Complaint not specifically admitted or denied are hereby denied.

Defendant denies all allegations and denies Plaintiff is entitled to any of the relief requested in her "PRAYER FOR RELIEF."  Defendant admits Plaintiff has requested a trial by jury.

Any and all other allegations in the Complaint not specifically admitted, explained, or denied herein are hereby denied.

## **AFFIRMATIVE DEFENSES**

1.      Defendant Dewayne Smith submits that Plaintiff's Amended Complaint fails to state a claim against him on which relief can be granted;

2.      Plaintiff's Amended Complaint fails to state a cause of action under the United States Constitution against Defendant Dewayne Smith;

3.      Plaintiff's Amended Complaint fails to state a cause of action against Defendant Smith under Tennessee state law;

4.      Defendant Dewayne Smith affirmatively pleads all applicable federal and state statutes of limitations;

5.      Plaintiff's claims are barred under the doctrine of unclean hands;

6.      Defendant Dewayne Smith contends that Plaintiff is not entitled to any recovery. However, even under all the facts and circumstances set forth in the Plaintiff's Complaint, recovery by Plaintiff against Defendant Smith would be limited to nominal damages;

7.      Tyre Nichols' own conduct constituted the sole proximate cause of any injuries allegedly sustained and of any damages allegedly resulting therefrom, and as a result Plaintiff is barred from recovery;

8.      Defendant Dewayne Smith did not violate Tyre Nichol's constitutional rights;

9.      Defendant Dewayne Smith submits that he is entitled to immunity from all state law claims under the facts and circumstances of this case;

10.      Defendant Dewayne Smith submits that he is entitled to the defense of Qualified Immunity in that at all times relevant his actions:

a.   were taken within the course and scope of employment;

b.   were taken in good faith and with reasonable and probable cause under the circumstance;

c.   were not taken with deliberate indifference to Tyre Nichols' constitutional rights, including his right to medical care;

d.   were in accordance with those of an objectively reasonable officer, charged with the duty to protect himself and others; and,

e.   were taken pursuant to and in accordance with the Constitution and laws of the United States and the State of Tennessee;

11.   Plaintiff did not suffer damages for which she is entitled to relief as a result of Defendant Dewayne Smith's actions, conduct or statements.

11.   There is no causal link between the alleged constitutional violations of Mr. Nichols' rights and any conduct on the part of Defendant Dewayne Smith;

12.   Defendant Dewayne Smith submits that pursuant to 42 U.S.C. § 1988 and T.C.A. 29-20-113 he would be entitled to recover the reasonable attorneys' fees and costs incurred in defending this claim should he prevail in this action brought against him in his individual capacity;

13.   Defendant Dewayne Smith reserves the right to raise any additional affirmative defenses that he may have following the completion of discovery herein and/or to amend these affirmative defenses as otherwise allowed by law.

Respectfully submitted,


/s/Mary Elizabeth McKinney
MARY ELIZABETH MCKINNEY, Bar No. 021597
DEBORAH GODWIN, Bar No. 9972
Attorneys for Defendants Hemphill and Smith
Godwin, Morris, Laurenzi & Bloomfield, P.C.
80 Monroe Avenue, Suite 315
Memphis, Tennessee 38103
Telephone:  901-528-1702
Facsimile:  901-528-0246
Email: bmckinney@gmlblaw.com
Email: dgodwin@gmlblaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing such system will serve a copy of the forgoing upon every CM/ECF registered party in this case.

I also hereby certify that there are no non-registered CM/ECF parties requiring service by other means.

/s/Mary Elizabeth McKinney
MARY ELIZABETH MCKINNEY