# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:23-CV-02224-SHL-atc ) |
| The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; Robert Long; JaMichael Sandridge; Michelle Whitaker; DeWayne Smith, | ) **NOTICE OF APPEAL** ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Defendant Chief Cerelyn J. Davis ("Chief Davis"), in her individual capacity, appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting in Part and Denying in Part Defendants' Motions to Dismiss (ECF No. 484) entered on September 30, 2025.

    Respectfully submitted,

    **BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, P.C.**

    *s/ Bruce McMullen*
    Bruce McMullen (#18126)
    Jennie Vee Silk (#35319)
    Kelsey W. McKinney (#40434)
    165 Madison Avenue, Suite 2000
    Memphis, Tennessee 38103
    Telephone: (901) 526-2000
    bmcmullen@bakerdonelson.com
    jsilk@bakerdonelson.com
    kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis, Chief Cerelyn Davis in her Individual Capacity, and Dewayne Smith as Agent of the City of Memphis*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon all counsel of record and the Guardian Ad Litem via the Court's e-filing system on October 29, 2025.

s/ *Bruce A. McMullen*