# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 30, 2025

Ms. Chasity S. Grice
THE ESTATE AND FAMILY LAW GROUP, PLLC
Suite 103
1755 Lynnfield Road
Memphis, TN 38119

Mr. Bruce A. McMullen
Baker Donelson
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Mr. Stephen H. Weil
Romanucci & Blandin
321 N. Clark Street
Suite 900
Chicago, IL 60654

     Re: Case No. 25-5998
          *RowVaughn Wells, et al v. City of Memphis, TN, et al*
          Originating Case No. 2:23-cv-02224

Dear Counsel,

   This appeal has been docketed as case number **25-5998** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **November 13, 2025**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

    Sincerely,

    s/Kelly Stephens

    Appeal Case Manager: Michelle
    Direct Dial No. 513-564-7035

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5998

ROWVAUGHN WELLS, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.; CHASITY GRACE SHARP, Guardian Ad Litem of Minor Child

    Plaintiffs - Appellees

v.

CITY OF MEMPHIS, TN, a municipality

    Defendant

and

CERELYN DAVIS, Chief, in her official and individual capacity

    Defendant - Appellant