IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-02224-SHL-atc |
| ) | |
| THE CITY OF MEMPHIS, et al., ) | |
|     Defendants. ) | |

**ORDER STAYING PROCEEDINGS AS TO
DEFENDANT CHIEF CERELYN J. DAVIS**

On October 29, 2025, Defendant Chief Cerelyn J. Davis filed a Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Order Granting in Part and Denying in Part Defendants' Motions to Dismiss. (ECF No. 507.) Although the Notice of Appeal does not provide the basis for the appeal, the Court denied Chief Davis' motion that asserted she was entitled to qualified immunity, and presumes that that is the issue for appeal. (See ECF No. 303.)

The Court's Order denying Chief Davis' motion based on qualified immunity is immediately appealable. See Yates v. City of Cleveland, 941 F.2d 444, 448 (6th Cir. 1991) ("a district court's denial of a claim of qualified immunity, to the extent that it turns on an issue of law, is an appealable 'final decision' within the meaning of 28 U.S.C. § 1291") (quoting Mitchell v. Forsyth, 472 U.S. 511, 530 (1985)). Accordingly, this matter is stayed as to the claims against Chief Davis, including all pending discovery disputes involving her.

Based on the positions the Parties articulated at the October 29, 2025 Status Conference, this case will continue to move forward on the claims against the remaining Defendants.

**IT IS SO ORDERED,** this 30th day of October, 2025.

                                                 s/ Sheryl H. Lipman  
                                                 SHERYL H. LIPMAN  
                                                 CHIEF UNITED STATES DISTRICT JUDGE