# EXHIBIT 1

**From:** Joshua Levin
**To:** McMullen, Bruce; Silk, Jennie
**Cc:** Stephen Weil; Antonio Romanucci; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin; Colton Johnson Taylor; Sarah Raisch; cgrice; ge@perrygriffin.com; Mary Collins; Terri Norman; Mistie@zummachlaw.com; Dana Kondos; Houston Ward; Devon Kelly; Natalie@bencrump.com; Morris, Angela; Reagan, Ian; Thompson, Theresa; Butler, Briana; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey; Betsy Walton; Stephen R. Leffler
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling
**Date:** Tuesday, December 16, 2025 10:59:18 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png

Thanks, Bruce. We need to lock down dates for these depositions as soon as possible. Please send us your and the six identified witnesses' availability for the dates we proposed in my Dec 9 and Dec 11 emails. For convenience, I am listing them again here:

- January week days: 8, 13-16, 20, 22, 23 (AM only), 26-30.
- Weekend days: 1/11, 1/17, 1/18, 1/31, and 2/1.

**We need all counsel to confirm their availability for these dates.** So far, I have received responses from only Martin and Betsy. City counsel, please send us your attorney availability even if you are waiting to hear back from witnesses still. We need to at least hold dates based on counsels' schedules.

Thank you,
Josh

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Monday, December 15, 2025 11:57 AM
**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Joshua,

Clearly you know that the parties' depositions are essential to your case. I understand that you are gambling that you can take these lesser important depositions now and then lean on the court to grant you an additional 6 depositions based on the importance of **party** depositions. While I understand you believe that this is a legitimate strategy, it is our opinion that you are trying to circumvent the rules and the Court's binding scheduling order. However, that is your gamble.

For the record we do not object to 30 depositions per the current Court's order and will schedule those (to the extent we have availability) you requested. However, we do object to you taking 36 depositions, and we intend to file a **Protective Order** to prevent the increase and ask for additional relief re: subverting the Court's order. Please consider this email our **meet and confer** on that motion and let us know if you oppose.

Bruce A. McMullen

Shareholder
Direct Dial: 901.577.2356

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Sunday, December 14, 2025 9:27 AM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

Bruce,

That is not how this works. The Court has currently granted Plaintiff up to 30 depositions. *See* Apr. 10, 2024 Order, ECF 179 at 3. We have been asking, for nearly two weeks, to schedule depositions *to which Plaintiff is entitled* under the Court's current allotment.

At the same time, we have a motion pending to take more than 30 depositions. We may win that motion. We may lose. Or we may be granted only some of the additional depositions asked for. Regardless of how the Court rules, we are entitled to move the Court for additional relief. And the City is free to oppose. You are entitled to ask the Court for relief too—perhaps you will move the Court to reduce our allotment of depositions, or request some other limitation. The point is, under Rule 30(a)(2)(A)(i), it is the Court that will decide how many depositions each party is allotted in this case. It is not us, and it is not you.

What you appear to be doing is trying to circumvent that rule. You seem to be refusing to provide us depositions that the Court has already allotted us, unless we agree not to ask the Court for relief in the future. We both know that you are not permitted to do that.

Please let us know by COB tomorrow (Monday) whether you will agree to produce the six identified individuals (Jones, Morrow, Foster, Fox, Brown, and Williams) for their depositions. If we do not hear from you by that time, we will take it to mean you are objecting for the reasons stated in your prior correspondence on this matter.

Thanks,
Josh

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>

**Sent:** Friday, December 12, 2025 3:59 PM
**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

On Wednesday, you stated "We are not going to stipulate not to take the Defendants' depositions—that is one of the reasons we are seeking additional depositions in the pending motion for leave." But yesterday you said, "We realize the Court may not grant us additional depositions beyond 30. We are taking that risk."

Does this mean that you are stipulating that you will not seek leave to take the depositions of the stayed Defendants should the Court deny your motion for additional depositions? If so, we need it in writing and signed under penalty of perjury. Otherwise, this is apparently an attempt to get around an existing court order. This stunt shows a lack of respect for the Court's orders.

Please advise.

**Bruce A. McMullen**
Shareholder
Direct Dial: 901.577.2356

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Thursday, December 11, 2025 7:51 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

Bruce,

We understand that we currently have 10 depositions remaining of the 30 we are currently allotted. After accounting for the upcoming depositions of Bass, Burnett, Crowe, and the 30(b)6 witnesses, we have six depositions remaining. For those six, we are seeking to depose the individuals listed in my December 9 email—Jones, Morrow, Foster, Fox, Brown, and Williams—as we explained previously.

These six are depositions that we are entitled to under our current allotment. We realize the Court may not grant us additional depositions beyond 30. We are taking that risk. We are requesting to depose the six individuals noted above.

Are you objecting to making the six identified individuals available for deposition? If so, on what grounds? Please let us know by COB tomorrow so that we can seek relief from the Court if needed.

Please also get back to us by tomorrow with your availability for the dates we offered in my December 9 email, including for the 30(b)(6) depositions. We need to solidify those dates as soon as possible.

**All counsel, please confirm your availability for as many of the dates (proposed in my December 9 email below) as possible, so that we can hold dates for these depositions.** In addition to the dates listed below, we will also make ourselves available for the following weekend days: 1/11, 1/17, 1/18, 1/31, and 2/ 1. Please let us know.

Thanks,
Josh

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Wednesday, December 10, 2025 3:06 PM
**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

It appears you are assuming that the Court is going to grant your second motion for additional depositions. We are not so sure of that, but maybe you know something we don't. Nevertheless, we will maintain our position. We will only schedule up to 24, which includes Bass, Burnett, Crowe, and the 30(b)6 witnesses. That should amount to 24 depositions.  We will not schedule any additional depositions because the **Court** has not ruled on your motion and to do so would violate ECF 179.

You are being **disingenuous** by equating MLK day with a weekend day. Further, in your list of proposed dates of your availability **you didn't list one weekend date or holiday other than MLK day**. You are losing **credibility** by the email.

**Bruce A. McMullen**

Shareholder
Direct Dial:  901.577.2356

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Wednesday, December 10, 2025 2:40 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

Bruce,

We understand that we are currently limited to 30 depositions. We have a motion pending for leave to take additional depositions. We are not going to stipulate not to take the Defendants' depositions—that is one of the reasons we are seeking additional depositions in the pending motion for leave.

Is the City objecting to making the 10 identified individuals available for deposition? Please let us know.

As you are aware, fact discovery closes on February 6, which may necessitate working on holidays or weekends.

Thank you for the material on MLK.

Josh

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Wednesday, December 10, 2025 11:55 AM
**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

The only way we can proceed with scheduling additional depositions that brings your total to more than 24 is if you stipulate that you will not seek leave to depose the defendants that have not been deposed after you have exhausted your 30-deposition limit.  If you won't stipulate to that, it is obvious that you do not intend to follow the Court's order limiting you to 30 depositions.

I must address another point from your email. This is the second time that you have suggested that we work on **MLK Day**. Last year you did the same thing (see attached email from last year on the same issue). As I told you last year, we are not going forward on **MLK Day**.

MLK Day is a big deal and a sacred day, especially for Memphians. **MLK** was murdered in Memphis. He came to support the sanitation workers' strike, and he was shot on the balcony of the **Lorraine Motel**.  It is now the **Civil Rights Museum**. You should tour it.   Prior to his death,  **MLK** won the **Nobel Peace Prize**, which was awarded to him for leading nonviolent resistance to racial prejudice in the U.S. He is revered worldwide and particularly by the African American community.

I assumed you knew this, but it just donned on me that no one representing an African American (of which your firm would receive 40% of any proceeds recovered by his estate) against a predominately African American city, would be so *tone deaf, entitled*, and/or  *brazenly disrespectful* to suggest again that we go forward with a deposition on **MLK day** in this City. So, it must be ignorance. Consequently, I thought you would benefit from some education on **MLK** and why there is a national holiday honoring his legacy. Martin Luther King Jr. - Wikipedia

Bruce A. McMullen

Shareholder
Direct Dial:  901.577.2356

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Tuesday, December 9, 2025 7:56 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

Hi Jennie and all,

We can confirm the deposition of Col. Burnett in the afternoon of January 6, 2026. We will send a notice shortly.

In response to your question about who we "would like to use as [our] last deposition," we do not agree with the premise of your question. We currently have 10

depositions remaining and, at this point in discovery, we are seeking to depose the 10 individuals listed below. If you are objecting to making the 10 identified individuals available for deposition, please let us know by 5pm tomorrow so that we can seek relief from the court.

*Already scheduled:*

- Col. Eddie Bass – December 18, 2025
- Col. Patricia Burnett – January 6, 2026
- Dep. Chief Don Crowe – January 21, 2026

*To be scheduled:*

- 30(b)(6) – Anticipated five (5) days
- Detective Dedrick Jones – 3.5 hours
- Officer Charles Morrow – 7 hours
- Major Timothy Foster – 3.5 hours
- Major Dressels Fox – 3.5 hours
- Major Robert Brown – 3.5 hours
- Lt. Walter L. Williams – 3.5 hours

For the 7 depositions yet to be scheduled, we need to solidify dates as soon as possible. We are available on the following dates in January: 8, 13-16, 19*-20, 22, 23**, 26-30.

**All counsel, please confirm your availability for as many of the above dates as possible so that we can hold the dates for these depositions. Counsel for City, please let us know the witnesses' availability for as many dates as possible by December 15.** Please include AM/PM or full day in your responses, as many of the depositions will only be 3.5 hours.

**In addition, City counsel, please let us know the last known address for Major Brown, as requested previously.**

Thanks,
Josh

* January 19 is MLK Day; we will be available.
**AM only because the case is set for status hearing at 3pm.

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Tuesday, December 9, 2025 2:31 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie <zummachlaw.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Colton,

Plaintiff has taken the depositions of 20 witnesses and currently has scheduled an additional three depositions (Bass, Burnett, Crowe), plus a 30(b)(6) deposition, which brings the total number of Plaintiff's depositions taken and/or scheduled to 24. Your team has stated that you intend to depose the five defendant officers, which would bring Plaintiff's total to 29. That means Plaintiff has one remaining deposition.

Please let us know if you would like to depose a person from the list below or if there is someone else you would like to use as your last deposition.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax       901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Wednesday, December 3, 2025 5:02 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie <zummachlaw.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

Jennie, thank you. Let me know when you have updates on Col. Burnett and Major Brown. In addition, we would like to schedule the depositions for the following MPD personnel. Let us know if any of them are no longer with MPD. Except for Officer Morrow, we only need to reserve 3.5 hours for these deponents.

- Detective Dedrick Jones
- Officer Charles Morrow (Full day / 7 hours)
- Major Timothy Foster
- Major Dressels Fox
- Lt. Walter L. Williams

Please provide us potential dates by EOB on Friday 12.5.2025.



Go Green - Please don't print this e-mail unnecessarily.
Confidentiality Statement. The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Monday, December 1, 2025 4:09 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie <Mistie@zummachlaw.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Colton,

Regarding Eddie Bass, December 18 is okay if we start at 10:00 am CST. We have a scheduling conference in another matter at 9:00 am.

We will get back to you this week on a date for Col. Burnett and the last known address of Robert Brown.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone   901.577.8212
Fax        901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Monday, December 1, 2025 1:43 PM
**To:** Sarah Raisch <sraisch@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; Joshua Levin <JLevin@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie <Mistie@zummachlaw.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>
**Subject:** RE: Wells v. City of Memphis - Deposition Scheduling

Jennie,

Please advise on the issues below related to the depositions of Bass, Brown and Burnett.

