# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; Robert Long; JaMichael Sandridge; Michelle Whitaker; DeWayne Smith, <br><br> Defendants. | CASE NO. 2:23-CV-02224-MSN-atc <br> JURY DEMAND |

## UNOPPOSED MOTION TO RESET HEARING ON MOTIONS AND STATUS CONFERENCE

Defendant City of Memphis ("the City"), respectfully moves the Court for an Order resetting the Hearing on Motions and Status Conference from Friday, January 9, 2026 at 2:00 pm via Microsoft Teams to another date based upon the City's counsel's unavailability on January 9, 2026. In support of this Motion, the City respectfully states as follows:

1. On December 22, 2025, the Court entered an Order Setting Hearing on Motions and Status Conference and Requiring Further Consultation and Joint Notice. (ECF No. 528.)

2. In that Order, the Court set several motions to be heard on January 9, 2026 at 2:00 pm via Microsoft Teams.

1

3. Counsel for the City has an unmovable scheduling conflict on January 9, 2026 in the afternoon. Specifically, one member of the City's legal team will be traveling during that time and will be unavailable to participate in the scheduled hearing.

4. Counsel for the City, Jennie Silk, consulted with all parties about this conflict via email on December 22, 2025.

5. The parties have consulted about availability to reset the hearing the following week. The parties are available on January 13 in the afternoon, January 14 in the afternoon (except between 2:30 – 3:30), or January 15 in the afternoon.

6. The City, therefore, respectfully requests that the Court reset the Hearing on Motions and Status Conference from January 9, 2026 at 2:00 pm, to another date convenient for the Court.

7. Good cause exists for the City's request, and the request is not made for the purpose of delay.

8. Based on the foregoing, the City respectfully requests that the Court reset the January 9, 2026 at 2:00 pm hearing on Motions for Hearing and Status Conference.

Dated: December 23, 2025.

4915-3634-0868

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce McMullen (#18126)
Freeman B. Foster (#23265)
Jennie Vee Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
ffoster@bakerdonelson.com

*Attorneys for Defendant City of Memphis,
Chief Cerelyn Davis*

## CERTIFICATE OF CONSULTATION

I, Bruce McMullen, hereby certify that counsel for the City, Jennie Silk, consulted with all parties via email regarding the relief sought in this Motion. Counsel for Plaintiff, Josh Levin, had no opposition to resetting the Hearing on Motions during the week of January 12, 2026. Betsy McKinney, counsel for Preston Hemphill and Dewayne Smith, and Martin Zummach, counsel for Justin Smith, also had no opposition to the relief sought in this Motion. No other party responded to the consultation.

*s/ Bruce McMullen*
Bruce McMullen

4915-3634-0868