IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; DeWayne Smith,<br><br>  Defendants. | CASE NO. 2:23-CV-02224-SHL-atc<br>JURY DEMAND |

## DEFENDANT CITY OF MEMPHIS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RULE 30(b)(6) DEPOSITION

Defendant City of Memphis (the "City") submits its Response to Plaintiff's Motion to Compel Rule 30(b)(6) Deposition (the "Motion to Compel"). (ECF No. 522.)

The City does not object to Topics 4(b)–(d) in the Plaintiff's Rule 30(b)(6) Deposition Notice as Plaintiff indicates in the Motion to Compel. Consequently, Plaintiff's Motion to Compel Rule 30(b)(6) Deposition should be denied as moot.[1]

---

[1] The Parties agreed that the City would have until December 19, 2025 to respond regarding this issue and other issues raised in the parties' meet and confer on the 30(b)(6) topics. Despite this agreement, Plaintiff filed her Motion to Compel on December 14, 2025. Plaintiff never indicated to the City that she intended to file a Motion to Compel on this issue before the City's response deadline of December 19, 2025. Plaintiff's Motion to Compel is a waste of the Court's resources.

1

Dated: December 23, 2025

        Respectfully submitted,

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**

        *s/ Bruce McMullen*
        Bruce McMullen (#18126)
        Jennie Vee Silk (#35319)
        Kelsey W. McKinney (#40434)
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee 38103
        Telephone: (901) 526-2000
        bmcmullen@bakerdonelson.com
        jsilk@bakerdonelson.com
        kmckinney@bakerdonelson.com

        *Attorneys for Defendant City of Memphis and Chief Cerelyn Davis in her Individual Capacity*

## CERTIFICATE OF SERVICE

    I, Bruce McMullen, hereby certify that on December 23, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

        *s/ Bruce McMullen*
        Bruce McMullen