IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROW VAUGHN WELLS, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF TYRE
DEANDRE NICHOLS, DECEASED

     Plaintiff

VS.                               CAUSE NO.: 2:23-CV-02224-SHL-atc

THE CITY OF MEMPHIS, a Municipality;
CHIEF CERELYN DAVIS, in her official capacity;
EMMITT MARTIN, III, in his individual capacity;
DEMETRIUS HALEY, in his individual capacity;
JUSTIN SMITH, in his individual capacity;
DESMOND MILLS, JR., in his individual capacity;
TADARRIUS BEAN, in his individual capacity;
PRESTON HEMPHILL, in his individual capacity;
ROBERT LONG, in his individual capacity;
JAMICHAEL SANDRIDGE, in his individual capacity;
MICHELLE WHITAKER, in her individual capacity;
DEWAYNE SMITH, in his individual capacity and as an
agent of the City of Memphis

     Defendants

---

### MOTION TO EXCUSE APPEARANCE FROM STATUS CONFERENCE SET FOR JANUARY 26, 2026 AT 2:00 P.M.

---

COMES NOW, counsel for Defendant, Justin Smith, and asks this Court to be excused

from the status conference of January 26, 2026, at 2:00 p.m., and would state as follows:

1.     When the parties were before the Court on October 29, 2025, for a status

conference and the original date of January 23, 2026, was chosen, the undersigned indicated to

the Court that he was undergoing knee replacement surgery and would most likely not be cleared

to drive or walk safely. The Court excused the undersigned from attending.

2.      As a stop gap, the Honorable John Keith Perry, Jr., who represents Defendant,

Tadarrius Bean, agreed to appear as the interest of Tadarrius Bean and Justin Smith are very

similar. Justin Smith, by and through counsel, also agreed to this proviso.

3.      It is still very unclear whether or not the undersigned will be able to attend the

newly set status conference three (3) days later, and out of an abundance of caution, files this

Motion.

Respectfully Submitted,


*S/Martin Zummach*
Martin Zummach, #16352
Attorney for Defendant, Justin Smith
2889 Chattering Lane
Southaven, MS 38672
901-482-5909


Certificate of Service

The undersigned certifies that on the 9th day of January, 2026, a copy of the
foregoing document was electronically filed with court clerk using the ECF System, and
that upon filing, a copy will be sent via the Court's ECF System to all registered parties
in this case.

*S/Martin Zummach*

2