IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, | ) |
|    Plaintiff, | ) |
| v. | ) No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) |
|    Defendants. | ) |

**ORDER GRANTING MOTION TO EXCUSE APPEARANCE FROM STATUS CONFERENCE SET FOR JANUARY 26, 2026 AT 2:00 P.M.**

Before the Court is the Motion to Excuse Appearance From Status Conference Set for January 26, 2026 at 2:00 p.m., filed by Defendant Justin Smith on January 9, 2026. (ECF No. 538.) In the Motion, Smith's counsel, Martin Zummach, seeks confirmation that, consistent with the Court's determination that he would be excused from appearing for the status conference when it was previously scheduled for January 23, his appearance would be excused for the re-scheduled date of January 26. Zummach explained to the Court at an earlier status conference that he was undergoing knee replacement surgery and would most likely not be cleared to drive or walk safely by January 23.

According to the Motion, John Keith Perry, Jr., who represents Defendant Tadarrius Bean, has agreed to appear for Smith at the status conference, as Bean and Smith's interests "are very similar," and Smith "agreed to this proviso." (Id. at PageID 8368.)

Therefore, for good cause shown, the Motion is **GRANTED**. Zummach is excused from appearing at the January 26 status conference.

**IT IS SO ORDERED,** this 12th day of January, 2026.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE