IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; Robert Long; JaMichael Sandridge; Michelle Whitaker; DeWayne Smith,<br><br>  Defendants. | CASE NO. 2:23-CV-02224-SHL-atc<br>JURY DEMAND |

## JOINT STATUS REPORT

Pursuant to the Court's December 22, 2025 Order (ECF No. 528), the parties submit this joint status report.

Counsel for Plaintiff and the City met and conferred via Microsoft Teams on January 8, 2025. Also on the call was counsel for Defendants DeWayne Smith and Preston Hemphill, although she did not participate. The parties remain in dispute as to all issues, which are detailed as follows:

1. **The City's Motion to Compel Subpoena Responses (ECF No. 383):** No issues related to this Motion have been resolved.

1

2.      **The City's Motion to Compel RFP Responses (ECF No. 453):** The only issue that has been resolved is that Plaintiff's counsel did provide the City with an inventory identifying which documents produced are responsive to particular requests. All other issues remain in dispute.

3.      **The City's First and Second Motions for Protective Orders (ECF Nos. 498, 524):** No issues related to these Motions have been resolved.

4.      **The Deposition Motions (ECF Nos. 499, 517, 522, 525):** No issues related to these Motions have been resolved.

At the parties' January 8, 2025 conference, Plaintiff proposed, by way of compromise on the question of additional depositions, that each party would receive 7 additional depositions (giving Plaintiff a total of 37 and the City a total of 18).

At 2:16 p.m. on the date of this filing, the City responded that it may be able to agree to an additional 7 witnesses for each party but only if Plaintiff would either (1) supplement her responses to the City's Fourth Set of Requests for Production to state whether or not she is withholding responsive documents, as required by Federal Rule of Civil Procedure 34(b)(2)(C) and as requested by the City in its Motion to Compel RFP Responses (ECF Nos. 453, 454); or (2) file a stipulation with the Court stipulating to the persons Plaintiff will not be calling at trial. Plaintiff's counsel responded at 4:10 p.m., notifying the City that Plaintiff did not have sufficient time to consider the City's proposal before the deadline to file this report.

5.      **T-Mobile Records:** Chief Davis believes that the document production from T-Mobile pursuant to her September 29, 2025 subpoena is complete. Consequently, Chief Davis does not foresee seeking future relief on this issue.

Dated: January 12, 2026.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendants City of Memphis
and Chief Cerelyn Davis*


*/s/ Joshua M. Levin*
Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
(312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
(901) 763-2500 (ext. 103), Telephone
(901) 763-2525, Facsimile
dm@mendelsonfirm.com

bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
(337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

\* Admission *pro hac vice*