IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; DeWayne Smith,<br><br>  Defendants. | CASE NO. 2:23-CV-02224-SHL-atc<br>JURY DEMAND |

**DEFENDANT CITY OF MEMPHIS' NOTICE REGARDING IMPROPER RECORDING OF STATUS CONFERENCE**

Defendant City of Memphis (the "City") hereby notifies the Court of an issue related to Plaintiff's counsel's use of an AI tool, Read AI, to record a status conference that took place in another matter on January 12, 2026. *See Young & White, et al. v. City of Memphis, et al.*, No. 2:25-cv-02799, ECF No. 69 (W.D. Tenn.).

That issue has relevance here because Plaintiff in this case is represented by some of the same attorneys representing the plaintiff in the *White v. City of Memphis, et al.*, No. 2:25-cv-2800-SHL-atc (W.D. Tenn.) case, and much of the relevant attorneys' conduct occurred in proceedings in this case. The City respectfully submits the following to the Court:

  1.  Notice of Inadvertent Recording of January 12, 2026 Hearing, *Young & White, et*

1

*al. v. City of Memphis, et al.*, No. 2:25-cv-02799, ECF No. 69 (W.D. Tenn. Jan. 12, 2026). This Notice is attached as <u>Exhibit 1</u>.

2. City of Memphis's Response to Plaintiff's Notice of Inadvertent Recording of January 12, 2026 Hearing, *Young & White, et al. v. City of Memphis, et al.*, No. 2:25-cv-02799, ECF No. 71 (W.D. Tenn. Jan. 13, 2026). This Response and all exhibits are attached as <u>Exhibit 2</u>.

Dated: January 14, 2026

> Respectfully submitted,
>
> **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
>
> *s/ Bruce McMullen*
> Bruce McMullen (#18126)
> Jennie Vee Silk (#35319)
> Kelsey W. McKinney (#40434)
> 165 Madison Avenue, Suite 2000
> Memphis, Tennessee 38103
> Telephone: (901) 526-2000
> bmcmullen@bakerdonelson.com
> jsilk@bakerdonelson.com
> kmckinney@bakerdonelson.com
>
> *Attorneys for Defendant City of Memphis and Chief Cerelyn Davis in her Individual Capacity*

**CERTIFICATE OF SERVICE**

I, Bruce McMullen, hereby certify that on January 14, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

> *s/ Bruce McMullen*
> Bruce McMullen