# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## TENNESSEE WESTERN DIVISION

| | |
|---|---|
| Shonda R. White, Individually and as Mother and Next Friend of Lasundra Josephine White, a Minor, and Jasmine Kinds, a Deceased Minor, and P.K.K., a Minor, | |
| Plaintiffs, | **Case No. 2:25-cv-02800-SHL-TMP** |
| v. | *Consolidated with* |
| City of Memphis, Tennessee; Ontarian Malone; Marquavius Williams; Marterrion Brisco; and Xavier Hunt, | **Case No. 2:25-cv-02799-SHL-TMP** |
| | JURY TRIAL DEMANDED |
| Defendants. | |

### NOTICE OF INADVERTENT RECORDING OF JANUARY 12, 2026 HEARING

Plaintiff's counsel hereby notifies the Court that Attorney David Mendelson, one of Plaintiff's counsel, unknowingly and unintentionally recorded the January 12, 2026 status hearing that was held virtually via Microsoft Teams, using an artificial intelligence (AI) feature of Microsoft Teams known as Read AI. Plaintiff's counsel further states as follows:

1. Mr. Mendelson did not know that the Read AI feature was activated during the hearing. Mr. Mendelson had no intention of recording the hearing, whether through the Read AI feature or by any other means.

2. None of Plaintiff's attorneys were aware that this feature was activated or that Mr. Mendelson's Teams platform was recording the hearing.

1

3. Counsel for the City of Memphis contacted Plaintiff's counsel about the recording around 4:30 p.m. on January 12, 2026 after Read AI generated an automated email, which was apparently sent to all participants in the Teams conference, containing a "meeting report."

4. To Plaintiff counsel's knowledge, the Read AI feature has not been used to record any other conference or proceeding in this or any other case in which Plaintiff counsel is involved in this Court.

5. Mr. Mendelson is taking affirmative steps to ensure that he will not record future hearings or any other future Microsoft Teams conference—namely by deactivating Read AI from his Microsoft Teams program.

6. Mr. Mendelson will delete the recording of the January 12, 2026 hearing when instructed to do so by the Court. (Mr. Mendelson is preserving the recording until further instruction from the Court, as counsel for the City of Memphis requested that he not delete the recording.)

Dated:  January 12, 2026                    Respectfully submitted,

*/s/ David L. Mendelson*
David L. Mendelson (Tenn. Bar No. 016812)
MENDELSON LAW FIRM
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com

2

Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
jlevin@rblaw.net
sweil@rblaw.net

Henry W. Miller, III (#016817)
Michael W. Miller (#11612)
Henry W. Miller, IV (#036533)
MILLER LAW FIRM
2400 Poplar Avenue, Suite 418
Memphis, TN 38112
901-327-3434 (Office)
mlfhenry@bellsouth.net
mlfmichael@bellsouth.net
mlfhenryjr@gmail.com

***Attorneys for Plaintiff***

* Admitted *pro hac vice*