IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, <br><br> Plaintiff, <br> v. <br><br> The City of Memphis *et al.*, <br><br> Defendants. | Case No. 2:23-CV-02224 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE PARTIES' JOINT STATUS REPORT**

Plaintiff, through her undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A), submits this motion for extension of time seeking four additional days to file the parties' Joint Status Report which currently is due on January 16, 2026 (ECF 504). In support of her motion, Plaintiff states as follows:

1. On October 29, 2025, the Court issued an Order (ECF 506) setting a Status Conference for January 23, 2026. On the same day, a minute entry entered by the Court ordered the parties to file their Joint Status Report in anticipation of the Status Conference on January 16, 2026 (ECF 504). On January 6, 2026, the Court issued an Order (ECF 536) resetting the date for the Status Conference to January 26, 2026.

2. On January 15, 2026, Magistrate Judge Christoff held a hearing in this case on a number of pending motions. ECF 542. Some of the matters addressed in that hearing impact issues that may need to be raised with the Court at the January 26 status conference. In light of yesterday's rulings by Judge Christoff, Plaintiff believes that additional time is needed to draft the parties'

status report so that the parties have sufficient time to incorporate matters addressed or ruled on at yesterday's hearing.

    3.    Due to the foregoing, Plaintiff respectfully requests an additional four days, to and including January 20, 2026, for the parties to file their Joint Status Report.

    4.    This request is made in good faith and not for purposes of delay.

    5.    Plaintiff respectfully submits that, for the above reasons, good cause supports her request for a four-day extension of time to file the parties Joint Status Report.

    6.    Plaintiff's counsel e-mailed the City's counsel on January 15 seeking the City's position on the relief requested in this motion. On Thursday January 15, the City stated that it does not oppose the extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending by four days (to January 20, 2026) the time for the parties to file their Joint Status Report in advance of the January 26, 2026 Status Conference.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Colton M. Johnson Taylor*
Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

2

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

* Admission *pro hac vice*

**CERTIFICATE OF CONSULTATION**

On January 15, counsel for Plaintiff consulted with counsel for the City via e-mail regarding the relief requested in this motion. The City, through its counsel Kelsey McKinney, stated the City does not object.

*/s/ Colton M. Johnson Taylor*