IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROW VAUGHN WELLS, INDIVIDUALLY AND
AS ADMINISTRATRIX OF THE ESTATE OF
TYRE DEANDRE NICHOLS, DECEASED,

    Plaintiff

vs.                                                                 Cause No. 2:23-CV-0224-SHL-atc

THE CITY OF MEMPHIS, a Municipality;
CHIEF CERELYN DAVIS, in her official capacity;
EMMITT MARTIN, III, in his individual capacity;
DEMETRIUS HALEY, in his individual capacity;
JUSTIN SMITH, in his individual capacity;
DESMOND MILLS, JR., in his individual capacity;
TADARRIUS BEAN, in his individual capacity;
PRESTON HEMPHILL, in his individual capacity;
ROBERT LONG, in his individual capacity;
JAMICHAEL SANDRIDGE, in his individual capacity;
MICHELLE WHITAKER, in her individual capacity;
DEWAYNE SMITH, in his individual capacity and as
an agent of the City of Memphis

    Defendants.

---

MOTION TO EXCUSE APPEARANCE OF DAVID L. MENDELSON
FROM STATUS CONFERENCE SET FOR FEBRUARY 10, 2026 AT 2:30 P.M.

---

COMES NOW Plaintiff, by and through undersigned counsel, David L. Mendelson, and respectfully moves this Court for an Order excusing his appearance from the status conference currently set for February 10, 2026, at 2:30 p.m., and in support thereof states as follows:

1. This matter was previously scheduled for a status conference before the Court on January 23, 2026 and was reset until February 10, 2026, at 2:30 p.m. for inclement weather.

2. The undersigned counsel, David L. Mendelson, requests to be excused from

        attending the status conference on February 10, 2026 due to a professional conflict.

3. Specifically, Mr. Mendelson will be attending the Annual 2026 RMAI (Receivables Management Association International) Conference from February 9-12, 2026, which includes client meetings/dinners starting Monday afternoon February 9, 2026.

4. The conference is being held at the ARIA Resort & Casino in Las Vegas, Nevada.

5. The planning for the conference and the associated client meetings and dinners began taking place in October 2025.

6. Plaintiff's counsel from Romanucci & Blandin will be present and provide a full status report/update to the Court.

7. Benjamin Wachtel, of Mendelson Law Firm, will appear as local counsel.

8. Counsel submits that good cause exists for the requested relief, and that excusing Mr. Mendelson's appearance will not delay the proceedings.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order excusing the appearance of David L. Mendelson from the February 10, 2026 status conference.

Respectfully Submitted,

/s/ David L. Mendelson  
David L. Mendelson (TN#016812)  
Mendelson Law Firm  
Attorney for Plaintiff  
P.O. Box 17235  
Memphis, TN 38187  
(901) 763-2500

CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of February, 2026, a copy of the foregoing Motion was filed electronically using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ David L. Mendelson  
David L. Mendelson