# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ROWVAUGHN WELLS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING MOTION TO EXCUSE APPEARANCE OF DAVID L. MENDELSON FROM STATUS CONFERENCE SET FOR FEBRUARY 10, 2026 AT 2:30 P.M.

Before the Court is the Motion to Excuse Appearance of David L. Mendelson From Status Conference Set for February 10, 2026 at 2:30 p.m., filed by Plaintiff RowVaughn Wells on February 2, 2026. (ECF No. 551.) In the Motion, Mendelson, one of Wells's attorneys, seeks to be excused from the upcoming status conference based on a professional conflict that will have him out of town during the status conference. Mendelson asserts that "Plaintiff's counsel from Romanucci & Blandin will be present and provide a full status report/update to the Court," and "Benjamin Wachtel, of Mendelson Law Firm, will appear as local counsel." (Id. at PageID 8441.)

For good cause shown, the Motion is **GRANTED**. Mendelson is excused from attending the February 10 status conference.

**IT IS SO ORDERED,** this 2nd day of February, 2026.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE