# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) |
| Defendants. | ) |

## ORDER DENYING AS MOOT PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE PARTIES' JOINT STATUS REPORT

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File the Parties' Joint Status Report, filed January 16, 2026. (ECF No. 543.) The same day Plaintiff filed her Motion, the Parties filed their Joint Status Report. (ECF No. 545.) The Motion is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED,** this 2nd day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE