IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO EXCUSE THE APPEARANCE OF
FLORENCE M. JOHNSON AT THE RESCHEDULED STATUS CONFERENCE
OF FEBRUARY 17, 2026 AT 2:00PM**

Before the Court is the Motion to Excuse the Appearance of Florence M. Johnson at the Rescheduled Status Conference of February 17, 2026 at 2:00PM, filed February 10, 2026. (ECF No. 559.) Johnson, who represents Defendant Emmitt Martin III, asserts that the new date for the recently rescheduled status conference conflicts with a "longstanding medical procedure that . . . cannot be postponed." (Id. at PageID 8506.) She asserts that Curtis D. Johnson, Jr., from the same firm, "will be present at the hearing and can update the Court as it relates to Martin should that be required." (Id.)

The Motion is **GRANTED**. Before Curtis D. Johnson, Jr., appears on behalf of Martin at the status conference, however, he must enter a notice of appearance.

**IT IS SO ORDERED,** this 10th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE