# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO EXCUSE THE APPEARANCE OF JOHN KEITH PERRY AT THE RESCHEDULED STATUS CONFERENCE

Before the Court is the Motion to Excuse the Appearance of John Keith Perry at the Rescheduled Status Conference, filed February 10, 2026. (ECF No. 560.) Perry, who represents Defendant Tadarrius Bean, asserts that he "has a previously scheduled hearing in Jackson, Mississippi, on behalf of a client before the Mississippi Public Service Commission," at the time of the rescheduled status conference. (Id. at PageID 8509.) He asserts that Martin Zummach, counsel for Defendant Justin Smith, has agreed to stand in for him at the status conference and they "have discussed pending issues," and Perry has conveyed his client's "position on a recently developed controversy." (Id.)

For good cause shown, the Motion is **GRANTED**. Zummach shall be able to stand in for Perry at the status conference.

**IT IS SO ORDERED,** this 10th day of February, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE