# EXHIBIT A

| | |
|---|---|
| **From:** | Stephen Weil |
| **To:** | Silk, Jennie; Antonio Romanucci; Colton Johnson Taylor; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin; cgrice; ge@perrygriffin.com; Mary Collins; Terri Norman; Mistie@zummachlaw.com; Dana Kondos; Houston Ward; Devon Kelly; Natalie@bencrump.com; Morris, Angela; Reagan, Ian; Thompson, Theresa; Butler, Briana; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey; Betsy Walton; Stephen R. Leffler; Sarah Raisch; Joshua Levin; McMullen, Bruce |
| **Subject:** | RE: Wells v. City of Memphis - scheduling and bifurcation |
| **Date:** | Thursday, January 29, 2026 6:30:18 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Jennie,

Can you tell us what Sixth Circuit precedent you are referring to?

Steve

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Thursday, January 29, 2026 5:23 PM
**To:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis - scheduling and bifurcation

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Steve,

We oppose the schedule as proposed because it is simply not workable. We are not willing to expand the schedule for discovery in a way that compresses the schedule for expert motions and dispositive motions. As has always been our position, if the discovery deadlines are going to move, all deadlines need to move in accordance. This includes the trial date. If you have a proposal that adjusts all deadlines, we are willing to consider it.

As for bifurcation, we do not agree with this approach, nor do we think it is appropriate under the Federal Rules. It is also plainly contrary to Sixth Circuit precedent regarding bifurcation in section 1983 cases.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Stephen Weil <SWeil@rblaw.net>
**Sent:** Monday, January 26, 2026 5:46 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** Wells v. City of Memphis - scheduling and bifurcation

Counsel,

The parties are going to need to propose an adjusted schedule to the Court in this case.

We have drafted a proposed schedule, which is set out below. If defense counsel believe it would be productive, we are happy to confer about this with you.

Some important features:

**Discovery extension:** We propose extending fact discovery to March 13 to account for the Court's January 16 order compelling the City's compliance with Plaintiff's 9th and 10th sets of RFPs. Please note that because the City's deadline to respond to the 9th and 10th sets of RFPs is February 16, **we will need to reschedule January 30 deposition of Mr. Morrow and the February 5 & 6 Rule 30(b)(6) witnesses until after the City's document production**.

**Bifurcation**: <u>The proposed new schedule would bifurcate this case</u>. The trial against the City, D. Smith, and Hemphill would go forward as scheduled on 11/9/26. The trial against the officers under the 5th Amendment stay (Martin, Mills, Haley, Bean, J. Smith) would go forward once their criminal cases resolve. (The exact event that "resolves" the criminal cases may be a matter of dispute. Our understanding would put resolution at the point of sentencing or acquittal; the officers may take a different position. Any such disagreement should not affect the bifurcation contemplated here.)

**CJ Davis**: If the Court grants bifurcation, Plaintiff intends to dismiss her claims against CJ Davis. Plaintiff is taking this step not because of any doubt as to Chief Davis's liability, but because keeping Davis in the case would result in yet another delay of the trial date.

**Daubert**: The proposed schedule adjusts the *Daubert* motion deadlines so that each side files their respective *Daubert* motions at the time of their dispositive motion submission.

We intend to propose this schedule to the Court in advance of the 2/6 discovery deadline. Please provide your position by COB this Thursday, 1/29.

| SCHEDULE (ECF 474) | EXISTING DATE | NEW DATE |
|---|---|---|
| Deadline for completion of document production, interrogatories, and requests for admission for non-stayed defendants | December 14, 2025 | |
| Deadline for completion of document | January 9, 2026 | |

| | | |
|---|---|---|
| production, interrogatories, and requests for admission for stayed defendants | | |
| Completion of depositions/all discovery | ~~February 6, 2026~~ | March 13, 2026 |
| Rule 26(e)(1) supplementation deadline | ~~February 13, 2026~~ | March 20, 2026 |
| Disclosure of plaintiff's Rule 26 expert information | ~~March 6, 2026~~ | April 3, 2026 |
| Disclosure of defendants' Rule 26 expert information | ~~March 27, 2026~~ | April 24, 2026 |
| Expert witness depositions | ~~April 27, 2026~~ | May 15, 2026 |
| **M**oving party **m**otions to exclude experts / *Daubert* motions | June 8, 2026 | -------- |
| Filing dispositive motions | June 8, 2026 | |
| Responses to dispositive motions | July 13, 2026 | |
| **Responding party motions to exclude experts /** *Daubert* **motions** | | July 13, 2026 |
| Replies to dispositive motions | July 31, 2026 | |
| Motions in limine | October 1, 2026 | |
| Responses to motions in limine | October 15, 2026 | |
| Joint proposed pretrial order due | October 19, 2026 | |
| Pretrial conference date | October 26, 2026 | |
| **Non-stayed defendants'** Jury trial | November 9, 2026 | |
| **Stayed defendants' jury trial** | | TBD |

Best regards,

**Stephen H. Weil**
Senior Attorney

Romanucci & Blandin LLC

www.rblaw.net

**e:** sweil@rblaw.net
**p:** (312) 253-8592
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654



 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address

record can be corrected. Thank you very much.

| | |
|---|---|
| **From:** | Betsy Walton |
| **To:** | Stephen Weil |
| **Cc:** | Silk, Jennie; Antonio Romanucci; Colton Johnson Taylor; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin; cgrice; ge@perrygriffin.com; Mary Collins; Terri Norman; Mistie@zummachlaw.com; Dana Kondos; Houston Ward; Devon Kelly; Natalie@bencrump.com; Morris, Angela; Reagan, Ian; Thompson, Theresa; Butler, Briana; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey; Stephen R. Leffler; Sarah Raisch; Joshua Levin; McMullen, Bruce |
| **Subject:** | Re: Wells v. City of Memphis - scheduling and bifurcation |
| **Date:** | Thursday, January 29, 2026 9:14:27 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Steve:

On behalf of Preston Hemphill and Dewayne Smith we oppose both proposals and take the same position as the City of Memphis.

Betsy

On Jan 29, 2026, at 8:08 PM, Stephen Weil <SWeil@rblaw.net> wrote:

Counsel,

What is the position of the individual defendants regarding this schedule and the bifurcation proposal?

Best regards,

Steve

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Thursday, January 29, 2026 5:23 PM
**To:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis - scheduling and bifurcation

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Steve,

We oppose the schedule as proposed because it is simply not workable. We are not willing to expand the schedule for discovery in a way that compresses the schedule for expert motions and dispositive motions. As has always been our position, if the discovery deadlines are going to move, all deadlines need to move in accordance. This includes the trial date. If you have a proposal that adjusts all deadlines, we are willing to consider it.

As for bifurcation, we do not agree with this approach, nor do we think it is appropriate under the Federal Rules. It is also plainly contrary to Sixth Circuit precedent regarding bifurcation in section 1983 cases.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Stephen Weil <SWeil@rblaw.net>
**Sent:** Monday, January 26, 2026 5:46 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** Wells v. City of Memphis - scheduling and bifurcation

Counsel,

The parties are going to need to propose an adjusted schedule to the Court in this case.

We have drafted a proposed schedule, which is set out below.  If defense counsel believe it would be productive, we are happy to confer about this with you.

Some important features:

**Discovery extension:** We propose extending fact discovery to March 13 to account for the Court's January 16 order compelling the City's compliance with Plaintiff's 9th and 10th sets of RFPs. Please note that because the City's deadline to respond to the 9th and 10th sets of RFPs is February 16, **we will need to reschedule January 30 deposition of Mr. Morrow and the February 5 & 6 Rule 30(b)(6) witnesses until after the City's document production**.

**Bifurcation:**  <u>The proposed new schedule would bifurcate this case</u>.  The trial against the City, D. Smith, and Hemphill would go forward as scheduled on 11/9/26.  The trial against the officers under the 5th Amendment stay (Martin, Mills, Haley, Bean, J. Smith) would go forward once their criminal cases resolve. (The exact event that "resolves" the criminal cases may be a matter of dispute. Our understanding would put resolution at the point of sentencing or acquittal; the officers may take a different position.  Any such disagreement should not affect the bifurcation contemplated here.)

**CJ Davis**:  If the Court grants bifurcation, Plaintiff intends to dismiss her claims against CJ Davis. Plaintiff is taking this step not because of any doubt as to Chief Davis's liability, but because keeping Davis in the case would result in yet another delay of the trial date.

**Daubert**:  The proposed schedule adjusts the *Daubert* motion deadlines so that each side files their respective *Daubert* motions at the time of their dispositive motion submission.

We intend to propose this schedule to the Court in advance of the 2/6 discovery deadline.  Please provide your position by COB this Thursday, 1/29.

| SCHEDULE (ECF 474) | EXISTING DATE | NEW DATE |
|---|---|---|
| Deadline for completion of document production, interrogatories, and requests for admission for non-stayed defendants | December 14, 2025 | |
| Deadline for completion of document production, interrogatories, and requests for admission for stayed defendants | January 9, 2026 | |
| Completion of depositions/all discovery | ~~February 6, 2026~~ | March 13, 2026 |
| Rule 26(e)(1) supplementation deadline | ~~February 13, 2026~~ | March 20, 2026 |
| Disclosure of plaintiff's Rule 26 expert information | ~~March 6, 2026~~ | April 3, 2026 |
| Disclosure of defendants' Rule 26 expert information | ~~March 27, 2026~~ | April 24, 2026 |
| Expert witness depositions | ~~April 27, 2026~~ | May 15, 2026 |
| **Moving party m**otions to exclude experts / *Daubert* motions | June 8, 2026 | -------- |
| Filing dispositive motions | June 8, 2026 | |
| Responses to dispositive motions | July 13, 2026 | |
| **Responding party motions to exclude experts /** *Daubert* **motions** | | July 13, 2026 |
| Replies to dispositive motions | July 31, 2026 | |
| Motions in limine | October 1, 2026 | |
| Responses to motions in limine | October 15, 2026 | |
| Joint proposed pretrial order due | October 19, 2026 | |
| Pretrial conference date | October 26, 2026 | |
| **Non-stayed defendants'** Jury trial | November 9, 2026 | |
| **Stayed defendants' jury trial** | | TBD |

Best regards,

**Stephen H. Weil**
Senior Attorney

Romanucci & Blandin LLC

**www.rblaw.net**

**e:** sweil@rblaw.net
**p:** (312) 253-8592
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

<image001.png>

<image002.png>

<image003.png>

<image004.png>

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

| | |
|---|---|
| **From:** | Florence Johnson |
| **To:** | Martin Zummach; Stephen Weil |
| **Cc:** | Silk, Jennie; Antonio Romanucci; Colton Johnson Taylor; brooke@bencrump.com; dm@mendelsonfirm.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin; cgrice; ge@perrygriffin.com; Mary Collins; Terri Norman; Mistie Wynn; Dana Kondos; Houston Ward; Devon Kelly; Natalie@bencrump.com; Morris, Angela; Reagan, Ian; Thompson, Theresa; Butler, Briana; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey; Betsy Walton; Stephen R. Leffler; Sarah Raisch; Joshua Levin; McMullen, Bruce |
| **Subject:** | Re: Wells v. City of Memphis - scheduling and bifurcation |
| **Date:** | Friday, January 30, 2026 11:11:11 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | Outlook-fzvu1wdi.png |
| | Outlook-cnvqvczw.png |
| | Outlook-2b10rbcv.png |

Good Morning,

Please note the opposition of Defendant Martin, to the proposed request to bifurcate and extend discovery as stated in the original email.

Thank you.

Florence M. Johnson
Johnson and Johnson, PC
1407 Union Avenue
Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 Telephone
(901) 201-4106 Direct Dial
(901) 725-7570 Direct Facsimile
http://www.linkedin.com/pub/florence-johnson/79/99b/439/



This communication is from the law office of Johnson and Johnson, Attorneys, PC and is intended to be confidential and solely for the use of the persons or entities addressed above. If you are not an intended recipient be aware that the information contained herein may be protected from unauthorized use by privilege or law and any copying, distribution, disclosure, or other use of this information is prohibited. If you have received this communication in error, please contact the sender by return email or telephone at (901) 725-7520 immediately and delete or destroy all copies. We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used and cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by federal tax law. Thank-you.

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Friday, January 30, 2026 4:56 AM
**To:** Stephen Weil <SWeil@rblaw.net>
**Cc:** Jennie Silk <jsilk@bakerdonelson.com>; Antonio Romanucci <aromanucci@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; brooke@bencrump.com <brooke@bencrump.com>; dm@mendelsonfirm.com <dm@mendelsonfirm.com>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; keenandl@aol.com <keenandl@aol.com>; jkp@perrygriffin.com <jkp@perrygriffin.com>; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com <ge@perrygriffin.com>; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com <Natalie@bencrump.com>; Angela Morris <amorris@bakerdonelson.com>; Ian Reagan <ireagan@bakerdonelson.com>; Theresa Thompson <tthompson@bakerdonelson.com>; Briana Butler <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com <bwachtel@mendelsonfirm.com>; ben@bencrump.com <ben@bencrump.com>; Kelsey McKinney <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Bruce McMullen <bmcmullen@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis - scheduling and bifurcation

I appreciate you trying to present a proposal, but I believe it's unworkable and so I object to both point

Thank you,

# martin zummach

901-482-5909

On Jan 29, 2026, at 8:08 PM, Stephen Weil <SWeil@rblaw.net> wrote:

Counsel,

What is the position of the individual defendants regarding this schedule and the bifurcation proposal?

Best regards,

Steve

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Thursday, January 29, 2026 5:23 PM
**To:** Stephen Weil <SWeil@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis - scheduling and bifurcation

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Steve,

We oppose the schedule as proposed because it is simply not workable. We are not willing to expand the schedule for discovery in a way that compresses the schedule for expert motions and dispositive motions. As has always been our position, if the discovery deadlines are going to move, all deadlines need to move in accordance. This includes the trial date. If you have a proposal that adjusts all deadlines, we are willing to consider it.

As for bifurcation, we do not agree with this approach, nor do we think it is appropriate under the Federal Rules. It is also plainly contrary to Sixth Circuit precedent regarding bifurcation in section 1983 cases.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone   901.577.8212
Fax       901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Stephen Weil <SWeil@rblaw.net>
**Sent:** Monday, January 26, 2026 5:46 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; brooke@bencrump.com; dm@mendelsonfirm.com; fjohnson@johnsonandjohnsonattys.com; martin@zummachlaw.com; keenandl@aol.com; jkp@perrygriffin.com; Deborah Godwin <DGodwin@gmlblaw.com>; cgrice <cgrice@eflawgroup.com>; ge@perrygriffin.com; Mary Collins <MCollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; Mistie@zummachlaw.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Butler, Briana <bbutler@bakerdonelson.com>; bwachtel@mendelsonfirm.com; ben@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Betsy Walton <bwalton@gmlblaw.com>; Stephen R. Leffler <stephenrleffler@yahoo.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** Wells v. City of Memphis - scheduling and bifurcation

Counsel,

The parties are going to need to propose an adjusted schedule to the Court in this case.

We have drafted a proposed schedule, which is set out below. If defense counsel believe it would be productive, we are happy to confer about this with you.

Some important features:

**Discovery extension:** We propose extending fact discovery to March 13 to account for the Court's January 16 order compelling the City's compliance with Plaintiff's 9th and 10th sets of RFPs. Please note that because the City's deadline to respond to the 9th and 10th sets of RFPs is February 16, **we will need to reschedule January 30 deposition of Mr. Morrow and the February 5 & 6 Rule 30(b)(6) witnesses until after the City's document production**.

**Bifurcation**: **The proposed new schedule would bifurcate this case**. The trial against the City, D. Smith, and Hemphill would go forward as scheduled on 11/9/26. The trial against the officers under the 5th Amendment stay (Martin, Mills, Haley, Bean, J. Smith) would go forward once their criminal cases resolve. (The exact event that "resolves" the criminal cases may be a matter of dispute. Our understanding would put resolution at the point of sentencing or acquittal; the officers may take a different position. Any such disagreement should not affect the bifurcation contemplated here.)

**CJ Davis**: If the Court grants bifurcation, Plaintiff intends to dismiss her claims against CJ Davis. Plaintiff is taking this step not because of any doubt as to Chief Davis's liability, but because keeping Davis in the case would result in yet another delay of the trial date.

**Daubert**: The proposed schedule adjusts the *Daubert* motion deadlines so that each side files their respective *Daubert* motions at the time of their dispositive motion submission.

We intend to propose this schedule to the Court in advance of the 2/6 discovery deadline. Please provide your position by COB this Thursday, 1/29.

| SCHEDULE (ECF 474) | EXISTING DATE | NEW DATE |
|---|---|---|
| Deadline for completion of document production, interrogatories, and requests for admission for non-stayed defendants | December 14, 2025 | |
| Deadline for completion of document production, interrogatories, and requests for admission for stayed defendants | January 9, 2026 | |
| Completion of depositions/all discovery | ~~February 6, 2026~~ | March 13, 2026 |

| | | |
|---|---|---|
| Rule 26(e)(1) supplementation deadline | ~~February 13, 2026~~ | March 20, 2026 |
| Disclosure of plaintiff's Rule 26 expert information | ~~March 6, 2026~~ | April 3, 2026 |
| Disclosure of defendants' Rule 26 expert information | ~~March 27, 2026~~ | April 24, 2026 |
| Expert witness depositions | ~~April 27, 2026~~ | May 15, 2026 |
| **M**oving party **m**otions to exclude experts / *Daubert* motions | June 8, 2026 | -------- |
| Filing dispositive motions | June 8, 2026 | |
| Responses to dispositive motions | July 13, 2026 | |
| **Responding party motions to exclude experts /** ***Daubert*** **motions** | | July 13, 2026 |
| Replies to dispositive motions | July 31, 2026 | |
| Motions in limine | October 1, 2026 | |
| Responses to motions in limine | October 15, 2026 | |
| Joint proposed pretrial order due | October 19, 2026 | |
| Pretrial conference date | October 26, 2026 | |
| **Non-stayed defendants'** Jury trial | November 9, 2026 | |
| **Stayed defendants' jury trial** | | TBD |

Best regards,

**Stephen H. Weil**
Senior Attorney

Romanucci & Blandin LLC

www.rblaw.net

e: sweil@rblaw.net
p: (312) 253-8592
f: (312) 458-1004
a: 321 N Clark St, Ste 900, Chicago, IL 60654



 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.