# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) ) |
|     Defendants. | ) ) |

## AMENDED SCHEDULING ORDER

On February 17, 2026, the Parties appeared before the Court for a status conference to discuss their Joint Status Report, as well as Plaintiff RowVaughn Wells's Motion to Amend Schedule and Bifurcate Case ("Motion to Amend"). (See ECF No. 568.) At the status conference, the Court granted Plaintiff leave to reply to Defendant City of Memphis's Response to the Motion to Amend by February 25, 2026. The Court will issue a ruling on Plaintiff's request to bifurcate the case as soon as practicable, and, in the meantime, it granted the Motion to the extent that it sought to amend the schedule.

The Court also discussed several outstanding discovery issues with the Parties. To that end, it ordered the City to produce documents responsive to Requests for Production 331 and 332 by February 20, 2026. The Parties agreed that they would try to resolve the remaining dispute as to Plaintiff's Request for Production 333. The Parties shall file a joint notice on the docket by Monday, February 23, as to whether they have reached a resolution, or if it will be necessary to proceed with the Status Conference currently set for 4:00 p.m. February 24, 2026, which, if necessary, will be conducted via Microsoft Teams.

After discussing the proposed amendments to the scheduling order with the Parties, the Court set the following deadlines:

**COMPLETING ALL DISCOVERY:** March 20, 2026

    **(a)**     **DEPOSITIONS:** March 20, 2026

    **(c)**     **EXPERT WITNESS DISCLOSURES (Rule 26):**

        **(1)**     **PLAINTIFF'S RULE 26 EXPERTS AS TO LIABILITY, BUT NOT DAMAGES:** April 3, 2026

        **(2)**     **DISCLOSURE OF REBUTTAL RULE 26 EXPERT INFORMATION AS TO LIABILITY, BUT NOT DAMAGES:** April 24, 2026

        **(3)**     **EXPERT WITNESS DEPOSITIONS:** May 15, 2026

**SUPPLEMENTATION UNDER RULE 26(e)(1):** March 25, 2026

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS AS TO LIABILITY:** June 15, 2026

**FILING DISPOSITIVE MOTIONS:** June 15, 2026

**RESPONSES TO DISPOSITIVE MOTIONS/DAUBERT MOTIONS:** July 13, 2026

**REPLIES TO DISPOSITIVE MOTIONS:** July 31, 2026

**MOTIONS IN LIMINE:** October 1, 2026

**RESPONSES TO MOTIONS IN LIMINE:** October 15, 2026

**JOINT PROPOSED PRETRIAL ORDER DUE:** October 19, 2026
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to: ECF_Judge_Lipman@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** October 26, 2026 at 9:30 a.m.
(All counsel participating in the trial must be present in person at the pretrial conference.)

**JURY TRIAL:** November 9, 2026, at 9:30 a.m.

*This order has been entered after consultation with the parties.  Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**IT IS SO ORDERED,** this 20th day of February, 2026.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE