# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROWVAUGHN WELLS, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, et al., | ) |
|     Defendants. | ) |

## ORDER FOLLOWING STATUS CONFERENCE

The Court held a status conference on February 24, 2026, to address outstanding discovery and other issues with the Parties, and to discuss matters raised in the Joint Status Report filed the day before the conference. (See ECF No. 572.) At the status conference, the following was established as to the outstanding issues:

Defendant City of Memphis provided an updated Production Inventory Spreadsheet, satisfying its obligations as to Plaintiff's Request for Production 319. The City represented that it searched for any additional documents that would be responsive to Requests for Production 328 & 329, and has produced everything it has that is responsive to those requests. The City represented that it has produced everything that is responsive to Request for Production 333(A)–(D), and that it will produce the remaining responsive documents to 333(E) by February 27, 2026. To the extent Plaintiff has submitted or intends to submit a Request for Admission related to Request for Production 333 or otherwise, the City is not required to respond. In addition, the City need not identify by Bates Stamp number which documents are responsive to which subparts of RFP 333.

The Parties have scheduled the depositions of Charles Morrow, Robert Brown, and the City's 30(b)(6) representative, as well as the remaining depositions noticed by the City. The Parties will coordinate the scheduling of the deposition of Police Chief Cerelyn Davis, which will only take place if the Court has addressed all of the related legal issues. If the deposition is to go forward, it shall occur before the deposition of the City's 30(b)(6) representative. In any event, all fact depositions will be complete by Wednesday, March 25, 2026.

**IT IS SO ORDERED,** this 25th day of February, 2026.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE