IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

RowVaughn Wells,

      Plaintiff,

v.

City of Memphis *et al.*,

      Defendants.

Case No. 2:23-cv-02224-SHL-ATC

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND HER REPLY
IN SUPPORT OF HER MOTION FOR BIFURCATION**

Plaintiff, through her undersigned counsel, moves this Court for leave to amend her reply (ECF 575) in support of her motion for bifurcation (ECF 556). In support of her motion Plaintiff states:

Defendant City of Memphis has moved for leave to file a sur-reply in opposition to Plaintiff's bifurcation motion, on grounds that Plaintiff's reply did not provide a citation regarding the effect of the two officers' guilty pleas (ECF 578). The City could have, but did not, make this criticism in its response (ECF 565). Had the City done so Plaintiff would have included a citation in her reply.

Plaintiff proposes to amend her reply to include a single citation, which would contain a single parenthetical. Plaintiff respectfully submits that doing so will assist the Court in adjudicating Plaintiff's bifurcation motion. This matter involves a request for atypical relief that is being briefed on a tight schedule, in which the parties may not fully understand each other's positions and disagreements in advance. A full airing of those positions will assist the Court in

1

deciding this matter. It is for this reason that Plaintiff does not oppose the City's motion to file a sur-reply.

The City opposes this motion.[1]

WHEREFORE, Plaintiff respectfully requests leave to amend her reply in the manner set forth in this motion. Alternatively, as noted in the City's motion to file a sur-reply, Plaintiff would request leave to file a response to the sur-reply.

Dated: February 27, 2026                    Respectfully submitted,

                                            /s/ Stephen H. Weil

David L. Mendelson                          Antonio M. Romanucci (*pro hac vice*)
(Tenn. Bar No. 016812)                      Joshua M. Levin (*pro hac vice*)
Benjamin Wachtel                            Stephen H. Weil (*pro hac vice*)
(Tenn. Bar No. 037986)                      ROMANUCCI & BLANDIN, LLC
MENDELSON LAW FIRM                          321 N. Clark St., Ste. 900
799 Estate Place                            Chicago, IL 60654
Memphis, TN 38187                           P: (312) 458-1000
+1 (901) 763-2500 (ext. 103)                aromanucci@rblaw.net
+1 (901) 763-2525, Facsimile                jlevin@rblaw.net
dm@mendelsonfirm.com                        sweil@rblaw.net
bw@mendelsonfirm.com

Benjamin Crump                              *Attorneys for Plaintiff*
(Tenn. Bar No. 038054)
Brooke Cluse (*pro hac vice*)

---

[1] The City has asked Plaintiff to include its email responding to Plaintiff's request consent to this motion. The email was sent by Mr. McMullen on February 26 and it reads:

> That is improper. During the hearing last week, you sought leave to reply in support of your motion to bifurcate. Obviously, when the Court granted you leave, the Court contemplated you would provide citations to authority to support your arguments. However, you did not, therefore, we OPPOSE. I would like to remind you that the Court has said on other occasions in motions asking for additional filing, that the parties should not include the substance of the proposed filing in the request. Please attach this email explaining our OPPOSITION .

2

BEN CRUMP LAW, PLLC
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

3

## CERTIFICATION OF CONSULATION

I certify that on February 26, 2026, Plaintiff's counsel contacted counsel for the defendants via email regarding this request. Counsel for the City noted their opposition via email.

*/s/ Stephen H. Weil*

Counsel for Plaintiff
