# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RowVaughn Wells, individually and as Administratrix of Estate of Tyre Deandre Nichols, Deceased ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 2:23-cv-02224-SHL-atc |
| v. ) ) | JURY DEMANDED |
| The City of Memphis, Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; DeWayne Smith, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that Lucian T. Pera of Adams and Reese LLP, gives notice of his appearance in this cause as counsel for Attorney David Mendelson, who is counsel of record for Plaintiff RowVaughn Wells, and requests that he be served with copies of all further pleadings, motions, orders and other papers filed and served in this matter.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Lucian T. Pera*

_____
Lucian T. Pera (TN Bar No. 11641)
John D. Woods III (TN Bar No. 35791)
6075 Poplar Ave., Ste. 700
Memphis, Tennessee 38119
Tel.: (901) 524-5278
Fax: (901) 524-5378
Lucian.Pera@arlaw.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing document was served by the Court's electronic filing system, or email by agreement, upon Counsel.

Date:   March 3, 2026                        */s/ Lucian T. Pera*

                                                                 Lucian T. Pera