**Stephen Weil**

| | |
|---|---|
| **From:** | Stephen Weil |
| **Sent:** | Friday, January 30, 2026 8:51 AM |
| **To:** | 'Silk, Jennie'; David Mendelson; Joshua Levin |
| **Cc:** | McMullen, Bruce; McKinney, Kelsey; Stevens, Will |
| **Subject:** | RE: ReadAi - Authorizations for Information |

Jennie,

To address your claim that we had made audio recordings of our calls without your knowledge or consent the Court directed us to file sworn affidavits on the subject, and we did. You are now accusing me of lying directly to the Court, on the strength of my using a term that is commonly used to describe notetaking.

This is not the first time your firm has leveled baseless attacks on our integrity. It is apparent that making such accusations is simply a litigation tactic for you. That does not give you a remit to use the Court's subpoena power, and we will not enable it.

If you want to go down this road, make your accusations to the Court. We will certainly respond.

Best regards,

Steve

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Thursday, January 29, 2026 5:50 PM
**To:** Stephen Weil <SWeil@rblaw.net>; David Mendelson <dm@mendelsonfirm.com>; Joshua Levin <JLevin@rblaw.net>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Stevens, Will <wstevens@bakerdonelson.com>
**Subject:** RE: ReadAi - Authorizations for Information

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Steve,

According to your email of April 7, 2025 (attached), you admitted that you recorded a meet and confer. Although you later characterized your use of the word "recorded" as notetaking, we do not believe you. As you know, especially in our profession, word choice matters. If you tell someone "we recorded you saying," it is reasonable to assume that you actually made a recording using audio, video, or AI transcription.

Secondly, it was only after Bruce notified you that recording us without our permission would violate Illinois law, that you recanted your statement.

Our skepticism is justified. You can clear all of this up by signing the authorization.

If you haven't used Read AI, then what exactly is "out of bounds" about the Authorization of Information?

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Stephen Weil <SWeil@rblaw.net>
**Sent:** Tuesday, January 27, 2026 9:44 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; David Mendelson <dm@mendelsonfirm.com>; Joshua Levin <JLevin@rblaw.net>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Stevens, Will <wstevens@bakerdonelson.com>
**Subject:** RE: ReadAi - Authorizations for Information

Jennie,

Josh and I are not going to sign these releases.  We have provided sworn affidavits on this subject to the Court.  If our word is not good enough for Judge Lipman she can tell us.  In the meantime your subpoena is entirely out of bounds.

Steve

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Monday, January 26, 2026 12:12 PM
**To:** David Mendelson <dm@mendelsonfirm.com>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Stevens, Will <wstevens@bakerdonelson.com>
**Subject:** RE: ReadAi - Authorizations for Information

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh and Steve,

2

Please let us know by COB today whether you will execute the previously sent authorizations.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** David Mendelson <dm@mendelsonfirm.com>
**Sent:** Monday, January 26, 2026 10:20 AM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Stevens, Will <wstevens@bakerdonelson.com>
**Subject:** RE: ReadAi - Authorizations for Information

Jennie:

I appreciate your letting me know that your clients are not pursuing the subpoena to ReadAI. You note that ReadAI objected to your subpoena. Did they send you an objection in writing? If so, I would appreciate your sharing that.

I will certainly consider your request for a release, but I am not in a position to respond to your email Friday sent just before the close of business by the close of business today. Among other things, and apart from weather considerations, I have a personal matter that currently may require me to be traveling at least through Thursday. I can commit to getting back with you by COB on Friday.

Further, I am not at all sure what kind of guidance you would be seeking from the Court. If you are treating our email correspondence as some sort of meet-and-confer, I would certainly need to know what type of relief or guidance you are seeking from the Court.

Thanks.

David

David L. Mendelson

3



[www.Mendelsonfirm.com](www.Mendelsonfirm.com)

Physical Address: 799 Estate Place | Memphis, Tennessee 38120
Mailing Address: Post Office Box 17235 | Memphis, Tennessee 38187
Toll Free Telephone: 866-997-6325
Telephone: 901-763-2500 ext. 103 | Facsimile: 901-763-2525

You may opt out of receiving further email communications from Mendelson Law Firm to this email address by replying with an email message that has the word "STOP" in the subject line.

This communication is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. .

*NOTICE: The information contained in this electronic mail transmission ("e-mail") is intended by Mendelson Law Firm  for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential.  It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee).  It should not be copied or forwarded to any unauthorized persons.  If you have received this e-mail in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling Mendelson Law Firm  at (901) 763-2500  so that our address record can be corrected.*

*IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Friday, January 23, 2026 4:32 PM
**To:** David Mendelson <dm@mendelsonfirm.com>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Stevens, Will <wstevens@bakerdonelson.com>
**Subject:** ReadAi - Authorizations for Information

David, Josh, and Steve,

As you know, Read AI objected to our subpoena in the *White v. City of Memphis, et al* case, based, in part, on the prohibitions of the Stored Communications Act.  Instead of going

4

forward on a subpoena in the *Wells* matter on behalf of Chief Davis, it makes more sense to handle it with Authorizations to Release information.  Accordingly, please sign the attached Authorizations to Release Information.

**Josh/Steve**, since Romanucci & Blandin has purportedly never used ReadAI, you should have no objection to the release of information that does not exist. **David**, to the extent that this subpoena would result in the production of information related to Mendelson Law's other clients, we would be willing to stipulate that any such material (material not related to Baker Donelson, the *Wells* case, the *White* case, or the *Young* case) be produced to the Court for *in camera* review.  The Requests are narrowly tailored to avoid that, though, so that should not be an issue.

In any event, we ask that you sign these Authorizations by COB Monday, or we will seek guidance from the Court.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.