**Stephen Weil**

---

| | |
|---|---|
| **From:** | McMullen, Bruce <bmcmullen@bakerdonelson.com> |
| **Sent:** | Friday, March 21, 2025 12:12 PM |
| **To:** | Joshua Levin; Betsy McKinney |
| **Cc:** | Reagan, Ian; Silk, Jennie; Sarah Raisch; Antonio Romanucci; Stephen Weil; Alexis Johnson; Florence Johnson; Brooke Cluse; cgrice; Clyde W. Keenan; Darrell J. O'Neal; David Louis Mendelson I; Deborah Godwin; ge@perrygriffin.com; John Keith Perry Jr.; Laura Elizabeth Smittick; lgross@perrygriffin.com; Martin Zummach; Mary Collins; mistie@sparkman-zummach.com; Robert Spence; Terri Norman; McKinney, Kelsey; Jarrett Spence; Dana Kondos; Colton Johnson Taylor |
| **Subject:** | RE: Wells v. City of Memphis - Consultation on Motion to Take Discovery Related to the Disclosure of Sealed Documents from United States v. Bean, et al. |

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

I appreciate your email, but there are some concerns with it.

You are proposing to produce documents you should have already produced to us pursuant to the City's RFP No. 127. Obviously, you purposefully withheld these documents and only inadvertently produced responsive documents. Now, you are offering to produce additional documents responsive to that request. You can understand how there is break down in trust between us at this point. This is yet another reason why we are seeking leave to take discovery related to this issue. We will note Plaintiff's opposition to the motion.

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Friday, March 21, 2025 11:55 AM
**To:** Betsy McKinney <bwalton@gmlblaw.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** Reagan, Ian <ireagan@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Alexis Johnson <AJohnson@rblaw.net>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Brooke Cluse <Brooke@bencrump.com>; cgrice <cgrice@eflawgroup.com>; Clyde W. Keenan <keenandl@aol.com>; Darrell J. O'Neal <domemphislaw@darrelloneal.com>; David Louis Mendelson I <dm@mendelsonfirm.com>; Deborah Godwin <DGodwin@gmlblaw.com>; ge@perrygriffin.com; John Keith Perry Jr. <jkp@perrygriffin.com>; Laura Elizabeth Smittick <support@smitticklaw.com>; lgross@perrygriffin.com; Martin Zummach <Martin@sparkman-zummach.com>; Mary Collins <MCollins@gmlblaw.com>; mistie@sparkman-zummach.com; Robert Spence <rspence@spencepartnerslaw.com>; Terri Norman <TNorman@gmlblaw.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Jarrett Spence <jspence@spencepartnerslaw.com>; Dana Kondos <DKondos@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>

1

**Subject:** RE: Wells v. City of Memphis - Consultation on Motion to Take Discovery Related to the Disclosure of Sealed Documents from United States v. Bean, et al.

Bruce,

Following up on my voicemail just now. After the criminal trial was over, we requested a copy of the transcript and exhibits from the Court. The Court sent these exhibits to us. Given that the Court gave them to us as a member of the public, we have assumed they are publicly available. If you believe that is incorrect, we are happy to seek direction from the Court.

I am gathering the receipt we received from the Court after we ordered the transcript and exhibits, and will send that to you shortly. We're available to discuss further if you have questions.

Thanks,
Josh

---

**From:** Betsy McKinney <bwalton@gmlblaw.com>
**Sent:** Friday, March 21, 2025 11:22 AM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** Joshua Levin <JLevin@rblaw.net>; Reagan, Ian <ireagan@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Alexis Johnson <AJohnson@rblaw.net>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Brooke Cluse <Brooke@bencrump.com>; cgrice <cgrice@eflawgroup.com>; Clyde W. Keenan <keenandl@aol.com>; Darrell J. O'Neal <domemphislaw@darrelloneal.com>; David Louis Mendelson I <dm@mendelsonfirm.com>; Deborah Godwin <DGodwin@gmlblaw.com>; ge@perrygriffin.com; John Keith Perry Jr. <jkp@perrygriffin.com>; Laura Elizabeth Smittick <support@smitticklaw.com>; lgross@perrygriffin.com; Martin Zummach <Martin@sparkman-zummach.com>; Mary Collins <MCollins@gmlblaw.com>; mistie@sparkman-zummach.com; Robert Spence <rspence@spencepartnerslaw.com>; Terri Norman <TNorman@gmlblaw.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Jarrett Spence <jspence@spencepartnerslaw.com>; Dana Kondos <DKondos@rblaw.net>
**Subject:** Re: Wells v. City of Memphis - Consultation on Motion to Take Discovery Related to the Disclosure of Sealed Documents from United States v. Bean, et al.

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

No opposition from us.
Thanks
Betsy
Sent from my iPhone

> On Mar 21, 2025, at 11:19 AM, McMullen, Bruce <bmcmullen@bakerdonelson.com> wrote:

> Counsel,

2

We intend to file a motion at Noon today asking the Court for leave to take discovery regarding the circumstances surrounding Plaintiff having obtained sealed documents from the federal criminal trial of *United States v. Bean, et al*. For purposes of consultation, please let us know if you oppose this motion by Noon.

Thanks,

**Bruce A. McMullen**

Shareholder
Direct Dial:  901.577.2356

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.