**Stephen Weil**

---

**From:**     cmecfhelpdesk@tnwd.uscourts.gov
**Sent:**      Friday, March 21, 2025 12:15 PM
**To:**        courtmail@tnwd.uscourts.gov
**Subject:**   Activity in Case 2:23-cv-02224-MSN-atc Wells v. CITY OF MEMPHIS et al "Motion for Miscellaneous
              Relief"

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Western District of Tennessee

### Notice of Electronic Filing

The following transaction was entered by McMullen, Bruce on 3/21/2025 at 12:15 PM CDT and filed on 3/21/2025

**Case Name:**      Wells v. CITY OF MEMPHIS et al
**Case Number:**    2:23-cv-02224-MSN-atc
**Filer:**          CITY OF MEMPHIS
**Document Number:** 349

**Docket Text:**
**MOTION *for Permission to Take Discovery With Regard to Plaintiff's Possession of Sealed Documents From United States v. Bean, et al. Trial and Incorporated Memorandum in Support* by CITY OF MEMPHIS. (McMullen, Bruce)**

**2:23-cv-02224-MSN-atc Notice has been electronically mailed to:**

Antonio Romanucci    aromanucci@rblaw.net, dkondos@rblaw.net

Benjamin I Wachtel    bwachtel@mendelsonfirm.com

Brooke Cluse    brooke@bencrump.com

Bruce McMullen    bmcmullen@bakerdonelson.com, agriffin@bakerdonelson.com

Chasity S Grice    Cgrice@memphisprobatelaw.com

Clyde W. Keenan    keenandl@aol.com

Colton Johnson Taylor    cjohnson@rblaw.net, ajohnson@rblaw.net

Darrell J. O'Neal    domemphislaw@darrelloneal.com

David Louis Mendelson , I    dm@mendelsonfirm.com

Deborah E. Godwin    dgodwin@gmlblaw.com, mcollins@gmlblaw.com, tnorman@gmlblaw.com

Florence M. Johnson    fjohnson@johnsonandjohnsonattys.com

Freeman B. Foster    ffoster@bakerdonelson.com, proberts@bakerdonelson.com

Jarrett Michael Dean Spence    jspence@spencepartnerslaw.com, ahenderson@spencepartnerslaw.com, ipeoples@spencepartnerslaw.com

Jennie Vee Silk    jsilk@bakerdonelson.com, bbutler@bakerdonelson.com, tthompson@bakerdonelson.com

John Keith Perry , Jr    jkp@perrygriffin.com, ge@perrygriffin.com, lgross@perrygriffin.com

Joshua Levin    JLevin@rblaw.net, dkondos@rblaw.net

Laura Elizabeth Smittick    support@smitticklaw.com

Martin W. Zummach    martin@sparkman-zummach.com

Mary Elizabeth McKinney    bmckinney@gmlblaw.com, mcollins@gmlblaw.com, tnorman@gmlblaw.com

Robert L. J. Spence , Jr    rspence@spencepartnerslaw.com

Sam Harton    sharton@rblaw.net

Sarah M. Raisch    sraisch@rblaw.net, ajohnson@rblaw.net, kboelter@rblaw.net

Stephen H. Weil    sweil@rblaw.net, ajohnson@rblaw.net

Stephen R. Leffler    stephenrleffler@yahoo.com

**2:23-cv-02224-MSN-atc Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1059513201 [Date=3/21/2025] [FileNumber=5027790-0
] [a1ed845c7f403a1d5e0cce82b026c1d8f2b6b25257f2c835e7d7006cce06daeff00
3b77f2ed0a85df25fa7ab4d9a68b924a703c7db26e7e5ea265aec4c9dbf05]]