IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224-SHL-atc JURY DEMAND |
| The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; DeWayne Smith, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THE CITY DEFENDANTS' MOTION TO COMPEL**

Defendant City of Memphis (the "City") respectfully seeks leave to file a Reply in Support of its Motion to Compel Production of Documents from Read AI. The City intends to clarify several points made in the responses filed on behalf of David Mendelson and on behalf of Plaintiff (collectively, "Plaintiff's Responses"). (*See* ECF Nos. 583, 587.)

Specifically, the City seeks the opportunity to address the scope and basis for Read AI's objections to the City's subpoena. Additionally, the City seeks to clarify that it was Read AI's *own counsel* who directed the City to pursue this information through discovery rather than through a subpoena. Finally, the Reply would serve to update the Court regarding a discussion with Read AI's counsel after the City filed its Motion to Compel during which Read AI's

1

counsel confirmed he would provide a declaration if necessary, and he would provide the City with a pre-approved consent form for the parties to use should the Court compel Plaintiff to execute the consent form, which he has done.

Accordingly, the City seeks leave to file a Reply to inform the Court of these developments and ensure the record accurately reflects Read AI's position.

Dated: March 10, 2026

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*

Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis and Chief Cerelyn Davis*

2

## <u>CERTIFICATE OF CONSULTATION</u>

The undersigned certifies that counsel for the City consulted with counsel for all parties via email on March 9, 2026 asking whether the parties would oppose the relief requested herein. Each party's response is as follows:

| Party | Responding Counsel | Opposition? |
|---|---|---|
| David Mendelson | Lucian Pera | No |
| Plaintiff | Stephen Weil | No |
| Hemphill | Betsy McKinney | No |
| D. Smith | Betsy McKinney | No |
| J. Smith | No Response | |
| Haley | No Response | |
| Bean | No Response | |
| Martin | Florence Johnson | No |
| Mills | No Response | |

*s/ Bruce McMullen*
Bruce McMullen

3

## <u>CERTIFICATE OF SERVICE</u>

I, Bruce McMullen, hereby certify that on March 10, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bruce McMullen*
Bruce McMullen