*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*                                              *Deputy-in-Charge*
*242 Federal Building*                                        *U.S. Courthouse, Room 262*
*167 N. Main Street*                                        *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                      *Jackson, Tennessee 38301*
*(901) 495-1200*                                                       *(731) 421-9200*

---

## NOTICE OF SETTING
### Before Chief Judge Sheryl H. Lipman, United States District Judge

---

March 19, 2026

RE:    **2:23-cv-02224-SHL**
       **RowVaughn Wells & Chasity S. Grice (Guardian Ad Litem) v. City of Memphis, et al.**

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** before **Chief Judge Sheryl H. Lipman** for **MONDAY, MARCH 23, 2026** at **3:00 P.M.** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

**Counsel should be prepared to discuss all pending motions.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:    *s/Joseph P. Warren*,
       Case Manager Supervisor
       901-495-1242
       joseph_warren@tnwd.uscourts.gov