# EXHIBIT A

| | |
|---|---|
| **From:** | CLYDE KEENAN |
| **To:** | Joshua Levin |
| **Subject:** | Re: Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants |
| **Date:** | Friday, March 27, 2026 12:33:44 PM |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

No objection to dismissal
Sent from my iPad

On Mar 26, 2026, at 3:58 PM, Joshua Levin <JLevin@rblaw.net> wrote:

Thank you to those who have responded. Mr. Keenan?

**From:** Florence Johnson <fjohnson@johnsonandjohnsonattys.com>
**Sent:** Thursday, March 26, 2026 11:27 AM
**To:** John Keith Perry <jkp@perrygriffin.com>; Martin Zummach <Martin@zummachlaw.com>; Joshua Levin <JLevin@rblaw.net>
**Cc:** stephenrleffler@yahoo.com; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; Garret T. Estes <GE@perrygriffin.com>; Litigation Group Receipt Of Sensitive Subject matter <LGross@perrygriffin.com>; Mistie Wynn <Mistie@zummachlaw.com>; keenandl@aol.com; Jennie Silk <jsilk@bakerdonelson.com>; Kelsey McKinney <kmckinney@bakerdonelson.com>; amorris@bakerdonelson.com; bmcmullen@bakerdonelson.com; ireagan@bakerdonelson.com; Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; cgrice@eflawgroup.com; dgodwin@gmlblaw.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; tnorman@gmlblaw.com
**Subject:** Re: Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

We have no objection on this issue.

Florence M. Johnson
Johnson and Johnson, PC
1407 Union Avenue
Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 Telephone
(901) 201-4106 Direct Dial
(901) 725-7570 Direct Facsimile
http://www.linkedin.com/pub/florence-johnson/79/99b/439/
<image001.png>  <image002.png>  <image003.png>

This communication is from the law office of Johnson and Johnson, Attorneys, PC and is intended to be confidential and solely for the use of the persons or entities addressed above. If you are not an intended recipient be aware that the information contained herein may be protected from unauthorized use by privilege or law and any copying, distribution, disclosure, or other use of this information is prohibited. If you have received this communication in error, please contact the sender by return email or telephone at (901) 725-7520 immediately and delete or destroy all copies. We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used and cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by federal tax law. Thank-you.

**From:** John Keith Perry <jkp@perrygriffin.com>
**Sent:** Wednesday, March 25, 2026 3:52 PM
**To:** Martin Zummach <Martin@zummachlaw.com>; Joshua Levin <JLevin@rblaw.net>
**Cc:** stephenrleffler@yahoo.com <stephenrleffler@yahoo.com>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; Garret T. Estes <GE@perrygriffin.com>; Litigation Group Receipt Of Sensitive Subject matter <LGross@perrygriffin.com>; Mistie Wynn <Mistie@zummachlaw.com>; keenandl@aol.com <keenandl@aol.com>; Jennie Silk <jsilk@bakerdonelson.com>; Kelsey McKinney <kmckinney@bakerdonelson.com>; amorris@bakerdonelson.com <amorris@bakerdonelson.com>; bmcmullen@bakerdonelson.com <bmcmullen@bakerdonelson.com>; ireagan@bakerdonelson.com <ireagan@bakerdonelson.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com <Brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm@mendelsonfirm.com <dm@mendelsonfirm.com>; Natalie@bencrump.com <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>; cgrice@eflawgroup.com <cgrice@eflawgroup.com>; dgodwin@gmlblaw.com <dgodwin@gmlblaw.com>; bmckinney@gmlblaw.com <bmckinney@gmlblaw.com>; mcollins@gmlblaw.com <mcollins@gmlblaw.com>; tnorman@gmlblaw.com <tnorman@gmlblaw.com>
**Subject:** Re: Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants

No objection.


Sincerely,

*John Keith Perry, Jr.*

**Attorney at Law**


<image004.jpg>

5699 Getwell Road, Bldg. G5

Southaven, Mississippi 38672

(o) 662-536-6868

(f) 662-536-6869

(e) JKP@PerryGriffin.com

www.PerryGriffin.com

---

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Wednesday, March 25, 2026 3:30:13 PM
**To:** Joshua Levin <JLevin@rblaw.net>
**Cc:** stephenrleffler@yahoo.com <stephenrleffler@yahoo.com>;
fjohnson@johnsonandjohnsonattys.com <fjohnson@johnsonandjohnsonattys.com>;
cjohnson@johnsonandjohnsonattys.com <cjohnson@johnsonandjohnsonattys.com>;
ge@perrygriffin.com <ge@perrygriffin.com>; jkp@perrygriffin.com
<jkp@perrygriffin.com>; lgross@perrygriffin.com <lgross@perrygriffin.com>; Mistie
Wynn <Mistie@zummachlaw.com>; keenandl@aol.com <keenandl@aol.com>; Jennie
Silk <jsilk@bakerdonelson.com>; Kelsey McKinney <kmckinney@bakerdonelson.com>;
amorris@bakerdonelson.com <amorris@bakerdonelson.com>;
bmcmullen@bakerdonelson.com <bmcmullen@bakerdonelson.com>;
ireagan@bakerdonelson.com <ireagan@bakerdonelson.com>; Colton Johnson Taylor
<cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil
<SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; brooke@bencrump.com
<brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward
<HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com
<bw@mendelsonfirm.com>; dm@mendelsonfirm.com <dm@mendelsonfirm.com>;
Natalie@bencrump.com <Natalie@bencrump.com>; court@bencrump.com
<court@bencrump.com>; CGrice@eflawgroup.com <CGrice@eflawgroup.com>;

dgodwin@gmlblaw.com <dgodwin@gmlblaw.com>; BMcKinney@gmlblaw.com
<BMcKinney@gmlblaw.com>; mcollins@gmlblaw.com <mcollins@gmlblaw.com>;
tnorman@gmlblaw.com <tnorman@gmlblaw.com>
**Subject:** Re: Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants

no objection.

Thank you,

# martin zummach

901-482-5909

On Mar 25, 2026, at 3:51 PM, Joshua Levin <JLevin@rblaw.net>
wrote:

Counsel for Defendants Martin, Mills, Bean, Smith, and Haley:

As you know, Plaintiff will be filing a motion for voluntary dismissal
with prejudice of all claims against your clients. Please confirm that
your clients do not object. We intend to file the dismissal motion
tomorrow.

Thank you,
Josh

**Joshua M. Levin**
Senior Attorney

<image001.png>

**www.rblaw.net**

**e:** jlevin@rblaw.net
**p:** (312) 253-8623
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago,
IL 60654

<image002.png>

<image003.png>

<image004.png>

<image005.png>

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.**  The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.