# EXHIBIT B

## Joshua Levin

| | |
|---|---|
| **From:** | Stephen R. Leffler <stephenrleffler@yahoo.com> |
| **Sent:** | Wednesday, March 25, 2026 3:06 PM |
| **To:** | Joshua Levin |
| **Cc:** | fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; Mistie@sparkman-zummach.com; keenandl@aol.com; Jennie Silk; Kelsey McKinney; amorris@bakerdonelson.com; bmcmullen@bakerdonelson.com; ireagan@bakerdonelson.com; Colton Johnson Taylor; Antonio Romanucci; Stephen Weil; Sarah Raisch; brooke@bencrump.com; Dana Kondos; Houston Ward; Devon Kelly; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; CGrice@eflawgroup.com; dgodwin@gmlblaw.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; tnorman@gmlblaw.com |
| **Subject:** | Re: Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

No objection from Haley


Stephen R. Leffler
Law Office of Stephen R. Leffler, P.C.
2670 Union Extended, Suite 819
Memphis, TN 38112
901-527-8830
Stephen@lefflerlaw.com

This e-mail, including attachments, contains information that is confidential and may be protected by the attorney-client privilege, work product privilege, or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient, please delete this email, including attachments, and notify me.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

> On Mar 25, 2026, at 2:51 PM, Joshua Levin <JLevin@rblaw.net> wrote:
>
> Counsel for Defendants Martin, Mills, Bean, Smith, and Haley:
>
> As you know, Plaintiff will be filing a motion for voluntary dismissal with prejudice of all claims against your clients. Please confirm that your clients do not object. We intend to file the dismissal motion tomorrow.

1

Thank you,
Josh

**Joshua M. Levin**
Senior Attorney

<image001.png>

**www.rblaw.net**

**e:** jlevin@rblaw.net
**p:** (312) 253-8623
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste
900, Chicago, IL 60654

<image002.png>

<image003.png>

<image004.png>

<image005.png>

 ***Go Green - Please don't print this e-mail unnecessarily.***

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.