# EXHIBIT C

## Joshua Levin

| | |
|---|---|
| **From:** | Joshua Levin |
| **Sent:** | Wednesday, March 25, 2026 3:21 PM |
| **To:** | 'McMullen, Bruce'; stephenrleffler@yahoo.com; fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; mistie@sparkman-zummach.com; keenandl@aol.com |
| **Cc:** | Silk, Jennie; McKinney, Kelsey; Morris, Angela; Reagan, Ian; Colton Johnson Taylor; Antonio Romanucci; Stephen Weil; Sarah Raisch; Brooke@bencrump.com; Dana Kondos; Houston Ward; Devon Kelly; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; cgrice@eflawgroup.com; dgodwin@gmlblaw.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; tnorman@gmlblaw.com |
| **Subject:** | RE: Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants |

Bruce, What is the basis of the City's objection? Please let us know. Thank you.

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Wednesday, March 25, 2026 3:14 PM
**To:** Joshua Levin <JLevin@rblaw.net>; stephenrleffler@yahoo.com; fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; mistie@sparkman-zummach.com; keenandl@aol.com
**Cc:** Silk, Jennie <jsilk@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; cgrice@eflawgroup.com; dgodwin@gmlblaw.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; tnorman@gmlblaw.com
**Subject:** Re: Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

We object.

**Bruce A. McMullen**
Office Managing Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz
First Tennessee Building
165 Madison Avenue - Suite 2000
Memphis, TN 38103
Direct Dial:  901.577.2356
Direct Fax:  901.577.4262
Email: bmcmullen@bakerdonelson.com

Firm Website: www.bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi,
South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Wednesday, March 25, 2026 2:51:18 PM
**To:** stephenrleffler@yahoo.com <stephenrleffler@yahoo.com>; fjohnson@johnsonandjohnsonattys.com <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com <cjohnson@johnsonandjohnsonattys.com>; ge@perrygriffin.com <ge@perrygriffin.com>; jkp@perrygriffin.com <jkp@perrygriffin.com>; lgross@perrygriffin.com <lgross@perrygriffin.com>; martin@sparkman-zummach.com <martin@sparkman-zummach.com>; mistie@sparkman-zummach.com <mistie@sparkman-zummach.com>; keenandl@aol.com <keenandl@aol.com>
**Cc:** Silk, Jennie <jsilk@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com <Brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm@mendelsonfirm.com <dm@mendelsonfirm.com>; Natalie@bencrump.com <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>; cgrice@eflawgroup.com <cgrice@eflawgroup.com>; dgodwin@gmlblaw.com <dgodwin@gmlblaw.com>; bmckinney@gmlblaw.com <bmckinney@gmlblaw.com>; mcollins@gmlblaw.com <mcollins@gmlblaw.com>; tnorman@gmlblaw.com <tnorman@gmlblaw.com>
**Subject:** Wells v. City of Memphis et al - Dismissal of Criminally Charged Defendants

Counsel for Defendants Martin, Mills, Bean, Smith, and Haley:

As you know, Plaintiff will be filing a motion for voluntary dismissal with prejudice of all claims against your clients. Please confirm that your clients do not object. We intend to file the dismissal motion tomorrow.

Thank you,
Josh

**Joshua M. Levin**
Senior Attorney



**www.rblaw.net**

**e:** jlevin@rblaw.net
**p:** (312) 253-8623
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

  

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify

2

us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.