# EXHIBIT 1

**Proposed Amended Schedule**[1]

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Completing Enforcement of Plaintiff's Outstanding Discovery Responses and Document Production | April 30, 2026 (ECF No. 609) | April 30, 2026 |
| Plaintiff's Rule 26 Experts as to Liability | April 3, 2026 | April 3, 2026 |
| Rebuttal Rule 26 Expert Disclosures as to Liability | April 24, 2026 | June 12, 2026 |
| Depositions of Rebuttal Rule 26 Experts | May 15, 2026 | July 24, 2026 |
| Daubert Motions for Liability Experts | June 15, 2026 | August 28, 2026 |
| Dispositive Motions | June 15, 2026 | August 28, 2026 |

---

[1] This Proposed Amended Schedule does not account for the obstacles outside of the City's control, namely, the status of the Stayed Defendant Officers and their pending criminal cases and the time needed to conduct the forensic testing of the items identified in the City's Motion to Compel (ECF No. 498.) The City respectfully submits that these factors—while still outstanding—are likely to affect any schedule at this time.