# EXHIBIT 2

| From: | Joshua Levin |
|---|---|
| To: | McKinney, Kelsey; McMullen, Bruce; Silk, Jennie; Morris, Angela; Reagan, Ian |
| Cc: | Colton Johnson Taylor; Antonio Romanucci; Stephen Weil; Sarah Raisch; Brooke@bencrump.com; Dana Kondos; Houston Ward; Devon Kelly; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; stephenrleffler@yahoo.com; cgrice@eflawgroup.com; keenandl@aol.com; dgodwin@gmlblaw.com; fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; mistie@sparkman-zummach.com; tnorman@gmlblaw.com |
| Subject: | RE: Wells v. City of Memphis et al - Supplementation deadline |
| Date: | Wednesday, March 25, 2026 8:09:10 PM |
| Attachments: | image001.png |
|  | image002.png |
|  | image003.png |
|  | image004.png |
|  | image005.png |

Thanks.

---

**From:** McKinney, Kelsey <kmckinney@bakerdonelson.com>
**Sent:** Wednesday, March 25, 2026 7:52 PM
**To:** Joshua Levin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; stephenrleffler@yahoo.com; cgrice@eflawgroup.com; keenandl@aol.com; dgodwin@gmlblaw.com; fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; mistie@sparkman-zummach.com; tnorman@gmlblaw.com
**Subject:** Re: Wells v. City of Memphis et al - Supplementation deadline

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Agreed.

Kindly,
Kelsey

___
**Kelsey McKinney** (she/her/hers)
Associate
Direct: 901.577.8204
Email: kmckinney@bakerdonelson.com

Exhibit 2 - Page 1 of 4

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Wednesday, March 25, 2026 1:50:16 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com <Brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm@mendelsonfirm.com <dm@mendelsonfirm.com>; Natalie@bencrump.com <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>; stephenrleffler@yahoo.com <stephenrleffler@yahoo.com>; cgrice@eflawgroup.com <cgrice@eflawgroup.com>; keenandl@aol.com <keenandl@aol.com>; dgodwin@gmlblaw.com <dgodwin@gmlblaw.com>; fjohnson@johnsonandjohnsonattys.com <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com <cjohnson@johnsonandjohnsonattys.com>; ge@perrygriffin.com <ge@perrygriffin.com>; jkp@perrygriffin.com <jkp@perrygriffin.com>; lgross@perrygriffin.com <lgross@perrygriffin.com>; martin@sparkman-zummach.com <martin@sparkman-zummach.com>; bmckinney@gmlblaw.com <bmckinney@gmlblaw.com>; mcollins@gmlblaw.com <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com <mistie@sparkman-zummach.com>; tnorman@gmlblaw.com <tnorman@gmlblaw.com>
**Subject:** RE: Wells v. City of Memphis et al - Supplementation deadline

I mean that any supplemental discovery responses from the City would be due on March 30 and any supplemental discovery responses from Plaintiff would also be due on that date. Does the City agree to that?

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Wednesday, March 25, 2026 1:46 PM
**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; stephenrleffler@yahoo.com; cgrice@eflawgroup.com; keenandl@aol.com; dgodwin@gmlblaw.com; fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; mistie@sparkman-zummach.com; tnorman@gmlblaw.com
**Subject:** RE: Wells v. City of Memphis et al - Supplementation deadline

Exhibit 2 - Page 2 of 4

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Explain what you mean by reciprocal?

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Wednesday, March 25, 2026 1:23 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Reagan, Ian <ireagan@bakerdonelson.com>
**Cc:** Colton Johnson Taylor <cjohnson@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Natalie@bencrump.com; court@bencrump.com; stephenrleffler@yahoo.com; cgrice@eflawgroup.com; keenandl@aol.com; dgodwin@gmlblaw.com; fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; bmckinney@gmlblaw.com; mcollins@gmlblaw.com; mistie@sparkman-zummach.com; tnorman@gmlblaw.com
**Subject:** Wells v. City of Memphis et al - Supplementation deadline

City counsel,

At our meet and confer on Monday, you asked if we would agree to extend the Rule 26(e)(1) supplementation deadline (currently today). We would agree to extend that deadline to March 30 as long as it is reciprocal. Please let us know whether you agree to that.

Thank you,
Josh

**Joshua M. Levin**
Senior Attorney

**e:** jlevin@rblaw.net
**p:** (312) 253-8623

Exhibit 2 - Page 3 of 4



**f:** (312) 458-1004
**a:** 321 N Clark St, Ste
900, Chicago, IL 60654

**www.rblaw.net**



 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.**  The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

Exhibit 2 - Page 4 of 4