# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE WESTERN DIVISION

| | | |
|---|---|---|
| ROW VAUGHN WELLS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TYRE DEANDRE NICHOLS, DECEASED, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224 JURY DEMAND |
| THE CITY OF MEMPHIS, A MUNICIPALITY; CHIEF CERELYN DAVIS, IN HER OFFICIAL CAPACITY; EMMITT MARTIN III, IN HIS INDIVIDUAL CAPACITY; DEMETRIUS HALEY, IN HIS INDIVIDUAL CAPACITY; JUSTIN SMITH, IN HIS INDIVIDUAL CAPACITY; DESMOND MILL, JR. IN HIS INDIVIDUAL CAPACITY; TADARRIUS BEAN, IN HIS INDIVIDUAL CAPACITY; PRESTON HEMPHILL, IN HIS INDIVIDUAL CAPACITY; ROBERT LONG, IN HIS INDIVIDUAL CAPACITY; JAMICHAEL SANDRIDGE, IN HIS INDIVIDUAL CAPACITY; MICHELLE WHITAKER, IN HER INDIVIDUAL CAPACITY; DEWAYNE SMITH, IN HIS INDIVIDUAL CAPACITY AND AS AGENT OF THE CITY OF MEMPHIS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Responses Of Plaintiff RowVaughn Wells, Individually and As Administratrix Ad Litem Of The Estate Of Tyre Deandre Nichols, Deceased, to Defendant City Of Memphis' Third Set Of Requests For Production**

        **COMES NOW** Plaintiff RowVaughn Wells Individually and as Administratrix Ad

Litem of the Estate of Tyre Deandre Nichols ("Plaintiff"), by and through her attorneys,

Exhibit 4 - Page 1 of 5

ROMANUCCI & BLANDIN, LLC, and propounds the following responses to Defendant City

of Memphis' Third Set of Requests for Production:

### **Responses to Defendant's Requests for Production**

REQUEST NO. 36: Produce the data download from Mr. Nichols' Facebook Account. This information may be obtained by You from Meta in your capacity as personal representative of his Estate.

**Response: Plaintiff objects to this request. First, it is vague. It is unclear what Defendant means by the undefined term "data download." Defendant does not identify what sort of "data" it is seeking to obtain from such a "download." Second, it is overly broad and seeks production of irrelevant information. Any data extracted from Mr. Nichols' Facebook needs to be tailored to those issues relevant to the complaint. See *Equal Emp. Opportunity Comm'n v. New Breed Logistics*, No. 10-2696-A/P, 2011 WL 13098611, at \*1 (W.D. Tenn. Nov. 15, 2011), *objections overruled sub nom. E.E.O.C. v. New Breed Logistics*, No. 2:10-CV-02696-STA, 2011 WL 6179709 (W.D. Tenn. Dec. 13, 2011).**

REQUEST NO. 37: Permit for inspection the brain of Mr. Nichols.

**Response: Plaintiff objects to this request because Mr. Nichols' brain is not in Plaintiff's possession, custody, or control. It is Plaintiff's understanding that Mr. Nichols' brain is in the custody and control of the Shelby County Medical Examiner's Office.**

REQUEST NO. 38: Permit for inspection all tissue slides, tissue blocks, whole tissue or organ specimens, biopsy slides, and any other pathologic material obtained from Mr. Nichols's person during his treatment at Saint Francis Hospital from January 7, 2023 through January 10, 2023 or otherwise for the purpose of any autopsies performed on all or part of Mr. Nichols's body.

**Response: Plaintiff objects to this request because it seeks objects that are not in Plaintiff's possession, custody, or control. Subject to and without waiving this specific objection, Plaintiff will produce for inspection at a mutually agreeable time the autopsy slide recuts from the original autopsy of Mr. Nichols that are in Plaintiff's possession.**

REQUEST NO. 39: Produce all communications between You and anyone acting on your behalf, including your attorneys, with Dr. Marco Ross related to Tyre Nichols, this civil litigation, or the criminal prosecution of former officers Tadarrius Bean, Justin Smith, Emmitt Martin III, Demetrius Haley, and Desmond Mills. This request includes communications between your Attorneys and Dr. Ross.

**Response: Plaintiff objects to this request to the extent it seeks documents that are not relevant to the claims or defenses in this action.  Subject to and without waiving this objection, Plaintiff produces herewith the responsive documents that can be located through a reasonably diligent search.**

Exhibit 4 - Page 2 of 5

REQUEST NO. 40: Produce all communications between You and anyone acting on your behalf, including your attorneys, with Dr. Laura Bagwell related to Tyre Nichols, this civil litigation, or the criminal prosecution of former officers Tadarrius Bean, Justin Smith, Emmitt Martin III, Demetrius Haley, and Desmond Mills. This request includes communications between your Attorneys and Dr. Bagwell.

**Response: See attached, where Plaintiff has produced responsive documents that can be located through a reasonably diligent search.**

REQUEST NO. 41: Produce all communications between You and anyone acting on your behalf, including your attorneys, with Dr. Rebecca Folkerth and/or anyone else from MooseHenge Medical Consulting related to Tyre Nichols, this civil litigation, or the criminal prosecution of former officers Tadarrius Bean, Justin Smith, Emmitt Martin III, Demetrius Haley, and Desmond Mills. This request includes communications between your Attorneys and Dr. Folkerth and/or anyone else with MooseHenge Medical Consulting.

**Response: See attached, where Plaintiff has produced responsive documents that can be located through a reasonably diligent search.**

REQUEST NO. 42: Produce for inspection any and all items, materials, or specimens, sent by You or anyone acting on your behalf, including your attorneys, to Dr. Folkerth or anyone at the MooseHenge Medical Center.

**Response: Plaintiff objects to this request because it assumes facts that are incorrect or do not exist. Neither Plaintiff nor anyone acting on her behalf is currently aware of any items sent to Dr. Folkerth or anyone at MooseHenge Medical Center.**

REQUEST NO. 43: Produce for inspection any and all items recovered by the Tennessee Bureau of Investigation from the vehicle Mr. Nichols was driving on January 7, 2023, that the TBI returned to you or to anyone acting on your behalf. This Request includes photographs and/or videos of the items in Mr. Nichols' vehicle.

**Response: Plaintiff objects to this request to the extent it seeks items that are not relevant to the claims or defenses in this action. Plaintiff further objects because she does not know what items were and were not recovered by TBI. Subject to and without waiving these objections, Plaintiff will produce for inspection at a mutually agreeable time the items Plaintiff retained from Mr. Nichols' vehicle, which she has in her possession and will continue to preserve and has also produced the following photos of Mr. Nichols' car after it was returned to her from TBI's custody: 006780-006793.**

REQUEST NO. 44: Produce any and all communications between You or anyone acting on your behalf, including your attorneys, with Morgan Jackson for the time period of January 7, 2023 through present day.

**Response: Plaintiff objects because this request is overbroad and seeks documents that are not relevant to any party's claim or defense in this action. Plaintiff incorporates her response**

Exhibit 4 - Page 3 of 5

**to Request No. 7. Subject to and without waiving this objection, Plaintiff responds that, based on a reasonably diligent search, Plaintiff has no responsive, non-privileged documents in her possession, custody, or control.**

REQUEST NO. 45: Produce any and all communications between You or anyone acting on your behalf, including your attorneys, with anyone from the Tennessee Bureau of Investigation.

**Response: Plaintiff objects to this request to the extent it seeks documents that are not relevant to the claims or defenses in this action. Subject to and without waiving this objection, Plaintiff is conducting a reasonably diligent search for responsive documents and will produce any responsive, non-privileged documents that are found.**

Dated:  October 24, 2024                         Respectfully Submitted,

/s/ Sam Harton
**ROMANUCCI & BLANDIN, LLC**

Antonio Romanucci (*pro hac vice*)
Bhavani Raveendran (*pro hac vice*)
Sarah Raisch (*pro hac vice*)
Sam Harton (*pro hac vice*)
Josh Levin (*pro hac vice*)
Steve Weil (*pro hac vice*)
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
Email: b.raveendran@rblaw.net
Email: sraisch@rblaw.net
Email: sharton@rblaw.net
Email: jlevin@rblaw.net
Email: sweil@rblaw.net

**MENDELSON LAW FIRM**
David Mendelson
(Tennessee Bar No. 016812)
Benjamin Wachtel
(Tennessee Bar No. 037986)
799 Estate Place
Memphis, Tennessee 38187
Tel: (901) 763-2500 ext. 103
Fax: (901) 763-2525
Email: dm@mendelsonfirm.com
Email: bwachtel@mendelsonfirm.com

Exhibit 4 - Page 4 of 5

**BEN CRUMP LAW**
Ben Crump (*pro hac vice pending*)
(Washington, D.C. Bar No. 1552623)
(Tennessee Bar No. 038054)
Chris O'Neal (*pro hac vice pending)*
(Florida Bar No. 910201)
Brooke Cluse
(Texas Bar No. 24123034)
717 D Street N.W., Suite 310
Washington, D.C. 20004
Email: ben@bencrump.com
Email: chris@bencrump.com
Email: brooke@bencrump.com

**COUNCIL & ASSOCIATES, LLC**
Lashonda Council Rogers
(Georgia Bar No. 190276)
50 Hunt Plaza, SE Suite 740
Atlanta, Georgia 30303
Tel: (404) 526-8857
Fax: (404) 478-8423
Email: lrogers@thecouncilfirm.com

**EARNESTINE HUNT DORSE**
Earnestine Hunt Dorse
(Tennessee Bar No. 012126)
3268 N Waynoka Circle
Memphis, Tennessee 38111-3616
Tel: (901) 604-8866
Email: ehdorse@gmail.com

## CERTIFICATE OF SERVICE

I, Sam Harton, hereby certify that on October 24, 2024, I served all Counsel of Record listed on the ECF System for this action via email.

*s/ Sam Harton*
Sam Harton

Exhibit 4 - Page 5 of 5