# EXHIBIT 5

| | |
|---|---|
| **From:** | Sarah Raisch |
| **To:** | McMullen, Bruce; Colton Johnson Taylor; CGrice; keenandl; dgodwin; fjohnson; cjohnson@johnsonandjohnsonattys.com; ge; jkp; lgross; bmckinney; mcollins; Terri Norman; stephenrleffler; martin; Mistie Wynn; aromanucci; JLevin; sweil; bw@mendelsonfirm.com; dm; brooke; DKondos; hward; court@bencrump.com; Natalie; dkelly |
| **Cc:** | McKinney, Kelsey; Silk, Jennie; Morris, Angela; Hivner, Lexi; Thompson, Theresa |
| **Subject:** | RE: Wells v. City of Memphis et al - Plaintiff"s Supplemental Document Production |
| **Date:** | Wednesday, April 8, 2026 5:00:35 PM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>Wells_010252 1.pdf |

Hi Bruce,

We have no additional responsive documents for RFP 38, which seeks "pathologic materials" for the purpose of any autopsies performed on Mr. Nichols body. Specifically, Dr. Wilson did not collect any pathologic material during her autopsy.

Regarding RFP 39, after receiving your email we did an additional search and found one additional email exchange between me and Dr. Marco Ross in January of 2024. We are producing that as Wells_010252-3, and attaching it here. No responsive communications were intentionally withheld, this email exchange was inadvertently omitted from our prior production.

Regarding RFP 40, we have no responsive documents.

Regarding your request for "communications with [Dr. Wilson], not to mention her initial findings," those materials are not discoverable pursuant to FRCP 26(b)(4)(B) and (C).


Thanks,
Sarah



**Sarah M. Raisch**
Partner

ROMANUCCI BLANDIN | LAW

**www.rblaw.net**

**e:** sraisch@rblaw.net
**m:** (651) 247-2988
**p:** (312) 253-8802
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

  

*2025 Recipient of the Chicago Daily Law Bulletin's 40 Under Forty Award*

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify

Exhibit 5 - Page 1 of 12

us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Tuesday, April 7, 2026 3:18 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; court@bencrump.com; Natalie <Natalie@bencrump.com>; Devon Kelly <dkelly@rblaw.net>
**Cc:** McKinney, Kelsey <kmckinney@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Counsel for Plaintiff,

We have major concerns over the disclosure of your Postmortem Examination Report from Dr. Allecia Wilson. Given that Mr. Nichols's body was in the custody of the Shelby County Medical Examiner at the time of the second autopsy (January 23, 2023), communications and documents exchanged between Shelby County Medical Examiner's office, Dr. Ross, or Dr. Bagwell and your team related to the second autopsy would plainly be responsive to RFPs 39 & 40:

> REQUEST NO. 39: **Produce all communications between You and anyone acting on your behalf, including your attorneys, with Dr. Marco Ross related to Tyre Nichols**, this civil litigation, or the criminal prosecution of former officers Tadarrius Bean, Justin Smith, Emmitt Martin III, Demetrius Haley, and Desmond Mills. This request includes communications between your Attorneys and Dr. Ross.

> REQUEST NO. 40: **Produce all communications between You and anyone acting on your behalf, including your attorneys, with Dr. Laura Bagwell related to Tyre Nichols**, this civil litigation, or the criminal prosecution of former officers Tadarrius Bean, Justin Smith, Emmitt Martin III, Demetrius Haley, and Desmond Mills. This request includes communications between your Attorneys and Dr. Bagwell.

The disclosure of this second autopsy report also confirms that your response to RFP 38 is incomplete. RFP 38 seeks materials related to "**any**" autopsies performed. You only objected and identified materials related to the "original" autopsy. You failed to state whether you were withholding responsive materials,

<span style="color:red">Exhibit 5 - Page 2 of 12</span>

but it appears that you were.

**It seems that you intentionally withheld communications responsive to these requests as well as communications with this expert, not to mention her initial findings. Please let us know if there is some reasonable explanation as to why these things were not previously disclosed so that we can determine if a motion for sanctions is appropriate.  We expect a response by COB Thursday the 8th.**

**Bruce A. McMullen**

Shareholder
Direct Dial:  901.577.2356

---

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Friday, April 3, 2026 4:44 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** aromanucci <aromanucci@rblaw.net>; JLevin <JLevin@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; sraisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

Bruce, we did not.



🌲 **Go Green - Please don't print this e-mail unnecessarily.**
**Confidentiality Statement.**  The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above.  This message may be an attorney-client communication, and as such is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

Exhibit 5 - Page 3 of 12

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Friday, April 3, 2026 4:42 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Colton,

We appreciate your commitment to adhere to the Court's Order, although the rules required you to supplement by the long-passed supplementation deadline. In any event, I didn't see a response to my request, "Please confirm that you have had no communications written or oral with Mr. Jones concerning this case." So let me rephrase. **DID YOU HAVE COMMUNICATIONS WITH SEAN JONES OR NOT?**

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Friday, April 3, 2026 4:29 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** aromanucci <aromanucci@rblaw.net>; JLevin <JLevin@rblaw.net>; sweil <sweil@rblaw.net>;

Exhibit 5 - Page 4 of 12

bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; sraisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

Hi Bruce,

In light of Judge Christoff's Tuesday order (ECF 609), we are in the process of searching for any responsive documents and preparing them for production, along with supplementing our written responses. We intend to provide all supplemental written responses and any responsive documents by COB next Friday, April 10, 2026.

Have a great weekend!
Colton



**RB**

**Colton Johnson Taylor**
Attorney

☏ 312-253-8601
✉ cjohnson@rblaw.net

📶 rblaw.net          ⌂ 321 N. Clark St., Ste. 900
                           Chicago, IL 60654

🌲 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Thursday, April 2, 2026 2:35 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

Exhibit 5 - Page 5 of 12

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Colton,

We understand that any issues regarding your mass distribution of a complete photocopied book without the author's permission or any remuneration, including any legal implications, are between you and Mr. Jones. We do not intend to debate the scope of the" fair use doctrine." However, we do want to confirm your representation that you have had no conversations or communications with Mr. Jones. We raise this issue because your discovery responses remain incomplete, including with respect to requests seeking communications with Mr. Jones.

Please confirm that you have had no communications written or oral with Mr. Jones concerning this case. We also expect full supplementation of your responses to the Requests for Production by close of business tomorrow.

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

---

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Wednesday, April 1, 2026 8:11 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** aromanucci <aromanucci@rblaw.net>; JLevin <JLevin@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; sraisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

Hey Bruce,

Exhibit 5 - Page 6 of 12

We have not had conversations with the author, and we understand that the introduction of a book (or anything else copyrighted, like a scholarly article) falls under the fair use doctrine. Let us know if you know of any authority to the contrary.

Best!
Colton



🌲Go Green - Please don't print this e-mail unnecessarily.
Confidentiality Statement. The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Wednesday, April 1, 2026 5:42 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Exhibit 5 - Page 7 of 12

Josh,

You also produced a copy of Shawn Jones's book (Wells_0010111-Wells_0010189), which is copyrighted with "all rights reserved." Specifically, the publisher stated:  "No part of this publication may be reproduced, distributed, or transmitted in any form or by any means – including electronic, mechanical, photocopying, recording, or other – without the prior written permission of the publisher, except for brief quotations used in reviews or scholarly works."(see attached).

This written permission, if you obtained it,  is responsive to the City's RFP Nos. 130 and 131. You responded to RFPs 130 and 131 last year and produced no communications with Shawn Jones. As you are aware, you have a duty to seasonally supplement your responses and your production. You did not supplement your written responses to the requests for production *at all*, much less supplement your document production. We demand that you produce all communications with Shawn Jones,  and any other responsive documents that you have not yet produced by COB Friday, April 3.

Guys, this is not amateur hour. This is a serious case.

**Bruce A. McMullen**
Shareholder
Direct Dial:  901.577.2356

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Wednesday, April 1, 2026 5:19 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** aromanucci <aromanucci@rblaw.net>; JLevin <JLevin@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; sraisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

Hey Bruce,

Exhibit 5 - Page 8 of 12

We inadvertently produced the wrong version, which has been removed from the production link. We will file a notice with the 6th Circuit explaining the circumstances. Our understanding is that the version was restricted by the Court not because it contained any sensitive information but because the Clerk's Office determined the brief did not comply with Sixth Circuit Rules or the Federal Rules of Appellate Procedure, and was therefore not the version that would be considered by the Court.

In any event, out of an abundance of caution, we instruct that ***all recipients of our production immediately destroy the document*** and consider it withdrawn from our production. Attached is the version of the corrected brief for your records.

I will get you a supplemental RFP response before COB Friday. Likely tomorrow.

Thanks so much!
Colton



**Colton Johnson Taylor**
Attorney
☎ 312-253-8601
✉ cjohnson@rblaw.net

rblaw.net     321 N. Clark St., Ste. 900
Chicago, IL 60654

🌲 *Go Green - Please don't print this e-mail unnecessarily.*
**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Wednesday, April 1, 2026 3:56 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman

Exhibit 5 - Page 9 of 12

<tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>;
McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela
<amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>;
stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin
<JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>;
bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch
<sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Dana Kondos
<DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly
<dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Supplemental Document
Production

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you
recognize the sender and know the content is safe.

Josh,

We are in receipt of the documents you produced on Monday, March 30. As
an initial matter, you did not serve written supplemental responses to your
RFPs indicating to which requests these newly-produced documents are
responsive. Please update your responses within the next 48 hours (COB
4:00 central Friday).

Further, it is concerning that you produced a "RESTRICTED" and "LOCKED"
version of Chief Davis's Appellant's Brief (Wells_0010190-Wells_0010314).
As you know, the Sixth Circuit *restricted access* to the locked brief to
counsel of record only and further instructed as follows: "*Access to the
document you are about to view has been restricted. Do not allow it to
be seen by unauthorized persons.*"

Nevertheless, you downloaded the *restricted* brief, bates labeled it, and
intentionally or carelessly produced it to a host of individuals who are not
parties to the appeal and would otherwise not have access to the *restricted*
brief.

First, we demand that you take corrective actions to comply with the 6th
Circuit's directive by withdrawing the *restricted* brief and exhibits from your
document production and instruct all unintended recipients to discard and
delete said documents. Second, we respectfully request that you self-report
your violation of the Sixth Circuit's directive no later than COB tomorrow.

**Bruce A. McMullen**

Shareholder

Exhibit 5 - Page 10 of 12

Direct Dial: 901.577.2356

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Monday, March 30, 2026 10:46 PM
**To:** cgrice@eflawgroup.com; keenandl@aol.com; dgodwin@gmlblaw.com; fjohnson@johnsonandjohnsonattys.com; cjohnson@johnsonandjohnsonattys.com; ge@perrygriffin.com; jkp@perrygriffin.com; lgross@perrygriffin.com; martin@sparkman-zummach.com; bmckinney@gmlblaw.com; McMullen, Bruce <bmcmullen@bakerdonelson.com>; mcollins@gmlblaw.com; mistie@sparkman-zummach.com; tnorman@gmlblaw.com; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler@yahoo.com
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm@mendelsonfirm.com; Sarah Raisch <sraisch@rblaw.net>; Brooke@bencrump.com; Colton Johnson Taylor <cjohnson@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie@bencrump.com; court@bencrump.com
**Subject:** Wells v. City of Memphis et al - Plaintiff's Supplemental Document Production

Counsel, please see link below to access Plaintiff's supplemental document production.

https://www.dropbox.com/scl/fo/q3834h8n6kh1pvvg6ybtb/AJFMzBoolHYbexmxFzEE-3E?rlkey=n1ptdsoew60lhhltiqtsf79rw&st=f23s9g0k&dl=0

Thanks,
Colton

**Colton M. Johnson Taylor**
Attorney

**RB ROMANUCCI BLANDIN | LAW**

**www.rblaw.net**

**e:** cjohnson@rblaw.net
**p:** (312) 253-8601
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

   

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have

Exhibit 5 - Page 11 of 12

received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

Exhibit 5 - Page 12 of 12