# EXHIBIT 8

| | |
|---|---|
| **From:** | Joshua Levin |
| **To:** | sraisch; McMullen, Bruce; Colton Johnson Taylor; CGrice; keenandl; dgodwin; fjohnson; cjohnson@johnsonandjohnsonattys.com; ge; jkp; lgross; bmckinney; mcollins; Terri Norman; stephenrleffler; martin; Mistie Wynn; aromanucci; JLevin; sweil; bw@mendelsonfirm.com; dm; brooke; DKondos; hward; court@bencrump.com; Natalie; dkelly; McKinney, Kelsey; Silk, Jennie; Morris, Angela; Hivner, Lexi; Thompson, Theresa |
| **Subject:** | Wells v. City of Memphis et al - Scheduling Depositions of City"s Experts |
| **Date:** | Thursday, April 9, 2026 11:17:27 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

City Counsel,

We are writing to schedule our depositions of the City's experts. We are not asking you to disclose your experts before your April 24 deadline but we need to solidify the deposition dates. We are available on the following days: April 30, May 1, 5, 6, 7, 8, 13, 14, 15. Please let us know, of these dates, when your experts are available to be deposed. We will conduct these depositions over zoom.

We understand that the City intends to disclose damages experts (if any) at a later date, yet to be determined.

Thank you,
Josh

**Joshua M. Levin**
Senior Attorney



**www.rblaw.net**

**e:** jlevin@rblaw.net
**p:** (312) 253-8623
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654



 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.