**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224-SHL-atc JURY DEMAND |
| The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; DeWayne Smith, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF REQUEST FOR EMERGENCY HEARING,
OR ALTERNATIVELY, REQUEST FOR EXPEDITED RULING**

Defendant City of Memphis (the "City"), pursuant to Local Rule 7.2(d), hereby respectfully requests an emergency hearing on the City's Motion to Reopen Discovery for a Limited Purpose and to Amend Scheduling Order (the "Motion"). (ECF No. 611.) In the alternative, the City requests an expedited ruling on its Motion.

Under the operative Amended Scheduling Order, the City's rebuttal expert disclosures are due on April 24, 2026. (ECF No. 571.) There are not enough available dates to depose Plaintiff's seven experts, then have the rebuttal experts review and prepare rebuttal reports, before April 24. For this reason and the additional reasons set forth in the City's Motion, resolution of the Motion is necessary for the City to have a full and fair opportunity to adequately prepare to depose Plaintiff's seven experts and submit rebuttal expert disclosures.

1

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Bruce McMullen*

Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis
and Chief Cerelyn Davis in her Individual
Capacity*

## CERTIFICATE OF SERVICE

I, Bruce McMullen, hereby certify that on April 14, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bruce McMullen*
Bruce McMullen

2