**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

RowVaughn Wells,

                    Plaintiff,

    v.                                                      Case No. 2:23-CV-02224

The City of Memphis *et al.*,

                    Defendants.

**PLAINTIFF'S RESPONSE TO CITY'S NOTICE OF REQUEST
FOR EMERGENCY HEARING**

Plaintiff RowVaughn Wells ("Plaintiff") hereby responds to the City of Memphis' (the

"City") Notice of Request for Emergency Hearing, or Alternatively, Request for Expedited Ruling

(ECF 612). The City's motion requests a hearing or expedited ruling on the City's Motion to

Reopen Discovery for a Limited Purpose and to Amend Scheduling Order (the "Motion") (ECF

611.)

Plaintiff joins in the City's request for an emergency hearing to decide the City's Motion.

However, Plaintiff respectfully requests that the hearing should also address *(a)* Plaintiff's motion

to voluntarily dismiss her claims against the stayed officers (ECF 607) and *(b)* Plaintiff's motion

to sever and voluntarily dismiss the claims against Chief Davis (ECF 608). These two pending

motions raise issues that are interrelated with the City's Motion. The three motions raise

overlapping questions that need to be resolved promptly concerning the case schedule, the scope

of discovery, and the overall path from here to trial.

Additionally, Plaintiff requests a reasonable opportunity to file her opposition brief to the

City's Motion before the requested hearing takes place, so that the Court has a full understanding

1

of the arguments and caselaw presented by both sides. Plaintiff's opposition brief is currently due

April 27. Plaintiff intends to file her opposition brief one week from today, April 21. Plaintiff

therefore respectfully requests that the Court schedule the three above-mentioned motions for a

hearing on a date shortly after April 21. The City has voiced no objection to this request.[1]

Dated: April 14, 2026                          Respectfully submitted,

                                               /s/ Joshua M. Levin
                                               Antonio M. Romanucci* (Ill. Bar No. 6190290)
                                               Sarah Raisch* (Ill. Bar No. 6305374)
                                               Joshua M. Levin* (Ill. Bar No. 6320993)
                                               Stephen H. Weil* (Ill. Bar No. 6291026)
                                               Sam Harton* (Ill. Bar No. 6342112)
                                               Colton Johnson Taylor* (Ill. Bar No. 6349356)
                                               **ROMANUCCI & BLANDIN, LLC**
                                               321 N. Clark St., Ste. 900
                                               Chicago, IL 60654
                                               (312) 458-1000
                                               aromanucci@rblaw.net
                                               sraisch@rblaw.net
                                               jlevin@rblaw.net
                                               sweil@rblaw.net
                                               sharton@rblaw.net
                                               cjohnson@rblaw.net

                                               David L. Mendelson (Tenn. Bar No. 016812)
                                               Benjamin Wachtel (Tenn. Bar No. 037986)
                                               **MENDELSON LAW FIRM**
                                               799 Estate Place
                                               Memphis, TN 38187
                                               (901) 763-2500 (ext. 103), Telephone
                                               (901) 763-2525, Facsimile
                                               dm@mendelsonfirm.com
                                               bw@mendelsonfirm.com

---

[1] After the City informed Plaintiff of its intention to request an emergency hearing, Plaintiff notified the City of her position, as articulated above. (The City filed its notice without noting Plaintiff's position.) The City has not voiced any objection to Plaintiff's request that the hearing be held after April 21 to allow Plaintiff time to file her opposition brief. Nor has it voiced any objection to the request that the hearing also address Plaintiff's motions to voluntarily dismiss the stayed officers and Chief Davis.

2

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
(337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

* Admission *pro hac vice*