**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, | ) ) ) | |
| | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:23-CV-02224-SHL-atc |
| | ) | JURY DEMAND |
| The City of Memphis, Tennessee; Chief Cerelyn Davis; Emmitt Martin III; Demetrius Haley; Justin Smith; Desmond Mills, Jr.; Tadarrius Bean; Preston Hemphill; Robert Long; JaMichael Sandridge; Michelle Whitaker; DeWayne Smith, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CITY OF MEMPHIS'S RESPONSE IN OPPOSITION TO PLAINTIFF'S REQUEST
FOR EMERGENCY HEARING**

Defendant City of Memphis (the "City") respectfully notifies the Court that it does oppose Plaintiff's request that any hearing on the City's Motion to Reopen Discovery for a Limited Purpose and to Amend Scheduling Order (ECF No. 611) also address Plaintiff's pending motions to dismiss (ECF No. 607, 608.) **Given the fast-approaching April 24 deadline, the City respectfully submits that it would be severely prejudiced if its Motion is not addressed until after April 21**. Plaintiff, however, will face no prejudice if her motions to dismiss are not resolved in the next ten days.

The City's Notice of Request for Hearing was filed contemporaneously with Mr. Levin's 5:44 p.m. email regarding joining the City's request for a hearing. Thus, the City did not have

1

Plaintiff's position at the time it filed its Notice. Mr. Levin's representation in his 10:30 p.m.

Response to the City's Notice that the City "has voiced no objection" is disingenuous at best.

(ECF No. 614, PageID 9524.)

Finally, the City also notifies the Court that, despite Plaintiff's outstanding discovery, the

City has agreed to go forward with a deposition of one of Plaintiff's experts this Friday, April 17,

due to the expert witness's confounding lack of availability—only two available dates—within

the next thirty days. However, the City will be requesting to reopen this expert's deposition if the

late-produced discovery is germane to his testimony, in the spirit of justice and fairness.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Bruce McMullen*

Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis and Chief Cerelyn Davis in her Individual Capacity*

2