# EXHIBIT A

**From:** Joshua Levin
**To:** McMullen, Bruce; Silk, Jennie
**Cc:** martin; fjohnson; sraisch; Colton Johnson Taylor; CGrice; keenandl; dgodwin; Curtis Johnson, Jr.; ge; jkp; lgross; bmckinney; mcollins; Terri Norman; stephenrleffler; Mistie Wynn; aromanucci; sweil; bw@mendelsonfirm.com; dm; brooke; DKondos; hward; dkelly; Natalie; court@bencrump.com; McKinney, Kelsey; Hivner, Lexi
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures
**Date:** Tuesday, April 14, 2026 5:44:02 PM
**Attachments:** image001.png
image002.png
image003.png

Bruce,

We don't agree with your arguments but we do agree there should be an emergency hearing to decide the City's Motion. However, the requested hearing must also address Plaintiff's motion to voluntarily dismiss the claims against they stayed officers and Plaintiff's motion to voluntarily dismiss the claims against Chief Davis, which raise issues interrelated with the City's Motion. Additionally, Plaintiff needs a reasonable opportunity to file our opposition brief before the hearing so that the Court has a full understanding of the arguments and caselaw presented by both sides. We intend to file our opposition brief a week from today, April 21.

We would agree to jointly email the Court to find a mutually agreeable date, after April 21, for a hearing on these three pending motions. Please let us know if you agree.

Thank you,
Josh

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Date:** Tuesday, April 14, 2026 at 4:42 PM
**To:** Joshua Levin <JLevin@rblaw.net>, Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>, fjohnson <fjohnson@johnsonandjohnsonattys.com>, Sarah Raisch <sraisch@rblaw.net>, Colton Johnson Taylor <cjohnson@rblaw.net>, CGrice <CGrice@EFLawgroup.com>, keenandl <keenandl@aol.com>, dgodwin <dgodwin@gmlblaw.com>, Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>, ge <ge@perrygriffin.com>, jkp <jkp@perrygriffin.com>, lgross <lgross@perrygriffin.com>, bmckinney <bmckinney@gmlblaw.com>, mcollins <mcollins@gmlblaw.com>, Terri Norman <tnorman@gmlblaw.com>, stephenrleffler <stephenrleffler@yahoo.com>, Mistie Wynn <Mistie@zummachlaw.com>, Antonio Romanucci <aromanucci@rblaw.net>, Stephen Weil <SWeil@rblaw.net>, bw@mendelsonfirm.com <bw@mendelsonfirm.com>, dm <dm@mendelsonfirm.com>, brooke <brooke@bencrump.com>, Dana Kondos <DKondos@rblaw.net>, Houston Ward <HWard@rblaw.net>, Devon Kelly <dkelly@rblaw.net>, Natalie <Natalie@bencrump.com>, court@bencrump.com <court@bencrump.com>, McKinney, Kelsey <kmckinney@bakerdonelson.com>, Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Joshua,

There are multiple bases for extending the deadlines in the scheduling order. First, the pending parallel criminal cases preclude the City from obtaining discovery necessary to develop rebuttal expert opinions on causation and to support dispositive motions. Second, you disclosed seven expert witnesses—nearly double the number you represented during the February 17 hearing—who provided voluminous reports that were not contemplated in the negotiations regarding the scheduling order. Third, you failed to schedule your experts' depositions in the months leading up to the deadline, and now the City is unable to work around the arbitrary and limited dates that you offered for their depositions. Fourth, Plaintiff's own discovery responses remain incomplete, and the outstanding discovery Plaintiff has been ordered to produce has not been produced. If you were serious about keeping the trial date, you would not have withheld materials you knew (and the Court confirmed) were discoverable. Nor would you have named 22 additional witnesses after the close of discovery. You knew that would trigger the need for moving the discovery deadlines (all this is gamesmanship—remember in Judge Norris's Court when you asked for a nine-month extension to discovery (ECF No. 247), while Mr. Crump went to the news and blamed the delays on the City, https://wreg.com/news/lets-do-right-by-tyre-community-hosts-march-on-second-anniversary-of-tyre-nichols-death/; and then you asked for another extension of all deadlines, while blaming the City (ECF No. 447)). Fifth, the qualified immunity issue is ripe and in front of the Sixth Circuit for review. Finally, *this is the first unilateral request by the City for an extension to the scheduling order* in the 3+ years of litigation. It cannot be argued that the City has not been diligent—indeed, the opposite is true.

We are asking the court for an emergency hearing on the issue or a ruling.

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Monday, April 13, 2026 9:37 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

We reviewed your motion. There is no valid basis for you to categorically refuse to schedule "any" expert depositions during the period set by the Court for that purpose.

You do so at your peril. We have made our experts available for numerous dates within the window permitted by the Court. You are now choosing not to comply with the Court's scheduling order. You should expect our position to be that, by doing so, the City is foregoing its opportunity to take these depositions. As for our ability to depose your experts, are you also refusing to schedule those?

As to the start time of Mr. Alpert's deposition, Mr. Alpert has a family commitment at his grandson's elementary school in the morning of the 17th, which is the reason we said he is available for a full day starting at 10am EST (not 9am). I trust you understand.

We do not consent to reopening Mr. Alpert's deposition. We will leave that for the Court to decide.

We will see you on Friday.

Exhibit A - Page 1 of 26

Josh

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Monday, April 13, 2026 6:23 PM
**To:** Joshua Levin <JLevin@rblaw.net>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

As you know, we have asked the Court to hold in abeyance all deadlines in the current scheduling order due to your omissions from fact discovery and voluminous expert disclosures. We will await the Court's ruling before scheduling any other expert depositions, because any depositions taken prior to you complying with the Court's order regarding your incomplete disclosures will probably require a retake after the discovery is received. It would be a considerable waste of resources.

That said, we are willing to make a concession in this instance for Ms. Alpert due to his confounding lack of availability. We agree to begin Ms. Alpert's deposition on April 17 starting at **9:00 AM ET.** We will be attending in person, but there will be a Zoom option as well. **We expect that Plaintiff will produce any additional documents relevant to Mr. Alpert that are responsive to the City's Request Nos. 29 and 30, including all communications will Ms. Alpert not protected by Rule 26(b)(4), no later than COB Wednesday, April 15**.

Additionally, **we will be reopening his deposition** and reconvene at a later date once we receive your outstanding discovery to which we are entitled that is relevant to Mr. Alpert's opinions and testimony.

We will send the Notice of Deposition tomorrow.

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** JLevin <JLevin@rblaw.net>
**Sent:** Monday, April 13, 2026 4:14 PM
**To:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; Silk, Jennie <jsilk@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Thank you, Florence.

Jennie and Bruce, There are no longer any objections or scheduling conflicts with the City taking Mr. Alpert's deposition on April 17. We therefore presume you will be taking his deposition that day. Please confirm by 7pm tonight so that we can finalize the arrangements and preparation time with Mr. Alpert. If we do not hear from you by then, we will take that to mean you are foregoing this deposition. (As a reminder, Mr. Alpert is also available to be deposed on April 20, as we stated in our April 7 email.)

Also, you still have not told us any dates that your experts are available of the dates we sent you. We need those dates.

Thanks,
Josh

---

**From:** Florence Johnson <fjohnson@johnsonandjohnsonattys.com>
**Sent:** Monday, April 13, 2026 1:09 PM
**To:** Joshua Levin <JLevin@rblaw.net>; Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** Martin Zummach <Martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

I understand that Alpert is going forward on April 17, I will as well lodge no objection to that setting assuming that my client will be dismissed shortly and will have no need to participate in this deposition, I am not waiving my right to participate in the other depositions that are set as long as my client is still a named Defendant.

 I will await the Order on Dismissal.

Thanks.

Florence M. Johnson
Johnson and Johnson, PC
1407 Union Avenue
Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 Telephone
(901) 201-4106 Direct Dial
(901) 725-7570 Direct Facsimile
http://www.linkedin.com/pub/florence-johnson/79/99b/439/



This communication is from the law office of Johnson and Johnson, Attorneys, PC and is intended to be confidential and solely for the use of the persons or entities addressed above. If you are not an intended recipient be aware that the information contained herein may be protected from unauthorized use by privilege or law and any copying, distribution, disclosure, or other use of this information is prohibited. If you have received this communication in error, please contact the sender by return email or telephone at (901) 725-7520 immediately and delete or destroy all copies. We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used and cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by federal tax law. Thank-you.

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Monday, April 13, 2026 10:19 AM
**To:** Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** Martin Zummach <Martin@zummachlaw.com>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenreffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

City counsel, I am writing to let you know that Mr. Kholes is also available April 23 and May 1. The full updated list of our experts' availability is below:

1. Alpert – April 17, April 20, Columbia, SC
2. DeFoe – April 20, April 22, April 23, April 28, May 1, May 5, May 7, May 11-14, Huntington Beach, CA
3. Longo – April 21 (via Zoom), April 22, April 30, Charlottesville, VA
4. Babu – April 14, April 16, April 21, April 22, Englewood, FL; April 16, Orlando, FL
5. Kholes – April 17, April 23, May 1, Portland, OR
6. Wilson – April 23 (PM), Ann Arbor, MI
7. McCourt – April 12–21, May 1, New York, NY

**From:** Joshua Levin
**Sent:** Sunday, April 12, 2026 1:10 PM
**To:** 'Martin Zummach' <Martin@zummachlaw.com>
**Cc:** Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenreffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Yes, thanks Martin. You are correct as to any claims that were brought or could have been brought arising out of or related to the subject of this lawsuit.

Florence, will you be doing the same as Martin stated below?

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Sunday, April 12, 2026 1:00 PM
**To:** Joshua Levin <JLevin@rblaw.net>
**Cc:** Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenreffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>

**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

josh-

based on and in reliance on your assertions regarding plaintiff unreservedly releasing and dismissing and forever foregoing any claims of any sort against Justin smith, we will simply await an order endorsing that dismissal that you've stated .

as such and in reliance on your stated intent i can withdraw as consideration and a concession, my objection to alperts deposition taking place on the 17th and will waive my right to cross examine the expert.

agreed ?

To whom a little is not enough, nothing will ever be enough.

Thank you,

# martin zummach

901-482-5909

On Apr 12, 2026, at 12:46 PM, Joshua Levin <JLevin@rblaw.net> wrote:

Counsel,

We are writing to follow up again on Mr. Alpert's deposition.

**In a further effort to accommodate the City, we can now make Mr. Alpert available on April 17 beginning at 10:00 a.m. EST in Columbia, SC, for a 7-hour deposition.** Mr. Alpert is canceling a previously scheduled physical therapy appointment to make this possible. This should resolve the City's only stated objection to that date, which was the 1:00 p.m. start time.

We understand that Florence and Martin previously indicated they have conflicts on April 17. Please bear in mind that Mr. Alpert is a *Monell* witness—not a witness Plaintiff is using to establish the underlying constitutional violations. More to the point: Florence and Martin, there is no need for you (or any of the stayed officers' counsel) to attend this deposition at all. As you know, Plaintiff is not pursuing her claims against your clients and is voluntarily dismissing them with prejudice. Your clients' continued presence as defendants in this case is a procedural artifact of the City's baseless opposition to their dismissal. Plaintiff has abandoned these claims with prejudice to refiling, and there is no basis for the Court to compel Plaintiff to litigate claims she has chosen to give up permanently. It simply makes no sense for your scheduling conflicts to hold up a deposition that the City is available to take on a case in which your clients have no remaining stake.

At the very least, we would ask that you appear via Zoom or designate a co-defendant's counsel to serve as your proxy for this deposition, as various lawyers for the officers have done previously. The Court has directed all counsel to work together as much as possible on scheduling.

**If April 17 does not work despite the above, the only other date Mr. Alpert is available before the Court's May 15 expert deposition deadline is April 20 in Columbia, SC.** After April 20, Mr. Alpert has a continuous series of professional commitments running through mid-May. These include a professional conference in New York, a trial in Chicago, an in-person deposition in Columbia, a teaching engagement at the Washington, D.C. Metropolitan Police Supervisory Academy, work-related travel in Europe, and an appearance at the American Society of Evidence-Based Policing annual conference in Washington, D.C. These obligations have been set for months and cannot be rearranged.

If the City wants to depose Mr. Alpert, it must be on April 17 or April 20.

**We need a definitive answer from all parties by tomorrow morning so that we can finalize arrangements with Mr. Alpert.**

City counsel, as a reminder, we also need to hear from you by tomorrow morning as to which dates, of the ones we provided, you are available for us to depose your experts.
Thank you,
Josh

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Saturday, April 11, 2026 5:55 PM
**To:** Jennie Silk <jsilk@bakerdonelson.com>
**Cc:** Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; martin <martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie, I am writing to provide additional dates that several of our experts are available for their depositions. See my email below, with the additional dates noted in bold. Let us know. Thanks.

**From:** Joshua Levin <JLevin@rblaw.net>
**Date:** Saturday, April 11, 2026 at 1:47 PM
**To:** Jennie Silk <jsilk@bakerdonelson.com>

**Cc:** Bruce McMullen <bmcmullen@bakerdonelson.com>, fjohnson <fjohnson@johnsonandjohnsonattys.com>, martin <martin@zummachlaw.com>, Sarah Raisch <sraisch@rblaw.net>, Colton Johnson Taylor <cjohnson@rblaw.net>, CGrice <CGrice@eflawgroup.com>, keenandl <keenandl@aol.com>, dgodwin <dgodwin@gmlblaw.com>, Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>, ge <ge@perrygriffin.com>, jkp <jkp@perrygriffin.com>, lgross <lgross@perrygriffin.com>, bmckinney <bmckinney@gmlblaw.com>, mcollins <mcollins@gmlblaw.com>, Terri Norman <TNorman@gmlblaw.com>, stephenrleffler <stephenrleffler@yahoo.com>, Mistie Wynn <Mistie@zummachlaw.com>, Antonio Romanucci <aromanucci@rblaw.net>, Stephen Weil <SWeil@rblaw.net>, bw@mendelsonfirm.com <bw@mendelsonfirm.com>, dm <dm@mendelsonfirm.com>, brooke <brooke@bencrump.com>, Dana Kondos <DKondos@rblaw.net>, Houston Ward <HWard@rblaw.net>, Devon Kelly <dkelly@rblaw.net>, Natalie <Natalie@bencrump.com>, court@bencrump.com <court@bencrump.com>, Kelsey McKinney <kmckinney@bakerdonelson.com>, Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

I am following up on my prior emails in our continued effort to schedule the City's depositions of our experts.

In my April 9 email, I sent you dates for all of our experts. Here they are again:

1. Alpert – April 17, Columbia, SC (he is available for a full 7-hour deposition beginning at 1:00 PM)
2. DeFoe – April 28, **May 1, May 5, May 7, May 11-14,** Huntington Beach, CA (in addition to the dates already provided)
3. Longo – April 21 (via Zoom), April 22, **April 30,** Charlottesville, VA
4. Babu – April 14, April 21, **April 22,** Englewood, FL; April 16, Orlando, FL (in addition to previously provided dates)
5. Kholes – April 17, Portland, OR
6. Wilson – April 23 (PM), Ann Arbor, MI
7. McCourt – April 12–21, May 1, New York, NY

Our experts are currently holding all of these dates. So are we. But we have not heard from you regarding any of them (other than telling us that April 17 for Mr. Alpert doesn't work, after previously telling us it does).

Please let us know as soon as possible, and no later than Monday morning, which of these dates work for you so that we can solidify them. And again, if any date doesn't work because of a legitimate immovable prior conflict, please send us alternate proposed dates that would work for you between now and May 1.

Thank you,
Josh

---

**From:** Joshua Levin
**Sent:** Friday, April 10, 2026 10:05 PM
**To:** Jennie Silk <jsilk@bakerdonelson.com>
**Cc:** Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; martin <martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

Bruce's April 9 email said that the City is available to take Mr. Alpert's deposition on April 17. We are making him available for a full seven hours on that day.

In all of our correspondence over these depositions, the only conflict you have mentioned are some unspecified depositions "in other cases." If the City wants to take depositions in this case, it needs to make this case a priority too.

If you have an actual immovable conflict with April 17, please identify what that is and when it arose. And you still have not told us a single date when the City's counsel *is* available to take these depositions. Please tell us.

Also, please let us know as soon as possible when your experts are available for the dates we sent you. I have asked multiple times. We need their availability no later than Monday morning.

Josh

On Apr 10, 2026, at 8:33 PM, Silk, Jennie <jsilk@bakerdonelson.com> wrote:

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

The City is not available to take Mr. Alpert's 7-hour deposition beginning at 1:00 pm EST on Friday, April 17. That is a ridiculous request. Mr. Alpert can find a full day beginning in the morning for his deposition.

Regarding the dismissal of the 5 defendant officers, we noted our objection to your motion and our response is due today. You will have it tonight.

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax    901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Friday, April 10, 2026 11:52 AM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; martin <martin@zummachlaw.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

City Counsel,

We confirmed yesterday that Mr. Alpert is available for his deposition on April 17 at 1:00 PM in Columbia, SC. This date and time works for both Plaintiff's counsel and the City's counsel, which is what matters because this is a *Monell* expert. Counsel for two of the stayed officer defendants (Florence and Martin) have said they are unavailable that date.

We (and Martin) have now asked the City multiple times whether it intends to continue opposing Plaintiff's otherwise unopposed motion to voluntarily dismiss the stayed officers with prejudice. The City has not responded. As stated in our motion, the City's objection to Plaintiff's voluntary dismissal of other defendants *who want to be dismissed* has no valid basis.

The City cannot simultaneously claim that it urgently needs to depose Plaintiff's experts for its summary judgment brief while refusing to answer a straightforward question whose resolution would allow those very depositions to proceed. If the stayed officers are dismissed, as all parties but the City have already agreed on, their counsel's availability is no longer a constraint, and Mr. Alpert's deposition can go forward on April 17. This same problem will recur—and can be solved—for every remaining expert deposition.

Please confirm that the City is withdrawing its objection to Plaintiff's voluntary dismissal with prejudice of the stayed officer defendants so that we can finalize Mr. Alpert's deposition and all of the remaining expert depositions that need to be scheduled.

And please do let us know the City's experts' availability for deposition from the dates we sent you yesterday morning.

Thank you,
Josh

---

**From:** Joshua Levin
**Sent:** Thursday, April 9, 2026 4:02 PM
**To:** 'Martin Zummach' <Martin@zummachlaw.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Jennie Silk <jsilk@bakerdonelson.com>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Bruce,

We disagree with the characterizations in your email, including of Steve's and my prior statements. They are not accurate.

We oppose reopening fact discovery.

Regarding the dismissal of the stayed officers: We share Martin's confusion. Is the City continuing to affirmatively oppose Plaintiff's motion to voluntarily dismiss the officers with prejudice? If not, please let us know immediately so that we can inform the Court that Plaintiff's motion is now unopposed. We have the same question regarding our district court and circuit court motions for the voluntary dismissal with prejudice of Chief Davis.

The City is the only party holding up the dismissal of the stayed officers. And Chief Davis is the only party holding up her own dismissal.

Please let us know what your position is on these motions to voluntarily dismiss with prejudice. As Martin says, this will bring much-needed clarity as to which parties remain in the case.

Thank you,

Josh

---

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Thursday, April 9, 2026 3:54 PM
**To:** Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; Joshua Levin <JLevin@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Jennie Silk <jsilk@bakerdonelson.com>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>

**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

on behalf of justin smith i wish the plaintiff would urge the court to enter a dispositive order on plaintiffs stated intent to dismiss justin with prejudice so as to extract myself from the scheduling nightmare.

josh, do you want to approach the court about this ?

jenny (or bruce) whoever is writing these things , can you state your objection or consent to justin's exit from the case so it puts in the judge's basket to act on ?

individual defendants are in a state of limbo.


Thank you,

# martin zummach

901-482-5909


On Apr 9, 2026, at 3:29 PM, McMullen, Bruce <bmcmullen@bakerdonelson.com> wrote:

Josh,

You seem to have forgotten the representations Steve made in court about the expert depositions, and you seem to have forgotten that you put in writing to us back in February that you would start providing dates for the depositions of your expert witnesses. You did not do so.

In any event, the schedule you propose does not work for anyone other than you. Not only that, discovery is essentially still open as a result of Judge Christoff's order. Moreover, Judge Lipman invited us to let her know if the expert schedule would not work after getting your disclosures. It is clear now—because of Plaintiff's choices—that the schedule will not work. You have not completed written discovery. We still do not have the items we requested a year ago for forensic testing.   We may have to re-depose Dr. Ross in light of your newly disclosed autopsy, not to mention what we are going to do with the 22 additional people you identified as witnesses TEN DAYS AFTER THE CLOSE OF DISCOVERY.

Additionally, Martin and Florence make a good point. You have reneged before on your promises to take certain actions, so, the dismissal of the officers is not a given until its done. In any event, the schedule needs to be amended, and fact discovery need to be reopened.  Florence and Martin, I assume you will not oppose our motion regarding those issues. Josh, we will note your opposition as to the request for an amended schedule. Do you also oppose the reopening of discovery?


**Bruce A. McMullen**

Shareholder
Direct Dial:  901.577.2356

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Thursday, April 9, 2026 2:45 PM
**To:** fjohnson <fjohnson@johnsonandjohnsonattys.com>
**Cc:** JLevin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

if the city and plaintiff would like to ignore our weighing in they need to move along on allowing plaintiff's dismissal but as of now i understand the city has objected to the dismissal.


Thank you,

# martin zummach

901-482-5909


On Apr 9, 2026, at 2:29 PM, Florence Johnson <fjohnson@johnsonandjohnsonattys.com> wrote:

Is the intention of the Plaintiffs to schedule two (2) depositions on April 17 despite other counsel having conflicts with the dates as proposed, or is Plaintiff solely looking to have

the City way in on it conflict dates at this time?

Until the Court rules on the pending Motion to Dismiss, we need to be consulted on the scheduling?

Advise.

Florence M. Johnson
Johnson and Johnson, PC
1407 Union Avenue
Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 Telephone
(901) 201-4106 Direct Dial
(901) 725-7570 Direct Facsimile
http://www.linkedin.com/pub/florence-johnson/79/99b/439/

<Outlook-      <Outlook-      <Outlook-
o1iadhcq.png>  a1epr0dw.png>  3q2i2y4v.png>

This communication is from the law office of Johnson and Johnson, Attorneys, PC and is intended to be confidential and solely for the use of the persons or entities addressed above. If you are not an intended recipient be aware that the information contained herein may be protected from unauthorized use by privilege or law and any copying, distribution, disclosure, or other use of this information is prohibited. If you have received this communication in error, please contact the sender by return email or telephone at (901) 725-7520 immediately and delete or destroy all copies. We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used and cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by federal tax law. Thank-you.

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Thursday, April 9, 2026 2:15 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>
**Cc:** McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Bruce,

The scheduling problem here is of the City's making, not ours.

The City has known about the three-week interval between Plaintiff's expert disclosures and the City's expert disclosures since the Court's January 3, 2025 scheduling order (ECF 276). The City has known about the current deadlines since the Court set them at the February 17 hearing (ECF 571). Yet the first time the City reached out to ask for dates to depose Plaintiff's experts was April 7—just seventeen days before the City's own disclosure deadline. That is not our fault.

We never "committed to allowing [the City] to depose [Plaintiff's] experts first," nor did we ever commit to initiate the scheduling of the City's depositions. It is the City's responsibility to decide which experts it wants to depose and when, within the parameters of the Court's scheduling order. The City could have contacted us at any point over the past seven weeks, if not earlier, to begin scheduling. It did not. Having "depositions in other cases" is not an excuse for failing to comply with the scheduling order in this one.

Even as the City claims it needs an extension, the City is still making no effort to get depositions on the calendar. We provided multiple dates for our experts. The City rejected all but a single date, and yet you have offered no alternative dates. You still have not told us what *would* work for the City. If the City genuinely wants to depose these experts, it should be proposing dates.

Notwithstanding all of this, and in the spirit of compromise, we are willing to extend the City's expert disclosure deadline from April 24 to May 1. This costs Plaintiff a week from the three-week window we have to depose the City's experts, but we are offering it anyway. We do not agree to move any other deadlines. Please let us know what dates between now and May 1 work for the City's counsel so that we can coordinate with our experts.

Below is updated availability and location information for each of our experts, including additional dates past April 24 per our proposal above:

1. Alpert – April 17, Columbia, SC (he is available for a full 7-hour deposition beginning at 1:00 PM)

2. DeFoe – April 28, Huntington Beach, CA (in addition to the dates already provided)

3. Longo – April 22 (or April 21 via Zoom) (as previously provided)

4. Babu – April 14, April 21, Englewood, FL; April 16, Orlando, FL (in addition to previously provided dates)

5. Kholes – April 17, Portland, OR

6. Wilson – April 23 (PM), Ann Arbor, MI

7. McCourt – April 12–21, May 1, New York, NY

We also note that Zoom depositions would significantly ease the scheduling and logistical pressure the City says it is facing. We intend to take all of our depositions of the City's experts via Zoom. It is unclear why the City has apparently taken Zoom off the table for Plaintiff's experts. If the City's concern is truly about scheduling, it should welcome the option.

Finally, you asked whether we are available on April 14 to discuss a protocol for testing items from Mr. Nichols' car. We are available that day—but we also offered April 14 for Dr. Babu's deposition. If the City is available on April 14, it should use that day to depose Dr. Babu. As for the testing protocol, please send us a written proposal, including a proposed vendor, so that we can review it.

Please also let us know, of the dates I sent you this morning, when the City's experts are available to be deposed.

Thank you,

Josh

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Thursday, April 9, 2026 11:22 AM
**To:** Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Cc:** McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

Unfortunately, at this late hour, only one of those dates works for the City's counsel—April 17 for Geoffrey Alpert, but we need the entire day with him—not half a day as you suggest. Please confirm he is in Columbia, SC so that we can arrange for a location and court reporter. Please also confirm that he is available the entire day.

This scheduling problem is a product of your own making. During our February 17 hearing, you committed to allowing us to depose your experts first. Then on February 20, you stated that you would do just that: start scheduling the depositions of your experts. But you did not. Now we have depositions in other cases scheduled and other conflicts that make it impossible to schedule these depositions on the dates you identified. Moreover, you still have not provided dates for McCourt or Wilson, nor have you confirmed any of these witnesses' locations so that we can even begin planning their depositions.

From our research it appears that these witnesses are in locations ranging from Columbia, South Carolina to Grand Forks, North Dakota, to Huntington Beach, California with several places in between. It is not reasonable to suggest that this prep, travel, and depositions could be scheduled around preexisting conflicts and completed in two weeks.

We will note your opposition to our motion to amend the scheduling order to allow sufficient time for us to depose all 7 of your experts. We are also asking to reopen discovery in light of the additional information and witnesses you identified in your Fourth Supplemental Initial Disclosures. Additionally, we need time to litigate your discovery deficiencies, including among other things, your recent disclosure of a second autopsy that was not disclosed, and your failure to supplement your deficient discovery responses.

Please also let us know if you are available on April 14 to confer about testing protocols for the items you did not let us inspect last year. We will need to arrange a time to pick up those items in the coming weeks.


Thanks,


**Bruce A. McMullen**


Shareholder

Direct Dial: 901.577.2356

---

**From:** Sarah Raisch <sraisch@rblaw.net>
**Sent:** Wednesday, April 8, 2026 8:04 AM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; JLevin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures


Good Morning,


Dr. Sean Kohles is available for his deposition on April 17.


Thanks,

Sarah


**Sarah M. Raisch**
Partner

<image001.png>


**www.rblaw.net**

**e:** sraisch@rblaw.net
**m:** (651) 247-2988
**p:** (312) 253-8802
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

<image002.png>

<image003.png>

<image004.png>

<image005.png>


*2025 Recipient of the Chicago Daily Law Bulletin's 40 Under Forty Award*


Go Green - Please don't print this e-mail unnecessarily.

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Tuesday, April 7, 2026 8:52 PM

**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>, <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Counsel,

Geoff Alpert is available for deposition April 17th after 1pm ET or April 20th .

Thank you,

Colton

Get Outlook for iOS

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Tuesday, April 7, 2026 8:13:52 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

This is not a valid basis to extend any deadlines in the case. The amount of time (3 weeks) between Plaintiff's expert disclosures and the City's expert disclosures has been fixed since the Court's January 3, 2025 scheduling order (ECF 276). The Court has maintained this three-week interval in each subsequent scheduling order. *See* ECF 474; ECF 571. If the City believed this was insufficient time for whatever reason, it should have raised the issue before these scheduling orders were entered, and certainly before the current order was.

Steve's statement at the February 17 hearing was accurate. Steve said we would be disclosing three to four liability experts. ECF 570 at 72:1-5. We disclosed three: Longo, Alpert, and DeFoe. Steve also said: "Then we got some damages experts." *Id.* at 72:4-5. We disclosed three: Babu, Wilson, and Kholes. (McCourt is a video evidence specialist who synced pole camera and body-worn camera videos.)

On our February 20, 2026 meet and confer, we explained that we intended, out of an abundance of caution, to disclose our damages experts in addition to our liability experts by the April 3 liability-expert deadline because they may also include opinions about the cause of Mr. Nichols' death, and we did not want the City to later argue that causation opinions were untimely disclosed. You took no issue with this. Nor did you raise any concerns with the three-week period between our disclosures and yours.

Judge Lipman set damages experts on a separate, later disclosure timeline because they are not relevant to summary judgment. The City has no need to depose Babu, Wilson, Kholes, or McCourt before filing its summary judgment motion. The only scenario in which those experts would bear on summary judgment is if the City intended to argue that no reasonable juror could find that the Defendant Officers' beating of Mr. Nichols caused his death. That is not a plausible argument.

In all events, below is deposition availability for Longo, DeFoe, and Babu. Please let us know as soon as possible which dates work for you so we can finalize them. We will send availability for the remaining experts

later tonight/tomorrow.

- Longo – 4/22. Or if 4/22 is impossible, 4/21 if done via zoom.

- DeFoe – 4/20, 4/22, 4/23

- Babu – 4/14, 4/16, 4/21.

Thank you,

Josh

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Tuesday, April 7, 2026 2:25 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

At the February 17 hearing when we agreed upon the schedule, Steve stated that you would be disclosing three to four liability experts. We have now received your 7 expert disclosures.  We need dates for their depositions. I am not sure it will be possible to schedule all of your experts' depositions prior to our disclosure deadline of April 24. In any event, please provide dates that your experts are available for depositions with ample time before April 24 and their availability over the next two months. If we cannot make arrangements to depose the seven and have their transcripts in time to obtain rebuttal experts (which I think is impossible), we will be moving the court to extend all the deadlines in the Amended Scheduled Order to account for this and other issues surrounding your disclosures.

Because Steve's misrepresentation in the February 17 hearing put the parties in this situation, we assume you will not oppose this motion. Please advise.

Thanks,

**Jennie Vee Silk**

Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

2000 First Tennessee Building

165 Madison Avenue

Memphis, TN 38103

Phone  901.577.8212

Fax      901.577.0812

JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Friday, April 3, 2026 9:46 PM
**To:** CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@rblaw.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** aromanucci <aromanucci@rblaw.net>; JLevin <JLevin@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; sraisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com>
**Subject:** Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Counsel, see the link below to access Plaintiff's expert disclosure materials. Let me know if you have any issues accessing.

https://www.dropbox.com/scl/fo/uowtp9s5q118qgwvzm879/AL8MJpMlCiPXJTb7Ymx7BV0?rlkey=3flfk0l0jbrgwo3wdrvkk2p5i&st=nfaodxc6&dl=0

Thank you,

Colton

**Colton M. Johnson Taylor**
Attorney



**www.rblaw.net**

**e:** cjohnson@rblaw.net
**p:** (312) 253-8601
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

<image002.png>

<image003.png>

<image004.png>

<image005.png>

🌲 **Go Green - Please don't print this e-mail unnecessarily.**

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

| | |
|---|---|
| **From:** | Joshua Levin |
| **To:** | McMullen, Bruce; Silk, Jennie |
| **Cc:** | martin; fjohnson; sraisch; Colton Johnson Taylor; CGrice; keenandl; dgodwin; Curtis Johnson, Jr.; ge; jkp; lgross; bmckinney; mcollins; Terri Norman; stephenrleffler; Mistie Wynn; aromanucci; sweil; bw@mendelsonfirm.com; dm; brooke; DKondos; hward; dkelly; Natalie; court@bencrump.com; McKinney, Kelsey; Hivner, Lexi |
| **Subject:** | Re: Wells v. City of Memphis et al - Plaintiff''s Expert Disclosures |
| **Date:** | Tuesday, April 14, 2026 5:44:02 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Bruce,

We don't agree with your arguments but we do agree there should be an emergency hearing to decide the City's Motion. However, the requested hearing must also address Plaintiff's motion to voluntarily dismiss the claims against they stayed officers and Plaintiff's motion to voluntarily dismiss the claims against Chief Davis, which raise issues interrelated with the City's Motion. Additionally, Plaintiff needs a reasonable opportunity to file our opposition brief before the hearing so that the Court has a full understanding of the arguments and caselaw presented by both sides. We intend to file our opposition brief a week from today, April 21.

We would agree to jointly email the Court to find a mutually agreeable date, after April 21, for a hearing on these three pending motions. Please let us know if you agree.

Thank you,
Josh

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Date:** Tuesday, April 14, 2026 at 4:42 PM
**To:** Joshua Levin <JLevin@rblaw.net>, Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>, fjohnson <fjohnson@johnsonandjohnsonattys.com>, Sarah Raisch <sraisch@rblaw.net>, Colton Johnson Taylor <cjohnson@rblaw.net>, CGrice <CGrice@EFLawgroup.com>, keenandl <keenandl@aol.com>, dgodwin <dgodwin@gmlblaw.com>, Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>, ge <ge@perrygriffin.com>, jkp <jkp@perrygriffin.com>, lgross <lgross@perrygriffin.com>, bmckinney <bmckinney@gmlblaw.com>, mcollins <mcollins@gmlblaw.com>, Terri Norman <tnorman@gmlblaw.com>, stephenrleffler <stephenrleffler@yahoo.com>, Mistie Wynn <Mistie@zummachlaw.com>, Antonio Romanucci <aromanucci@rblaw.net>, Stephen Weil <SWeil@rblaw.net>, bw@mendelsonfirm.com <bw@mendelsonfirm.com>, dm <dm@mendelsonfirm.com>, brooke <brooke@bencrump.com>, Dana Kondos <DKondos@rblaw.net>, Houston Ward <HWard@rblaw.net>, Devon Kelly <dkelly@rblaw.net>, Natalie <Natalie@bencrump.com>, court@bencrump.com <court@bencrump.com>, McKinney, Kelsey <kmckinney@bakerdonelson.com>, Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Joshua,

There are multiple bases for extending the deadlines in the scheduling order. First, the pending parallel criminal cases preclude the City from obtaining discovery necessary to develop rebuttal expert opinions on causation and to support dispositive motions. Second, you disclosed seven expert witnesses—nearly double the number you represented during the February 17 hearing—who provided voluminous reports that were not contemplated in the negotiations regarding the scheduling order. Third, you failed to schedule your experts' depositions in the months leading up to the deadline, and now the City is unable to work around the arbitrary and limited dates that you offered for their depositions. Fourth, Plaintiff's own discovery responses remain incomplete, and the outstanding discovery Plaintiff has been ordered to produce has not been produced. If you were serious about keeping the trial date, you would not have withheld materials you knew (and the Court confirmed) were discoverable. Nor would you have named 22 additional witnesses after the close of discovery. You knew that would trigger the need for moving the discovery deadlines (all this is gamesmanship—remember in Judge Norris's Court when you asked for a nine-month extension to discovery (ECF No. 247), while Mr. Crump went to the news and blamed the delays on the City, https://wreg.com/news/lets-do-right-by-tyre-community-hosts-march-on-second-anniversary-of-tyre-nichols-death/; and then you asked for another extension of all deadlines, while blaming the City (ECF No. 447)). Fifth, the qualified immunity issue is ripe and in front of the Sixth Circuit for review. Finally, *this is the first unilateral request by the City for an extension to the scheduling order* in the 3+ years of litigation. It cannot be argued that the City has not been diligent—indeed, the opposite is true.

We are asking the court for an emergency hearing on the issue or a ruling.

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Monday, April 13, 2026 9:37 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

We reviewed your motion. There is no valid basis for you to categorically refuse to schedule "any" expert depositions during the period set by the Court for that purpose.

You do so at your peril. We have made our experts available for numerous dates within the window permitted by the Court. You are now choosing not to comply with the Court's scheduling order. You should expect our position to be that, by doing so, the City is forgoing its opportunity to take these depositions. As for our ability to depose your experts, are you also refusing to schedule those?

As to the start time of Mr. Alpert's deposition, Mr. Alpert has a family commitment at his grandson's elementary school in the morning of the 17th, which is the reason we said he is available for a full day starting at 10am EST (not 9am). I trust you understand.

We do not consent to reopening Mr. Alpert's deposition. We will leave that for the Court to decide.

We will see you on Friday.

Exhibit A - Page 14 of 26

Josh

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Monday, April 13, 2026 6:23 PM
**To:** Joshua Levin <JLevin@rblaw.net>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

As you know, we have asked the Court to hold in abeyance all deadlines in the current scheduling order due to your omissions from fact discovery and voluminous expert disclosures. We will await the Court's ruling before scheduling any other expert depositions, because any depositions taken prior to you complying with the Court's order regarding your incomplete disclosures will probably require a retake after the discovery is received. It would be a considerable waste of resources.

That said, we are willing to make a concession in this instance for Ms. Alpert due to his confounding lack of availability. We agree to begin Ms. Alpert's deposition on April 17 starting at **9:00 AM ET.** We will be attending in person, but there will be a Zoom option as well. **We expect that Plaintiff will produce any additional documents relevant to Mr. Alpert that are responsive to the City's Request Nos. 29 and 30, including all communications will Ms. Alpert not protected by Rule 26(b)(4), no later than COB Wednesday, April 15**.

Additionally, **we will be reopening his deposition** and reconvene at a later date once we receive your outstanding discovery to which we are entitled that is relevant to Mr. Alpert's opinions and testimony.

We will send the Notice of Deposition tomorrow.

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** JLevin <JLevin@rblaw.net>
**Sent:** Monday, April 13, 2026 4:14 PM
**To:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; Silk, Jennie <jsilk@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Thank you, Florence.

Jennie and Bruce, There are no longer any objections or scheduling conflicts with the City taking Mr. Alpert's deposition on April 17. We therefore presume you will be taking his deposition that day. Please confirm by 7pm tonight so that we can finalize the arrangements and preparation time with Mr. Alpert. If we do not hear from you by then, we will take that to mean you are foregoing this deposition. (As a reminder, Mr. Alpert is also available to be deposed on April 20, as we stated in our April 7 email.)

Also, you still have not told us any dates that your experts are available of the dates we sent you. We need those dates.

Thanks,
Josh

---

**From:** Florence Johnson <fjohnson@johnsonandjohnsonattys.com>
**Sent:** Monday, April 13, 2026 1:09 PM
**To:** Joshua Levin <JLevin@rblaw.net>; Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** Martin Zummach <Martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

I understand that Alpert is going forward on April 17, I will as well lodge no objection to that setting assuming that my client will be dismissed shortly and will have no need to participate in this deposition, I am not waiving my right to participate in the other depositions that are set as long as my client is still a named Defendant.

 I will await the Order on Dismissal.

Thanks.

Florence M. Johnson
Johnson and Johnson, PC
1407 Union Avenue
Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 Telephone
(901) 201-4106 Direct Dial
(901) 725-7570 Direct Facsimile
http://www.linkedin.com/pub/florence-johnson/79/99b/439/



This communication is from the law office of Johnson and Johnson, Attorneys, PC and is intended to be confidential and solely for the use of the persons or entities addressed above. If you are not an intended recipient be aware that the information contained herein may be protected from unauthorized use by privilege or law and any copying, distribution, disclosure, or other use of this information is prohibited. If you have received this communication in error, please contact the sender by return email or telephone at (901) 725-7520 immediately and delete or destroy all copies. We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used and cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by federal tax law. Thank-you.

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Monday, April 13, 2026 10:19 AM
**To:** Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** Martin Zummach <Martin@zummachlaw.com>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenreffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

City counsel, I am writing to let you know that Mr. Kholes is also available April 23 and May 1. The full updated list of our experts' availability is below:

1. Alpert – April 17, April 20, Columbia, SC
2. DeFoe – April 20, April 22, April 23, April 28, May 1, May 5, May 7, May 11-14, Huntington Beach, CA
3. Longo – April 21 (via Zoom), April 22, April 30, Charlottesville, VA
4. Babu – April 14, April 16, April 21, April 22, Englewood, FL; April 16, Orlando, FL
5. Kholes – April 17, April 23, May 1, Portland, OR
6. Wilson – April 23 (PM), Ann Arbor, MI
7. McCourt – April 12–21, May 1, New York, NY

**From:** Joshua Levin
**Sent:** Sunday, April 12, 2026 1:10 PM
**To:** 'Martin Zummach' <Martin@zummachlaw.com>
**Cc:** Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenreffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Yes, thanks Martin. You are correct as to any claims that were brought or could have been brought arising out of or related to the subject of this lawsuit.

Florence, will you be doing the same as Martin stated below?

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Sunday, April 12, 2026 1:00 PM
**To:** Joshua Levin <JLevin@rblaw.net>
**Cc:** Jennie Silk <jsilk@bakerdonelson.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenreffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>

**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

josh-

based on and in reliance on your assertions regarding plaintiff unreservedly releasing and dismissing and forever foregoing any claims of any sort against Justin smith, we will simply await an order endorsing that dismissal that you've stated .

as such and in reliance on your stated intent i can withdraw as consideration and a concession, my objection to alperts deposition taking place on the 17th and will waive my right to cross examine the expert.

agreed ?

To whom a little is not enough, nothing will ever be enough.

Thank you,

# martin zummach

901-482-5909

On Apr 12, 2026, at 12:46 PM, Joshua Levin <JLevin@rblaw.net> wrote:

Counsel,

We are writing to follow up again on Mr. Alpert's deposition.

**In a further effort to accommodate the City, we can now make Mr. Alpert available on April 17 beginning at 10:00 a.m. EST in Columbia, SC, for a 7-hour deposition.** Mr. Alpert is canceling a previously scheduled physical therapy appointment to make this possible. This should resolve the City's only stated objection to that date, which was the 1:00 p.m. start time.

We understand that Florence and Martin previously indicated they have conflicts on April 17. Please bear in mind that Mr. Alpert is a *Monell* witness—not a witness Plaintiff is using to establish the underlying constitutional violations. More to the point: Florence and Martin, there is no need for you (or any of the stayed officers' counsel) to attend this deposition at all. As you know, Plaintiff is not pursuing her claims against your clients and is voluntarily dismissing them with prejudice. Your clients' continued presence as defendants in this case is a procedural artifact of the City's baseless opposition to their dismissal. Plaintiff has abandoned these claims with prejudice to refiling, and there is no basis for the Court to compel Plaintiff to litigate claims she has chosen to give up permanently. It simply makes no sense for your scheduling conflicts to hold up a deposition that the City is available to take on a case in which your clients have no remaining stake.

At the very least, we would ask that you appear via Zoom or designate a co-defendant's counsel to serve as your proxy for this deposition, as various lawyers for the officers have done previously. The Court has directed all counsel to work together as much as possible on scheduling.

**If April 17 does not work despite the above, the only other date Mr. Alpert is available before the Court's May 15 expert deposition deadline is April 20 in Columbia, SC.** After April 20, Mr. Alpert has a continuous series of professional commitments running through mid-May. These include a professional conference in New York, a trial in Chicago, an in-person deposition in Columbia, a teaching engagement at the Washington, D.C. Metropolitan Police Supervisory Academy, work-related travel in Europe, and an appearance at the American Society of Evidence-Based Policing annual conference in Washington, D.C. These obligations have been set for months and cannot be rearranged.

If the City wants to depose Mr. Alpert, it must be on April 17 or April 20.

**We need a definitive answer from all parties by tomorrow morning so that we can finalize arrangements with Mr. Alpert.**

City counsel, as a reminder, we also need to hear from you by tomorrow morning as to which dates, of the ones we provided, you are available for us to depose your experts.
Thank you,
Josh

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Saturday, April 11, 2026 5:55 PM
**To:** Jennie Silk <jsilk@bakerdonelson.com>
**Cc:** Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; martin <martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie, I am writing to provide additional dates that several of our experts are available for their depositions. See my email below, with the additional dates noted in bold. Let us know. Thanks.

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Date:** Saturday, April 11, 2026 at 1:47 PM
**To:** Jennie Silk <jsilk@bakerdonelson.com>

Exhibit A - Page 17 of 26

**Cc:** Bruce McMullen <bmcmullen@bakerdonelson.com>, fjohnson <fjohnson@johnsonandjohnsonattys.com>, martin <martin@zummachlaw.com>, Sarah Raisch <sraisch@rblaw.net>, Colton Johnson Taylor <cjohnson@rblaw.net>, CGrice <CGrice@eflawgroup.com>, keenandl <keenandl@aol.com>, dgodwin <dgodwin@gmlblaw.com>, Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>, ge <ge@perrygriffin.com>, jkp <jkp@perrygriffin.com>, lgross <lgross@perrygriffin.com>, bmckinney <bmckinney@gmlblaw.com>, mcollins <mcollins@gmlblaw.com>, Terri Norman <TNorman@gmlblaw.com>, stephenrleffler <stephenrleffler@yahoo.com>, Mistie Wynn <Mistie@zummachlaw.com>, Antonio Romanucci <aromanucci@rblaw.net>, Stephen Weil <SWeil@rblaw.net>, bw@mendelsonfirm.com <bw@mendelsonfirm.com>, dm <dm@mendelsonfirm.com>, brooke <brooke@bencrump.com>, Dana Kondos <DKondos@rblaw.net>, Houston Ward <HWard@rblaw.net>, Devon Kelly <dkelly@rblaw.net>, Natalie <Natalie@bencrump.com>, court@bencrump.com <court@bencrump.com>, Kelsey McKinney <kmckinney@bakerdonelson.com>, Lexi Hivner <ahivner@bakerdonelson.com>

**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

I am following up on my prior emails in our continued effort to schedule the City's depositions of our experts.

In my April 9 email, I sent you dates for all of our experts. Here they are again:

1. Alpert – April 17, Columbia, SC (he is available for a full 7-hour deposition beginning at 1:00 PM)
2. DeFoe – April 28, **May 1, May 5, May 7, May 11-14,** Huntington Beach, CA (in addition to the dates already provided)
3. Longo – April 21 (via Zoom), April 22, **April 30,** Charlottesville, VA
4. Babu – April 14, April 21, **April 22,** Englewood, FL; April 16, Orlando, FL (in addition to previously provided dates)
5. Kholes – April 17, Portland, OR
6. Wilson – April 23 (PM), Ann Arbor, MI
7. McCourt – April 12–21, May 1, New York, NY

Our experts are currently holding all of these dates. So are we. But we have not heard from you regarding any of them (other than telling us that April 17 for Mr. Alpert doesn't work, after previously telling us it does).

Please let us know as soon as possible, and no later than Monday morning, which of these dates work for you so that we can solidify them. And again, if any date doesn't work because of a legitimate immovable prior conflict, please send us alternate proposed dates that would work for you between now and May 1.

Thank you,
Josh

---

**From:** Joshua Levin
**Sent:** Friday, April 10, 2026 10:05 PM
**To:** Jennie Silk <jsilk@bakerdonelson.com>
**Cc:** Bruce McMullen <bmcmullen@bakerdonelson.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; martin <martin@zummachlaw.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

Bruce's April 9 email said that the City is available to take Mr. Alpert's deposition on April 17. We are making him available for a full seven hours on that day.

In all of our correspondence over these depositions, the only conflict you have mentioned are some unspecified depositions "in other cases." If the City wants to take depositions in this case, it needs to make this case a priority too.

If you have an actual immovable conflict with April 17, please identify what that is and when it arose. And you still have not told us a single date when the City's counsel *is* available to take these depositions. Please tell us.

Also, please let us know as soon as possible when your experts are available for the dates we sent you. I have asked multiple times. We need their availability no later than Monday morning.

Josh

On Apr 10, 2026, at 8:33 PM, Silk, Jennie <jsilk@bakerdonelson.com> wrote:

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

The City is not available to take Mr. Alpert's 7-hour deposition beginning at 1:00 pm EST on Friday, April 17. That is a ridiculous request. Mr. Alpert can find a full day beginning in the morning for his deposition.

Regarding the dismissal of the 5 defendant officers, we noted our objection to your motion and our response is due today. You will have it tonight.

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax       901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Friday, April 10, 2026 11:52 AM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Cc:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; martin <martin@zummachlaw.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

City Counsel,

We confirmed yesterday that Mr. Alpert is available for his deposition on April 17 at 1:00 PM in Columbia, SC. This date and time works for both Plaintiff's counsel and the City's counsel, which is what matters because this is a *Monell* expert. Counsel for two of the stayed officer defendants (Florence and Martin) have said they are unavailable that date.

We (and Martin) have now asked the City multiple times whether it intends to continue opposing Plaintiff's otherwise unopposed motion to voluntarily dismiss the stayed officers with prejudice. The City has not responded. As stated in our motion, the City's objection to Plaintiff's voluntary dismissal of other defendants *who want to be dismissed* has no valid basis.

The City cannot simultaneously claim that it urgently needs to depose Plaintiff's experts for its summary judgment brief while refusing to answer a straightforward question whose resolution would allow those very depositions to proceed. If the stayed officers are dismissed, as all parties but the City have already agreed on, their counsel's availability is no longer a constraint, and Mr. Alpert's deposition can go forward on April 17. This same problem will recur—and can be solved—for every remaining expert deposition.

Please confirm that the City is withdrawing its objection to Plaintiff's voluntary dismissal with prejudice of the stayed officer defendants so that we can finalize Mr. Alpert's deposition and all of the remaining expert depositions that need to be scheduled.

And please do let us know the City's experts' availability for deposition from the dates we sent you yesterday morning.

Thank you,
Josh

---

**From:** Joshua Levin
**Sent:** Thursday, April 9, 2026 4:02 PM
**To:** 'Martin Zummach' <Martin@zummachlaw.com>; Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Jennie Silk <jsilk@bakerdonelson.com>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Bruce,

We disagree with the characterizations in your email, including of Steve's and my prior statements. They are not accurate.

We oppose reopening fact discovery.

Regarding the dismissal of the stayed officers: We share Martin's confusion. Is the City continuing to affirmatively oppose Plaintiff's motion to voluntarily dismiss the officers with prejudice? If not, please let us know immediately so that we can inform the Court that Plaintiff's motion is now unopposed. We have the same question regarding our district court and circuit court motions for the voluntary dismissal with prejudice of Chief Davis.

The City is the only party holding up the dismissal of the stayed officers. And Chief Davis is the only party holding up her own dismissal.

Please let us know what your position is on these motions to voluntarily dismiss with prejudice. As Martin says, this will bring much-needed clarity as to which parties remain in the case.

Thank you,

Josh

---

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Thursday, April 9, 2026 3:54 PM
**To:** Bruce McMullen <bmcmullen@bakerdonelson.com>
**Cc:** fjohnson <fjohnson@johnsonandjohnsonattys.com>; Joshua Levin <JLevin@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Jennie Silk <jsilk@bakerdonelson.com>; CGrice <CGrice@eflawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <TNorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Kelsey McKinney <kmckinney@bakerdonelson.com>; Lexi Hivner <ahivner@bakerdonelson.com>

**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

on behalf of justin smith i wish the plaintiff would urge the court to enter a dispositive order on plaintiffs stated intent to dismiss justin with prejudice so as to extract myself from the scheduling nightmare.
josh, do you want to approach the court about this ?
jenny (or bruce) whoever is writing these things , can you state your objection or consent to justin's exit from the case so it puts in the judge's basket to act on ?
individual defendants are in a state of limbo.

Thank you,

# martin zummach

901-482-5909

On Apr 9, 2026, at 3:29 PM, McMullen, Bruce <bmcmullen@bakerdonelson.com> wrote:

Josh,

You seem to have forgotten the representations Steve made in court about the expert depositions, and you seem to have forgotten that you put in writing to us back in February that you would start providing dates for the depositions of your expert witnesses. You did not do so.

In any event, the schedule you propose does not work for anyone other than you. Not only that, discovery is essentially still open as a result of Judge Christoff's order.  Moreover, Judge Lipman invited us to let her know if the expert schedule would not work after getting your disclosures.  It is clear now—because of Plaintiff's choices—that the schedule will not work. You have not completed written discovery. We still do not have the items we requested a year ago for forensic testing.   We may have to re-depose Dr. Ross in light of your newly disclosed autopsy, not to mention what we are going to do with the 22 additional people you identified as witnesses TEN DAYS AFTER THE CLOSE OF DISCOVERY.

Additionally, Martin and Florence make a good point. You have reneged before on your promises to take certain actions, so, the dismissal of the officers is not a given until its done. In any event, the schedule needs to be amended, and fact discovery need to be reopened.  Florence and Martin, I assume you will not oppose our motion regarding those issues. Josh, we will note your opposition as to the request for an amended schedule. Do you also oppose the reopening of discovery?

**Bruce A. McMullen**

Shareholder
Direct Dial: 901.577.2356

**From:** Martin Zummach <Martin@zummachlaw.com>
**Sent:** Thursday, April 9, 2026 2:45 PM
**To:** fjohnson <fjohnson@johnsonandjohnsonattys.com>
**Cc:** JLevin <JLevin@rblaw.net>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

if the city and plaintiff would like to ignore our weighing in they need to move along on allowing plaintiff's dismissal but as of now i understand the city has objected to the dismissal.

Thank you,

# martin zummach

901-482-5909

On Apr 9, 2026, at 2:29 PM, Florence Johnson <fjohnson@johnsonandjohnsonattys.com> wrote:

Is the intention of the Plaintiffs to schedule two (2) depositions on April 17 despite other counsel having conflicts with the dates as proposed, or is Plaintiff solely looking to have

the City way in on it conflict dates at this time?

Until the Court rules on the pending Motion to Dismiss, we need to be consulted on the scheduling?

Advise.

Florence M. Johnson
Johnson and Johnson, PC
1407 Union Avenue
Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 Telephone
(901) 201-4106 Direct Dial
(901) 725-7570 Direct Facsimile
http://www.linkedin.com/pub/florence-johnson/79/99b/439/

<Outlook-          <Outlook-          <Outlook-
o1iadhcq.png>      a1epr0dw.png>      3q2i2y4v.png>

This communication is from the law office of Johnson and Johnson, Attorneys, PC and is intended to be confidential and solely for the use of the persons or entities addressed above. If you are not an intended recipient be aware that the information contained herein may be protected from unauthorized use by privilege or law and any copying, distribution, disclosure, or other use of this information is prohibited. If you have received this communication in error, please contact the sender by return email or telephone at (901) 725-7520 immediately and delete or destroy all copies. We are required by IRS Circular 230 to inform you that any statements contained herein are not intended or written to be used and cannot be used by you or any other taxpayer for the purpose of avoiding any penalties that may be imposed by federal tax law. Thank-you.

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Thursday, April 9, 2026 2:15 PM
**To:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Florence Johnson <fjohnson@johnsonandjohnsonattys.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>
**Cc:** McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Bruce,

The scheduling problem here is of the City's making, not ours.

The City has known about the three-week interval between Plaintiff's expert disclosures and the City's expert disclosures since the Court's January 3, 2025 scheduling order (ECF 276). The City has known about the current deadlines since the Court set them at the February 17 hearing (ECF 571). Yet the first time the City reached out to ask for dates to depose Plaintiff's experts was April 7—just seventeen days before the City's own disclosure deadline. That is not our fault.

We never "committed to allowing [the City] to depose [Plaintiff's] experts first," nor did we ever commit to initiate the scheduling of the City's depositions. It is the City's responsibility to decide which experts it wants to depose and when, within the parameters of the Court's scheduling order. The City could have contacted us at any point over the past seven weeks, if not earlier, to begin scheduling. It did not. Having "depositions in other cases" is not an excuse for failing to comply with the scheduling order in this one.

Even as the City claims it needs an extension, the City is still making no effort to get depositions on the calendar. We provided multiple dates for our experts. The City rejected all but a single date, and yet you have offered no alternative dates. You still have not told us what *would* work for the City. If the City genuinely wants to depose these experts, it should be proposing dates.

Notwithstanding all of this, and in the spirit of compromise, we are willing to extend the City's expert disclosure deadline from April 24 to May 1. This costs Plaintiff a week from the three-week window we have to depose the City's experts, but we are offering it anyway. We do not agree to move any other deadlines. Please let us know what dates between now and May 1 work for the City's counsel so that we can coordinate with our experts.

Below is updated availability and location information for each of our experts, including additional dates past April 24 per our proposal above:

1. Alpert – April 17, Columbia, SC (he is available for a full 7-hour deposition beginning at 1:00 PM)

2. DeFoe – April 28, Huntington Beach, CA (in addition to the dates already provided)

3. Longo – April 22 (or April 21 via Zoom) (as previously provided)

4. Babu – April 14, April 21, Englewood, FL; April 16, Orlando, FL (in addition to previously provided dates)

5. Kholes – April 17, Portland, OR

6. Wilson – April 23 (PM), Ann Arbor, MI

7. McCourt – April 12–21, May 1, New York, NY

We also note that Zoom depositions would significantly ease the scheduling and logistical pressure the City says it is facing. We intend to take all of our depositions of the City's experts via Zoom. It is unclear why the City has apparently taken Zoom off the table for Plaintiff's experts. If the City's concern is truly about scheduling, it should welcome the option.

Finally, you asked whether we are available on April 14 to discuss a protocol for testing items from Mr. Nichols' car. We are available that day—but we also offered April 14 for Dr. Babu's deposition. If the City is available on April 14, it should use that day to depose Dr. Babu. As for the testing protocol, please send us a written proposal, including a proposed vendor, so that we can review it.

Please also let us know, of the dates I sent you this morning, when the City's experts are available to be deposed.

Thank you,

Josh

---

**From:** McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Sent:** Thursday, April 9, 2026 11:22 AM
**To:** Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Cc:** McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

Unfortunately, at this late hour, only one of those dates works for the City's counsel—April 17 for Geoffrey Alpert, but we need the entire day with him—not half a day as you suggest. Please confirm he is in Columbia, SC so that we can arrange for a location and court reporter. Please also confirm that he is available the entire day.

This scheduling problem is a product of your own making. During our February 17 hearing, you committed to allowing us to depose your experts first. Then on February 20, you stated that you would do just that: start scheduling the depositions of your experts. But you did not. Now we have depositions in other cases scheduled and other conflicts that make it impossible to schedule these depositions on the dates you identified. Moreover, you still have not provided dates for McCourt or Wilson, nor have you confirmed any of these witnesses' locations so that we can even begin planning their depositions.

From our research it appears that these witnesses are in locations ranging from Columbia, South Carolina to Grand Forks, North Dakota, to Huntington Beach, California with several places in between. It is not reasonable to suggest that this prep, travel, and depositions could be scheduled around preexisting conflicts and completed in two weeks.

We will note your opposition to our motion to amend the scheduling order to allow sufficient time for us to depose all 7 of your experts. We are also asking to reopen discovery in light of the additional information and witnesses you identified in your Fourth Supplemental Initial Disclosures. Additionally, we need time to litigate your discovery deficiencies, including among other things, your recent disclosure of a second autopsy that was not disclosed, and your failure to supplement your deficient discovery responses.

Please also let us know if you are available on April 14 to confer about testing protocols for the items you did not let us inspect last year. We will need to arrange a time to pick up those items in the coming weeks.

Thanks,

**Bruce A. McMullen**

Shareholder

Direct Dial: 901.577.2356

---

**From:** Sarah Raisch <sraisch@rblaw.net>
**Sent:** Wednesday, April 8, 2026 8:04 AM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; JLevin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Good Morning,

Dr. Sean Kohles is available for his deposition on April 17.

Thanks,

Sarah

| | |
|---|---|
| **Sarah M. Raisch**<br>Partner<br><br><image001.png><br><br>**www.rblaw.net** | **e:** sraisch@rblaw.net<br>**m:** (651) 247-2988<br>**p:** (312) 253-8802<br>**f:** (312) 458-1004<br>**a:** 321 N Clark St, Ste 900, Chicago, IL 60654<br><br><image002.png><br><br><image003.png><br><br><image004.png><br><br><image005.png> |

*2025 Recipient of the Chicago Daily Law Bulletin's 40 Under Forty Award*

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Tuesday, April 7, 2026 8:52 PM

**To:** Joshua Levin <JLevin@rblaw.net>; Silk, Jennie <jsilk@bakerdonelson.com>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>, <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; <court@bencrump.com>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** Re: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Counsel,

Geoff Alpert is available for deposition April 17th after 1pm ET or April 20th .

Thank you,

Colton

Get Outlook for iOS

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Tuesday, April 7, 2026 8:13:52 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; <court@bencrump.com> <court@bencrump.com>
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Jennie,

This is not a valid basis to extend any deadlines in the case. The amount of time (3 weeks) between Plaintiff's expert disclosures and the City's expert disclosures has been fixed since the Court's January 3, 2025 scheduling order (ECF 276). The Court has maintained this three-week interval in each subsequent scheduling order. *See* ECF 474; ECF 571. If the City believed this was insufficient time for whatever reason, it should have raised the issue before these scheduling orders were entered, and certainly before the current order was.

Steve's statement at the February 17 hearing was accurate. Steve said we would be disclosing three to four liability experts. ECF 570 at 72:1-5. We disclosed three: Longo, Alpert, and DeFoe. Steve also said: "Then we got some damages experts." *Id.* at 72:4-5. We disclosed three: Babu, Wilson, and Kholes. (McCourt is a video evidence specialist who synced pole camera and body-worn camera videos.)

On our February 20, 2026 meet and confer, we explained that we intended, out of an abundance of caution, to disclose our damages experts in addition to our liability experts by the April 3 liability-expert deadline because they may also include opinions about the cause of Mr. Nichols' death, and we did not want the City to later argue that causation opinions were untimely disclosed. You took no issue with this. Nor did you raise any concerns with the three-week period between our disclosures and yours.

Judge Lipman set damages experts on a separate, later disclosure timeline because they are not relevant to summary judgment. The City has no need to depose Babu, Wilson, Kholes, or McCourt before filing its summary judgment motion. The only scenario in which those experts would bear on summary judgment is if the City intended to argue that no reasonable juror could find that the Defendant Officers' beating of Mr. Nichols caused his death. That is not a plausible argument.

In all events, below is deposition availability for Longo, DeFoe, and Babu. Please let us know as soon as possible which dates work for you so we can finalize them. We will send availability for the remaining experts

<span style="color:red">Exhibit A - Page 24 of 26</span>

later tonight/tomorrow.

- Longo – 4/22. Or if 4/22 is impossible, 4/21 if done via zoom.

- DeFoe – 4/20, 4/22, 4/23

- Babu – 4/14, 4/16, 4/21.

Thank you,

Josh

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Tuesday, April 7, 2026 2:25 PM
**To:** Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; Sarah Raisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com
**Cc:** McMullen, Bruce <bmcmullen@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>
**Subject:** RE: Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

At the February 17 hearing when we agreed upon the schedule, Steve stated that you would be disclosing three to four liability experts. We have now received your 7 expert disclosures. We need dates for their depositions. I am not sure it will be possible to schedule all of your experts' depositions prior to our disclosure deadline of April 24. In any event, please provide dates that your experts are available for depositions with ample time before April 24 and their availability over the next two months. If we cannot make arrangements to depose the seven and have their transcripts in time to obtain rebuttal experts (which I think is impossible), we will be moving the court to extend all the deadlines in the Amended Scheduled Order to account for this and other issues surrounding your disclosures.

Because Steve's misrepresentation in the February 17 hearing put the parties in this situation, we assume you will not oppose this motion. Please advise.

Thanks,

**Jennie Vee Silk**

Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

2000 First Tennessee Building

165 Madison Avenue

Memphis, TN 38103

Phone  901.577.8212

Fax      901.577.0812

JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Colton Johnson Taylor <cjohnson@rblaw.net>
**Sent:** Friday, April 3, 2026 9:46 PM
**To:** CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; cjohnson@johnsonandjohnsonattys.com; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; martin@sparkman-zummach.com; bmckinney <bmckinney@rblaw.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; mcollins <mcollins@gmlblaw.com>; mistie@sparkman-zummach.com; Terri Norman <tnorman@gmlblaw.com>; Reagan, Ian <ireagan@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Morris, Angela <amorris@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; stephenrleffler <stephenrleffler@yahoo.com>
**Cc:** aromanucci <aromanucci@rblaw.net>; JLevin <JLevin@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; sraisch <sraisch@rblaw.net>; brooke <brooke@bencrump.com>; Colton Johnson Taylor <cjohnson@rblaw.net>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com>
**Subject:** Wells v. City of Memphis et al - Plaintiff's Expert Disclosures

Counsel, see the link below to access Plaintiff's expert disclosure materials. Let me know if you have any issues accessing.

https://www.dropbox.com/scl/fo/uowtp9s5q118qgwvzm879/AL8MJpMlCiPXJTb7Ymx7BV0?rlkey=3flfk0l0jbrgwo3wdrvkk2p5i&st=nfaodxc6&dl=0

Thank you,

Colton

**Colton M. Johnson Taylor**
Attorney                                    **e:** cjohnson@rblaw.net
                                            **p:** (312) 253-8601
                                            **f:** (312) 458-1004
                                            **a:** 321 N Clark St, Ste 900, Chicago, IL 60654
<image001.png>

**www.rblaw.net**                           <image002.png>

                                            <image003.png>

                                            <image004.png>

                                            <image005.png>

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.