# EXHIBIT B

| | |
|---|---|
| **From:** | Joshua Levin |
| **To:** | McKinney, Kelsey; aromanucci; brooke; sraisch; dm; fjohnson; sweil; Colton Johnson Taylor; DKondos; dkelly; hward; Natalie; bwachtel; ben |
| **Cc:** | stephenrleffler; martin; keenandl; jkp; dgodwin; bmckinney; CGrice; ge; lgross; mcollins; Terri Norman; Mistie Wynn; cjohnson@johnsonandjohnsonattys.com; Morris, Angela; McMullen, Bruce; Silk, Jennie; Thompson, Theresa; Hivner, Lexi |
| **Subject:** | RE: Wells v. City of Memphis, et al. - Testing Protocol |
| **Date:** | Tuesday, April 14, 2026 11:58:04 PM |

Kelsey,

The Court's March 31 Order required the parties to "consult and agree upon a testing protocol for the items in RFP No. 161 by April 14, 2026." ECF 609 at 10. On April 9, *we* asked you to send us a written proposal, including a proposed vendor, so that we could review it and discuss with you. We then heard nothing until 5:20 p.m. today, when you sent us a proposed protocol for the first time. By waiting until after close of business on the deadline to send a detailed proposed testing protocol we had never discussed or seen before, the City made it impossible for the parties to consult and reach agreement by today as the Court ordered.

The City has known a protocol is needed since we first made the Rule 34 objection on these grounds on June 13, 2025.

At this point, if the City wants additional time, it can seek leave from the Court.

Thank you,

Josh

---

**From:** McKinney, Kelsey <kmckinney@bakerdonelson.com>
**Sent:** Tuesday, April 14, 2026 5:20 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; brooke <brooke@bencrump.com>; Joshua Levin <JLevin@rblaw.net>; Sarah Raisch <sraisch@rblaw.net>; dm <dm@mendelsonfirm.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Stephen Weil <SWeil@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; Dana Kondos <DKondos@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Houston Ward <HWard@rblaw.net>; Natalie <Natalie@bencrump.com>; bwachtel <bwachtel@mendelsonfirm.com>; ben <ben@bencrump.com>
**Cc:** stephenrleffler <stephenrleffler@yahoo.com>; martin <martin@zummachlaw.com>; keenandl <keenandl@aol.com>; jkp <jkp@perrygriffin.com>; dgodwin <dgodwin@gmlblaw.com>; bmckinney <bmckinney@gmlblaw.com>; CGrice <CGrice@EFLawgroup.com>; ge <ge@perrygriffin.com>; lgross <lgross@perrygriffin.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; Mistie Wynn <Mistie@zummachlaw.com>; cjohnson@johnsonandjohnsonattys.com; Morris, Angela <amorris@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>; Silk, Jennie <jsilk@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Thompson, Theresa <tthompson@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>

**Subject:** Wells v. City of Memphis, et al. - Testing Protocol

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Plaintiff's Counsel:

Please see attached.

Kindly,
Kelsey

___

**Kelsey W. McKinney** (she/her/hers)
Associate
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Ave, Suite 2000
Memphis, TN 38103
Direct:  901.577.8204
Email:  kmckinney@bakerdonelson.com
www.bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, New Jersey, North Carolina, South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.