**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

RowVaughn Wells,

                     Plaintiff,

    v.                                  Case No. 2:23-CV-02224

The City of Memphis *et al.*,

                     Defendants.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
THE CITY OF MEMPHIS'S MOTION TO REOPEN DISCOVERY AND AMEND
SCHEDULE (ECF NO. 611)**

Plaintiff, through her undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A), submits this motion for extension of time seeking fourteen additional days (to May 11, 2026) to file her response to the City of Memphis's motion to reopen discovery and amend the scheduling order (ECF 611). Plaintiff's response currently is due on April 27, 2026. In support of her motion, Plaintiff states as follows:

1.      On April 13, 2026, the City of Memphis (the "City") filed a motion to reopen discovery and amend the scheduling order. ECF 611. The City's motion sought to extend "all subsequent deadlines" in this case, including the City's then-imminent expert disclosure deadline of April 24, 2026. *Id.* at 2.

2.      Given its imminent deadline to disclose experts, on April 14, 2026, the City filed a notice of request for an emergency hearing, or in the alternative a request for an expedited ruling regarding ECF 611. *See* ECF 612.

3.      That same day, Plaintiff also filed a notice for a request for an emergency hearing on ECF 611, and requested that the hearing also address Plaintiff's motion to voluntarily dismiss

1

her claims against the stayed Defendant Officers (ECF 607) and her motion to voluntarily dismiss her claims against Chief Cerelyn Davis (ECF 608). *See* ECF 614. Plaintiff also requested a reasonable opportunity to file her opposition brief to ECF 611 prior to the emergency hearing. In the hope of maintaining the then-current scheduling order—including the City's expert disclosure deadline and the trial date—Plaintiff stated that she intended to file an expedited opposition brief on April 21 (six days before the deadline under the Local Rules). *Id.*

4.      Since that filing, matters have changed considerably. On April 17, the Court issued an Order that suspended the City's April 24 expert disclosure deadline as well as the dispositive motion deadline and trial date. ECF 619 at 12-13. Additionally, the Court granted Plaintiff's motion to voluntarily dismiss with prejudice the criminally charged officers, yet also stayed all discovery against those now-nonparties. ECF 619. As the Court's Order recognized, these rulings implicate much of the relief sought and arguments made in the City's ECF 611 motion. *See* ECF 619 at 12.

5.      In light of the Court's decision suspending the scheduling order and permitting discovery from the criminally charged officers, Plaintiff's response to ECF 611 now must address an entirely new landscape for this case and the potential pathways from here to trial. Plaintiff must address the substantive and procedural issues set out in the Court's Order as well as those in ECF 611.

6.      Plaintiff therefore respectfully requests an additional fourteen days, to and including May 11, 2026, to file her response to ECF 611. The Court has denied the request for an emergency hearing and has suspended the trial date and the other then-impending deadlines. What is now called for is not an expedited opposition brief but a thorough and comprehensive one that addresses the full complexity of the issues raised in both ECF 611 and the Court's Order.

7.    The need for additional time is compounded by the fact that two members of Plaintiff's counsel team (Antonio Romanucci and Stephen Weil) began a three-week trial today, and the remaining members of the team have multiple depositions and a summary judgment deadline in counsel's other matters over the coming weeks.

8.    This request is made in good faith and not for purposes of delay.

9.    Plaintiff respectfully submits that, for the above reasons, good cause supports her request for a fourteen-day extension of time to file her response to ECF 611.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending by fourteen days (to May 11, 2026) the time for her to file her response to the City's motion to reopen discovery and amend the scheduling order (ECF 611).

Dated:  April 20, 2026                    Respectfully submitted,

                                          /s/ Joshua M. Levin
                                          Antonio M. Romanucci* (Ill. Bar No. 6190290)
                                          Sarah Raisch* (Ill. Bar No. 6305374)
                                          Joshua M. Levin* (Ill. Bar No. 6320993)
                                          Stephen H. Weil* (Ill. Bar No. 6291026)
                                          Sam Harton* (Ill. Bar No. 6342112)
                                          Colton Johnson Taylor* (Ill. Bar No. 6349356)
                                          **ROMANUCCI & BLANDIN, LLC**
                                          321 N. Clark St., Ste. 900
                                          Chicago, IL 60654
                                          P: (312) 458-1000
                                          aromanucci@rblaw.net
                                          sraisch@rblaw.net
                                          jlevin@rblaw.net
                                          sweil@rblaw.net
                                          sharton@rblaw.net
                                          cjohnson@rblaw.net

                                          David L. Mendelson (Tenn. Bar No. 016812)
                                          Benjamin Wachtel (Tenn. Bar No. 037986)
                                          **MENDELSON LAW FIRM**
                                          799 Estate Place
                                          Memphis, TN 38187
                                          +1 (901) 763-2500 (ext. 103), Telephone

3

+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

\* Admission *pro hac vice*

## **CERTIFICATE OF CONSULTATION**

Plaintiff's counsel e-mailed the City's counsel on April 20 seeking the City's position on

the relief requested in this motion. The City, through its counsel Kelsey McKinney, stated that it

opposes. Ms. McKinney stated as follows:

> We oppose. Per the Court's Order, Judge Lipman expects your response to
> be filed tomorrow, "ahead of schedule," as do we. (ECF No. 619, PageID
> 9582.)

*/s/ Joshua M. Levin*

5