**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | |
|---|---|
| ROWVAUGHN WELLS, individually and ) <br> as Administratrix ad Litem of the Estate of ) <br> TYRE DEANDRE NICHOLS, deceased, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF MEMPHIS, a municipality, ) <br> *et al.*, ) <br> ) <br>     Defendants. ) | No. 2:23-cv-02224-SHL-atc |

---

**MOTION OF THE UNITED STATES TO INTERVENE
TO PREVENT DISCLOSURE OF CERTAIN COMMUNICATIONS**

---

The United States by and through D. Michael Dunavant the United States Attorney for the Western District of Tennessee, files this motion to intervene in this case to prevent the disclosure of certain communications between the Department of Justice ("DOJ") and Plaintiff's counsel.

On March 31, 2026, the Honorable Annie T. Christoff, United Magistrate Judge, entered an Order on the City's Motion to Compel. [ECF 609, PageID 9283].   The City's motion sought Plaintiff's and her counsel's communications with the DOJ that "relate to this lawsuit and the DOJ's pattern and practice investigation of[the [Memphis Police Department]."  [*Id*., at PageID 9297]. The Order granted the City's motion and ordered the production of counsel's "communications with the DOJ that are not opinion work product." [*Id*.].

The United States has no objection to the disclosure of communications between plaintiff's counsel and the DOJ regarding the DOJ's criminal investigation into the death of Tyre Nichols and the DOJ's civil pattern and practice investigation into the Memphis Police Department ("MPD").

The United States has had limited communications with Plaintiff's counsel concerning a

1

matter that is currently the subject of a separate criminal investigation.  The matter under

investigation does not concern MPD or any of the named defendants in the civil case or criminal

case.  Undersigned counsel does not believe these limited communications are within the scope of

Magistrate Judge Christoff's Order.  However, the United States is concerned that production of

these limited communications would disclose the nature of the investigation and identify the

person/s who are the subject/s.  Therefore, the United States seeks to intervene in this matter to

protect the integrity of the investigation.   Counsel for the United States respectfully requests the

opportunity to present the limited communications to the Court *ex parte* to determine that they do

not fall within the scope of the Court's Order .

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

By:    s/   Carroll L. André III
       Carroll L. André III
       Assistant United States Attorney
       167 N. Main Street, Suite 800
       Memphis, TN 38103
       (901) 969-2981
       carroll.andre@usdoj.gov

2

## CERTIFICATE OF SERVICE

I, Carroll L. Andre' III, Assistant United States Attorney for the Western District of

Tennessee, hereby certify that a copy of the foregoing Motion has been sent via ECF to counsel for

all parties

This  21st  day of  April , 2026.


                                    D. MICHAEL DUNAVANT
                                    United States Attorney

By:     s/  Carroll L. André III
             Carroll L. André III
             Assistant United States Attorney
             TN BPR #010733
             800 Federal Building
             167 North Main Street
             Memphis, TN 38103
             (901) 544-4231
             carroll.andre@usdoj.gov