**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ROWVAUGHN WELLS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-02224-SHL-atc |
| | ) | |
| THE CITY OF MEMPHIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO
RESPOND TO THE CITY OF MEMPHIS'S MOTION TO REOPEN DISCOVERY
AND AMEND SCHEDULE**

Before the Court is Plaintiff RowVaughn Wells's Motion for Extension of Time to
Respond to the City of Memphis's Motion to Reopen Discovery and Amend Schedule, filed
April 20, 2026. (ECF No. 620.) In the Motion, Wells seeks an extension of fourteen days, from
April 27 until May 11, 2026, in which to file her response to Defendant City of Memphis's
motion to reopen discovery and amend the scheduling order. According to Wells, in light of the
recent rulings by the Court that, among other things, suspended the trial date and other deadlines,
"[w]hat is now called for is not an expedited opposition brief but a thorough and comprehensive
one that addresses the full complexity of the issues raised in both ECF 611 and the Court's
Order." (ECF No. 620 at PageID 9584.) Plaintiff adds that additional time is also necessary
because two members of her counsel team began a three-week trial on the day she filed her
motion, and the "remaining members of the team have multiple depositions and a summary
judgment deadline in counsel's other matters over the coming weeks." (Id. at PageID 9585.)

In its order dismissing the claims against the stayed Defendant officers, the Court noted
that Plaintiff indicated that she would file her response to the City's Motion on April 21, ahead

of her April 27 deadline.  (See ECF No. 614 PageID 9524.)  Then, when Plaintiff consulted

Defendant City of Memphis regarding whether it would oppose an extension to May 11, its

counsel explained: "[w]e oppose.  Per the Court's Order, Judge Lipman expects your response to

be filed tomorrow, 'ahead of schedule,' as do we.  (ECF No. 619, PageID 9582.)"

To the extent the City plans to offer a more detailed description of why it opposes the

extension, its deadline to do so would be May 4, a week after Plaintiff's current deadline to

respond to the Motion.  To avoid uncertainty and to conserve resources, the Court will provide

Plaintiff an extension without the benefit of additional briefing.  However, the length of the

extension Plaintiff seeks is excessive, particularly considering that a status conference is set for

May 11, the same day Plaintiff seeks to file her response.  Because the Court would like to

consider the Parties' positions prior to the status conference, Plaintiff's deadline to respond shall

be May 7, 2026.

**IT IS SO ORDERED,** this 24th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2