**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

RowVaughn Wells,

              Plaintiff,

    v.

The City of Memphis *et al.*,

              Defendants.

Case No. 2:23-CV-02224

## JOINT STATUS REPORT

Pursuant to the Court's March 23, 2026 Minute Entry (ECF 604), the parties submit the following joint status report in advance of the May 11, 2026 Status Conference:

1. A status conference on May 11, 2026 is needed;

2. The parties submit that the following topics should be discussed:

    a. The City's Motion to Reopen Discovery (ECF 611), and the Plaintiff's response which will be filed on May 7, 2026;

    b. The scheduling order and deadlines, including the City's expert disclosure deadline;

    c. The scope and duration of the stay on discovery for the former defendants Emmitt Martin III, Desmond Mills, Jr., Tadarrius Bean, Demetrius Haley, and Justin Smith;

    d. The outstanding disputes regarding documents filed under seal. (*See* ECF Nos. 453, 483, 515, 520, 532, 537.) The following docket entries remain under seal: ECF Nos. 230, 233, 235, 240, 244, 260, 261, 262, 278, 287, 295, 338, 340, 350,

1

352, 354, 355, 356, 357, 359, 360, 361, 362, 363, 364, 383, 398, 408, 454, 466, 468, 482, 515, and 520.

e.  The City's pending discovery-related motions: Motion to Compel Plaintiff's Regarding Expert Witness Geoffrey Alpert (ECF No. 630); Motion to Compel Compliance with Court Order and for Sanctions (ECF No. 619); and Motion to Compel Plaintiff to Produce Documents from Read AI (ECF No. 567).

f.  Motion of the United States to Intervene to Prevent Disclosure of Certain Communications. (ECF No. 622.)

Dated:  May 4, 2026

Respectfully submitted,

*/s/ Bruce McMullen*
Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis*
*and Chief Cerelyn J. Davis*

Betsy Bartlett McKinney
**GODWIN, MORRIS, LAURENZI**
**& BLOOMFIELD, P.C.**
80 Monroe, Suite 315
Memphis, Tennessee 38013
901-528-1702
901-528-0246
bmckinney@gmlblaw.com

*Attorney for Preston Hemphill and Dewayne*
*Smith*

*/s/ Colton Johnson Taylor*
Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
(312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
(901) 763-2500 (ext. 103), Telephone
(901) 763-2525, Facsimile

2

dm@mendelsonfirm.com
bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
(337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

* Admission pro hac vice

3