# Exhibit 1

Plaintiff's proposed schedule

## PLAINTIFF'S PROPOSED SCHEDULE

| Deadline | ECF 571 Date | New Date |
|---|---|---|
| Disclosure of plaintiff's Rule 26 expert information | April 3, 2026 | |
| Completion of Involved Officers' Depositions | | June 12, 2026 |
| Disclosure of Rebuttal Rule 26 Expert Information for All Experts | ~~April 24, 2026~~ | June 26, 2026 |
| Expert Witness Depositions | ~~May 15, 2026~~ | July 17, 2026 |
| Motions to Exclude Experts/Daubert Motions | ~~June 15, 2026~~ | August 17, 2026 |
| Filing Dispositive Motions | ~~June 15, 2026~~ | August 17, 2026 |
| Responses to Dispositive Motions/Daubert Motions | ~~July 13, 2026~~ | September 14, 2026 |
| Replies to Dispositive Motions | ~~July 31, 2026~~ | October 2, 2026 |
| Motions *in limine* | ~~October 1, 2026~~ | December 4, 2026 |
| Response to Motions *in limine* | ~~October 15, 2026~~ | December 18, 2026 |
| Joint Proposed Pretrial Order | ~~October 19, 2026~~ | December 29, 2026 |
| Pretrial Conference | ~~October 26, 2026~~ | January 5, 2027 |
| **Jury Trial** | ~~November 9, 2026~~ | January 19, 2027 |