**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ROWVAUGHN WELLS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-02224-SHL-atc |
| | ) | |
| THE CITY OF MEMPHIS, et al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF THE CITY'S MOTION TO REOPEN DISCOVERY FOR A
LIMITED PURPOSE AND TO AMEND SCHEDULE**

Before the Court is Defendants City of Memphis, DeWayne Smith, and Preston Hemphill's Joint Motion for Leave to File Reply in Support of the City's Motion to Reopen Discovery for a Limited Purpose and to Amend Schedule, filed May 8, 2026.  (ECF No. 634.) According to Defendants, "the Reply would serve to update the Court on the status of the City's need for additional discovery.  Additionally, the Defendants seek the opportunity to address Plaintiff's arguments related to the 'multi-factor test' set forth in Plaintiff's Response, particularly as to the first and fourth factors."  (Id. at PageID 9771.)

Defendants assert that they are "prepared to file their Joint Reply no later than Monday, May 11, at 8:00 a.m. so that the Court can consider the additional arguments and information ahead of the status conference set for 1:30 p.m. on May 11."  (Id. at PageID 9772.)  The certificate of consultation attached to the Motion indicates that, "[a]s of the time of filing, Plaintiff has not responded" to indicate whether she opposes the relief Defendants seek.  (Id.)

Although Plaintiff has yet to articulate her position on whether leave should be granted, given the pendency of Monday's hearing, along with the Court's interest in streamlining those

proceedings, the Motion is **GRANTED**. Defendants shall file their reply, which shall not exceed

five pages, by no later than 8:00 a.m. Monday, May 11.

**IT IS SO ORDERED,** this 8th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE