# EXHIBIT 2

## Houston Ward

| | |
|---|---|
| **From:** | Antonio Romanucci |
| **Sent:** | Thursday, November 2, 2023 11:56 AM |
| **To:** | Ben Crump; Brooke Cluse; Jennifer McGuffin; Bryce Hensley; Sarah Raisch |
| **Subject:** | Fwd: Plea Papers |
| **Attachments:** | Mills.plea.agreement.pdf; Mills.factual.basis.filed.pdf |

Here you go. Gold on paper.

Get Outlook for iOS

**From:** Gilbert, Kathryn (CRT) <Kathryn.Gilbert@usdoj.gov>
**Sent:** Thursday, November 2, 2023 11:42 AM
**To:** Antonio Romanucci <aromanucci@rblaw.net>
**Subject:** Plea Papers

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Tony,

It was so nice to finally meet you in person this morning.  Attached are the filed plea papers.

Safe travels home,
Kate

**Kate Gilbert | Special Litigation Counsel**
Criminal Section | Civil Rights Division | U.S. Department of Justice
202-598-9607 (cell) | kathryn.gilbert@usdoj.gov

1

**Wells_010352**