**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| RowVaughn Wells, | |
| Plaintiff, | |
| v. | Case No. 2:23-CV-02224 |
| The City of Memphis *et al.*, | |
| Defendants. | |

**NOTICE OF CORRECTED CERTIFICATE OF CONSULTATION FOR ECF 640**

Plaintiff's counsel respectfully submits the following corrected Certificate of Consultation because the version filed on May 15 contained a misspelling of the name of counsel for City of Memphis, Bruce McMullen. The corrected text of the Certificate is provided below. No changes other than the spelling of Mr. McMullen's name have been made.

Dated:  May 16, 2026                    Respectfully submitted,

*/s/ Colton M. Johnson Taylor*
Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
(312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net

1

cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
(901) 763-2500 (ext. 103), Telephone
(901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
(337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

* Admission *pro hac vice*

2

## <u>CORRECTED CERTIFICATE OF CONSULTATION</u>

On May 15, counsel for Plaintiff consulted with counsel for the City via e-mail regarding the relief requested in this motion. The City, through its counsel Bruce McMullen, stated the City objects. Counsel for Defendants DeWayne Smith and Preston Hemphill did not respond.

*/s/ Colton M. Johnson Taylor*