**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

RowVaughn Wells,

        Plaintiff,

v.

City of Memphis *et al.*,

        Defendants.

Case No. 2:23-cv-02224-SHL-ATC

**PLAINTIFF'S NOTICE OF INTENT TO FILE RESPONSE TO GUARDIAN AD
LITEM'S MOTION FOR CLARIFICATION**

On May 29, 2026, the Guardian ad Litem (the "GAL") filed a Motion for Clarification Regarding Settlement Authority on Behalf of the Minor Child (ECF 648). Plaintiff RowVaughn Wells, through her undersigned counsel, hereby notifies the Court that she intends to file a response to the GAL's motion on or before June 12, 2026, which is the fourteen-day deadline for a response under Local Rule 7.2(a)(2). Plaintiff respectfully requests that the Court not rule on the GAL's motion until Plaintiff has had the opportunity to submit her response.

Dated:  June 5, 2026

Respectfully submitted,

*/s/ Joshua M. Levin*

Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net

1

sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

* Admission *pro hac vice*