**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| RowVaughn Wells,<br><br>                    Plaintiff,<br><br>          v.<br><br>City of Memphis *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-02224-SHL-ATC |

**PLAINTIFF'S OPPOSITION TO THE CITY OF MEMPHIS'S MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF STAY**

Plaintiff opposes the City's motion (ECF 651) seeking to file a fourth brief in support of

its request to stay this case.

The City has had more than a fair chance to make its case for a stay. First it filed its motion.

ECF 611. Then it sought leave to file a reply so it could address the applicable *E.M.A. Nationwide*

factors (ECF 634), but instead filed a reply that did not address them, proclaiming that "the City

bore no burden" to justify a stay. ECF 636 at 2. The Court then gave the City a third opportunity,

allowing supplemental briefing and directing the City to identify the specific testimony it needs

from the officers and why. May 11, 2026 Hr'g Tr. ECF 643 at 64; ECF 638. The City's brief did

not do so. ECF 647. The City agreed at the May 11 hearing to the briefing schedule the Court set;

it never asked to reply further. That schedule should hold. The City is not entitled to a fourth brief

to make the showing it has failed to make three times already. Any attempt to bolster its substantive

case under *E.M.A. Nationwide* or the relevance of the officers' testimony to its *Monell* defense

comes too late. The motion should be denied.

1

If the Court permits the additional brief, Plaintiff asks only for the same opportunity. The City says a reply is warranted because this is "the first time" Plaintiff has presented certain *Monell* cases to the Court. ECF 651-1 at 3. The City's correspondence indicates that it intends to introduce new factual and legal assertions about those cases. *See id.* To the extent it does, Plaintiff should have an opportunity to address them. Should the Court grant the City leave, Plaintiff respectfully requests leave to file, within seven days of the City's filing, a response of no more than five pages, limited to the points the City raises.

Dated:  June 8, 2026

Respectfully submitted,

*/s/ Joshua M. Levin*

Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)

2

**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

\* Admission *pro hac vice*

3