**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ROWVAUGHN WELLS, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:23-cv-02224-SHL-atc |
| THE CITY OF MEMPHIS, TENNESSEE, CHIEF CERELYN DAVIS, PRESTON HEMPHILL, and DEWAYNE SMITH, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO STAY (ECF NO. 649)**

Before the Court is Defendant City of Memphis's (the "City") Motion for Leave to File Reply to Plaintiff's Memorandum in Opposition to Stay (ECF No. 649), filed June 5, 2026. (ECF No. 651.) The City seeks leave to file, by June 9, 2026, a reply of no more than seven pages to Plaintiff RowVaughn Wells's Memorandum in Opposition to Stay. Plaintiff conditioned her willingness to not oppose the motion on the City's agreement to not oppose Plaintiff's seeking to file a sur-reply. The City opposes Plaintiff's request to file a sur-reply.

At the May 11, 2026 status conference, the Court ordered the Parties to submit additional briefing addressing the factors governing stays outlined in F.T.C. v. E.M.A. Nationwide, Inc., 767 F.3d 611, 627 (6th Cir. 2014). The Court instructed the Parties that they needed to "address this issue directly again and let me address the factors that need to be addressed in the

Sixth Circuit regarding a stay.  I think what I need first is, from the Plaintiffs, these other cases that were alluded to and whatever you want to say about those other cases, but remember you've already said a lot."  (ECF No. 643 at PageID 9991.)

After the City and the remaining individual Defendants submitted their briefs addressing the stay factors (ECF Nos. 646, 647), Plaintiff submitted her response in opposition to staying the case (ECF No. 649), in which she provided the cases that she previously alluded to as supporting her position.  The City contends that a reply is necessary "to draw the Court's attention to distinguishing features of several cases cited by Plaintiff in her Stay Memorandum." (ECF No. 651 at PageID 10085.)

The City's Motion is **GRANTED IN PART**.  It shall have until June 9, 2026, in which to file its reply.  It's brief shall be limited to five pages.  Absent a demonstration of extraordinary circumstances, briefing on the stay issue will be closed upon the City's filing of its response.

**IT IS SO ORDERED,** this 8th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2