# EXHIBIT A

```
                IN THE UNITED STATES DISTRICT COURT

            FOR THE WESTERN DISTRICT OF TENNESSEE

                         WESTERN DIVISION

_____

ROWVAUGHN WELLS, Individually

and as Administratrix of the

Estate of TYRE DEANDRE NICHOLS,

Deceased,

            Plaintiff,

      v.                                    Case No.

THE CITY OF MEMPHIS, TENNESSEE;             2:23-cv-02224

CHIEF CERELYN DAVIS; EMMITT

MARTIN III; DEMETRIUS HALEY;

JUSTIN SMITH; DESMOND MILLS,

JR.; TADARRIUS BEAN; PRESTON

HEMPHILL; ROBERT LONG;

JAMICHAEL SANDRIDGE; MICHELLE

WHITAKER; DEWAYNE SMITH,

            Defendants.

_____
```

Page 1

Reagan for the City of Memphis.

THE REPORTER:  Okay.  Hearing no objection, I'll now swear in the witness.

Please raise your right hand.

WHEREUPON,

ROWVAUGHN WELLS,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER:  All right.  You may begin.

EXAMINATION

BY MR. MCMULLEN:

Q    Ms. Wells, my name is Bruce McMullen, and as you've heard, I represent the City of Memphis.  And we met before; is that correct?

A    Correct.

Q    Okay.  And have you ever been in a deposition before?

A    No.

Q    Okay.  Here are some ground rules.  All right.  You've sworn an oath, and you've sworn that your testimony will be true to that oath today.  You understand that?

Page 16

Q    What was the name of the attorney?

A    Benjamin Crump.

Q    Okay.  Is that the only name you gave then?

A    At the time, yes.

Q    And you gave her Benjamin Crump's contact information?

A    Yes.

Q    Is it fair to say you had no relationship with Morgan Jackson?

A    Yes.

Q    Okay.  Have you ever met your grandson, ███████ ███████?

A    No.

MR. LEVIN:  Objection, form.  That wasn't ████'s name at the time.

MR. MCMULLEN:  I'm talking about him in the present.  She could have met him yesterday.  So his name today is ████████████.

BY MR. MCMULLEN:

Q    Do you understand your son's name is -- your grandson's name is ████████████?

A    No.

Q    You didn't know that?

A    No.

Page 42

(Confidential portion of transcript begins.)

BY MS. F. JOHNSON:

Q    Have you ever demanded or requested a meeting from Ms. Jackson with your grandson, ▮▮▮▮ and she's denied or refused you the opportunity to visit with him?

A    No --

MR. LEVIN:  Objection, compound question.

BY MS. F. JOHNSON:

Q    You can answer.

A    No, ma'am.

(Confidential portion of transcript ends.)

//

//

//

//

//

//

//

//

//

Page 237

CERTIFICATE OF DEPOSITION OFFICER

I, ROBIN LUTTRELL, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

ROBIN LUTTRELL

Certified Reporter in and for the

State of Tennessee

Page 324

CERTIFICATE OF TRANSCRIBER

I, AUDREY FRANKLIN, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

_Audrey Franklin_

AUDREY FRANKLIN

Page 325

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.