No. 25-5998

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
┌─────────────────────────┐
│          FILED          │
│       Jul 1, 2026       │
│  KELLY L. STEPHENS, Clerk │
└─────────────────────────┘
```

ROWVAUGHN WELLS, Individually and as
Administratrix Ad Litem of the Estate of Tyre
Deandre Nichols, deceased; CHASITY
GRACE SHARP, Guardian Ad Litem of
Minor Child,

      Plaintiffs-Appellees,

v.

CITY OF MEMPHIS, TN, a municipality,

      Defendant,

and

CERELYN DAVIS, Chief, in her official and
individual capacity,

      Defendant-Appellant.

Before:  MOORE, CLAY, and READLER, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Tennessee at Memphis.

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED IN PART, that this matter is REMANDED to the Western District of Tennessee, and that this appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
_____
Kelly L. Stephens, Clerk