**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 23, 2026

Ms. Wendy R. Oliver
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

Re:  Case No. 25-5998
*RowVaughn Wells, et al v. City of Memphis, TN, et al*
Originating Case No. 2:23-cv-02224

Dear Ms. Oliver,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Michelle

cc: Ms. Chasity S. Grice
    Mr. Joshua Levin
    Mr. Bruce A. McMullen
    Mr. Antonio Romanucci
    Ms. Jennie Vee Silk
    Mr. Stephen H. Weil

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 25-5998

_____

Filed: July 23, 2026

ROWVAUGHN WELLS, Individually and as Administratrix Ad Litem of the Estate of Tyre
Deandre Nichols, deceased.; CHASITY GRACE SHARP, Guardian Ad Litem of Minor Child

    Plaintiffs - Appellees

v.

CITY OF MEMPHIS, TN, a municipality

    Defendant

 and

CERELYN DAVIS, Chief, in her official and individual capacity

    Defendant - Appellant

<u>MANDATE</u>

  Pursuant to the court's disposition that was filed 07/01/2026 the mandate for this case hereby

issues today.

 COSTS:  None