**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

RowVaughn Wells,

      Plaintiff,

  v.

City of Memphis *et al.*,

      Defendants.

Case No. 2:23-cv-02224-SHL-ATC

**PLAINTIFF'S PROPOSED SCHEDULE
PURSUANT TO ECF 662**

Pursuant to the Court's July 22, 2026 Order (ECF 662), Plaintiff respectfully submits the

following proposed case schedule. The parties conferred but were unable to reach agreement on a

proposed schedule. Plaintiff therefore submits the following proposal.

| Deadline | ECF 571 Date | New Date |
|---|---|---|
| Defense Rule 26(a)(2) Expert Disclosures | ~~April 24, 2026~~ | September 16, 2026 |
| Dispositive Motions | ~~June 15, 2026~~ | October 12, 2026 |
| Completion of Officer Depositions | | October 12, 2026 |
| Responses to Dispositive Motions | ~~July 13, 2026~~ | November 9, 2026 |
| Replies to Dispositive Motions | ~~July 31, 2026~~ | November 26, 2026 |
| Completion of expert depositions | | January 9, 2027 |
| Motions *in limine* (including *Daubert*) | ~~October 1, 2026~~ | January 29, 2027 |
| Responses to motions *in limine* | ~~October 15, 2026~~ | February 12, 2027 |
| Joint proposed pretrial order due | ~~October 19, 2026~~ | February 22, 2027 |
| Pretrial conference date | ~~October 26, 2026~~ | March 1, 2027 |
| **Jury Trial** | ~~November 9, 2026~~ | March 15, 2027 |

1

Dated:  July 30, 2026

Respectfully submitted,

/s/ Colton M. Johnson Taylor

Antonio M. Romanucci* (Ill. Bar No. 6190290)
Sarah Raisch* (Ill. Bar No. 6305374)
Joshua M. Levin* (Ill. Bar No. 6320993)
Stephen H. Weil* (Ill. Bar No. 6291026)
Sam Harton* (Ill. Bar No. 6342112)
Colton M. Johnson Taylor* (Ill. Bar No. 6349356)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
P: (312) 458-1000
aromanucci@rblaw.net
sraisch@rblaw.net
jlevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

David L. Mendelson (Tenn. Bar No. 016812)
Benjamin Wachtel (Tenn. Bar No. 037986)
**MENDELSON LAW FIRM**
799 Estate Place
Memphis, TN 38187
+1 (901) 763-2500 (ext. 103), Telephone
+1 (901) 763-2525, Facsimile
dm@mendelsonfirm.com
bw@mendelsonfirm.com

Benjamin Crump (Tenn. Bar No. 038054)
Brooke Cluse* (Tex. Bar No. 24123034)
**BEN CRUMP LAW, PLLC**
717 D Street N.W., Suite 310
Washington, D.C. 20004
+1 (337) 501-8356 (Cluse), Telephone
court@bencrump.com
brooke@bencrump.com

*Attorneys for Plaintiff*

* Admission *pro hac vice*

2