**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| RowVaughn Wells, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:23-CV-02224-SHL-atc JURY DEMAND |
| v. | ) ) | |
| The City of Memphis, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' PROPOSED AMENDED SCHEDULE**

Defendants City of Memphis (the "City"), Preston Hemphill, and DeWayne Smith (collectively, "Defendants"), pursuant to the Court's July 22, 2026 Order (ECF No. 662) respectfully submit their Proposed Amended Schedule below. Defendants conferred with Plaintiff on a proposed schedule, but the parties were unable to reach a consensus on both the order of events and the deadlines for each. Accordingly, Defendants propose as follows:

**COMPLETING ALL DISCOVERY**

    **(a)**     **FORMER DEFENDANT OFFICER DEPOSITIONS**: November 20, 2026

    **(b)**     **EXPERT DISCOVERY**

        **(1)**     **DISCLOSURE OF REBUTTAL RULE 26 EXPERT INFORMATION**: September 16, 2026

        **(2)**     **EXPERT WITNESS DEPOSITIONS**: November 20, 2026

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS**: January 29, 2027

**FILING DISPOSITIVE MOTIONS**: January 29, 2027

**RESPONSES TO DISPOSITIVE MOTIONS/DAUBERT MOTIONS**: February 26, 2027

1

**REPLIES TO DISPOSITIVE MOTIONS**: March 12, 2027

**MOTIONS IN LIMINE**: TBD by the Court

**RESPONSES TO MOTIONS IN LIMINE**: TBD by the Court

**JOINT PROPOSED PRETRIAL ORDER DUE**: TBD by the Court
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to:
ECF_Judge_Lipman@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE**: TBD by the Court
(All counsel participating in the trial must be present in person at the pretrial conference.)

**JURY TRIAL**: TBD by the Court

Dated: July 30, 2026

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

*/s/ Bruce McMullen*

Bruce McMullen (#18126)
Jennie Vee Silk (#35319)
Kelsey W. McKinney (#40434)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com
kmckinney@bakerdonelson.com

*Attorneys for Defendant City of Memphis*

**GODWIN, MORRIS, LAURENZI
& BLOOMFIELD, P.C.**

*/s/ Betsy Bartlett Walton*

Betsy Bartlett Walton (#21597)
Deborah E. Godwin (#9972)
80 Monroe, Suite 315
Memphis, Tennessee 38013
Telephone: 901-528-1702
bmckinney@gmlblaw.com
dgodwin@gmlblaw.com

*Attorneys for Defendants Preston Hemphill
and Dewayne Smith*