# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| ROWVAUGHN WELLS, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE CITY OF MEMPHIS, TENNESSEE, PRESTON HEMPHILL and DEWAYNE SMITH,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:23-cv-02224-SHL-atc |

## AMENDED SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on August 7, 2026. Present were Benjamin I. Wachtel, Brooke Cluse, Joshua Levin, Stephen H. Weil, and David Mendelson, counsel for Plaintiff; Bruce McMullen, Jennie Vee Silk, and Kelsey McKinney, counsel for City of Memphis; Deborah E. Godwin and Mary Elizabeth McKinney, counsel for Defendant Preston Hemphill; Deborah E. Godwin and Mary Elizabeth McKinney, counsel for Defendant DeWayne Smith; and Chasity S. Grice, Guardian ad Litem. At the conference, the following dates were established as the final deadlines for:

**COMPLETING ALL DISCOVERY:**

　**(a)　FORMER DEFENDANT OFFICER DEPOSITIONS:** October 30, 2026

　**(b)　EXPERT DISCOVERY:**

　　**(1)　DISCLOSURE OF REBUTTAL RULE 26 EXPERT INFORMATION:** October 12, 2026

　　**(2)　EXPERT WITNESS DEPOSITIONS:** November 20, 2026

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** January 8, 2027

**FILING DISPOSITIVE MOTIONS:** January 22, 2027

**MOTIONS IN LIMINE:** April 12, 2027

**RESPONSES TO MOTIONS IN LIMINE:** April 19, 2027

**JOINT PROPOSED PRETRIAL ORDER DUE:** April 30, 2027
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to:
ECF_Judge_Lipman@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** May 7, 2027 at 9:00 a.m.
(All counsel participating in the trial must be present in person at the pretrial conference.)

**JURY TRIAL:** May 17, 2027 at 9:30 a.m.  Trial is anticipated to last approximately twenty days.

      **IT IS SO ORDERED,** this 7th day of August, 2026.

                s/ Sheryl H. Lipman
                SHERYL H.  LIPMAN
                CHIEF UNITED STATES DISTRICT JUDGE