**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROWVAUGHN WELLS, Individually and as Administratrix of the Estate of Tyre Deandre Nichols, Deceased<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF MEMPHIS, TENNESSEE, PRESTON HEMPHILL, and DEWAYNE SMITH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:23-cv-02224-SHL-atc |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DESMOND MILLS AFTER THE OCTOBER 30, 2026 DEADLINE**

Before the Court is the Joint Motion of Plaintiff RowVaughn Wells and Defendants Preston Hemphill and DeWayne Smith for leave to take the deposition of former defendant Desmond Mills, Jr., after the current October 30, 2026 deadline. (ECF No. 693.) The parties seek to extend the deadline to December 11, 2026. (Id.)

According to the Motion, the Parties have worked diligently to complete the former defendant officers' depositions by the Court's October 30 deadline, and four of the five officers are scheduled to be timely deposed. The Parties explain that logistical challenges have made it difficult to schedule Mills's deposition before the deadline, and six expert depositions in this case, additional work on this and other cases throughout November, as well as the Thanksgiving holiday made it difficult to find a time in November to conduct Mills's deposition. Ultimately, they propose that "[a]n extension to December 11 will give the parties, Mills, and Mills's counsel a realistic window to schedule and complete the deposition." (Id. at PageID 15129–30.)

The Parties submit that the requested extension will not affect any other deadlines in the scheduling order or the trial date, and Mills's deposition will be completed six weeks before the dispositive motion deadline. (Id. at PageID 15130.) Mills does not object to the requested extension and, although the city was asked for its position on the requested relief a week before the Motion was filed, the City did not respond to that inquiry. (Id. at PageID 15132.) Although the City has fourteen days to respond to the Motion under Local Rule 7.2(c), the Court takes its non-responsiveness to the effort at consultation as a lack of opposition to the Motion.

Under the Federal Rules, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). Here, the Parties submitted the Motion a week before the expiration of the deadline they seek to amend.

Therefore, for good cause shown, the Motion is **GRANTED**. The deadline to complete the deposition of Desmond Mills, Jr., is extended to December 11, 2026. No other deadlines will be amended.

**IT IS SO ORDERED,** this 30th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE