**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS**

---

| | | |
|---|---|---|
| **ROWVAUGN WELLS, individually and as Administratrix ad Litem of the Estate of TYRE DEANDRE NICHOLS, deceased,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No: 2:23-cv-02224-SHL-atc** |
| **THE CITY OF MEMPHIS, a municipality, et al.,** | ) | |
| **Defendants.** | ) | |

---

## NOTICE OF APPEARANCE

---

Comes now Blake D. Ballin who files this Notice of Appearance in the above-referenced matter as counsel for Desmond Mills, Jr., a non-party witness.

Respectfully Submitted,

/s/Blake D. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via ECF Electronic mail this the **18th** day of November, 2026.

/s/ Blake D. Ballin